UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 19-cv-420-RH-CAS

SECURITIES AND EXCHANGE
COMMISSION,

       **Plaintiff,**

v.

CAMBRIDGE CAPITAL GROUP
ADVISORS, LLC, ET AL.,

       **Defendants.**

_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT PHILLIP TIMOTHY HOWARD

Pursuant to Local Rule 11.1(H) of the Local Rules for the Northern District of Florida, Hunter Taubman Fischer & Li LLC ("**HTFL**"), hereby moves this Court for an Order granting leave to withdraw ("**Motion**") as counsel for Defendant Phillip Timothy Howard ("**Mr. Howard**") in the above-captioned matter. In furtherance of the same, HTFL states as follows:

1. HTFL and its attorneys Mark David Hunter, Esq., Jenny Johnson-Sardella, Esq., and Sharifa Giselle Hunter, Esq. wish to withdraw as counsel for Mr. Howard.

2.      Mr. Howard is significantly in arrears in his obligation to pay HTFL for its past due legal fees, and has advised HTFL that he will be unable to make any further payments.

3.      Local Rule 11.1(H)(3) states that counsel will not be allowed to withdraw due to a client's failure to pay attorney's fees or expenses "if the withdrawal will delay a trial or hearing."  Mr. Howard has been a member of both the Florida Bar and the U.S. District Court for the Northern District of Florida for over thirty (30) years and, as such, is extremely experienced as a litigant in this Court.  Accordingly, Mr. Howard has adequate experience to defend himself *pro se* in this matter if he determines to do so, such that HTFL's withdrawal will not delay any trial or hearing in this matter.

4.      On June 16, 2020, more than fourteen (14) days prior to this Motion, and in accordance with Local Rule 11.1(H)(2), the undersigned provided Mr. Howard with notice of HTFL's decision to withdraw as Mr. Howard's counsel in this matter. Mr. Howard has consented to HTFL's withdrawal and this Motion.

5.      Fact discovery is currently ongoing in this matter and trial is set to begin in November.  This Motion is not being filed to hinder or delay this proceeding or to prejudice any party.

6.      Any future pleadings for Mr. Howard may be forwarded to the following

address:

> Phillip Timothy Howard
> 1415 East Piedmont Drive, Suite 5
> Tallahassee, FL 32308

7.      Howard has not yet retained new counsel and will need time to either

hire new counsel to appear in this matter, or determine to represent himself *pro se*

going forward.  HTFL requests that the Court grant Mr. Howard thirty (30) days to

do so.  Either way, HTFL's withdrawal as counsel in this matter will not delay any trial

or hearing scheduled in this matter due to Mr. Howard's ability to proceed *pro se*

without counsel.

**WHEREFORE,** HTFL respectfully requests that this Court enter an order

allowing HTFL to withdraw as Mr. Howard's counsel in this matter, granting Mr.

Howard thirty (30) days to either retain successor counsel or determine to represent

himself *pro se*, and granting any further relief this Court deems just and proper.

## <u>Certificate Pursuant to Local Rule 7.1(B)</u>

HTFL has met and conferred with counsel for Plaintiff Securities and Exchange Commission (the "Commission"). Counsel for the Commission does not oppose the requested relief.

Dated:  July 2, 2020
Coral Gables, Florida

                                         Respectfully submitted,

                                         /s/ *Mark David Hunter*
                                         Mark David Hunter, Esquire
                                         Florida Bar No. 12995
                                         Jenny Johnson-Sardella, Esquire
                                         Florida Bar No. 67372
                                         Hunter Taubman Fischer & Li LLC
                                         2 Alhambra Plaza, Suite 650
                                         Coral Gables, Florida 33134
                                         Tel:    (305) 629-1180
                                         Fax:    (305) 629-8099
                                         E-mail:    mhunter@htflawyers.com
                                                    jsardella@htflawyers.com

## CERTIFICATE OF SERVICE

I, Mark David Hunter, do hereby certify that on July 2, 2020, a true and correct copy of the foregoing document was electronically filed and served.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Mark David Hunter*
Mark David Hunter