**STATE OF NEVADA**

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary for Commercial Recordings*



**OFFICE OF THE SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

## Certified Copy

02/28/2020 14:22:08 PM

| | |
|---|---|
| **Work Order Number:** | W2020022802095 - 437780 |
| **Reference Number:** | 20200510926 |
| **Through Date:** | 02/28/2020 14:22:08 PM |
| **Corporate Name:** | CAMBRIDGE CAPITAL GROUP ADVISORS, LLC |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20190356866 | Articles of Dissolution - 12/17/2019 | 1 |
| 20180080990-47 | Amended List - 02/22/2018 | 1 |
| 20170278008-25 | Articles of Organization - 06/28/2017 | 1 |



Certified By: Electronically Certified
Certificate Number: B20200228617250
You may verify this certificate
online at  http://www.nvsos.gov

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Nevada Secretary of State



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov



Secretary of State
State Of Nevada

Business Number
E0308052017-9
Filing Number
20190356866
Filed On
12/17/2019 09:05:43 AM
Number of Pages
1

# Certificate of Dissolution/Cancellation
# Limited-Liability Company

### NRS 86, 86.544, 86.547 and 89

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGH LIGHT

| | |
|---|---|
| **1. Entity information:** | Name of entity as on file with the Nevada Secretary of State:<br>**CAMBRIDGE CAPITAL GROUP ADVISORS, LLC**<br>Entity or Nevada Business Identification Number (NVID): **NV20171411751** |
| **2. Type of Dissolution/ Withdrawal Filing Being Completed: (Select only one box)** | ☐ NRS 86.490: Dissolution before commencement of business<br>   a) The management of the limited-liability company is vested in one or more managers;<br>   b) The limited-liability company has not commenced business; and,<br>   c) No member's interest in the limited-liability company has been issued<br>The document must be signed by of at least two-thirds of the organizers or the managers.<br>Effective Date and Time: (Optional)<br>Date: _____  Time: _____<br>(must not be later than 90 days after the certificate is filed)<br><br>☒ NRS 86.531: Articles of Dissolution<br>The company has been or will be dissolved. Effective date and time of dissolution (required):<br>Date: **12/17/2019**  Time: **12:00 PM**<br>(must not be later than 90 days after the certificate is filed)<br><br>☐ NRS 80.547: Cancellation for Foreign Limited-Liability Company Registration<br>Name under which this foreign limited-liability company conducts business in Nevada:<br>_____<br>Any other information the manager or member filing the certificate deems necessary:<br>_____ |
| **3. Signature*: (Required)** | X **Gail Milon** _____<br>Signature of Manager, Member or Organizer |

FILING FEE: $100.00

Page 1 of 1
Revised: 1/1/2019

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

| NAME OF LIMITED-LIABILITY COMPANY | ENTITY NUMBER |
|---|---|
| CAMBRIDGE CAPITAL GROUP ADVISORS, LLC | E0308052017-9 |

FOR THE FILING PERIOD OF **JUN, 2017** TO **JUN, 2018**

*100403*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

IMPORTANT: Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the Office of
*Barbara K. Cegavske* (signature)
Secretary of State
State Of Nevada

Business Number: E0308052017-9
Filing Number: 20180080990-47
Filed On: 02/22/2018
Number of Pages: 1

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**ANNUAL LIST FILING FEE:** $150.00    **LATE PENALTY:** $75.00 (if filing late)    **BUSINESS LICENSE FEE:** $200.00    **LATE PENALTY:** $100.00 (if filing late)

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

NRS 76.020 Exemption Codes
001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

| NAME | | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|---|
| LOIS A KOONS | | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| 59 DAMONTE RANCH PARKWAY SUITE B | RENO | | NV | 89521 |
| NAME | | MANAGER OR MANAGING MEMBER | | |
| GAIL MILON | | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| 59 DAMONTE RANCH PARKWAY SUITE B | RENO | | NV | 89521 |
| NAME | | MANAGER OR MANAGING MEMBER | | |
|  | | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
|  |  | |  |  |
| NAME | | MANAGER OR MANAGING MEMBER | | |
|  | | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
|  |  | |  |  |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X GAIL MILON

Signature of Manager, Managing Member or Other Authorized Signature

Title: **MANAGING MEMBER**
Date: **2/22/2018 8:55:05 AM**

Nevada Secretary of State List ManorMem
Revised: 7-1-17



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov


*050106*

# Articles of Organization
# Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

Filed in the Office of
*Barbara K. Cegavske*
Secretary of State
State Of Nevada

| | |
|---|---|
| Business Number | E0308052017-9 |
| Filing Number | 20170278008-25 |
| Filed On | 06/28/2017 |
| Number of Pages | 1 |

ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions)
CAMBRIDGE CAPITAL GROUP ADVISORS, LLC

☐ Check box if a Series Limited-Liability Company
☐ Check box if a Restricted Limited-Liability Company

**2. Registered Agent for Service of Process:** (check only one box)
☒ Commercial Registered Agent: CSC SERVICES OF NEVADA, INC.
☐ Noncommercial Registered Agent (name and address below) OR ☐ Office or Position with Entity (name and address below)

Name of Noncommercial Registered Agent OR Name of Title of Office or Other Position with Entity

Street Address — City — Nevada — Zip Code
Mailing Address (if different from street address) — City — Nevada — Zip Code

**3. Dissolution Date:** (optional) Latest date upon which the company is to dissolve (if existence is not perpetual):

**4. Management:** (required) Company shall be managed by: ☐ Manager(s) OR ☒ Member(s) (check only one box)

**5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3)

1) LOIS A KOONS
   59 DAMONTE RANCH PARKWAY SUITE B — RENO — NV — 89521

2) ADDYS WALKER
   59 DAMONTE RANCH PARKWAY SUITE B — RENO — NV — 89521

3) JEFF KAHN
   59 DAMONTE RANCH PARKWAY SUITE B — RENO — NV — 89521

**6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer)

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

JEFF KAHN — Name
☒ JEFF KAHN — Organizer Signature
59 DAMONTE RANCH PARKWAY SUITE B — RENO — NV — 89521

**7. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity.
☒ CSC SERVICES OF NEVADA, INC.
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity — Date: 6/28/2017

This form must be accompanied by appropriate fees.

Nevada Secretary of State NRS 86 DLLC Articles
Revised: 10-1-15