UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:          )

                           ) File No. FL-04126-A

CAMBRIDGE CAPITAL          )

ADVISORS, LLC              )


WITNESS:  Gail Milon

PAGES:    1 through 242

PLACE:    Securities and Exchange Commission

          801 Brickell Avenue

          Suite 1800

          Miami, FL 33141

DATE:     Tuesday, April 24th, 2018


     The above-entitled matter on for hearing,

pursuant to the notice, at 9:30 a.m.


Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
1    APPEARANCES:
2
3    On Behalf of the Securities and Exchange Commission:
4         DAVID STAUBITZ
5         ROBERT STRONGARONE
6         801 Brickell Avenue
7         Suite 1800
8         Miami, FL 33141
9
10   On behalf of the Witness:
11        MARK HUNTER
12        Hunter, Taubman, Fischer & Li, LLC
13        2 Alhambra Plaza, Suite 650
14        Coral Gables, FL 33134
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1              P R O C E E D I N G S
2         MR. STAUBITZ:  We are on the record at 9:53
3    a.m. on April 24th, 2018.  Could you raise your right
4    hand, please.
5         Whereupon,
6              GAIL MILON
7    was called as a witness and, having been first duly
8    sworn, was examined and testified as follows:
9              EXAMINATION
10        BY MR. STAUBITZ:
11        Q   Could you please state your full name and
12   spell your name for the record?
13        A   Gail Antoinette Milon.  G-A-I-L,
14   A-N-T-O-I-N-E-T-T-E, M-I-L-O-N.
15        Q   My name is David Staubitz.  I'm staff
16   attorney in the Enforcement Division of the SEC.
17   With me is Bob Strongarone and he's an examiner also
18   with the SEC and we are both officers of the
19   Commission for the purposes of the proceeding here
20   today.
21        This is an investigation by the United
22   States Securities and Exchange Commission in the
23   matter of Cambridge Capital Advisors, LLC to
24   determine whether there have been violations of
25   certain provisions of the federal securities laws.
```

Page 3

```
1              C O N T E N T S
2
3    WITNESS:                  EXAMINATION
4    Gail Milon                     4
5
6    EXHIBITS:   DESCRIPTION           IDENTIFIED
7    1    Form 1662                    5
8    2    Subpoena                     7
9    3    Background Questionnaire        16
10   4    Jacksonville Project Documents  108
11   5    Participating Loan Agreement    153
12   6    Participating Loan Agreement    153
13   7    Bank Statement                  156
14   8    Bridge Loan Agreement           162
15   9    Loan Document                   173
16   10   Bank Statement                  178
17   11   Bank Statement                  181
18   12   Bank Statement                  188
19   13   Confirmation Letter             190
20   14   Subscription Agreement &
21        Power of Attorney              208
22   15   Reconciliation of Cambridge
23        Operating Account              228
24
25
```

Page 5

```
1    However, the facts developed in this investigation
2    might constitute violations of other federal or
3    state, civil or criminal laws.
4         Prior to the opening of the record you were
5    provided with a copy of the formal order of
6    investigation in this matter, as well as a copy of
7    the supplemental formal order designating additional
8    officers.  These documents will be available for your
9    examination during the course of the proceeding
10   today.
11        Have you had an opportunity to review the
12   formal order and the supplemental formal order?
13        A   Yes.
14        Q   Do you have any questions about either of
15   those?
16        A   No.
17        Q   Prior to the opening of the record you were
18   also provided with a copy of the Commission's
19   supplemental information form 1662.  Do you have that
20   in front of you?
21            (SEC Exhibit No. 1 was marked for
22            identification.)
23        BY MR. STAUBITZ:
24        Q   The copy of form 1662 has been marked as
25   Exhibit 1.  Have you had an opportunity to read
```

Page 6

1   Exhibit Number 1?
2       A   Yes.
3       Q   Do you have any questions about Exhibit
4   number 1?
5       A   No.
6       Q   Are you represented by counsel here today?
7       A   Yes.
8           MR. STAUBITZ:  Could counsel please
9   identify himself.
10          MR. HUNTER:  Yes.  Good morning.  Mark
11  David Hunter on behalf of Gail Milon.
12          MR. STAUBITZ:  And, Mr. Hunter, do you
13  represent anyone else in this investigation?
14          MR. HUNTER:  I do.  I represent Phillip T.
15  Howard, sometimes known as Tim Howard.
16          MR. STAUBITZ:  Anyone else?
17          MR. HUNTER:  No.
18          MR. STAUBITZ:  Form 1662, Exhibit 1,
19  provides information about these proceedings.  Page 1
20  in particular addresses multiple representation of
21  witnesses by counsel and states that such multiple
22  representation present as a potential conflict of
23  interest.  The Commission will assume that the
24  witness and counsel have discussed and resolved all
25  issues concerning possible conflicts of interest.

Page 7

1   Counsel is that clear?
2           MR. HUNTER:  That is correct.
3       BY MR. STAUBITZ:
4       Q   Ms. Milon, is that clear?
5       A   Yes.
6       Q   I'm handing you what's been marked as
7   Exhibit 2.  Take a moment to review it and let me
8   know when you're ready.  And by the way, if it's
9   easier, if you want to move those out of the way,
10  too.
11          (SEC Exhibit No. 2 was marked for
12          identification.)
13      BY MR. STAUBITZ:
14      Q   Have you seen Exhibit 2 before?
15      A   Yes.
16      Q   Is Exhibit 2 a copy of the subpoena that
17  you are appearing pursuant to today?
18      A   Yes.
19      Q   Have you ever testified in an investigation
20  by the Commission or its staff, any federal agency,
21  any state agency, any stock exchange or FINRA?
22      A   No.
23      Q   Have you ever been named a defendant or
24  as a respondent in an action brought by the
25  Commission, by any federal government agency, any

Page 8

1   state securities agency, any stock exchange or FINRA?
2       A   No.
3       Q   Have you ever been a defendant or a witness
4   in a civil litigation related to the securities laws?
5       A   No.
6       Q   Have you ever testified before?
7       A   No.
8       Q   Have you had your deposition taken or been
9   a witness in court?
10      A   No.
11      Q   So this is important then.  We're going to
12  go over a few rules so that today goes smoothly and
13  also so that we don't drive our court reporter crazy.
14          First of all, do you understand you're
15  under oath today just as if you were in court?
16      A   Yes.
17      Q   Will you please answer my questions
18  verbally today?
19      A   Yes.
20      Q   It sounds simple, but when you're having
21  conversations it's natural to want to nod your head
22  or shake your head and obviously, our court reporter
23  can't take that down.  And I will remind you, and I'm
24  sure your counsel will too, if you're saying mmm-hmm
25  or nodding your head.  Will you please let me know at

Page 9

1   any time if you don't understand my questions?
2       A   Yes.
3       Q   If you let me know, I'll do my best to try
4   to rephrase or try to help you understand what I'm
5   trying to ask.  But please also understand that, if
6   you answer my question, I'm going to assume that you
7   understood the question as I ask it; is that fair?
8       A   That's fair.
9       Q   Will you please let me finish my questions
10  before you start answering them?
11      A   Yes.
12      Q   Again, in conversations normally it's
13  natural.  Sometimes you're going to know exactly
14  where I'm going.  It's going to be a simple question
15  and you're going to be ready and start answering
16  before I finish talking, but, again, so that we have
17  a clear record, it's important that you let me finish
18  talking before you start answering, and at the same
19  time, I'm going to do my best to let you finish
20  talking before I ask the next question.
21          From time to time your lawyer may object to
22  my questions; if that happens, you should let him
23  finish speaking and then unless someone instructs you
24  not to answer, you should go ahead and answer my
25  question.  Do you understand that?

Page 10

```
 1      A   Understood.
 2      Q   Will you please let me know if you need a
 3   break today?
 4      A   Will do.
 5      Q   We're going to take regular breaks probably
 6   about every hour, maybe hour and a half if we're in
 7   the middle of something.  If there's a question
 8   pending, we're not going to a break.  I will ask you
 9   to finish answering my question before we take a
10   break, but, again, we will take regular breaks
11   throughout the day.
12          At the same time, please understand we
13   control the record.  And so what that means is that,
14   until I say that we're off the record, the court
15   reporter is going to continue taking down what we say
16   today.  Do you understand that?
17      A   Understood.
18      Q   And finally, if we talk about anything
19   substantive about this case when we're on a break,
20   when we go back on the record, I am going to
21   summarize what we talked about.  Do you understand
22   that?
23      A   Yes.
24      Q   Ms. Milon, are you taking any medications
25   that could impact your memory or your ability to tell
```

Page 11

```
 1   the truth here today?
 2      A   No.
 3      Q   Is there any reason you can think of why
 4   you might not be able to tell the truth in testimony
 5   here today?
 6      A   No.
 7      Q   Let's go back to Exhibit number 2, the
 8   subpoena.  And I think I asked you this already, but
 9   have you seen Exhibit number 2 before?
10      A   Yes.
11      Q   Now, Exhibit number 2, do you understand
12   that it calls for you to produce certain documents to
13   us?
14      A   Yes.
15      Q   And do you have documents in your
16   possession, custody or control that are called for by
17   Exhibit number 2?
18      A   No.
19      Q   Have you produced documents to us that
20   were --
21      A   Yes.
22      Q   -- included in this list?
23      A   Yes.
24      Q   Have you produced all the documents that
25   you have or have access to that are called for by the
```

Page 12

```
 1   list in Exhibit number 2?
 2      A   No.
 3      Q   What sorts of documents have you not
 4   produced to us yet?
 5      A   My tax return, which was the last, because
 6   I haven't filed my taxes.  You said any and all
 7   income tax returns, which is number 17?
 8      Q   Yes.  You haven't filed tax returns for any
 9   of the years covered by the subpoena?
10      A   I started -- no.
11      Q   Okay.  I guess you haven't filed one for
12   2017, is that --
13      A   That is correct.
14      Q   Okay.  Any other categories of documents
15   that you still have, documents that you haven't sent
16   us?
17      A   I believe everything else has been
18   submitted.
19      Q   If you turn to -- it's marked as page 5.
20   You're looking at it.  How about item number 15.
21   Have you produced all communications called for by
22   item number 15?
23      A   Yes.  You -- yes.  May I check my phone?
24      Q   Sure.  Well, otherwise -- you know what,
25   how about this.  Let's -- just for the sake of time,
```

Page 13

```
 1   we can deal with some of these issues having to do
 2   with communications.  And I understand that you may
 3   have produced some in the last day or two.  So we can
 4   work on that offline, outside of the testimony.
 5      A   Okay.
 6      Q   But let me ask you this, where have you
 7   looked?  And I'm looking particularly at items number
 8   15 and 16.  Where is it that you've looked for
 9   communications called for by items number 15 and 16?
10      A   E-mails.
11      Q   Well, I guess more specifically, just to be
12   more clear, which e-mail addresses did you search to
13   try to find communications responding to items 15 and
14   16?
15      A   Info Cambridgecapitalgroup.holdings, Gail
16   ccwealthadvisors and Gail.Milon gmail.com.
17      Q   Are there any other e-mails addresses that
18   you've used to conduct business relating to
19   Cambridge?
20      A   At the beginning, but it stopped.  I may
21   have used Gmilon att.net.
22      Q   Have you searched the att.net address?
23      A   No, I didn't.
24      Q   Did you have an e-mail through Ellis
25   Liddell?
```

Page 14

```
 1       A  Oh.  Yes.
 2       Q  Did you ever receive -- do you think you
 3  ever might have received or sent communications about
 4  Cambridge using your Ellis Liddell e-mail address?
 5       A  No.
 6       Q  What was that address?
 7       A  I don't recall.
 8       Q  It's okay.  Other than communications, can
 9  you generally describe for us what you did to try to
10  collect documents called for by Exhibit number 2?
11       A  Went into files, went into e-mails, search
12  engines, QuickBooks.
13       Q  Let me ask you this, where physically were
14  the records that you looked through stored?
15       A  In a file cabinet.
16       Q  Where was the file cabinet?  Like what
17  building was it in?
18       A  It was at 2120 East Killarney Way.
19       Q  Are the files that you searched still
20  located at 2120 East Killarney Way?
21       A  No.
22       Q  Where are they now do you think?
23       A  1432 Denholm Drive.
24       Q  And what is 1432 Denholm Drive?
25       A  My office.
```

Page 15

```
 1       Q  Other than the files now located at 1432
 2  Denholm Drive, are you aware of anywhere else that
 3  might be a significant number of files relating to
 4  Cambridge today?
 5       A  I should have all the files.
 6       Q  Have you held back any documents?  In other
 7  words, are there any documents that you have that you
 8  believe are called for by our subpoena, but you
 9  haven't sent us because of a claim of legal
10  privilege?
11       A  No.
12       Q  Are there any documents that you believed
13  we've asked for in Exhibit number 2, but you have not
14  sent us for some reason other than legal privilege?
15       A  No.
16       Q  Are you aware of any documents that we
17  asked for in Exhibit 2, but that you weren't able to
18  send us because they were lost, destroyed, stolen or
19  you just don't have them anymore?
20       A  Yes.
21       Q  What sorts of documents?
22       A  Documents that Don Reinhard may have had.
23       Q  You think he took some documents with him?
24       A  Yes.
25       Q  Do you know where Mr. Reinhard -- do you
```

Page 16

```
 1  have any idea where Mr. Reinhard might have those
 2  documents now?
 3       A  I believe that he had a flash drive or a
 4  hard -- what is it called?  External hard drive and
 5  manual documents, you know, handwritten documents.
 6       Q  Do you have any idea where he might have
 7  stashed those?
 8       A  No.
 9       Q  You can put Exhibit number 2 aside.
10          What is your -- well, I think you just said
11  it.
12          Well, what is your home address?
13       A  1432 Denholm Drive, Tallahassee, Florida
14  32308.
15       Q  What is your Social Security number?
16       A  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.
17       Q  Handing you what's been marked as Exhibit
18  3.  Take a few minutes to review it and let me know
19  when you're ready.
20          (SEC Exhibit No. 3 was marked for
21          identification.)
22       BY MR. STAUBITZ:
23       Q  Have you seen Exhibit 3 before?
24       A  Yes.
25       Q  What is Exhibit 3?
```

Page 17

```
 1       A  It's a background questionnaire.
 2       Q  Did you fill out Exhibit 3?
 3       A  Yes.
 4       Q  Is Exhibit 3 complete and accurate to the
 5  best of your knowledge?
 6       A  Yes.
 7       Q  Does Exhibit 3 include a complete and
 8  accurate description of your educational background?
 9       A  Yes.
10       Q  Just for the record, you're looking at the
11  resume that you've attached to the back of Exhibit 3;
12  is that right?
13       A  That is correct.
14       Q  And, including your resume, does Exhibit 3
15  include a complete and accurate description of your
16  employment history?
17       A  Yes.
18       Q  I'm going to ask you a couple of the
19  items in Exhibit 3.
20          If you turn to page 6 of Exhibit 3, item
21  number 22 asked about accounts at financial
22  institutions.  Do you see that?
23       A  Yes.
24       Q  And you've listed three accounts at Bank of
25  America; is that right?
```

Page 18

1     A   That is correct.
2     Q   Would the three -- so -- were the three
3  accounts you've listed the only three accounts
4  related to Cambridge Capital that you had access to?
5     A   There was a Cambridge Capital -- the answer
6  is no.
7     Q   There were other accounts you had access
8  to?
9     A   Yes.
10    Q   Do you remember -- I assume you don't
11 remember the number of those accounts off the top of
12 your head or do you?
13    A   Oh, no.  There was just one other.
14 Cambridge Capital Sports and Entertainment.
15    Q   That was also at Bank of America?
16    A   That was at Bank of America, yes.
17    Q   You've noted that the bank account ending
18 in 8059 was closed.  Do you see that?
19    A   Yes.
20    Q   When was the 8059 account at Bank of
21 America closed, roughly?
22    A   February.
23    Q   February of 2018?
24    A   Yes.
25    Q   When did you first have access to -- I

Page 19

1  guess the question is -- I'm sorry.  Let me start
2  over again because the question in 22 is "accounts
3  you had control over."
4        So when did you first have control over the
5  account ending in 2500?
6     A   April of 2017.
7     Q   And how about the account ending in 6617.
8  When did you first have control over the 6617
9  account?
10    A   April of 2017.
11    Q   The same for the account ending in 8059?
12    A   Yes.
13    Q   During the time that you had control over
14 the three accounts you've listed, was there anyone
15 else who also had control over the same accounts?
16    A   Yes.
17    Q   Who?
18    A   Dr. Phillip T. Howard.
19    Q   Anyone else?
20    A   No.  May I ask --
21    Q   Sure.
22    A   -- a question?  When you say control
23 over --
24    Q   What's your understanding of -- the reason
25 I ask it that way is because the question said

Page 20

1  "control" and so you've listed these three accounts.
2        What's your understanding of control?
3     A   The person's name is on the signature card.
4  However, Don Reinhard also had access, however his
5  name was not on the signature card.
6     Q   And just so I'm clear.  Did he have access
7  at the same time you had access or you do think he
8  had access before you had access?
9     A   He had access before.
10    Q   Okay.  But he didn't have access in April
11 of 2017 and more recently than that, did he?
12    A   No.
13    Q   Okay.  So during the time that you had
14 access to those accounts, other than Dr. Howard, was
15 there anyone else who had access to the accounts
16 you've listed item 22?
17    A   No.
18    Q   Do you know whether Dr. Howard still has
19 access to the accounts you've listed, other than,
20 obviously, the ones closed?
21    A   Yes.
22    Q   He still does today?
23    A   His name is still on the signature card.
24    Q   Okay.  In item number 31, which is on page
25 10 of Exhibit 3, you've listed some professional

Page 21

1  licenses that you hold.  Do you see that?
2     A   Yes.
3     Q   Are all your professional licenses
4  currently in good standing?
5     A   They are in good standing, yes.
6     Q   You haven't been suspended or anything like
7  that is what I'm asking.
8     A   No.
9     Q   You haven't let them lapsed?  You haven't
10 gone inactive, anything like that?
11    A   I have gone inactive.
12    Q   Which licenses have you gone inactive?
13    A   The 7, the 63 and the 65.
14    Q   When did you go inactive?
15    A   November of 2017.
16    Q   And why did you go inactive for those
17 licenses?
18    A   The broker-dealer stated that either I had
19 to let Cambridge go 'cause Cambridge was an outside
20 business activity on my OBA.
21    Q   Right.
22    A   And when SEC first came, it was directed
23 that either I let Cambridge go and go full-time with
24 them, meaning work fully the broker-dealer, and I
25 opted to continue what I was working on.

Page 22

1     Q   When you say the broker-dealer, who do you
2  mean specifically?
3     A   ELE Wealth Management.
4     Q   When did you first start working for ELE
5  Wealth Management?
6     A   April of 2017.
7     Q   And how did you come to be hired by ELE?
8  Well -- and I don't want to confuse things here
9  because I see that number 34, there are some other
10  ELE entities listed, so let me ask the question
11  again, but this way.
12     When did you start working for ELE Wealth
13  Management?
14     A   In April of 2017.
15     Q   And how did you come to be hired by ELE
16  Wealth Management?
17     A   I'm -- can't -- I don't quite understand
18  your question.  You want to know how I met them?
19     Q   Yeah.  How did you -- did they call you?
20  Did you call them?  Did you see a listing online?
21  How did you find them?
22     A   I was introduced to him by an individual at
23  Howard & Associates.
24     Q   Who was the person who introduced you?
25     A   Daryl Billingsley.

Page 23

1     Q   And who is Mr. Billingsley?
2     A   He is the husband of one of my former
3  client.
4     Q   Who is your former client?
5     A   Tameka Billingsley.
6     Q   And how did Mr. Billingsley know people at
7  ELE Wealth Management?
8     A   We worked there.  He worked for Howard &
9  Associates.  I'm sorry.  What was your question?  I'm
10  sorry.
11     Q   How did Mr. Billingsley know people at ELE
12  Wealth Management, if you know?
13     A   I don't know.
14     Q   But Mr. -- was it Mr. Billingsley who
15  introduced you to ELE?
16     A   Yes.
17     Q   Why did you look to get hired by ELE Wealth
18  Management?
19     A   Well, I was looking to make a transition
20  anyway.  Met sold to MassMutual, and MassMutual and I
21  had different philosophies, and so I was in the
22  process of kind of transitioning on my own anyway.
23  So when I got that phone call, it was --
24     Q   Were you working for Cambridge at the time
25  that you also were looking to get hired by ELE?

Page 24

1  That's really what I'm asking.  Were you already
2  working for Cambridge when Mr. Billingsley introduced
3  you to people --
4     A   No.
5     Q   -- at ELE Wealth Management?
6     A   No.
7     Q   Just so I'm clear -- I think I might be a
8  little confused.
9     In April of 2017, you were not doing work
10  for Cambridge?
11     A   No.  I was with Cambridge.
12     Q   You were with Cambridge.  Okay.  I'm sorry.
13  I was confused.
14     A   I was introduced -- Daryl called me in
15  December of 2016.
16     Q   Okay.  Before you started working with
17  Cambridge?
18     A   Before.
19     Q   Got it.
20     Was your work at ELE Wealth Management
21  related to work you were doing at Cambridge?
22     A   No.
23     Q   Was there any crossover between the two?
24     A   They were separate.
25     Q   Did you have any clients, for example, who

Page 25

1  were both involved with Cambridge but also clients
2  involved with work for ELE Wealth Management?
3     A   No.
4     Q   What did you do for ELE Wealth Management?
5     A   Financial services.  The same thing I was
6  doing -- well, financial services.
7     Q   What sort of financial services?
8     A   Soliciting clients, do financial planning,
9  estate planning.
10     Q   Roughly how many clients did you have
11  through ELE Wealth Management?
12     A   I only had one.
13     Q   Who was that?
14     A   Willie Fedd.
15     Q   How do you spell it?
16     A   W-I-L-L-I-E, F-E-D-D.
17     Q   In item 34 you've also listed ELE Advisory
18  Services and ELE Wealth Advisors.  Do you see that?
19     A   Yes.
20     Q   Were you also employed by ELE Advisory
21  Services?
22     A   One of them -- yes.  One of them is the
23  financial planning, the other is the -- I should say
24  the wealth management.  The other one, I guess, is
25  the -- just the -- if you get into just regular

Page 26

1    advisory services.
2         Q   Which one is which?
3         A   The advisory services is the wealth
4    management.
5         Q   Okay.  So what did you do for ELE Advisory
6    Services?
7         A   I hadn't basically gotten any clients to go
8    into that one as yet.
9         Q   And how about for ELE Wealth Advisors, what
10   did you do for them?
11        A   That's the one that I have Willie Fedd in.
12        Q   Were there any other employees of -- and
13   let's just for sake of clarity, let's -- not sake of
14   clarity, but for sake of shortcuttedness a little,
15   I'm going to call ELE Wealth Management, ELE Advisory
16   Services; and ELE Wealth Advisors, I'm just going to
17   call them ELE.  Is that fair?  If I'm talking about
18   all of them --
19        A   That's fine.
20        Q   -- I'll say ELE.
21            So were there any other employees of ELE in
22   Tallahassee with you?
23        A   No.
24        Q   Turn to the last page of Exhibit 3, which
25   is the resume that you attached.

Page 27

1            I notice up to the top there's a section
2    about your education.  Do you see that?
3         A   Yes.
4         Q   Tell me a little bit about what you studied
5    at Florida A & M for your finance and accounting?
6         A   I was --
7         Q   Just generally.
8         A   I was in the school of business.  I was a
9    National Merit Scholar.  I was on full academic
10   scholarship.  Dr. Sivley Modley was the Dean, and I
11   was under accelerated program.  I CLEP'd my freshman
12   year, came in as sophomore.
13        Q   Which one do you say you focused on more, I
14   mean finance or accounting?
15        A   Finance.
16        Q   Did you take a number of courses in
17   accounting though?
18        A   Yes.
19        Q   How many courses do you think you took in
20   accounting?
21        A   Financial accounting, intermediate
22   accounting, cost accounting, intermediate I and II.
23   I think it was accounting I and II as well.
24        Q   Did you receive a degree from Florida A &
25   M?

Page 28

1         A   Yes.
2         Q   What was your degree?
3         A   In administration.
4         Q   Was that a B.A?
5         A   B.S.
6         Q   B.S., okay.
7             And then it said you're currently seeking
8    M.B.A. in finance?
9         A   Yes.
10        Q   Where are you seeking M.B.A. in finance?
11        A   FAMU.  I'm kind of on sabbatical on that,
12   but I am still currently seeking it.
13        Q   Where are you in your coursework?
14        A   The last -- Dr. Larry Frieder which was
15   my -- who is no longer with Florida A & M University,
16   was my graduate advisory.  My father got ill.  I
17   basically had done a dissertation and he gave it back
18   to me and that's when I stopped.  Lot of emotional
19   things were going on at that time.
20        Q   I think you can put Exhibit 3 aside for
21   now.  Getting back to ELE for a minute.
22            Did Dr. Howard know you were working for
23   ELE?
24        A   Yes.
25        Q   Did he encourage you to work for ELE?  Did

Page 29

1    he care in any way?
2         A   He really wasn't involved in that aspect.
3    When I -- it was Don Reinhard, myself, Daryl.  Well,
4    Daryl was the initial, but he did know, yes.
5         Q   Where are you employed right now?
6         A   I'm still with Cambridge.
7         Q   And we'll get into it a little bit.
8             There are a lot of Cambridge companies.
9    Which specific Cambridge companies are you currently
10   employed by?
11        A   I am employed by all of them.
12        Q   Okay.  That's fair.
13        A   Can I just say that?
14        Q   Sure.  No, that's fine.
15            In other words, there weren't any that
16   you've cut ties with or that you're not doing work
17   right now that you can think of?
18        A   No.
19        Q   Okay.  What's your title?
20        A   Managing vice president.
21        Q   What are your current job duties?
22        A   Number 1, working with the auditor.  I was
23   working with the accountant to try to get this audit
24   done.  That's been my focus.  Also communicating with
25   clients, investors.  Trying to -- automation.  Bring

Page 30

1  order.
2      Q   What do you mean by automation?
3      A   There were a lot of manual processes.
4      Q   In terms of the accounting or other things?
5      A   Yes.
6      Q   Anything other than accounting that you've
7  been trying to automate?
8      A   Some of the -- for example, if there was a
9  travel advance, you know, instead of doing it
10  manually -- so some of these other processes to
11  collect data, yes.
12      Q   Anything else that you're currently doing
13  for Cambridge?  You had listed working with the
14  accountant and the auditor on the audit,
15  communicating with clients, automation, anything else
16  that's your current job duties for Cambridge?
17      A   Managing the hedge funds.
18      Q   And by "the hedge funds," what do you mean?
19      A   Cambridge Capital Partners.
20      Q   Are you -- is that -- and just to help you
21  out.
22          Is that Cambridge Capital Partners,
23  Cambridge Capital Group Equity Option Opportunities,
24  Cambridge Capital Group Large Cap Equity and
25  Cambridge Capital Group Active Managed S & P 500

Page 31

1  Index?
2      A   All of those are not opened.
3      Q   Which ones are closed?
4      A   The S & P was never used.
5      Q   Okay.  S & P is not open right now and was
6  not used?
7      A   It was never used.  Name the others.
8      Q   Right.  So Cambridge -- yes.  That's
9  easier.
10          Cambridge Capital Partners, that currently
11  active?
12      A   Yes.
13      Q   Cambridge Capital Group Equity Option
14  Opportunities, is that currently active?
15      A   Let's go back to the Cambridge Capital
16  Partners.
17      Q   Sure.
18      A   Cambridge Capital Partners was closed.
19  They were Massachusetts companies that we opened in
20  Nevada. The names were not supposed to change,
21  however if a name was not available, another word was
22  added that may have changed the name.  The names were
23  not supposed to change.
24      Q   Okay.
25      A   Okay.  So that's the reason why I'm, like,

Page 32

1  not sure of all of the name titles.  But we opened up
2  the companies into Nevada.
3          Now, I closed Cambridge Capital Equity
4  Options because the only difference between the
5  Cambridge Capital Partners and Cambridge Capital
6  Equity Options is that Don did options and I did not
7  do options, so there was no reason to keep it. Other
8  than that, the funds were identical.
9      Q   So what happened to investors' accounts
10  that were in the Equity Option Opportunities hedge
11  fund?
12      A   They are in Cambridge Capital Partners.
13      Q   And then how about Cambridge Capital Group
14  Large Cap Equity LP?
15      A   Never was used.
16      Q   So when you say you're managing the hedge
17  fund, is that Cambridge Capital Partners that you're
18  referring to?
19      A   That is correct.  However, the reason why
20  I'm hesitant is because I don't know if that name
21  changed when it went to Nevada.
22      Q   Understood.
23      A   It may have been called Cambridge Capital
24  Partners -- Cambridge Capital Group partners.  In
25  other words, there may have been -- because I think

Page 33

1  when we were trying to get Cambridge Capital
2  Partners, that name with was already taken and I
3  think another -- and I apologize.  I don't remember
4  the name, but it was another name -- word added to
5  make it the fund.  Am I making sense?
6      Q   Absolutely.  Just to be clear, is there
7  just one hedge fund you're currently managing?
8      A   That is correct.
9      Q   Okay.
10      A   Yes.
11      Q   And what are you doing to manage the hedge
12  fund for Cambridge right now?
13      A   Actually, it's more making sure that we are
14  in a liquidation process.
15      Q   What does that mean?
16      A   Trying to make funds that were illiquid,
17  liquid.
18      Q   So what are you doing as part of the
19  liquidation process for the Cambridge hedge fund?
20      A   Staying on top of settlement.
21      Q   What do you mean by settlement?
22      A   Settlements of contracts, making sure of --
23  staying on top of what's happening with the
24  development of another investment that's included in
25  it.  In other words, overseeing the different things

Page 34

1  that are within the hedge fund.
2      Q  Is it fair to say you're overseeing the
3  hedge funds' investments?
4      A  Yes.
5      Q  Okay.  And we'll get more into the
6  specifics in a little bit.  I don't want to get too
7  bogged down in that.  Right now I just want to get
8  through the general list of the things you're doing.
9          So other than working on the audit,
10 communicating with investors, automating processes at
11 Cambridge and managing the hedge fund, is there
12 anything else that you're currently doing for
13 Cambridge as part of your job duties?
14     A  No.
15     Q  Do you have an employment agreement?
16     A  No.
17     Q  Have you ever had an employment agreement?
18     A  No.
19     Q  What sort of compensation --
20     A  I --
21     Q  Go ahead.
22     A  Oh, go ahead.
23     Q  No.  Go ahead.
24     A  I was supposed to have one.  That was
25 Daryl's responsibility and he had the stroke.  He had

Page 35

1  a stroke.
2      Q  Okay.
3      A  And then things just started happening and
4  then that just never got done.
5      Q  Sure.  So what sort of compensation do you
6  get from Cambridge?  How are you compensated?
7      A  Well, I was getting -- what am I getting
8  now?
9      Q  Yes.
10     A  What am I getting now, nothing.
11     Q  They're not paying you anything?
12     A  Not right now.
13     Q  Okay.  When did they last pay you?
14     A  December.
15     Q  Did you ever receive a salary from
16 Cambridge?
17     A  Yes.
18     BY MR. STRONGARONE:
19     Q  December 2017?
20     A  Yes.
21     Q  Thank you.
22     BY MR. STAUBITZ:
23     Q  What was your salary?
24     A  1,060 a week.  $1,060 a week.
25     Q  Other than your salary, during the time you

Page 36

1  were getting paid by Cambridge, did you receive any
2  other compensation?
3      A  I received a bonus of 10,000.
4      Q  Do you remember roughly when that was?
5      A  No.
6      Q  What do you get a bonus for?
7      A  Services rendered.
8      Q  And who was it that granted you the bonus?
9  In other words, who had the authority to give bonuses
10 including the one you got?
11     A  Dr. Howard.
12     Q  Did you ever get any noncash compensation?
13     A  No.
14     Q  Did you have any incentive compensation?
15     A  What is --
16     Q  Like commissions, management fees --
17     A  No.
18     Q  -- anything like that that you would get a
19 cut or a percentage.
20     A  No.
21     Q  Who do you report to currently?
22     A  Currently, no one.
23     Q  When is the last time you reported to
24 somebody at Cambridge?
25     A  January 31st.

Page 37

1      Q  Of 2018?
2      A  Of 2018.
3      Q  And who was it that you were reporting to
4  up until January of 2018?
5      A  Addys Walker.
6      Q  Other than Mr. Walker, is there anyone else
7  that you've reported to at Cambridge?
8      A  No.
9      Q  And who reports to you currently at
10 Cambridge?
11     A  No one.
12     Q  Is there anyone else employed by Cambridge
13 right now?
14     A  No.
15     Q  When was the last time Cambridge had
16 employees other than you?
17     A  January 31st.
18     Q  And in the period, let's say January 30th,
19 who else was employed at Cambridge?
20     A  January 30th?
21     Q  Right.  So in other words, in the time
22 leading up to --
23     A  Okay.
24     Q  -- when it sounds like Mr. Walker and maybe
25 some other people left, if that was the last time

Page 38

```
 1   people were there, who else were there?
 2      A   Jeff Kahn, Donald Brown, Charles Smith.
 3      Q   Anyone else?
 4      A   No.
 5      Q   Do you know someone name Regina --
 6      A   McHardy.
 7      Q   -- McHardy?  Is she still involved with
 8   Cambridge?
 9      A   She is with the university.
10      Q   Okay.  Has she ever been an employee of
11   Cambridge Capital?
12      A   No.
13      Q   Does she do work for Cambridge Capital
14   still?
15      A   No.
16      Q   Has she ever done any work for Cambridge
17   Capital?
18      A   She may have helped me on a few things.
19      Q   But she has been an employee of Cambridge
20   Capital University?
21      A   Graduate University International, that is
22   correct.
23      Q   Have you ever done any work for Cambridge
24   Graduate University?
25      A   No.
```

Page 39

```
 1      Q   Have you ever taken any courses through
 2   Cambridge Graduate University?
 3      A   No.
 4      Q   Who is Jeff Kahn?  I mean, it sounds like
 5   he worked for Cambridge, but what did he do for them
 6   generally?
 7      A   He was a deal maker.  He brought in
 8   capital.
 9      Q   What kind of deals?
10      A   Well, he brought in assets and he -- he and
11   Addys Walker worked on deals.  Now, I'm -- that's a
12   vague area 'cause I wasn't -- I can't answer any of
13   that.  I really can't.
14      Q   Why can't you answer that?
15      A   Because I tried to get involved in that
16   aspect and I just had -- I didn't know a lot of what
17   was going on.  I just would hear things and so I'm
18   not knowledgeable of that.  But he did bring in
19   assets --
20      Q   What kind of assets?
21      A   -- he and Addys Walker.
22      Q   What kind of assets generally?
23      A   I guess -- what do you mean?  He brought in
24   cash into the funds.
25      Q   Okay.  Cash specifically?
```

Page 40

```
 1      A   Well, through investors.
 2      Q   Okay.  I didn't know if, you know --
 3      A   I didn't know --
 4      Q   -- if property or -- you know, I was just
 5   asking.  Just what kinds of assets was he bringing
 6   in?
 7      A   That, I know he did that and then he and
 8   Mr. Walker worked on deals and I wasn't really
 9   involved in that aspect.
10      Q   Why -- I'm sorry.  Let me ask you first.
11         What was Mr. Kahn's background, if you
12   know?
13      A   I don't know.
14      Q   Do you know what he's been doing before he
15   was involved with Cambridge?
16      A   No, I don't.  I don't know for a fact.  I
17   know he had a insurance license because he
18   transferred his insurance license to ELE; at least I
19   thought he did.  So I don't know a lot about him.
20   He's out of New York or New Jersey.  New York, New
21   Jersey.
22      Q   Is he in New York, New Jersey now?
23      A   Yeah.
24      Q   Do you know what he's doing now?
25      A   Working with Mr. Walker, to the best of my
```

Page 41

```
 1   knowledge, Providence Capital.
 2      Q   What is Providence Capital?
 3      A   That's their -- that's Mr. Walker's
 4   company.
 5      Q   And do you know what business Providence
 6   Capital does?
 7      A   They do deals.
 8      Q   You made sort of quotes with your fingers.
 9      A   Because I don't know what that --
10      Q   Why did you do that?
11      A   Because I don't know what they do, but I
12   hear they are deal makers, so whatever that consists
13   of.
14      Q   Who are you hearing that from?
15      A   Well, that's all I've ever heard.  They do
16   deals.
17      Q   Oh, okay.
18      A   So they just separated from Cambridge and
19   started Providence Capital doing the same thing they
20   were supposedly doing for Cambridge.
21      Q   Got it.
22         Why did Mr. Kahn leave Cambridge?
23      A   Because Mr. Walker left Cambridge.
24      Q   Why did Mr. Walker leave Cambridge?
25      A   I don't know.  I'm trying to -- I would be
```

Page 42

1  speculating.  I would be speculating.
2       **Q  Speculate.  What's your understanding?**
3  **What have you hard about why he left Cambridge?**
4       A  He and Dr. Howard fell out.  I don't know
5  what transpired.
6       **Q  But they're not getting along currently?**
7       A  No.
8       **Q  And he left because of some disagreement**
9  **with Dr. Howard; is that your understanding?**
10      A  That's my understanding.
11      **Q  Okay.  And Mr. Kahn went with him?  Is that**
12  **right?**
13      A  Yes.
14      **Q  Okay.  Do you know someone name Linda**
15  **Bedell?**
16      A  Yes.
17      **Q  Is she still doing work for Cambridge at**
18  **all?**
19      A  No.
20      **Q  Is she doing work with Mr. Walker and Mr.**
21  **Kahn?**
22      A  Yes.
23      **Q  Did she leave around the same -- was she**
24  **doing work with Cambridge at the same time that Mr.**
25  **Walker and Mr. Kahn were?**

Page 43

1       A  She -- it's really strange.  She was -- she
2  worked with Mr. Walker.  Supposedly she's Mr.
3  Walker's partner.
4       **Q  Okay.  Do you know whether she is working**
5  **with them on Providence Capital?**
6       A  I'm willing to bet she is.  Do I know for a
7  fact?  No.  But that's Mr. Walker's partner.
8       **Q  Okay.**
9       BY MR. STRONGARONE:
10      **Q  Did Mr. Walker leave voluntarily?**
11      A  Yes.
12      BY MR. STAUBITZ:
13      **Q  I'm going to go through some of the**
14  **Cambridge entities, and I understand that we may have**
15  **some similar issues to the hedge funds where some of**
16  **the names may have changed a bit, so I hope you'll**
17  **help me with that.  But I just want to make sure that**
18  **we can -- you know, to the best that you can help**
19  **us -- clear up what the difference was between some**
20  **of these companies.**
21          **So first of all, Cambridge Capital Group,**
22  **LLC, have you heard of that before?**
23      A  Yes.
24      **Q  In general terms, what was Cambridge**
25  **Capital Group, LLC?**

Page 44

1       A  That was like the holding company.
2       **Q  Is Cambridge Capital Group still operating?**
3       A  Yes.
4       **Q  And what do you mean Cambridge Capital**
5  **Group was the holding company?**
6       A  It's, you know, like a company will have an
7  umbrella and then they'll have companies underneath.
8       **Q  Did Cambridge Capital Group, you know, do**
9  **any business or have any assets itself?**
10      A  No, but they -- not they.  But in certain
11  contracts they would put Cambridge Capital Group and
12  Cambridge Capital Partners or Cambridge Capital Group
13  and Cambridge Capital Equity Options.
14      **Q  Okay.  How about Cambridge Capital**
15  **Advisors, LLC?  Have you heard of that before?**
16      A  Cambridge Capital Advisors is the operating
17  account.
18      **Q  So what was the purpose of Cambridge**
19  **Capital Advisors?  Hold on a second.  Before we get**
20  **into that let me ask you.**
21          **Is Cambridge Capital Group, LLC still in**
22  **operation today?**
23      A  Yes.
24      **Q  Okay.  All right.  Now, let's move onto**
25  **Cambridge Capital Advisors.**

Page 45

1          **What was the business of Cambridge Capital**
2  **Advisors?**
3       A  I can only tell you what my focus is.  I
4  don't know what's Don's.
5       **Q  Sure.**
6       A  It's the flow-through of all funds.  So
7  someone brings assets in, they come into Cambridge
8  Capital Advisors.  Obviously initially it would be,
9  they go into Cambridge Capital Partners, they go
10  to -- a portion into Cambridge Capital Equity Options
11  and then vendors would be paid out of Cambridge
12  Capital Advisors.
13      **Q  Okay.**
14      A  So it was the operating account.
15      **Q  Was Cambridge Capital Advisors registered**
16  **as an investment advisor with the SEC?  Do you know?**
17      A  It's under FINRA.  We do an annual ADV.
18      **Q  Okay.  And do you know whether that first**
19  **happened -- was there before you joined Cambridge or**
20  **after?**
21      A  Was before I joined.
22      **Q  Is it still registered with FINRA?**
23      A  Yes.
24      **Q  And we talked about Cambridge Capital**
25  **Partners.  You think the name might have changed.**

Page 46

1  Now it's in Nevada.  That's the hedge fund; is that
2  right?
3      A   That's the hedge fund.
4      Q   So today if I talk about the hedge fund, we
5  understand that we're talking about Cambridge Capital
6  Partners or whatever it's called in Nevada today?
7      A   Right.
8      Q   Is that fair?
9      A   That's fair.
10     Q   Cambridge Capital Funding, Inc.  Have you
11 heard of that before?  Oh.  Before we -- I'm sorry.
12 Let me ask -- I did the same thing before.
13         Cambridge Capital Advisors, LLC, is that
14 still active?
15     A   Yes.
16     Q   Is it in Florida, Massachusetts, Nevada?
17 Where is it located, if you know?  I'm not trying to
18 play quiz, but --
19     A   That should be Leon County.
20     Q   Okay.  All right.  So Cambridge Capital
21 Funding, Inc., have you heard of that before?
22     A   Cambridge Capital Funding, Inc?  No.
23     Q   How about Cambridge Capital Wealth
24 Advisors?
25     A   Yes.

Page 47

1      Q   What is Cambridge Capital Wealth Advisors?
2      A   Cambridge Capital Wealth Advisors was the
3  e-mail that I was supposed to use to communicate with
4  clients in reference to financial services.
5      Q   Okay.  Did Cambridge Capital Wealth
6  Advisors do any business, have any business
7  operations?
8      A   No.
9      Q   Other than being the name on the e-mail
10 address you were using, do you know what the purpose
11 of Cambridge Capital Wealth Advisors was?
12     A   That's what I was saying, that it was the
13 e-mail that was set up for me to communicate with
14 investors, potential investors, that was supposed to
15 have been used for ELE, but -- no.  I think it was
16 supposed to have been used for -- it ended up being
17 used for Cambridge Capital, that's what it was.
18     Q   Okay.
19     A   To communicate with investors, but I ended
20 up using all three, to be honest.
21     Q   Okay.  Other than --
22     A   But there was no corporation set up,
23 Cambridge Capital Advisors.
24     Q   Okay.  Cambridge Capital Wealth Advisors?
25     A   Cambridge Capital.  Wait a minute.  I

Page 48

1  thought something -- we end up changing the name to
2  Cambridge Capital Wealth Fund I think was one, not
3  Cambridge Capital Advisors.  There was a Cambridge
4  Capital Wealth Fund and that was -- Cambridge Capital
5  Wealth Fund or was it -- there was one -- like I
6  said, the fund was supposed to have been -- I
7  don't -- I'm starting to -- I wish I knew all the
8  names that ended up changing 'cause they were -- they
9  were supposed to stay the same and it was only
10 because that name was no longer available that other
11 name -- words got put in there, so.
12     Q   Why were some of the entities closed down
13 in say Florida or Massachusetts entities and moved to
14 Nevada?  Why was that done?
15     A   Because of Don Reinhard.
16     Q   What do you mean because of Don Reinhard?
17     A   Don apparently was stating that he set this
18 up, he was part owner and threatening.  So if Don
19 wanted to say that they closed these that were set up
20 initially by Don, the names, as I said, was
21 supposed to remain the same and move them to Nevada.
22 So that was primarily, to the best of my knowledge,
23 the reason that was done.
24     Q   So -- and I don't want to put words in your
25 mouth, but is what I'm hearing you saying, that the

Page 49

1  purpose you understand was to try to separate Don
2  Reinhard from companies that he was claiming he had a
3  part in, is that fair?  I don't want to put words in
4  your mouth, but is that what you're saying?
5      A   That's fair.
6      Q   Other than to try to create some separation
7  between the companies and Don Reinhard --
8      A   Right.
9      Q   -- is there any other purpose that you are
10 aware of why the companies were moved from Florida to
11 Nevada or Massachusetts to Nevada?
12     A   No.
13     Q   Whose idea was it to move the companies to
14 Nevada?
15     A   Addys Walker.
16     Q   Anyone else?
17     A   I mean, that's who I got that from.
18     Q   Okay.  Cambridge Capital Insurance Agency.
19 Have you heard of that before?
20     A   Yes.
21     Q   What is Cambridge Capital Insurance Agency?
22     A   That was set up -- Don was soliciting
23 insurance from players.  It was done by a third
24 party, 'cause he wasn't licensed through ELE, and I
25 guess a commission was supposed to be paid to -- you

Page 50

1  know, in other words -- what's her name? Jesus.
2  Can't think of her name that was the insurance person
3  under ELE.  So she would, you know, write the
4  applications, et cetera, et cetera.  If it was
5  approved, whatever, she got paid whatever flowed
6  through, and Cambridge Capital Insurance would get a
7  commission, part of -- a fee of.  I don't know if it
8  was a finders fee.  I don't know.
9      Q  Who is this?  Who was writing the policies?
10  If you don't remember her name, who did she work for?
11     A  ELE.
12     Q  What was Don Reinhard's connection to ELE?
13  In other words, how did he come up with them to help
14  write policies for players, if you know?
15     A  I don't know.
16     Q  Do you have any guess?
17     A  They -- that was all in place before I got
18  there.
19     Q  Okay.  Do you think it was through Mr.
20  Billingsley or do you think Mr. Billingsley heard
21  about it from Don Reinhard, if you know?
22     A  I don't know.  All of that was in place
23  before I got there.
24     Q  What sorts of insurance?
25     A  Life.

Page 51

1      Q  Have you ever done any work for Cambridge
2  Capital Insurance Agency?
3      A  No more -- yes.
4      Q  What kinds of work have you done for them?
5      A  Just following up with -- her name was
6  Linda. Linda Hilbert is her name.  Linda Hilbert.
7  Because when Don left, all of that stuff was still
8  in, you know, so I had to communicate with her and
9  find out what was going on.  I had to get brought up
10  to speed as to what was going on.
11     Q  She is the person who was writing policies
12  for ELE before you got there?
13     A  She's the insurance person for ELE.
14     Q  Okay.  Is she in Tallahassee?
15     A  No.
16     Q  Do you know where she is?
17     A  She's in Arizona.
18     Q  Okay.
19     A  Arizona or California.  One of those.  I
20  think Arizona.
21     Q  Are there any -- other than the entities
22  we've listed, we talked about, are there any other
23  Cambridge companies or entities that you've done work
24  for that I'm not listing here?
25     A  The only thing is that, the confusion of

Page 52

1  the names, but I know the old ones.  The old ones
2  were partners -- Cambridge Capital Partners,
3  Cambridge Capital Equity Options, and Cambridge
4  Capital Advisors, and Cambridge Capital Group.
5      Q  Okay.
6      A  Those are the old names.  The new name,
7  like I said, I know Cambridge Capital Group name
8  stayed the same.  I think Cambridge Capital Partners
9  name stayed the -- there was something changed to a
10  Wealth Fund. Maybe it was Cambridge Capital.  I don't
11  know the names.
12     Q  During the time that you've been associated
13  with Cambridge, who has been working on the
14  bookkeeping or accounting for Cambridge?
15     A  Al Smith Community Business Services.
16     Q  And earlier when you said you were working
17  with an accountant and with the auditor, is Al Smith
18  the accountant you were referring to?
19     A  Yes.
20     Q  And who is the auditor you were referring
21  to?
22     A  Bill Bogan, Bogan Public Management.
23     Q  Other than Al Smith, has anyone else,
24  during the time that you've worked with Cambridge,
25  worked on bookkeeping or accounting for Cambridge?

Page 53

1      A  Prior to, it was Don Reinhard and then
2  Brenda Murphy.
3      Q  Okay.  And let me just -- just to close a
4  little bit.
5         Other than Al Smith or Bill Bogan, during
6  the time that you've been with Cambridge, has there
7  been anyone else who's worked on the bookkeeping or
8  accounting for Cambridge?
9      A  No.  Oh.  A Denise Severin I think her name
10  is.
11     Q  Who is Denise Severin?
12     A  Denise worked for Brenda.
13     Q  For Brenda Murphy?
14     A  Yes.
15     Q  Do you know what Ms. Severin's background
16  was?
17     A  Accounting was what I was told.
18     Q  Do you know if she was a C.P.A.?
19     A  No.
20     Q  And I know it's is a bad question.
21         Was she a C.P.A.?
22     A  No.
23     Q  When did she last work for Cambridge?
24     A  Well, she didn't work for Cambridge.
25     Q  Who did she work for?

Page 54

1   A   She worked for Howard & Associates.
2   Q   So let me say it this way.  When did she
3   last work on bookkeeping or accounting for the
4   Cambridge entities?
5   A   I want to say October of 2017.  Don't quote
6   me on that, but that's what I -- somewhere around
7   there.
8   Q   And what was Ms. Severin's --
9   A   Wait a minute.  Yeah.  Or November.
10  Q   What was Ms. Severin's job as far as
11  bookkeeping and accounting?
12  A   She was trying to automate -- or balance
13  the books.  I think she was balancing the books.
14  Q   Why did she stop doing the books in or
15  around November 2017?  Not doing the books, why did
16  she stop working on books or accounting for Cambridge
17  in or around November 2017?
18  A   I -- I don't know.
19  Q   Do you have any idea?
20  A   Well, just they felt that she wasn't doing
21  the job.
22  Q   Is she still with Howard & Associates?
23  A   No.
24  Q   Was she terminated by Howard & Associates?
25  A   Yes.

Page 55

1   Q   Other than Al Smith, Bill Bogan, Denise
2   Severin, anyone else during your time at Cambridge
3   who worked on books or accounting for Cambridge?
4   A   And you didn't mention Brenda, Brenda
5   Murphy.
6   Q   Okay.  So did Brenda Murphy work on books
7   or accounting for Cambridge during the time you've
8   been there?
9   A   Yes.
10  Q   When did she last work on books or
11  accounting for Cambridge?
12  A   When I got Al Smith.
13  Q   Okay.  So when was that, roughly?
14  A   August of 2017.
15  Q   And do you know --
16  A   August.  August, September.
17  Q   Okay.  What was Ms. Murphy doing for
18  Cambridge in terms of books or accounting?
19  A   She was inputting the information into
20  QuickBooks.
21  Q   Anything else?
22  A   She was kind of overseeing QuickBooks
23  until -- I didn't want to get involved with
24  QuickBooks until after the audit.
25  Q   Okay.  Why not?

Page 56

1   A   Because number one, I wanted an official
2   accountant to do the work and not a bookkeeper and,
3   you know, I wanted -- I wanted professionals to do
4   the work that I felt was required for that particular
5   type of responsibility.
6   Q   Was Ms. Murphy a C.P.A.?
7   A   No.
8   Q   Does she have an accounting background at
9   all?
10  A   No.  Sorry.  I didn't mean to -- sorry.
11  Q   Did she also -- at the same time she was
12  doing work for Cambridge, did she also work for
13  Howard & Associates?
14  A   Yes.
15  Q   Does she still work for Howard &
16  Associates?
17  A   No.
18  Q   When did she stop working for Howard &
19  Associates, if you know, roughly?
20  A   January 2018.
21  Q   And why did she stop working for Howard &
22  Associates?
23  A   I think because he stopped paying.
24  Q   Dr. Howard stopped paying her?
25  A   Yes.

Page 57

1   Q   Do you know why?
2   A   Lack of funds.
3   Q   Was she the only one that he stopped
4   paying?
5   A   No.
6   Q   Is his law firm still active?
7   A   Yes.
8   Q   Were there a number of people who were let
9   go?
10  A   Yes.
11  Q   Because he stopped paying?
12  A   Yes.
13  Q   Were there other people who he stopped
14  paying who were also doing work for Cambridge?  Let
15  me start over and let me ask that, just to try to be
16  a little more clear.
17      It seems like we've talked about now a
18  couple people who did work both for Howard &
19  Associates and also for Cambridge, and so the thing
20  I'm trying to ask and the thing I'm trying to figure
21  out is, you know, it sounds like Ms. Murphy was
22  someone who he stopped paying, and it seems like you
23  were indicating there might have been other people.
24      Were there people who had worn both those
25  hats, they did Cambridge work and Howard & Associates

Page 58

1  work who were part of the group who he stopped paying
2  and who left?
3      A   Let me clarify something.
4      Q   Sure.
5      A   Mr. Walker changed -- at one time Brenda
6  worked for Howard & Associates, then she became
7  independent. I don't know what that was. That was
8  something that Mr. Walker set up so that she could do
9  the books for both Cambridge and Howard & Associates,
10 so she would not be tied to either one.
11     Q   Okay. Do you know when that was, roughly?
12     A   I have no idea.
13     Q   Was it before you started or after?
14     A   Oh, that was after I started.
15     Q   Okay. So -- but whether or not they were
16 officially an employee of one company or another,
17 were there people who were doing work for both, who
18 were part of the group that he stop paying, and by
19 "he," I mean Dr. Howard?
20     A   Technically no. However, if I ran -- I
21 needed some help on something and I didn't have -- I
22 would go and run over and ask somebody for something,
23 you know, to help me with something, but no one
24 worked for Cambridge outside of Brenda. And then --
25 well, Brenda didn't work for Cambridge. She -- in

Page 59

1  other words, she became a separate entity, I don't
2  know what that entity was, so that she could do the
3  books for Cambridge as well as Howard & Associates.
4  You see what I'm saying? But I would run over and
5  ask somebody, you know, to -- for a question or,
6  like, for example, you mentioned Regina, I would ask
7  Regina if she could take these phone calls for me or,
8  you know, if I'm gone because technically I was
9  Cambridge.
10     Q   Okay. So -- and -- no, that's really
11 helpful.
12         So were you in the same building with Dr.
13 Howard's law firm?
14     A   At the beginning, yes. He was on one end
15 of the hall and I was on the other end. We were
16 totally -- it was a -- well, you were there. So it
17 was a big long hallway. Howard & Associates was at
18 the front, if you want to call it the front. When
19 you come into the building you go to the right,
20 that's Howard & Associates. You go to the left, it
21 was Cambridge and Cambridge Graduate University.
22     Q   When was the last time that you were
23 working in the same physical building with Dr.
24 Howard?
25     A   I got kicked out.

Page 60

1      Q   Okay.
2      A   When -- you guys came in September, so I
3  moved my office to my office, my old office in --
4      Q   When was that?
5      A   In September of 2017.
6      Q   Why did you do that?
7      A   Because Mr. Walker told me to move my
8  office.
9      Q   Why did he tell you to move your office?
10     A   Well, I guess the fund was not regulated, I
11 was regulated, and so he wanted to separate me from
12 the fund.
13     Q   Why?
14     A   I don't know.
15     Q   Was Mr. Walker still in the building with
16 Mr. -- with Dr. Howard?
17     A   Yes.
18     Q   When was doctor -- was Mr. Walker in the
19 building with Dr. Howard until he left at the end of
20 January 2018?
21     A   Well, when you say was he in the building,
22 did he have a physical office there?
23     Q   Yes.
24     A   No. He was kind of a in-and-out person.
25     Q   Okay.

Page 61

1      A   His office was somewhere on Plaza Drive.
2  But I mean he was in and out.
3      Q   Okay. Were there people who were employed
4  by Cambridge who were in the building with Dr. Howard
5  until January 2018?
6      A   The -- Donald Brown came and Charles Smith
7  came. Charles came, I think, in November.
8      Q   November 2017?
9      A   Of 2017.
10     Q   So who is Mr. Brown?
11     A   He worked for Mr. Walker.
12     Q   And what did Mr. Brown do for Cambridge?
13     A   He worked for Mr. Walker. I couldn't tell
14 you what either one of those individual did. They
15 worked on deals.
16     Q   So Mr. Smith, too, you're not sure what he
17 did?
18     A   They worked on deals. That's -- as a
19 matter of fact, I went -- yeah. I went to his e-mail
20 and it said he was a deal specialist or something.
21     Q   But they both had offices in the building
22 with Dr. Howard?
23     A   At 2120 Killarney Way they had an office.
24     Q   Until when, roughly, do you think?
25     A   Until we moved from that building.

Page 62

1     Q   Which was when?

2     A   Sometime in November.

3     Q   November 2017?

4     A   Yes.

5     Q   Okay. We're going to take a break in just

6  a minute, but I just want to tie the loop on one or

7  two things before we do that.

8       You said that sometimes if you had

9  questions or things you wanted answers to, you would

10  run and talk to people who worked for Dr. Howard in

11  Howard & Associates. Who in particular would you go

12  to?

13    A   Well, you already know Regina, Regina

14  McHardy. She would help me with, like, trying to put

15  files together, things like that. And then -- I

16  don't know Devante's last name. Dewante, Devante. I

17  don't know. I just -- he would help me with techy

18  stuff.

19     Q   Okay. Anybody else?

20    A   That's -- those are the only two I

21  really --

22     Q   Okay.

23      MR. STAUBITZ: Let's take a break. Let's

24  go off the record. It's 11:14 a.m.

25      (A brief recess was taken.)

Page 63

1      MR. STAUBITZ: We are back on the record.

2  It is 11:34 a.m.

3      BY MR. STAUBITZ:

4     Q   All right. I understand from your counsel

5  there may be some additional information you wanted

6  to give us about one of the questions we were talking

7  about before we took a break.

8    A   Yes. And that was in reference to

9  individuals that I spoke with or worked with

10  Cambridge.

11     Q   Okay.

12    A   Neal Epstein.

13     Q   And who is Mr. Epstein?

14    A   He's a paralegal for Howard & Associates.

15     Q   What kinds of things would you take to Mr.

16  Epstein about regarding Cambridge?

17    A   Techy. I'm not a techy person. How to,

18  you know --

19     Q   Anything else?

20    A   No.

21     Q   Does Mr. Epstein still work for Dr. Howard?

22    A   Yes.

23     Q   As a paralegal?

24    A   Yes.

25     Q   Anything else you wanted to add?

Page 64

1    A   No. I just remembered him.

2     Q   Let me -- Bob has a couple questions he

3  wants to ask.

4      BY MR. STRONGARONE:

5     Q   I have a couple follow-up questions.

6      Al Smith.

7    A   Yes.

8     Q   You said that Al Smith began in August 2017

9  and that's when Brenda Murphy left; is that correct?

10    A   No. Brenda was there 'til January of 2018.

11  Al Smith was the accountant that took over.

12     Q   Oh, okay.

13    A   That does that for a living. I'm sorry.

14     Q   Is Al Smith a C.P.A.?

15    A   No. Bill Bogan is the C.P.A.

16     Q   How did you find Al Smith?

17    A   I knew him.

18     Q   How did you know him?

19    A   Just through accounting networks.

20     Q   Had he ever done work for Dr. Howard

21  before?

22    A   No.

23     Q   Did Dr. Howard know Al Smith?

24    A   No.

25     Q   How about Bill Bogan, how did you find him?

Page 65

1    A   Through Al Smith.

2     Q   Do you know whether Bill Bogan ever done

3  work for Dr. Howard before?

4    A   No. No, he has not. Not, no, I don't

5  know.

6     Q   Just to be clear 'cause that was a bad

7  question.

8      Had Bill Bogan done any work for Dr. Howard

9  before?

10    A   No.

11      BY MR. STRONGARONE:

12     Q   Okay. Brenda Murphy.

13    A   Yes, sir.

14     Q   Brenda Murphy has a separate entity that

15  she does accounting for, correct?

16    A   She -- supposedly she became a separate

17  entity.

18     Q   Okay.

19    A   I don't know the name or anything.

20     Q   Okay.

21      BY MR. STAUBITZ:

22     Q   Do you think it had a name? Like it was

23  something official that was set up and had a name?

24    A   I assume that they said they set her up

25  separately. That was an assumption on my part, so I

Page 66

1    don't know.
2        Q   Okay.
3            BY MR. STRONGARONE:
4        Q   Are you aware if Brenda Murphy was paid
5    separately from Howard & Associates than from
6    Cambridge for the work she did for each entity?
7        A   All I know was that she wasn't paid by
8    Cambridge.  I don't have access or anything to any
9    other --
10       Q   So just to clarify.  Brenda Murphy,
11   separate entity that does accounting for Cambridge,
12   was not paid by Cambridge; is that correct?
13       A   That is correct.
14           BY MR. STAUBITZ:
15       Q   Do you know if she was paid by Howard &
16   Associates for the bookkeeping work that she did for
17   Cambridge?
18       A   I can't answer that.
19       Q   You can't answer because you don't know or
20   for something else?
21       A   I don't know.
22       Q   Okay.  I just wanted to be clear.
23           BY MR. STRONGARONE:
24       Q   And then I had a few follow-up questions
25   about ELE.

Page 67

1            Can you tell me where the ELE branch
2    location that you worked where it was located?
3        A   It was in -- well, a suburb of Detroit,
4    Michigan.  I can't remember the name of the suburb,
5    but he's in Detroit.
6        Q   This the home office for ELE?
7        A   Yes.
8        Q   Okay.  The branch location that you worked
9    in, where was that located?
10       A   Oh.  It was initially at 2120 Killarney Way
11   and it moved to 1432 Denholm Drive.
12       Q   Okay.  Do you know the address of the
13   Killarney Way?  Do you know what suite number it was?
14       A   120.
15           BY MR. STAUBITZ:
16       Q   Just to be clear.  That was for the ELE
17   office?
18       A   ELE.
19       Q   Was 120?
20       A   Yes.
21       Q   What was in suite 125?
22       A   Howard & Associates.
23       Q   Did Cambridge have a suite number?
24       A   Yeah.  It was 120.
25       Q   Okay.  So Cambridge and ELE were both in

Page 68

1    120; is that right?
2        A   Yes.
3        Q   Were they in 120 at the same time?
4        A   Well, I had separate -- I had a separate
5    computer for ELE.
6        Q   Okay.
7        A   But when I was at Cambridge, I worked
8    there. I worked at the 1432 Denholm as well.
9        Q   Okay.  Just -- I just want to be clear.
10       A   But I did both.  I mean if I was there and
11   I met individuals there, but --
12       Q   By "there" you mean Suite 120?
13       A   I mean Suite 120.
14       Q   And that's either for Cambridge or for ELE?
15       A   Now, mind you, he only had one client in
16   ELE.
17       Q   Okay.
18       A   And I did see that gentlemen at both
19   locations.
20       Q   Both locations being 2120 and 1432 Denholm?
21       A   That's correct.
22           BY MR. STRONGARONE:
23       Q   Do you know who paid the registration fees
24   for that ELE branch office to be opened?
25       A   I did.  Well, when you say -- well, I paid

Page 69

1    certain fees that were -- that's a good question.
2            BY MR. STAUBITZ:
3        Q   Did Howard & Associates ever pay fees for
4    ELE?
5        A   No.  Howard & Associates didn't pay for it,
6    but --
7            BY MR. STRONGARONE:
8        Q   Just to be clear.  I'm talking about the
9    ELE fees that they pay to register a branch office.
10       A   I would think Mr. -- I don't know, to
11   answer your question.
12       Q   Okay.  Was there any intention for there to
13   be a business relationship between ELE and that
14   branch office and Cambridge in any way?
15       A   Well, the -- my objective was to service
16   the clients, to help them.  A lot of these
17   individuals, this is their second chance on life, you
18   know, to be able to come in with a financial plan for
19   them, to set them up for the rest of their life.
20   That was the goal, that was the objective.
21       Q   So just to be clear, the objective -- let
22   me rephrase the question.
23           Which clients are we talking about?  You
24   said that the objective was to set up the ELE office
25   to service the clients, which clients specifically

Page 70

1   were you referring to?
2       A    Investors and potential investors.  What
3   was -- the big picture is that these individuals were
4   going to get settlements.  They need someone to
5   advise them how to put their portfolios together so
6   that -- and some of them, you know, would probably
7   work with me and then some of them probably had
8   advisors.  Who knows.  But the objective was to
9   service the clients, potential clients, and even talk
10  with the clients, the existing clients.
11      Q    And when you say existing clients, are we
12  talking about Cambridge Capital?
13      A    We're talking about Cambridge Capital.
14      BY MR. STAUBITZ:
15      Q    Were there any other -- and I apologize if
16  we asked you this question earlier.
17          Were there any other clients of ELE who
18  worked in Suite 120 at the 2120 Killarney Way?
19      A    I'm the only ELE.
20      Q    Okay.  So --
21      BY MR. STRONGARONE:
22      Q    Actually -- I'm sorry.  I did have one
23  follow-up.  I forgot his name.
24          The client of ELE.
25      A    Willie Fedd.

Page 71

1       Q    Was he also a client of Cambridge in any
2   way?
3       A    No.
4       BY MR. STAUBITZ:
5       Q    So how did he become a client of ELE?
6       A    He was my client when I was at Met.
7       Q    And you brought him with you?
8       A    And he wanted to come -- well, what end up
9   happening was that he was retiring and he wanted his
10  drop money, and he has a certain period of time to --
11  you know, they have 30 days, I think, or 60, maybe,
12  to roll their money, otherwise it -- so I was his
13  advisor and so that's how that happened.
14      Q    And, again, I don't want to put words in
15  your mouth or misstate what you testified to.  But I
16  thought what you said earlier was that, at some point
17  in late 2017 ELE came to you and said, this is an
18  outside business that you're involved in with
19  Cambridge and either you can continue with us or you
20  can continue with Cambridge; is that fair?
21      A    No.  The SEC came in, and obviously through
22  that with Ellis Laddell being my broker-dealer, they
23  went to him and investigated him.  And through their
24  investigation with him, came the directive to me,
25  okay, you need to either let go of that OBA and work

Page 72

1   100 percent under ELE or let ELE go and do Cambridge,
2   and I chose to focus on what I was working on with
3   Cambridge.
4       Q    So that was my question, which is, how did
5   you choose Cambridge as the one you were going to
6   continue with?
7       A    Well, Number 1, I was the only -- I was
8   working on the audit, okay.  That was kind of going
9   in one particular direction.  Number 2, I let go of a
10  book of business and I wasn't going to get a book of
11  business there.  Number 3, I saw the opportunities,
12  the potential opportunities that could take place,
13  and I figured that once we kind of got through the
14  storm, 'cause I saw the storm coming, and I can
15  always then branch and do something different.
16          That's kind of -- I was the only experience
17  that Cambridge had.  I'm it.
18      Q    What do you mean you let go of a book of
19  business?
20      A    I have a non-compete with -- when you --
21  with certain broker-dealers you have a non-compete
22  clause.
23      Q    So I guess what I'm trying to understand
24  is, how did that enter into your decision to pick
25  Cambridge over ELE?

Page 73

1       A    How did what?
2       Q    How did the fact that you had a non-compete
3   with ELE --
4       A    That had nothing to do with it, but -- that
5   had nothing to do with that.
6       Q    Okay.
7       A    But you were asking why is it that I had no
8   book of business to generate income from.  It was
9   gone.
10      Q    With ELE you had no book of business you're
11  saying?
12      A    I had no book of business with ELE.  I left
13  my book of business, which was my income generator,
14  so I had to kind of plant myself where I was at least
15  generating -- getting some income and had the
16  potential for more income.
17      Q    What kinds of opportunities do you see on
18  the horizon for Cambridge if they were able to get
19  themselves out of the storm that you were just
20  describing?
21      A    Well, Number 1, I'm still looking to work
22  with clients.
23      Q    And, again, I apologize.  I knew you
24  answered this before, but when was the last time you
25  got paid for the work that you've done for Cambridge?

Page 74

1      A    December 2017.
2      Q    Since December 2017, have you had any
3    income in any form from any other source?
4      A    Yeah.
5      Q    From where?
6      A    My retirement plans and --
7      Q    Anything else?
8      A    Loans.
9      Q    Anything else?
10     A    That's it.
11     Q    If you haven't been paid since December,
12   why are you still with Cambridge right now?
13     A    Because of this.
14     Q    What do you mean because of this?
15     A    Well, number 1, I believe in the vision and
16   I believe that Dr. Howard is a very honest and
17   sincere man and I knew that if I wasn't here, it
18   wouldn't have been -- I don't know.  I just felt that
19   I could be of help.
20         BY MR. STRONGARONE:
21     Q    When you got paid in December 2017, what
22   entity paid you?
23     A    Cambridge Capital Advisors.
24         BY MR. STAUBITZ:
25     Q    Why haven't you gotten paid since December?

Page 75

1      A    Lack of funds.
2      Q    Cambridge doesn't have the money to pay
3    you?
4      A    No.
5      Q    Cambridge hasn't had -- let me.  So let me
6    just ask it again.
7         Cambridge has not had the money to pay you
8    since December 2017?
9      A    That is correct.
10     Q    Who made the decision that Cambridge
11   wouldn't be able to pay you starting in December
12   2017?
13     A    Who made the decision?
14     Q    Yeah.  Was it you or did someone else
15   decide?
16     A    Yeah.  I -- yeah.
17     Q    Was Mr. Walker part of the decision that
18   you wouldn't be paid anymore?
19     A    Well, there are no liquid funds in the
20   account to pay.
21         BY MR. STRONGARONE:
22     Q    When you say you believe in the vision,
23   what is the vision?
24     A    The vision is to provide -- a lot of
25   individuals we've taken off of the streets were

Page 76

1    homeless, got them into -- I was paying rent and
2    utilities for some of the players.  I mean it's --
3    you know, and there are individuals that blow money
4    and there's some of them that like to -- but you got
5    all of them in this bucket, you know.  But in any
6    case, I feel like I could be of service and be of
7    service and get paid to do it.  That's what I do.  So
8    that's the goal, you know.
9         And there are some that want that help
10   because they know they blew a lot of money and they
11   want the help.
12         BY MR. STAUBITZ:
13     Q    Do you see coming up that you're going to
14   start being able to get paid again soon?
15     A    I hope so.
16     Q    Where do you think the money is going to
17   come from for you to get paid?
18     A    Settlements.
19     Q    When you say "settlements," what do you
20   mean?
21     A    Once the cases start to settle.
22     Q    And where would the money from the
23   settlements come from for you to get paid?
24     A    It will come from the law firm.
25     Q    You mean Dr. Howard's law firm?

Page 77

1      A    Yes.
2         BY MR. STRONGARONE:
3      Q    Just to clarify.
4         When you say "the players," who are you
5    referring to?
6      A    Any individual that has a case that
7    settles.  You know, some of them, I mean, may not
8    settle.  I mean they may be declined, you know.  But
9    I would like the opportunity, as I talk with
10   different individuals that came in protesting and
11   things along those lines, to be able to -- I met with
12   them and would be able to work with them once we get
13   further down, you know, and if they get settlements.
14     Q    What is Dr. Howard's current role with
15   Cambridge?
16     A    Doesn't have a role.
17     Q    Does he do anything with Cambridge?
18     A    No.
19     Q    When is the last time you talk to him?
20     A    Yesterday.
21     Q    How often would you say you talked to him?
22     A    Wow.
23     Q    Do you talk to him every day?
24     A    No, I don't talk to him every day.
25     Q    How many times a week do you think you talk

Page 78

1  to him?
2      A  I would -- there may be some weeks, but I
3  would say maybe once a week.
4      Q  And how do you usually talk to him?  Is it
5  by phone, e-mail or in person?
6      A  By phone.  You know, then when I'm
7  communicating with investors, 'cause he's an investor
8  as well, obviously, you have that communication.
9  I've seen him in person.
10      Q  Do you e-mail with him?
11      A  Only e-mails is through group e-mails.
12      Q  Do you ever have direct e-mails with him?
13      A  I haven't lately.
14      Q  When is the last time you had a direct
15  e-mail with him?
16      A  Wow.  I don't know.  Because he's very, you
17  know, separate.  You know, I can't talk to you.  I
18  can't see you.  I can't this.  You know,
19  client-attorney privilege, whatever he says.  And I
20  may have had to call in reference to a client or
21  something and he'll say client-attorney privilege.
22  So I'm trying to -- I don't know.
23      Q  You don't know the last time you e-mailed
24  with him?
25      A  E-mailed him?  Just him?

Page 79

1      Q  Yeah.
2      A  I don't know.  I really don't.
3      Q  When is the last time you talked to him in
4  person?
5      A  I want to say last week.
6      Q  How often would you say you see him in
7  person?
8      A  Not that often now.
9      Q  Do you see him once a week?
10      A  No.
11      Q  How many times a month do you think you see
12  him?  You see him once a month?  Not that?  More than
13  that?
14      A  Well, let me --
15      Q  I'm not asking you to be exact.  Just in
16  general terms.
17      A  Let's say I see him once a week.
18      Q  Okay.  Where do you guys usually meet if
19  you see him?
20      A  I've had, I think, it was a dinner or
21  something with him and couple of other individuals.
22  Oh.  Sunday at church.  Sunday at church.
23      Q  Do you guys go to the same church?
24      A  He visits at my church.
25      Q  When was that?

Page 80

1      A  Sunday.
2      Q  Oh, this last Sunday?
3      A  Yes.
4      Q  Okay.  Had he ever been before?
5      A  The week before.  He's been twice.  So he
6  came last week and then he came this week.
7      Q  Okay.  Why did he come to your church?
8      A  I'm always talking about my church.  I
9  always invite -- you guys can come.  Restoration
10  Place, Tallahassee.
11      Q  I mean, I guess the thing I'm asking is:
12  Did you know he was coming or he just come because he
13  knew other people there?
14      A  He told me he was going to visit.
15      Q  Okay.
16      A  And I guess he liked it and so he came
17  again.
18      Q  And -- okay.  And did you guys visit while
19  he's there?
20      A  Had lunch afterwards -- brunch afterwards
21  both times.
22      Q  Was it just you two or were there other
23  people at the brunches?
24      A  At the church, just us two.
25      Q  Okay.  How about the dinner?  You said you

Page 81

1  had dinner with him.
2      A  Yes.
3      Q  When was that?
4      A  It was a Friday, couple weeks ago.
5      Q  And who else was there?
6      A  Tom Woods, Harrison Smith.
7      Q  Who is Mr. Woods?
8      A  Mr. Woods is -- works for Howard &
9  Associates.
10      Q  What does he do for Howard & Associates?
11      A  I don't -- he's working with the NFL
12  players.  I don't know what his title is.
13      Q  Is he a lawyer?
14      A  No.
15      Q  Has he ever worked for Cambridge?
16      A  No.
17      Q  Has he ever done any work for Cambridge?
18      A  I think at one time he was working with Don
19  Reinhard.  Don -- I think Don end up getting him his
20  insurance license.  I think he was supposed to have
21  been the insurance guy.  Yeah.  Okay.  It's start --
22  I'm remembering.
23      He -- so he did get his license to do the
24  insurance, but he never did the insurance.  I think
25  he --

Page 82

1    Q   Who is Harrison Smith?
2    A   Harrison Smith is a -- I think he's a
3    consultant for Howard & Associates.
4    Q   Okay.  Do you know what sort of consulting
5    he does?
6    A   He is the -- he works with the players in
7    terms of -- he's like the -- I don't really know
8    exactly what he does.  But I know he works with the
9    players.
10   Q   Has Dr. Howard ever represented you as a
11   lawyer?
12   A   No.
13   Q   Has he ever been your lawyer?
14   A   He has never represented me as a lawyer.
15   Q   During this dinner, did you guys talk about
16   Cambridge at all?
17   A   Wow.  I don't think we talked about
18   Cambridge.  We were, you know, talking about, you
19   know -- to be honest with you, we were talking about
20   the Lord.  Talking about cleansing.  Talking about
21   getting rid of the toxins, the evil that was -- so if
22   you want to -- you know, that's -- to kind of
23   encourage each other, you know, that kind of thing.
24   Q   You didn't talk about Cambridge at all?
25   A   We didn't talk about Cambridge.

Page 83

1    Q   Okay.  How about the two brunches you had
2    with Dr. Howard after church, did Cambridge come up
3    at all?
4    A   No.
5    Q   You talk about your testimony?
6    A   No.  Don't.  I thought you talk about my
7    testimony as a -- that's different testimony, no.
8    Q   Did you talk about your testimony today
9    with Dr. Howard at your brunch?
10   A   No, I did not.
11   Q   When you talk with him yesterday, was that
12   on the phone?
13   A   Yes, yesterday.
14   Q   Was there anybody else?  I'm sorry.  And I
15   don't want to -- I thought you said earlier you
16   talked to him yesterday on the phone?
17   A   No.  He called me last night and just said
18   that I would be -- know that we're praying for you.
19   That was basically the end of the conversation.
20   Q   Did you talk about your testimony at all?
21   A   No.
22   Q   Other than the dinner and the brunches,
23   have you ever met -- did you ever meet with him in
24   his offices?
25   A   Ever?

Page 84

1    Q   Well, I guess in particular I'm talking
2    about since you stopped getting paid.
3    A   I've met with him, yeah.  It wasn't just me
4    meeting one on one.  It was when he had to move the
5    office, you know, I helped them to move stuff.
6    Q   You've helped Howard & Associates move
7    their offices?
8    A   Yeah.
9    Q   When was that, roughly?
10   A   February.
11   Q   Why did you help them move their offices?
12   A   Well, I had to go pick up my shredder which
13   he had, that was number 1.  Dr. Eduardo Williams had
14   some stuff over there and he asked me to pick it up.
15   I had a Christmas tree over there, you know, I
16   had to -- so I had to -- I had given the tree to
17   them, but --
18   Q   Let's say since Addys Walker left.  It's my
19   understanding this is the end of January 2018.
20   A   January 31st.
21   Q   Roughly how many times would you say you've
22   met with Dr. Howard?
23   A   February was the move, so that was couple
24   days.  Didn't meet with, but I -- a mean --
25   Q   Or just physically saw him, how many times

Page 85

1    do you think you've physically been with him since
2    Mr. Walker left?
3    A   I would say maybe ten times.  I'm guessing.
4    Q   Have you -- and any of those ten times,
5    were those in his offices?
6    A   See, now, that's -- I helped him move.  I
7    was at his office.  I did not meet with him at his
8    office.  You understand?
9    Q   I do.
10   A   I mean, I guess when you say "meet."
11   Q   So let's set aside the move.
12       So other than the move, have you had any
13   meetings in the office of Howard & Associates since
14   Mr. Walker left?
15   A   No.
16   Q   Have you had any discussions with Dr.
17   Howard about Cambridge during in-person meetings with
18   him since Mr. Walker left?
19   A   I'm going to say, yes.  In reference to
20   like clients and if there's, you know, a client where
21   I'm dealing with a client that's also his client, you
22   know, that type of stuff where I've had to interact
23   with him.  Some of this stuff overlaps.
24   Q   What do you mean it overlaps?
25   A   Meaning, a client that's his client that is

**Page 86**

1    also a client of Cambridge.
2        Q   Okay.
3        A   That's what I mean by the overlapping.
4        Q   Thanks.  That makes sense.
5            BY MR. STRONGARONE:
6        Q   When Howard & Associates moved and you
7    helped him move, you said it was February 2018,
8    right?
9        A   Mmm-hmm.
10       Q   Where did they move to?
11       A   Jacksonville.
12       Q   Okay.  And at that same time when they
13   moved to Jacksonville, where did Cambridge Capital
14   Group move to?
15       A   Cambridge Capital Group moved into my
16   office at 1432 Denholm.
17       Q   So just to be clear.  From Killarney Way,
18   the two entities that were co-located split up.
19   Howard & Associates went to Jacksonville and
20   Cambridge Capital Group went to your home -- home
21   office?
22       A   No.  From 2120 Killarney Way, Howard &
23   Associates went to Thomasville Road, 3522.  It's
24   either 3522 or 3422.
25       Q   So from Killarney Way, Cambridge went to

**Page 87**

1    your house or your home office?
2        A   My -- well, yes and no.  Meaning, I went to
3    1432.  Addys Walker, Donald Brown, Charles Smith,
4    there was a separate office.  And once again, Addys
5    was a pop-in-and-out person, but they had a separate
6    office across from -- it was suite 550, 505.  505,
7    550.  Suite 550.
8        Q   And that suite was in the same building as
9    Howard & Associates?
10       A   That is correct.
11       Q   And then your office?
12       A   I would go up there on the separate side,
13   but I was also at 1432.  It was a totally separate
14   suite.
15       Q   So at that time Addys Walker and the other
16   two had a Cambridge Capital Group office in the same
17   building as Howard & Associates?
18       A   That is correct.  I was -- I came up there,
19   too.
20       Q   Okay.  And the Cambridge Capital Group
21   office in that same building had its own separate
22   lease?
23       A   Now, that, I don't know.
24       Q   Do you know who paid the rent for that
25   office?

**Page 88**

1        A   That's the reason for the move.  No one
2    paid the rent.
3            BY MR. STAUBITZ:
4        Q   Ever?
5        A   They just put down a security deposit.
6        Q   Do you know who put down the security
7    deposit?
8        A   I believe Dr. Howard.
9        Q   When you said earlier that you believed in
10   Dr. Howard's vision and that was one of things that
11   has kept you there and is keeping your there still,
12   what do you mean by that when you talk about his
13   vision?
14       A   Well, obviously, he has the law firm, he
15   has the university.  He does a lot in terms of
16   international students, trying to get it accredited.
17   He has -- what he did in reference for me was the
18   securities piece, which, you know -- well, make me
19   beneficial in terms of helping individuals, which is
20   what I do for a living, to be able to provide for
21   their families for the rest of their lives.
22           And then he has the piece where he -- he
23   was a coach for basketball and football, and that's
24   where Coach Harrison Smith comes in.  And so they
25   work with youth.  And so it's a -- you know, it's

**Page 89**

1    real nice.
2            And he took me through the -- when I came,
3    when I was looking at it, you know, I saw the
4    operations, I saw the intake where the players come
5    in to be tested and saw the university.  So it's --
6    it was -- I like what I saw.  I like what I saw.  I
7    liked his vision.  And I saw where I could be an
8    intricate part of it.
9            BY MR. STRONGARONE:
10       Q   I have a follow-up question about the move.
11   I'm sorry.  I'm thinking.
12           MR. STAUBITZ:  No, go ahead.
13           BY MR. STRONGARONE:
14       Q   The move from Killarney to Thomasville
15   Road, Thomasville Road was the second building,
16   correct?
17       A   Thomasville Road is the second building.
18       Q   Assets of Cambridge Capital Group and
19   Howard & Associates were moved?
20       A   Assets?
21       Q   I'm sorry.  Let me rephrase the questions.
22           Assets such as computers, desks, tables,
23   files, were assets of Cambridge Capital Group and
24   Howard & Associates moved from Killarney to
25   Thomasville?

Page 90

1    A   Yes.
2    Q   And who paid for the move, the truck or
3  whatever expenses were involved in that move?
4    A   The employees.  We had -- like I know that
5  Charles Smith, Donald Brown, couple of the employees
6  of Howard & Associates, the guys, they rented a truck
7  and they did the move.  So we didn't have a, you
8  know, outside moving company or anything do that.
9    Q   Okay.  Do you know who paid for the rental
10  truck?
11    A   No, I do not, but everybody pitched in.
12    MR. STRONGARONE:  That's all I got.
13    BY MR. STAUBITZ:
14    Q   At this point, other than the potential for
15  there to be money from the NFL settlements, is there
16  anything else you see generating money to come into
17  Cambridge in the near future?
18    A   There are other like OmniPad.  We invested
19  in OmniPad which is a -- it's in the -- what phase is
20  it called?  I can't think.  I don't know the
21  terminology. It's in the phase to launch. They're
22  building the mold.  They're building the mold.  I
23  don't know if it's called the mold.  The prototype.
24  They're building the prototype.  I don't know if I'm
25  using the correct terminology.

Page 91

1    Q   You're invested in OmniPad?
2    A   Yes.
3    Q   Personally?
4    A   Oh, no.  No.  No. I'm saying Cambridge.
5  Wait a minute.  What was your question?  Maybe I --
6    Q   So my question is --
7    A   I thought you said --
8    Q   -- in terms of money being generated for
9  you personally to be paid --
10    A   Yes.  Right.
11    Q   -- so OmniPad --
12    A   OmniPad is an investment that we have.
13    Q   Okay.  When -- what's your best guess for
14  timeline of when you might get paid from the money
15  from the OmniPad investment that Cambridge has?  You
16  think it's going to be in the next six months?
17    A   Oh, yeah.  Yes.
18    Q   What makes you think that?
19    A   Because I'm trying to remember how long
20  that he stated that it would take to do the prototype
21  or whatever.
22    Q   Who is he?
23    A   Neil Epstein.
24    Q   He's involved with OmniPad?
25    A   He's the CEO.

Page 92

1    Q   And he's a paralegal at Dr. Howard's firm?
2    A   That's correct.
3    Q   Is there anybody else who works for OmniPad
4  other than Neil Epstein?
5    A   Today?  No.
6    Q   It's just Neil Epstein?
7    A   Just Neil Epstein.
8    Q   Does he have any program or people who --
9    A   Yeah.
10    Q   He does?
11    A   He had two.  I don't know their names or
12  anything.
13    Q   And they're still working there?
14    A   No.
15    Q   Is Dr. Howard involved with OmniPad?
16    A   Yes.
17    Q   How is he involved with OmniPad?
18    A   He is an investor in OmniPad as well.
19    Q   Does he have a title in OmniPad?
20    A   No.
21    Q   Is he the president or chairman of OmniPad?
22    A   No.  That's all Neil.
23    Q   Is he a majority owner of OmniPad?
24    A   I believe so, yes.
25    BY MR. STRONGARONE:

Page 93

1    Q   What is OmniPad?
2    A   It's a virtual -- it's a virtual kind of
3  device, but you're moving.  You know how most people
4  have these goggle things on and you -- but you're
5  sitting.  His is a -- you have the thing on, but
6  you're also -- it's an exercise thing, so you're
7  actually, you know.  And the thing, you know, moves
8  with you as you turn, so it's a movement thing as
9  well as the virtual. And that's all I know.
10    Q   Have you seen it?
11    A   I haven't seen it, no.
12    Q   Has anybody seen it?
13    A   Yeah.  Well, they have.  Every time I got
14  to see -- was getting ready to see it, you know, I
15  got pulled off and so I never saw it.
16    Q   I just meant, like, have they shown it at,
17  like, tech conferences or things like that?
18    A   Well, Neil can answer those questions.  I
19  mean I hadn't seen it.  Once again, like I said, when
20  I came down to -- I want to call that a deal.  That's
21  actually an investment though.  But I wasn't involved
22  in those things, so -- but, you know, obviously I had
23  seen Neil and I had said, hey, look, I want to see
24  this, and then next thing I know, you know, he's --
25  'cause the prototype was being designed in California

Page 94

1   so -- then he left to, you know, orchestrate and get
2   people to -- supposed to have been somewhere near the
3   Google headquarters and another -- yeah.  So he's in
4   Tech Valley.  Wherever the -- you know, I call it
5   Tech Valley.
6       Q   So other than -- why did -- why did
7   Cambridge invest in OmniPad?  Who decided to do that?
8       A   I want to say Addys Walker and Tim Howard.
9   Addys Walker I know brought the deal.
10      Q   Okay.  And what was Tim Howard's role in
11  the investment in OmniPad?
12      A   Financing it.
13      Q   What do you mean financing it?
14      A   I mean he put money into it.
15      Q   But through Cambridge?
16      A   No.  He put money into it.  He personally
17  put money into it.  Cambridge did, too, though.
18      Q   I was asking, who was involved in the
19  decision for Cambridge to invest in OmniPad?
20      A   I assume it was -- like I said, I don't
21  know, to answer your question.  But I wasn't, so --
22      Q   So other than the settlements and OmniPad,
23  is there anything else that could, in your mind,
24  potentially bring in income to Cambridge in the next
25  six months?

Page 95

1       A   Those are the two.  Well, there's also the
2   Jacksonville project.
3       Q   What's the Jacksonville project?
4       A   But right now that's kind of -- we are in
5   second position right now.  There's a hotel/Condo
6   combination on Bay Street that we invested in.
7       Q   What do you mean we invested in?
8       A   Meaning Cambridge.  I'm sure there's other
9   individuals that invested in it as well.
10      Q   How much did Cambridge invest in it?
11      A   About 700,000.
12      Q   Cambridge literally sent $700,000 in cash
13  to a project in Jacksonville?
14      A   There was -- yeah.  You'll see two
15  hundred -- two -- two $100,000 checks going into, but
16  a total of 700,000 was -- well, it's actually a
17  little bit more than that.  Well, I'm just going to
18  say 700,000 was invested.
19      Q   Okay.  So you just said there were two
20  $100,000 checks?
21      A   That you see, right, in QuickBooks.
22      Q   So what was the remaining $500,000?  Where
23  would we look to find that?
24      A   That would probably be in Howard &
25  Associates, I would assume.

Page 96

1       Q   What makes you think Howard & Associates
2   would have sent $500,000 for a project in
3   Jacksonville?
4       A   'cause I've heard 500,000.
5       Q   Where do you hear that?
6       A   From Dr. Howard.
7       Q   And what did Dr. Howard tell you about the
8   500,000?
9       A   He put 500,000 into the deal.  It's just
10  the -- in conversations with -- surrounding this
11  whole deal, you just kind of pick up bits and pieces
12  of information.  You overhear stuff.  You hear
13  different -- and then when I went down to
14  Jacksonville and I actually -- I went down to
15  Jacksonville and met with the architect, the hotel
16  company or whatever that was going to be used, the
17  development company that was going to be used, the
18  engineer that was there.  Anyway.  So through all
19  the -- once again, I wasn't intimately involved in
20  the whole deal, but I was involved in the deal.
21      Q   What was your involvement in the deal?
22      A   Number 1, I went down physically because
23  Cambridge gave money, so I wanted to know what is
24  this.  You know, the appraisal, I worked with the
25  construction loan officer in terms of getting the

Page 97

1   financing for the construction loan.  So I mean I was
2   involved, but, you know, the onset of it and all of
3   that, I was not involved.
4       Q   Who was involved in the onset of it?
5       A   Addys Walker, Jeff Kahn and Dr. Howard.
6       Q   And when was that roughly that was the
7   onset of the investment?
8       A   Wow.
9       Q   Was it before you started?
10      A   Last -- no.  It was after I got there.
11      Q   Okay.
12      A   I want to say maybe June.
13      Q   June of 2017?
14      A   Of 2017.
15      Q   And --
16      A   I'm guessing.  But I mean I know -- I know
17  for sure.  June, July.  June, July, I want to say
18  that probably all got started.
19      Q   I'm still unclear on the amounts.  My
20  understanding was, you said that there were two
21  $100,000 checks?
22      A   Two $100,000 checks that came from
23  Cambridge.
24      Q   From Cambridge.  And then $500,000 you
25  heard came from Dr. Howard?

Page 98

1      A   Yes.
2      Q   Was the 500,000 from Dr. Howard an
3  investment from Cambridge?
4      A   No.  No.  That was Dr. Howard's investment.
5      Q   So is it fair to say that Cambridge
6  investment was only $200,000 is your understanding?
7  I mean, it's just simple math.  Like, if the total
8  investment is 700,000 and 500,000 is Dr. Howard's, is
9  it -- I mean, how would it be fair to say that
10 Cambridge had a $700,000 investment, right?
11     A   Well --
12     Q   Is there something I'm missing here?
13     A   No.  You're not missing anything.
14     Q   Okay.  So does Cambridge have at most a
15 $200,000 investment in this?
16     A   That's a 200,000.  Little bit more than
17 200,000.  Probably 221.  2215, 222, something like
18 that.
19     Q   How did the money get from Cambridge to the
20 project in Jacksonville?
21     A   Through investors.
22     Q   Well, so I'm asking -- once Cambridge had
23 the money, did Cambridge write a check directly to
24 the project or did it go through somebody else first?
25     A   Cambridge wrote a check directly to the --

Page 99

1  well, they wrote a check, yeah, to Choate
2  Construction.
3      Q   Okay.  It didn't go through Howard &
4  Associates?
5      A   No.
6          BY MR. STRONGARONE:
7      Q   Did you sign the checks?
8      A   Yes.
9          BY MR. STAUBITZ:
10     Q   And Choate Construction is the company
11 handling the project in Jacksonville?
12     A   Choate is the owner of the project.
13     Q   So other than the settlements with the NFL
14 players, OmniPad and the Jacksonville project --
15 well, is there any chance the Jacksonville project is
16 going to be finished and making money in the next six
17 months?
18     A   Well, number 1, like I said, we're second
19 in line now.  We missed our deadline, so another
20 entity is now trying to get it and they have 'til May
21 the 7th, so we're kind of --
22     Q   Listen to my question.  Is there any chance
23 the project is going to make money in the next six
24 months for Cambridge?
25     A   Yes.  Well, like I said, it's predicated on

Page 100

1  whether we get a second chance.
2      Q   Okay.
3      A   That's why I'm saying --
4      Q   Okay.
5      A   But if we get the second chance, unless
6  they prolong it out again, yes, we can.  That's --
7  I'm just saying -- do you understand what I'm saying?
8  You're asking me --
9      Q   Not really.
10     A   You're asking me within six months and I'm
11 saying, well, first we got to get to the table.
12 We're second.  So if we're at the table in May, yes.
13 If they push it out longer, that's all I'm saying,
14 yes.
15     Q   Is the project finished?  In other words,
16 is the building finished?
17     A   No, it's not finished.
18     Q   When did --
19     A   We would make money at closing.
20     Q   When -- how would you make money at
21 closing?
22     A   Because we would be bought out.
23     Q   Okay.  So is there -- there's currently
24 talks for you to be potentially bought out; is that
25 right?

Page 101

1      A   That is correct.
2      Q   Who is potentially thinking of buying you
3  out?
4      A   Oh God.  It's two companies and I don't
5  know the names of them.
6      Q   Who does know the names of them?
7      A   Dr. Howard.
8      Q   But he hasn't told you?
9      A   He probably did.
10     Q   Who is handling the discussions or the
11 negotiations for the buyout?
12     A   Dr. Howard.
13     Q   Do you have any role in it?
14     A   No.
15     Q   Why not?
16     A   Because I wasn't involved at the beginning.
17     Q   Right.  But you've told us you're the only
18 employee left at Cambridge which has a $200,000
19 investment here?
20     A   Right.
21     Q   Is Dr. Howard handling the negotiations on
22 behalf of Cambridge to be bought out?
23     A   Well, no.  I just know what our percentage
24 is and I wasn't involved with the players at the
25 table.  So he was involved with the players at the

Page 102

1   table. Actually, it was he and Addys and Jeff.  Well,
2   Addys and Jeff are gone.
3        I think initially they were bringing me
4   into the loop until now because I wasn't involved at
5   the beginning aspect of it, you know, in terms of
6   players.  Like who are the -- like I -- initially I
7   knew one of the companies, then I heard that they
8   kind of part and I guess I just haven't been
9   involved.  I didn't see any reason for me to be
10  involved at this juncture because I don't know all of
11  the individuals that they're talking to in terms of
12  trying to bring other companies in to do the funding
13  so that we can be bought out.
14       **Q   Understood.  Here is what I want to know,**
15  **which is, as part of the discussions, it sounds like**
16  **there's some discussions going on in May that are**
17  **planned for a potential buyout and part of the buyout**
18  **would be of the Cambridge investors' money; is that**
19  **right?**
20       A   That -- yes.
21       **Q   So my question is, as part of those**
22  **discussions, who is looking out for the interest of**
23  **the Cambridge investors?  Is it Dr. Howard?**
24       A   I'm looking out, but I'm not involved in
25  the discussions with the individuals that are

Page 103

1   potential purchasers.
2        **Q   Right.  Fair enough.**
3        **But I'm just asking, as part of those**
4   **discussions -- is Dr. -- I mean in other words, at**
5   **some point --**
6        A   Dr. Howard --
7        **Q   -- if there's a buyout of Cambridge --**
8        A   Dr. -- yeah.  I'm going to --
9        **Q   Hold on a second.**
10       A   I'm sorry.
11       **Q   No, that's fine.  Just let me finish my**
12  **question.**
13       **As part of those discussions, I assume you**
14  **and the other Cambridge investors are hoping that**
15  **someone is going to buy out the Cambridge investors**
16  **and not just Dr. Howard's part, right?**
17       A   Oh, yeah.
18       **Q   Okay.  So who is it who is doing the**
19  **negotiating on behalf of Cambridge to make sure that**
20  **that happens?  Some -- I mean hopefully if no one's**
21  **there, then Cambridge isn't going to get buy out,**
22  **right?**
23       A   Hold on.  It's -- it is -- we have already
24  documented -- well, and I think that's a -- there is
25  a contract that, when I was working with -- ReTina

Page 104

1   Moore was the construction mortgage person saying
2   what Cambridge's percentage should be, so that
3   document, which was already created, is the document
4   that's going to tell them what Cambridge's buyout is,
5   so there's no need for me to be in discussion.
6   Either we're going to get at the table -- these
7   individuals already know that this is what
8   Cambridge's buyout is.  There's nothing else I can
9   add -- bring to the table.  Am I making sense?
10       **Q   Other than the settlements, OmniPad, and**
11  **the Jacksonville project, is there anything else that**
12  **you could see potentially generating income in the**
13  **next six months for Cambridge?**
14       A   No.
15       **Q   And --**
16       A   Well -- well, no.
17       **Q   Are you aware of the fact that there have**
18  **now been rulings in the NFL lawsuit that, at least on**
19  **their face, seem to indicate that players may not**
20  **have to --**
21       A   Pay interest.
22       **Q   -- fully pay interest on the contract?**
23       A   I'm very much aware and I also know it's in
24  litigation.
25       **Q   Okay.  You think there's any chance that**

Page 105

1   **litigation will be wrapped up in the next six months?**
2        A   I have no idea.  I can't even answer that.
3        **Q   So if these are the potential places where**
4   **money to pay you could come from in the next six, the**
5   **settlements that are wrapped up in litigation,**
6   **OmniPad, and the Jacksonville project, and you**
7   **haven't been paid since December, why are you still**
8   **there?**
9        A   Once again, I see that they're going to be
10  clients that are going to settle and they still going
11  to need financial services.
12       **Q   But if the judge says that Howard doesn't**
13  **get any money out of it -- like, in other words, if**
14  **that litigation is lost and the clients don't have to**
15  **actually pay --**
16       A   No.  No.  No.  I'm talking -- I'm sorry.  I
17  cut you off.
18       **Q   No.  No.  If the judge's ruling holds --**
19  **and I understand that maybe somewhere down the road**
20  **these players might decide to hire you to do some**
21  **financial work for them at some point in the future,**
22  **but if the judge's ruling holds in the litigation,**
23  **and it says that all these contracts with all this**
24  **interest that's supposedly owed to Cambridge doesn't**
25  **have to get paid and that was supposed to generate**

1    money for your to get a salary to work there, and
2    you're taking out loans and you're using your
3    retirement income to pay your living expenses, why
4    are you still working for these people?
5        A   The only thing that was -- where the
6    interest has been taken out, is the advances.  Those
7    medical, travel, all of that is still on.
8        Q   Right.  But isn't that the portion you get
9    paid from?  In other words, if Howard is going to get
10   legal fees -- well, let me ask this question.  If
11   Howard gets legal fees from the players for the work
12   that he does for them, would you see any of that
13   money?
14       A   No.
15       Q   Okay.
16       A   Not as legal fees, but I would get travel
17   advances, I would get medical advances.  Cambridge
18   paid for the MRIs and all of the medical things that
19   were done, so I would still get that.  That is not in
20   it.  It's an advance, but the only advances that Judge
21   Brody was talking about were the moneys that were
22   given to the clients on a monthly basis, not the
23   things that's associated with the valuation of their
24   cases.  So I would still get income from that.
25       Q   Okay.  All right.  I'm going to --

1    hopefully you can understand that I'm just having a
2    hard time understanding why someone who is not
3    getting paid and who seems like -- you know, my
4    opinion, there's somewhat speculative things that are
5    the only things that you're saying might generate
6    income for you.  I'm having a hard time understanding
7    why you're sticking around and doing a lot of hard
8    work.
9        A   I'm sorry.  For cutting you off.
10       Q   You're fine.
11       A   I feel the cases are going to settle within
12   the next three months and I also believe that that
13   will happen.  The other aspect is, if we're able to
14   get that bid for the Jacksonville project, that will
15   close -- that should close within -- that -- that
16   should close by May hopefully; hopefully June at the
17   latest.  So I'm looking to see something by June.
18       MR. STRONGARONE: Can I ask just a few
19   clarifications before we go?
20       MR. STAUBITZ: Yes.
21       BY MR. STRONGARONE:
22       Q   Just to circle back to OmniPad.
23       A   Mmm-hmm.
24       Q   How much has Cambridge Capital invested in
25   OmniPad?

1        A   I should know the exact figure and I don't.
2        Q   Can you estimate?
3        A   Couple hundred.
4        Q   Is that --
5        A   Hundred thousand.
6        MR. STAUBITZ:  You know what, if you don't
7    mind, do you mind if we just take a break?
8        MR. STRONGARONE:  Sure.
9        MR. STAUBITZ:  Let's go off the record.
10   It's 12:34 p.m.
11       (Whereupon, at 12:34 p.m., a luncheon
12   recess was taken.)
13       A F T E R N O O N   S E S S I O N
14       MR. STAUBITZ:  Let's go back on.  It is
15   1:27 p.m. on Tuesday April 24th.
16       BY MR. STAUBITZ:
17       Q   Handing you what's been marked as Exhibit
18   number 4.  Please review Exhibit 4 and let me know
19   when you're ready.
20           (SEC Exhibit No. 4 was marked for
21           identification.)
22       BY MR. STAUBITZ:
23       Q   And I should say Exhibit 4 has -- appears
24   to be a series of documents.  The first of which is a
25   letter dated May 16th, 2017, and bearing the Bates

1    stamp SEC-CC-E-0038847.
2        MR. HUNTER:  Any chance you guys have an
3    extra copy of the -- thanks.
4        BY MR. STAUBITZ:
5        Q   Have you seen Exhibit 4 before?
6        A   Yes.
7        Q   What is Exhibit 4?
8        A   It's the preliminary purchase or contract
9    to -- or the beginning of the negotiations to
10   purchase the 500 East Bay Street property.
11       Q   So is it fair to say that the documents
12   that are Exhibit 4 related to the Jacksonville
13   property that we were talking about before lunch?
14       A   That is correct.
15       Q   Now, is it also fair to say -- to
16   characterize that the pages of Exhibit 4 from the
17   first page that ends in 847 to the page that ends in
18   851, that you could describe those pages as a letter
19   of intent?
20       A   Yes.
21       Q   And if you turn to the page that ends in
22   851 -- Bates stamped 851, is that your signature
23   there on the right-hand side?
24       A   Yes.
25       Q   Did you sign this document?

Page 110

1    A   Yes.
2    Q   Flip onto the page that ends in Bates stamp
3    853.
4        Is it fair to say that the page, Exhibit 4,
5    that has the Bates stamp ending in 853 is a copy of a
6    check?
7    A   Yes.
8    Q   What is -- what does the check contain on
9    the page that ends in 853?  What was it for?
10   A   It was for Choate.  It was for Choate.  It
11   was for the -- one of them.
12   Q   Is this one of the two $100,000 payments
13   that we were talking about before lunch?
14   A   Yes.
15   Q   Who is the check written to?
16   A   It's written to Howard & Associates.
17   Q   And who is it signed by?
18   A   Me.
19   Q   Flip onto the page that ends in Bates
20   eight -- Bates ending in 854.
21       What is -- this appears to be a letter.
22   What is the letter that's contained in the page with
23   Bates ending 854?  Who does this letter do?
24   A   It's a commitment letter to Michael
25   Hampton.

Page 111

1    Q   Did Cambridge ever purchase a 5,500,000
2    interest in 400 East Bay Street?
3    A   We attempted to.
4    Q   Is -- and is this your signature on the
5    lower left hand side of the page --
6    A   Yes, it is.
7    Q   -- ending in 854?
8    A   I'm sorry.  I cut you off.  Yes.
9    Q   Flip onto the page of Exhibit 4 with Bates
10   ending in 855.  And I believe that that particular
11   document which is headed "Confidentiality
12   Non-disclosure Agreement" goes all the way to the
13   page with Bates ending in 859; is that right?
14   A   Yes.
15   Q   What is the document that begins at the
16   Bates ending in 855 and going to 859?
17   A   Basically a confidentiality basically
18   stating that whatever documents are received, that
19   this is all confidential information that's being
20   disclosed.
21   Q   Did you sign the confidentiality
22   non-disclosure agreement?
23   A   Yes, I did.
24   Q   You can put Exhibit 4 aside.
25       How did you come to be employed by

Page 112

1    Cambridge?  How did that happen?
2    A   I got a phone call from Daryl Billingsley.
3    Q   And what did Mr. Billingsley say?
4    A   Well, he called me initially telling me
5    that he had some business for me.  Someone over there
6    needed some insurance and then just -- I hadn't
7    talked to him in four years and we were just, you
8    know, conversing and I told him what was going on
9    with me and that I was kind of trying to move
10   independently, and then he said, you need to talk to
11   Tim Howard.  And I said, who is Tim Howard?  And so
12   he told me a little bit about what was going on.  He
13   said he'll schedule an appointment for us to meet.  I
14   said, okay.  So I met with Dr. Howard.
15   Q   What kind of things did Mr. Billingsley
16   tell you about Cambridge and about Mr. -- about Dr.
17   Howard?  Sorry.
18   A   He just told me that he has a law firm.
19   He's working with, you know, NFL clients on the
20   concussion settlement.  That there's a investment arm
21   and that you could be an asset, basically.
22   Q   An investment arm of Dr. Howard's firm?
23   A   Well, he didn't say an investment -- well,
24   did he say -- he didn't say Dr. Howard's firm, but he
25   basically told me there was an investment arm.

Page 113

1    Q   Investment arm of what?
2    A   In other words, those words may not have
3    been his exacts words.
4    Q   Okay.
5    A   But he said that there's a place that
6    they -- they have an arm, I'm calling it an arm, that
7    does investments that is currently being operated, I
8    guess, by Don Reinhard and, you, you know, you could come
9    in and, you know, do some financial planning.  But he
10   was just -- he didn't give me a very high overview.
11   He just told me I need to come and talk to Dr.
12   Howard.
13   Q   And did --
14   A   I don't remember conver-- the gist -- the
15   entire gist of the conversation.
16   Q   Did Mr. Billingsley at this time -- let me
17   start over.
18       Who did Mr. Billingsley work for at this
19   time?
20   A   Howard & Associates.
21   Q   Did he work for Cambridge?
22   A   I don't think so because he -- once again,
23   I didn't get called until after he had the stroke.
24   Q   Did he ever work for Cambridge?
25   A   And another reason why -- did he ever work

Page 114

```
1   for Cambridge?  No.  He had a stroke before I got
2   there.
3       Q   Okay.
4       A   You know -- in other words, I came -- the
5   reason I came early was because he had the stroke.
6       Q   Okay.  And I apologize.  This is me
7   being -- just want to make sure that I understand.
8           To the best of your knowledge, did Mr.
9   Billingsley ever work directly for Cambridge at any
10  time?
11      A   Well, yeah.  He must have.
12      Q   Did he --
13      A   I did a 1099 for him.
14      Q   Okay.  From Cambridge?
15      A   From Cambridge.  But he didn't work there
16  when I got there.
17      Q   Okay.  Did he work there when he called
18  you, do you think?
19      A   For some odd reason I thought he was with
20  Howard & Associates.  But I did a 1099 for him, so
21  he got a paycheck from Cambridge.
22      Q   Okay.  So you met with Dr. Howard?
23      A   Yes.
24      Q   And what did Dr. Howard tell you?  Well,
25  first of all, where was the meeting?
```

Page 115

```
1       A   At his -- at Dr. Howard's office.
2       Q   And what did you talk about with Dr.
3   Howard?
4       A   Told him about me, what I did.  Obviously,
5   I'm sure Daryl probably pitched me as well, so he --
6   and he then started to tell me about, you know,
7   Howard & Associates, Cambridge, the university.  He
8   took me on a tour, the whole operations, everything
9   that was going on, from front office all the way to
10  the back and the side.
11      Q   What did he tell you about the job that you
12  might be doing for Cambridge?
13      A   Well, I came on as a financial advisor.
14  That's what I came on as.
15      Q   And that's what Dr. Howard discussed with
16  you during this initial meeting?
17      A   Right.
18      Q   What sort of things --
19      A   Did -- let me take that back.  I speak
20  without thinking and I apologize for that.
21          We had a -- 'cause Don was not there that
22  day.  I met Don afterwards.  'Cause he -- so he gave
23  me, you know, a little bit of, you know, of what was
24  going on.  He has -- a high-level overview picture.
25  He said that Don wasn't there and that I would -- and
```

Page 116

```
1   he -- I would meet with Don later and Don would get
2   into more of the intricacies.  But he did give me a
3   high -- he took me on the tour and then I
4   subsequently met Don.
5       Q   Did he tell you about what Cambridge's
6   business was or what sort of clients they have, what
7   sort of investments they were involved with?
8       A   No.  He -- like I said, he gave a
9   high-level overview.  He gave me all of the entities
10  that was going on.  He took me on the tour, but in
11  terms of the details, I would get that from Don.  And
12  so he said that Don would be in, like, the next day
13  or whatever and then I followed up with Don Reinhard.
14      Q   What did Dr. Howard tell you about who Don
15  Reinhard was and what his role was in the company?
16      A   I don't know if he specifically said what
17  his role was, but he said that, you know, he was --
18  you know, I guess Don -- he wants to connect me with
19  Don.  I don't remember the conversation, but he wanted
20  me to talk with Don 'cause obviously Don was over
21  Cambridge.
22      Q   When was it that you met with Dr. Howard?
23      A   It must have been December.
24      Q   December 2018?
25      A   Because he invited me to their Christmas
```

Page 117

```
1   party.  And I assume their Christmas party was in
2   December.  So it was in December.
3       Q   December 2016?
4       A   2016, yes.
5       Q   Did you go to the Christmas party?
6       A   Yes, I did.
7       Q   And did you meet with Don Reinhard?
8       A   I met -- I saw him.  I didn't meet him at
9   the Christmas party.
10      Q   Oh, I'm sorry.  I meant -- so I thought you
11  said that Dr. Howard suggested that you meet with Don
12  Reinhard.  So did you actually go ahead and meet with
13  Don Reinhard?
14      A   Yes.  I saw him at the -- I think the day I
15  met with him was probably the same day as their
16  Christmas party.
17      Q   Met with Howard or met Reinhard?
18      A   I met with Reinhard after the Christmas
19  party.
20      Q   Okay.
21      A   I saw him at the Christmas party, but we
22  were not introduced at the Christmas party.
23      Q   So here's the timeline.  You meet with Dr.
24  Howard, he gives the tour, invites you to the party.
25  You go to the party, you see Don Reinhard across the
```

Page 118

1   room and then after that you meet with Don Reinhard
2   and talk about the job?
3       A   That's correct.
4       Q   So when did you meet with Don Reinhard to
5   talk about the job?
6       A   I don't know if it was the following -- it
7   was probably -- I don't -- I knew it wasn't the
8   following day 'cause I think probably the -- no.
9   Their Christmas party was on a Wednesday 'cause I had
10  to do church service.  So the Christmas party was on
11  a Wednesday.  I can't remember if I met with Don that
12  week or the following week.
13      Q   And was this a Howard & Associates
14  Christmas party?  A Cambridge Christmas party?  Who
15  was having the Christmas party?
16      A   All of them were at the Christmas party.
17      Q   Cambridge, the university, Howard's law
18  firm?
19      A   Yes.
20      Q   All together?
21      A   Yes.
22      Q   Was it in the Killarney Road office
23  building or was it somewhere else?
24      A   It was somewhere else.
25      Q   Where was it?

Page 119

1       A   It's at a hotel?
2       Q   Do you remember which hotel?  It's not
3   important.  It was in Tallahassee?
4       A   It was in Tallahassee.
5       Q   They had a ballroom or something?
6       A   It was -- yeah.
7       Q   A restaurant?
8       A   It was the top floor.  I'm trying to think
9   of the name of the hotel.
10      Q   Okay.  So tell me about your meeting with
11  Don Reinhard to talk about the job.
12      A   He -- it was more he's going to see --
13  oversee the hedge fund and I'm going to do financial
14  planning services and I am -- I will -- it's really
15  interesting because he -- Tom was getting a license
16  although I was already licensed for insurance, so I
17  didn't know if --
18      Q   Tom Woods?
19      A   Tom Woods.
20      Q   Okay.
21      A   He was studying for a license at that time.
22  So I guess he saw me, you know, doing the financial
23  planning piece, but he was -- and that was kind of
24  the gist of the conversation.  Really wasn't a long
25  elaborate at all.  Very short.

Page 120

1       Q   And can you give a little more detail as to
2   what you mean by the financial planning piece?
3       A   Meeting with clients, getting -- collecting
4   data, talking with them.  Same thing you do with
5   financial planning.  I mean, financial planning you
6   find out about, you know, where they are now.  What
7   their goals are.  What their expectations are.  You
8   know where -- I mean, you just go through the whole
9   thing.  And through that, you know, find out what
10  their budget is, you know.  I mean you want me to go
11  into all the details?
12      Q   No.  No.  No.  That's perfect.  I just want
13  to know what high level -- what was communicated to
14  you in terms of expectations as to what your job was
15  going to be?
16      A   He didn't give me those specifics.  I'm
17  telling you that was what my specifics were.  He
18  just -- he -- he told me that he -- well, I don't
19  know if he told me that day.  I think he gave me a
20  title.  I can't remember what the title was.  I think
21  it was financial planning specialist or something to
22  that.  Don't quote me on that one.
23      Q   He hired you that day?
24      A   When we met.  And he -- they wanted to
25  know -- he wanted to know and they wanted to know

Page 121

1   when I could start, and I was kind of hemming and
2   hawing.  But then when Daryl had the stroke, I was --
3   I can't remember who called me.  But when Daryl had
4   the stroke I did get a call asking if I could come
5   and help.
6       Q   What was your first impression of Don
7   Reinhard?  What was your early impression?
8       A   Let me explain it this way.  When we were
9   at the Christmas -- I was sitting 'cause I didn't
10  know any -- the only person -- I was looking for the
11  person I met, which was Tim and I met Brenda.  So I
12  was looking for these two people, you know, amongst
13  all of these individuals.  And so I -- as I was going
14  through -- 'cause the dance floor was in the middle
15  and I just kind of mosey where the food was, was kind
16  of going around and so I saw an empty table.  The
17  empty table was probably occupied by people that were
18  on the dance floor, but I didn't know that.  It
19  looked clean, you know, so I figured nobody was there
20  and ended up, you know -- I didn't know at the time
21  it was Dr. Howard's wife and she said, do you, you
22  know -- no.  I think I start it.  And I said, "Is
23  this seat been taken?"  And she said, "Yeah, these
24  are, but you could sit here."  And then she came,
25  "Would you like to have a drink?"  And then she

Page 122

1    introduced herself to me.  I didn't -- like I said, I
2    didn't know her.
3         So any case, then Dr. Eduardo Williams
4    comes in, and I beckoned to him because I knew he was
5    one of the intakes and I wanted somebody to sit next
6    to me that I knew.  And so then I asked him who
7    certain people were and then he -- I think he was the
8    one who pointed out to me Don Reinhard.  So I looked
9    at him and he was on the dance floor with his
10   girlfriend or whatever and then he came and sit down.
11   But he walked passed me and he just stared at me and
12   so I stared at him back, which I did.  I'm like, you
13   know, 'cause he -- I mean, he didn't come over and
14   say hello.  How you're doing?  He just -- and I
15   went -- that was my first introduction with Don
16   Reinhard.
17        Q    Nice.
18        A    He never, never came over and said, "Hi.
19   I'm Don Reinhard." I found out he was Don Reinhard
20   from Eduardo Williams.
21        Q    So who was Eduardo Williams?
22        A    Eduardo Williams was the individual who, I
23   think -- was he a intake? I don't know the -- like I
24   said, I don't know all of those processes. But he
25   did the first I saw, intake with all of the players.

Page 123

1    He did the -- I want to say the initial evaluation.
2    I know he was doing some type of evaluation and stuff
3    in there, so I would say the intake person or
4    whatever. Then he would then send that information to
5    one of the neuropsychs. And that's about as high
6    level as I can go on that. I don't know too much
7    about that whole operation.
8         Q    Did you know him before you --
9         A    He was my doctor and he was also my class
10   leader when I was in the AME church.
11        Q    Do you know that he was associated with Dr.
12   Howard?
13        A    No. I was shocked. But I did know that he
14   lost his license. I think I told you that.
15        Q    No.
16        A    Now, he's one -- he was one of the pillars
17   of Tallahassee. In other words, one of the first
18   African-American doctors. One of -- I mean -- but he
19   was in that group. And some female said that he, I
20   guess, made sexual advances or something towards her
21   and that whole case. So then initially he was told
22   not to see -- he was working for Capital Regional at
23   that time. Capital Regional Medical Center.
24   Actually he also had -- you know, he had, like I
25   said, long history.

Page 124

1    But in any case -- and so therefore, he was
2    able to, I guess, deal with them. So he was doing
3    that part and I thought -- and I think somewhere in
4    there he lost the license and so now he's trying to
5    get his license back.
6         Q    Who do you think had the final say as to
7    whether you were going to get hired by Cambridge?
8         A    At that time it was Tim Howard.
9         Q    Did you have any other interviews or
10   anything else before you started to work there or was
11   it just the meeting with Dr. Howard?
12        A    Dr. Howard had Addys Walker come in, but it
13   wasn't really an interview. But, you know, I guess
14   he gave his blessing.
15        And I know that Addys -- for example, Daryl
16   is also with Addys Walker.
17        Q    He's with him now?
18        A    Yeah. He -- yeah. So I'm assuming --
19   well, I shouldn't assume, but --
20        Q    When is the last time you talked to Mr.
21   Walker or had any contact with him?
22        A    When he sent me his -- well, that's not
23   true. When was the last? Does it have to be verbal
24   or just any?
25        Q    Any contact. Written, verbal, in person

Page 125

1    e-mail.
2         A    Or through an attorney?
3         Q    Well, I want to be careful.  And this goes
4    for any question we ask, which is, I don't want you
5    to talk about it and I don't want to hear about any
6    conversations that you've had with your lawyer --
7         A    No. no. no.
8         Q    -- or anything your lawyer has told you.
9         A    No.  I'm just saying --
10        Q    So some other attorney that doesn't
11   represent you?
12        A    Right.
13        Q    Okay.
14        A    Well, Martin Black.
15        Q    Okay.
16        A    Which you know. Martin Black was at one
17   time Cambridge's attorney, but he was also Addys'
18   attorney. So --
19        Q    Okay. let me stop you there.
20        So let's say other than conversations
21   through Mr. Black, when is the last time?  When is
22   the last time you had a direct talk or e-mail or any
23   sort of direct contact with Mr. Walker?
24        A    I want to say January 31st. I want to say
25   January 31st.

Page 126

1      Q   Okay.  So since he left.  My understanding,
2   that was on January 31st?
3      A   Right.
4      Q   Have you heard directly from him at all?
5      A   Yes.  He sent an e-mail wanting to know the
6   addresses of the officers.
7      Q   Anything else other than that?
8      A   No.
9      Q   Okay.  And when you first got there -- oh,
10  I'm sorry.
11         So you said Mr. Billings had a stroke and
12  then someone called you.  Who called you about that?
13     A   I don't remember.  Honestly, I don't
14  remember.
15     Q   And they said, we need help; is that right?
16     A   Yeah.  They were -- you know, they had some
17  things that were pending and they needed someone with
18  my experience to come in and help them because Daryl
19  was working on them.
20     Q   When do you think it was that you first
21  showed up at Cambridge and started doing work for
22  them?
23     A   I want to say either January or February of
24  2017.
25     Q   Was Don Reinhard still there --

Page 127

1      A   Yes.
2      Q   -- when you started?
3      A   Yes.
4      Q   Can you give me an estimates of about how
5   many weeks he was there before he left?  How many
6   weeks did you guys overlap?  Let's put it like that.
7      A   He had a termination notice on February
8   13th.  He turned himself in on March the 1st, so he
9   was there until February 28th, basically.
10     Q   So did you get there before or after he got
11  the termination notice on February 13th?
12     A   I was doing -- helping them.  I was there.
13     Q   You were there already?
14     A   Yes.  Not officially.  I was there helping.
15     Q   Okay.  So I guess what I'm asking is, how
16  many weeks before he got that termination notice do
17  you think you had started helping around the office?
18     A   I don't remember when Daryl had the stroke,
19  but I know it was --
20     Q   What sort of things were you helping with?
21     A   They were working on a basketball deal.
22  It's -- it didn't go through.  But I remember, you
23  know, they wanted me to look at these documents and
24  something with home office.  You know, it's just a
25  lot of stuff was hitting me that I didn't know what

Page 128

1   the heck was going on.  I was just trying to, you
2   know, grasp things and then --
3      Q   What was the basketball deal?
4      A   Oh gosh.  It was some company that wanted
5   funding for some Internet type.  It didn't -- they
6   didn't get the funding.  But at any rate, there were
7   a lot of talks going back-and-forth and then at the
8   end, they decided not to invest in it.  So I was kind
9   of trying to come in, number 1.  Get up to speed.
10  Deal with the individual that was bringing the deal
11  to Cambridge and at the end, they didn't do the deal.
12  And it was -- that one and then it was a complex in
13  Dallas.
14         It was on the outskirts of Dallas.  There
15  was this developer that was trying to build a
16  development on a lower-economic side of town and got
17  all the way to the discussions table and end up
18  finding out that the -- his name was Dr. -- whatever
19  his name was and they thought -- assumption was made
20  that because his name was Dr., that it was Dr. in
21  engineering construction, when he was actually a
22  doctor of divinity.  If you thought that was -- I was
23  like, oh my God.  I could have crawled under the
24  table.  But that was kind of funny.
25         So those were my first two little

Page 129

1   introductions to the deal-making process so to speak.
2      Q   Who was it who was involved in working on
3   these two deals, other than you, for Cambridge?
4      A   Addys Walker, Jeff Kahn.
5      Q   Okay.  So Mr. Kahn was there when you
6   started?
7      A   Yeah.  Kahn came then Addys Walker.
8      Q   When did Mr. Walker start, roughly?
9      A   Before me.  I don't know, to answer your
10  question.
11     Q   Did he and Mr. Reinhard get along?
12     A   No.
13     Q   Do you know whose idea it was for Mr.
14  Walker to join Cambridge?  I assume it wasn't Mr.
15  Reinhard's idea for Mr. Walker to join Cambridge; is
16  that your understanding?
17     A   I don't know 'cause all of that was before
18  me.  I just know they didn't get along.
19     Q   And then when did you officially join
20  Cambridge?
21     A   March.  Mid-March.
22     Q   So how did that happen, you transitioned
23  from helping to officially joining?
24     A   I was trying to see if I could do both, so
25  I contacted our -- I don't even know what their

Page 130

```
1   titles are 'cause -- because, like I said, Met sold
2   to Mass so titles and people were changing et cetera,
3   et cetera, so I wanted to know if I could be dual
4   license and they told me no.  But I had already
5   joined partnership 'cause I knew where -- who I
6   wanted my book to go to, so I had already paid a
7   partner, so that when -- if I had to leave, I knew
8   where all my clients were, so as they call, I would
9   know who to send them to, you know, that kind of
10  thing.
11      Q   Your clients with MetLife?
12      A   Yes.
13      Q   So you were with MetLife still, say
14  February of 2016?
15      A   Right.
16      Q   I'm sorry.  February 2017?
17      A   '17.  '17.  I was just over there helping
18  them part-time with some documents.
19      Q   Did you have anymore interviews or was
20  there anymore process before you were brought on
21  officially, or was it just the kind of thing where --
22      A   Not for Cambridge.  I went through a
23  process with ELE.
24      Q   But for Cambridge, it just all of a sudden
25  you were full-time?
```

Page 131

```
1       A   They offered and hem and hawed, but then
2   they called me up and, as I said, and asked for my
3   help during that moment and then afterwards is when I
4   decided to go ahead and see if I couldn't be dual
5   licensed, I could, you know, move forward with them.
6       Q   And once you were full-time -- not
7   full-time once you were officially with Cambridge,
8   what were your initial job duties?
9       A   Well, initially as I was saying, Don was
10  saying that I would, you know, obviously do the
11  insurance piece.  That I would, you know, communicate
12  with investors, potential investors about my role,
13  what I can do to help them from a financial planning
14  standpoint.  That was very short-lived.  But, yes,
15  that was the game plan.  Because when I came -- in
16  actuality, we discussed that before he left, so I
17  never got the real opportunity to work that because
18  he left March 1st and at that -- I think right as I
19  was kind of going through that, you know, coming on
20  board process, we were trying to put together a
21  strategy and plan as to what my role was, this baby
22  poop thing came into being and it was very -- so it
23  was like within a couple of weeks.  I mean, next
24  thing you know, I'm it.  Don is gone and I, you know,
25  had to get the OBA, you know, to get that approved
```

Page 132

```
1   before -- my sequences may be off. But obviously
2   before I did all of that, I got approval through the
3   OBA.
4       Q   Once Don was gone, then what were your job
5   duties?
6       A   Wow.  Keep the waters calm.  Because he
7   sent out e-mails and, you know, to all of the
8   investors that he's gone for a temporary assignment
9   or whatever the case may be, or something he had to
10  take care of and he planned on being back.  And so,
11  you know, when someone send something this disruptive
12  is that, people are going to start calling.  So I'm
13  dealing with -- I then had to send an e-mail and,
14  obviously, dealing with phone calls because, you
15  know, they've been dealing with Don Reinhard and all
16  of sudden now, who is Gail Milon, and so had to -- so
17  I was going through that.  And just trying, you know,
18  keep everybody calm.  Let them know I'm here.  Give
19  them my background.  Let them know that, you know,
20  what -- the first thing, I had to get brought up to
21  speed, you know, before -- 'cause when I initially --
22  my initial thing was to start an audit and then when
23  the audit -- when I was talking to these audit
24  companies, they started asking me questions I didn't
25  have the answers to.  I had to take a step back and
```

Page 133

```
1   say, wait a minute.  Maybe I need to know a little
2   bit more about what's going on.  So I had to kind of,
3   you know, get -- I mean, get down and dirty right
4   away to try to understand what was going on, the
5   process, because even those couple of weeks that Don
6   was there, he wouldn't share anything with me.  It
7   was very, very -- you know, I don't know if -- I
8   talked to some of the players and I guess I was
9   considered a threat.  But at any rate.
10      Q   And you left MetLife before or after Don
11  was -- left at the end of February?
12      A   I left MetLife -- 'cause Don turn himself
13  in March 1st, so -- wow.
14      Q   Did you leave MetLife before or after that?
15      A   I thought I left MetLife in March.  I know
16  it wasn't February.
17      Q   Other than trying to calm investors who
18  were calling after Don left, what other duties did
19  you?
20      A   Immediately start trying to understand what
21  was going on.  I mean, here's -- all this was put in
22  my lap.  I had no idea what was going on.  I didn't
23  know who the investors were.  I didn't know anything,
24  okay. So it was definitely on-the-job training for
25  sure.
```

34 (Pages 130 to 133)

Page 134

1    So going in, looking at files.  I knew
2  there was an external hard drive and I was trying to
3  get that back.  Went through lawyers, et cetera.  He
4  never -- as a matter of fact, Katie, his girlfriend,
5  fiance, wife, now divorced, she wanted his final
6  paycheck and she was told to bring the laptop and the
7  cell phone to get his check.  And thank God that
8  happened because otherwise I wouldn't even had that
9  information.  But at any rate -- and I asked her
10  about the external hard drive and she said it was
11  deleted.  Right.
12    Q    Was Mr. Reinhard terminated?
13    A    Yes.
14    Q    Who terminated him?
15    A    Dr. Howard.
16    Q    And that was what -- that was -- that
17  happened on February 13th?
18    A    That is correct.
19    Q    When you -- after Don Reinhard was out,
20  when you were trying to get a handle on what was
21  going on, what was Mr. Walker's role at Cambridge?
22    A    Somewhere in that process Addys took over
23  as -- I guess Dr. Howard must have gotten a letter
24  back from the Florida Bar saying that there was a
25  conflict or that -- those was my words.  That he

Page 135

1  needed to separate himself from Cambridge.
2    Q    That was later though, right?  That wasn't
3  right when you showed up?  Was it?
4    A    I don't know when that transpired.
5    Q    The thing I'm asking is, like, when you
6  first showed up --
7    A    When you I first showed up, no.  Dr. Howard
8  was still over it.
9    Q    Right.  And the only thing I'm really
10  asking is, what was Mr. Walking doing?  On a
11  day-to-day basis, what was your understanding of what
12  was his job was at Cambridge when you first started
13  working there after Mr. Reinhard was gone?
14    A    He was someone who brought, I guess,
15  athletes in or, you know, clients in and, I guess,
16  raised funds.
17    Q    Okay.  At some point did you see the need
18  to ask for an audit?
19    A    Immediately.
20    Q    And was that your decision?
21    A    That was my decision.
22    Q    Why or what was it that you saw that led
23  you think that there needed to be an audit of
24  Cambridge?
25    A    Well, number 1, a person -- any time I'm

Page 136

1  going to take over anything in the financial arena,
2  I'm going to want that done because I don't want to
3  be responsible for what somebody else may have done.
4  'Cause once you sign your name off on something,
5  you're responsible.  So I wanted to know if there --
6  I'm not saying that there was anything.  I'm just
7  saying, if there were, I want to know and I can --
8  and that can be, you know, documented.
9    Q    When did the audit start?
10    A    June or July.
11    Q    And where does the audit stand now?
12    A    We're six weeks out.
13    Q    Why is it taking so long?
14    A    He had to stop.  There was -- he had to
15  stop due to lack of payment.
16    Q    Who is he?
17    A    Mr. Bogan.  Bill Bogan.
18    Q    When did he restart?
19    A    A week ago.
20    Q    So when did he -- so he started a week ago,
21  when did he stop for lack of payment?
22    A    January.
23    Q    So between January and a week ago, he
24  didn't do any work on the audit?
25    A    That is correct.

Page 137

1    Q    When we tried to set up this testimony
2  initially, you told us that the audit -- this was in
3  March.  You told us that the audit was eight weeks
4  from being done.  Do you remember that?  And that we
5  should call off the testimony.  Do you remember
6  saying that?
7    A    Did I say that or Mr. Walker say that?  I
8  don't think I said that.
9    Q    We can take a break and I can get the
10  e-mail you wrote us.
11    A    Oh.  Oh.  I said that when?
12    Q    This was in March.  You told us to put off
13  your testimony because the audit was eight weeks from
14  being done.
15    A    March?  Okay.
16    Q    But now you're saying that Mr. Bogan didn't
17  do any work between January and a week ago?
18    A    Yeah.
19    Q    What money is Mr. Bogan being paid with?
20    A    Whatever moneys we get in to Cambridge.
21    Q    Okay.
22    A    But now --
23    Q    So if you restarted --
24    A    So what -- well, go ahead.
25    Q    Why did you restart a week ago?

Page 138

1    A   He got funding.
2    Q   Where did the money to pay Mr. Bogan come
3  from?
4    A   Mr. Howard.
5    Q   How much money did Mr. Howard give Mr.
6  Bogan to restart the audit?
7    A   6,000.
8    Q   And how much more does Mr. Bogan think he's
9  going to need to finish the audit?
10   A   16,000.
11   Q   Where is that money going to come from?
12   A   Maybe 17.  I think the total was 23.
13   Q   Where is the remaining 17,000 going to come
14  from?
15   A   Probably from Mr. Howard, but I don't know
16  at this moment.
17   Q   Okay.  Since Don Reinhard left, what have
18  the Cambridge funds been involved in in terms of
19  business or investments?  We talked about --
20  obviously we talked about the NFL settlements.  We
21  talked about the Jacksonville development.  We talked
22  about OmniPad.  Are there any other business or
23  investments that Cambridge is involved since Don
24  Reinhard left other than those three things?
25   A   No.

Page 139

1    Q   That's it?
2    A   Well, I mean -- no.
3    Q   Just those three things for Cambridge?
4    A   Yes.  Since inception?
5    Q   No.  No.  Since Don Reinhard left.
6    A   No.
7    Q   Just those three things?
8    A   Yeah.
9    Q   Have any people put new money into
10  Cambridge since Don Reinhard left?
11   A   Yes.
12   Q   About how many people do you think?
13   A   Wow.  That's a hard question to answer
14  because Addys and Jeff did the fundraisers that
15  brought those deals in.  Now, granted, I may have
16  signed off on some of that stuff, but the ones that I
17  can recall is probably three or four people.
18   Q   Okay.  So who are some people who put money
19  into Cambridge since Mr. Reinhard left?
20   A   I think they're called the Fosinbergs (sic)
21  or Feinbergs or something-bergs.
22   Q   Okay.  Who else?
23   A   I think there was a Dunlap.
24   Q   Is that a man or woman?
25   A   I think her name was Cheryl Dunlap, I

Page 140

1  think, or that was a Addys person.  I can't remember.
2  I think -- 'cause when I saw the wire stuff, he had
3  somebody else's name, so that's --
4    Q   Who's name do you think it had on it?
5    A   I don't know.
6    Q   Do you know roughly how much money Ms.
7  Dunlap put in?
8    A   I think she started off with 40,000.
9    Q   Okay.  And did she put more in?
10   A   I think what he did -- she put her gains
11  back in.  In other words, that she personally put.
12  It depends on how you want to view that.
13   Q   Gains from the 40,000?
14   A   Right.  So that.  But her putting any more
15  of her personal money in, to the best of my
16  knowledge, no.
17   Q   So when do you think Ms. Dunlap put in the
18  40,000, roughly?
19   A   I don't know.
20   Q   I mean, do you think it was last spring,
21  summer, fall?
22   A   It was in the fall.
23   Q   Fall of 2017?
24   A   Yes.
25   Q   And how did she put the money in?

Page 141

1    A   It was a wire.
2    Q   Was she investing in the hedge fund, the
3  Cambridge hedge fund?
4    A   No.
5    Q   What was she investing in?
6    A   It was just a loan.
7    Q   Do you know what the terms of the loan
8  were?
9    A   I don't remember, but it was either --
10  what? I don't know.  Did she have a 30-day loan or
11  did she have a 90-day loan?  I don't remember.
12   Q   Okay.  So the Feinbergs, Ms. Dunlap, anyone
13  else that you can remember who put in money into
14  Cambridge after Mr. Reinhard left?
15   A   Jasminka Ilich.
16   Q   Anyone else?
17   A   Me.
18   Q   How much money did you put in?
19   A   Initially was 40,000, then 20,000.
20   Q   And did you put in any more?
21   A   No.
22   Q   And is that 40,000 and 20,000 in cash?
23   A   Yes.
24   Q   How did you give the 40,000 to Cambridge?
25   A   Well, they wouldn't allow me to wire it.

Page 142

1    Meaning Bank of America. My accounts with Bank
2    America as well. So I had to take the money out and
3    then I deposit it into --
4        Q   You took the money out of your Bank of
5    America accounts?
6        A   Yes.
7        Q   And then you deposit it into Cambridge
8    accounts?
9        A   Cambridge Capital Advisors.
10       Q   How about the 20,000, how did you get that?
11       A   Same thing.
12       Q   Why wouldn't they let you just transfer the
13   money?
14       A   Bank of America would not allow me 'cause I
15   would prefer wiring it, but they don't allow you to
16   wire from personal accounts into business accounts.
17   Bank of America didn't. Now, I know there's some
18   banks that do, but Bank of America wouldn't allow me
19   to do it.
20       Q   Even though you also have control over the
21   Cambridge Capital accounts?
22       A   They wouldn't allow me to do it.
23       Q   Why did you put cash into Cambridge?
24       A   Couple different reasons. They needed the
25   cash and number 2, I was going to make a return on

Page 143

1    it.
2        Q   What were you investing in? Were you
3    investing in the hedge fund?
4        A   No. This is just a loan.
5        Q   What were the terms of the loan?
6        A   Four percent.
7        Q   Over what time period?
8        A   Every three months.
9        Q   Every three months you would get an
10   additional --
11       A   Yeah.
12       Q   You would have compound 4 percent?
13       A   Right.
14       Q   Who came up with those terms?
15       A   I just looked at previous contracts and
16   just followed suit. So I guess I did, but it was
17   based on previous contracts that have loans.
18       Q   Did you tell anybody that you were agreeing
19   to loan terms for you to loan the company money?
20       A   Mr. Walker knew that I was putting the
21   money, wiring money in.
22       Q   Did he know about the 4 percent every three
23   months term that you wrote?
24       A   He probably -- no. To answer your
25   question, no.

Page 144

1        Q   Did you tell anybody that you were giving
2    yourself an agreement to loan Cambridge money at 4
3    percent compounding every three months?
4        A   No.
5        Q   Have you gotten any money back from your
6    loan?
7        A   No.
8        Q   Did you take any of the 4 percent interest
9    payments?
10       A   No.
11       Q   So Cambridge still has your $60,000?
12       A   Yes.
13       Q   And I'm sorry if I asked this. When did
14   you first put in the 40,000?
15       A   I don't know. I have to look back.
16       Q   You think it was spring, summer 2016 -- or
17   2017, fall 2017?
18       A   It would have been in the fall. I think
19   both of those were done in the fall.
20       Q   So the Feinbergs, Ms. Dunlap, Ms. Ilich,
21   you, who else are you aware of that put money into
22   Cambridge after Reinhard left?
23       A   Well, Mr. -- Linda Bedell and Addys Walker
24   put money in.
25       Q   How did they put money in?

Page 145

1        A   Wire. They probably put it in under --
2    Linda's company was called Settlement Express and
3    Addys' company was called New Edge Management.
4        Q   Were these loans?
5        A   Yes.
6        Q   Did they get paid back on those loans?
7        A   Yeah. Yes.
8        Q   Did anyone else that you're aware of put
9    money into Cambridge after Mr. Reinhard left?
10       A   Oh. Obviously Dr. Howard.
11       Q   Okay. Anybody else? Well, before we go
12   on, let me ask you about Dr. Howard.
13           When did Dr. Howard put money in after Mr.
14   Reinhard left?
15       A   Numerous times. I don't --
16       Q   And how did he put money into Cambridge?
17       A   Wire.
18       Q   Were these loans or investments? What were
19   they?
20       A   Both.
21       Q   So roughly how much did you think Dr.
22   Howard loaned Cambridge in total?
23       A   I don't have those exact numbers.
24       Q   Do you know if he's been paid back on these
25   loans to Cambridge?

Page 146

1    A   Yes.  I believe that, but once again,
2   that's what the audit is going to confirm.  So I
3   don't have any of those exact numbers.
4    Q   Did he get paid back interest on the loans?
5    A   Yes.  The reason why I'm hesitating is
6   because I don't know for sure.
7    Q   How about investments?  When did Mr. Howard
8   make investments?
9    A   Well, he was the first investor.  He was
10   the one that set everything up.
11   Q   Well, how about after Mr. Reinhard left?
12   A   Okay.
13   Q   Did Dr. Howard invest any money after Mr.
14   Reinhard was kicked out?
15   A   Yes.
16   Q   When did he invest money after Mr. Reinhard
17   left?
18   A   Several times.
19   Q   When did he first invest money after Mr.
20   Reinhard was kicked out?
21   A   Probably in March, April.  I mean --
22   Q   Did he invest it in the hedge fund?
23   A   He was doing both.  Part of it was invested
24   in the hedge fund and part of it was loans.
25   Q   Right.  So right now I just want to ask you

Page 147

1   about the investment part.
2    A   Okay.
3    Q   So leave the loans aside.
4    A   Okay.
5    Q   Just through the investment part, when do
6   you think he first made an investment in the
7   Cambridge hedge fund after Mr. Reinhard was kicked
8   out?
9    A   I don't have the exact dates.
10   Q   Can you give me a rough estimate how much
11   money Dr. Howard invested?
12   A   Well, I know --
13   Q   Hold on a second.
14   A   I'm sorry.
15   Q   How much money -- can you give me a rough
16   estimate of how much money Dr. Howard invested in the
17   hedge fund after Mr. Reinhard left?
18   A   Well, I know for a fact 1.9 was put in.
19   That I know.
20   Q   And how did Dr. Howard put in 1.9?  Is it
21   $1.9 million?
22   A   Yes.
23   Q   When was that?
24   A   I want to say April of 2017.
25   Q   And what form did that take?

Page 148

1    A   Once again, don't hold me on these exact
2   dates 'cause --
3    Q   Understood.  No.  We understand.  And I'm
4   just trying to get a rough sense of the timeline.
5    A   Okay.
6    Q   But what form did the $1.9 million
7   investment by Dr. Howard take?
8    A   That was from -- it didn't -- that was
9   from -- he bought Beacon contracts, which are the
10   medical advances from -- he received a loan.
11   Q   You lost me.  He bought Beacon contracts?
12   A   Some medical contracts.
13   Q   How is that an investment in Cambridge?
14   A   Medical contracts, travel contracts are
15   double your money.
16   Q   What do you mean?
17   A   If someone went and -- say you paid for a
18   trip and it was $500, the ticket was $500, the client
19   is paying $1,000.  It's doubled.  So 100 percent
20   return on medical contracts and travel contracts.
21   Q   Okay.  Were these -- the medical and travel
22   contracts, were they tied in with the NFL settlement?
23   A   Yes.
24   Q   So in other words, the players didn't have
25   to pay on the travel and medical contract --

Page 149

1    A   No.
2    Q   -- unless the settlement came in?
3    A   That is correct.
4    Q   Okay.  So it was like the advances in the
5   sense that the player didn't owe any money until they
6   settled and received settlement money, and then they
7   would have to pay off on the medical or travel
8   contract; is that fair?
9    A   That is correct.
10   Q   All right.  So what did Dr. Howard use $1.9
11   million to do in relation to medical and travel
12   contracts?  I still don't understand.
13   A   Someone else, another company -- and I
14   don't remember the name of the company -- was doing
15   the contracts.  They were doing the travel -- the
16   travel -- the medical contracts.
17   Q   They were the ones loaning out the money?
18   A   Right.
19   Q   Okay.
20   A   And he purchased it.  I don't know if they
21   stopped.  I don't know why that happened 'cause once
22   again, that's -- but he bought them.
23   Q   So -- and the company issuing the medical
24   and travel contracts was called Beacon; is that what
25   you're saying?

Page 150

1    A  I heard the term Beacon, but I don't know
2  the name.  I just heard Beacon contracts.
3    Q  And those were the medical and travel
4  contracts?
5    A  Yes.
6    Q  And so is what you're saying that Dr.
7  Howard bought them for Cambridge?  Like now Cambridge
8  own those contracts?
9    A  Right.  Because Cambridge was doing the
10  travel and medical.
11    Q  Okay.
12    A  Contracts for -- and I guess those were
13  obviously -- I don't know if all of those were his
14  players or he was just buying them.  I don't mean to
15  frustrate you.
16    Q  No.  No.  No.  I'm just trying to make sure
17  that -- I'm not frustrated.  I'm trying to make sure
18  I understand 'cause it is complicated.  And I'm
19  trying to make sure that I don't put words in your
20  mouth and also that I understand what your
21  understanding is.
22       So is it your understanding that Dr. Howard
23  took $1.9 million of his money and then for Cambridge
24  bought $1.9 million of travel, medical contracts from
25  someone else who is not Cambridge, and that now

Page 151

1  Cambridge owned them and if the settlement came in,
2  then Cambridge would benefit as those contracts got
3  paid off; is that your understanding?
4    A  That is my understanding.
5    Q  Okay.  Now I think I got it.  Thanks.  No.
6  No.  No.  I appreciate it.
7       Other than the $1.9 million that Dr. Howard
8  use to buy the medical and travel contracts for
9  Cambridge, did he make any other investments in
10  Cambridge?
11    A  Yes.
12    Q  What other investments did he make after
13  Mr. Reinhard was gone?
14    A  Once again, he's made numerous.  I don't
15  know the amount.  I mean, sometimes he put in
16  $100,000.  Sometimes he put in 40.  Sometimes he put
17  in -- I mean --
18    Q  And these were all investments in the hedge
19  fund, not loans?
20    A  Some were investments and some were loans.
21    Q  Where would I look to find a record that
22  would show when Dr. Howard was making investments in
23  the hedge fund?  What would I look for?
24    A  His subscription agreement would just tell
25  the initial investment though.  It wouldn't tell

Page 152

1  subsequent investments that went in though.
2    Q  Other than Dr. Howard, was anyone else at
3  Cambridge involved in working on the purchase of the
4  medical and travel contracts for $1.9 million?
5    A  I know Addys was involved in that some kind
6  of way.  But once again, those are things that I
7  wasn't involved in.
8    Q  Anyone else other than Addys Walker?
9    A  Jeff Kahn.
10    Q  Anybody else?
11    A  That's -- I mean on our side, that's it.
12    Q  All right.  So other than the Feinberg, Ms.
13  Dunlap, Ms. Ilich, yourself, Dr. Howard, and Linda
14  Bedell and Addys Walker through their companies,
15  anyone else you can think of who put money into
16  Cambridge's hedge fund as an investment?
17    A  No.  All of those were done before I got
18  there.
19    Q  Handing you what's been marked as Exhibit
20  5, which is a participating loan agreement dated July
21  7th, 2017.  It is not Bates stamped.  I'm also
22  handing you what's been marked as Exhibit 6, which is
23  also a -- it's headed "Participating Loan Agreement,"
24  but it's dated July 21st, 2017, also not Bates
25  stamped.  If you could review those and let me know

Page 153

1  when you're ready.
2       (SEC Exhibit Nos. 5 and 6 were
3        marked for identification.)
4  BY MR. STAUBITZ:
5    Q  Have you seen Exhibits 5 and 6 before?
6    A  Yes.
7    Q  What are Exhibits 5 and 6?
8    A  These are loan agreements.
9    Q  And who are the loan agreements with?
10    A  Vinny Feinberg and Harry Feinberg.
11    Q  Who are Vinny Feinberg and Harry Feinberg?
12    A  These are attorneys.
13    Q  They are both attorneys?
14    A  Yes.
15    Q  And turn to the last page of Exhibit 5.
16  Well -- I'm sorry.  Turn to the last page of Exhibit
17  6.  I'm sorry.
18       Is that your signature on behalf of
19  Cambridge Capital Group and Cambridge Capital
20  Partners for the borrower?
21    A  Yes.
22    Q  Who -- well, who was involved in reaching
23  these agreements with Harry and Vinny Feinberg on the
24  Cambridge side?
25    A  Jeff Kahn.

Page 154

1    Q   How did the Feinbergs come to put $500,000
2   each into Cambridge?
3    A   I have no idea.  That's Jeff Kahn.
4    Q   Did you sign the agreement with Vinny
5   Feinberg?
6    A   Did I sign?  I signed.
7    Q   Exhibit 6?
8    A   Yes.
9    Q   So what was your role in Vinny Feinberg
10   putting $500,000 to loan to Cambridge Capital?
11    A   I had no role.  Apparently, Jeff Kahn
12   wasn't available at the time.
13    Q   So the only reason you signed it was
14   because he wasn't available?
15    A   Yes, sir.
16    Q   Did you ask any questions at all about why
17   Mr. Vinny Feinberg was putting $500,000 in?
18    A   No, sir.
19    Q   Did someone ask you to sign this agreement
20   on behalf of Cambridge?
21    A   I'm sure.
22    Q   Did you receive any sort of a fee or
23   commission for either the loans by Harry Feinberg or
24   Vinny Feinberg?
25    A   No.

Page 155

1    Q   Did Dr. Howard have a role with regard to
2   the Feinbergs making loans to Cambridge Capital?
3    A   Well, I guess he was backing it 'cause I
4   see his name there, so.
5    Q   So on both -- so what was that money from
6   the Feinbergs used for?
7    A   Advances to players.
8    Q   Anything else?
9    A   Not that I'm aware of.
10    Q   Did Dr. Howard get any of the money that
11   the Feinbergs put in?
12    A   I don't know.
13    Q   Any reason you can think of why Dr. Howard
14   would include Howard & Associates as a borrower on
15   both agreements and sign on their behalf?
16    A   No, sir.
17    Q   Have the Feinbergs been paid any money on
18   these agreements?
19    A   No.
20    Q   Why not?
21    A   Well, 'cause theirs is -- if I remember
22   correctly, it's a rolling.  If you see in there, it
23   says July 18th; if not, then January 19th, 2019.  So
24   it's like it just continues to accumulate.
25    Q   If one of them elected to request payment

Page 156

1   coming up in July of this year, you think you'll be
2   able to pay them $625,000 each?
3    A   No, sir.  Not in -- well, I shouldn't say
4   that.  Let me retract that.  I don't know.
5    Q   You can put Exhibits 5 and 6 aside.
6        Have you heard of someone name Steven
7   Saltzstein?
8    A   No.
9    Q   Handing you what's been marked as Exhibit
10   7, which is a bank statement from Bank of America and
11   it's been Bates stamped SEC-CC-E-0000729.  Take a
12   look at Exhibit 7 and let me know when you're ready.
13        (SEC Exhibit No. 7 was marked for
14        identification.)
15   BY MR. STAUBITZ:
16    Q   Have you seen Exhibit 7 before?
17    A   Yes.
18    Q   What is Exhibit 7?
19    A   It's bank statement from Cambridge Capital
20   Advisors.
21    Q   Was it your practice to regularly review
22   Cambridge's bank statements?
23    A   No.  I was focused on the audit.  And also,
24   once again, have the accountant take care of
25   QuickBooks and get everything in order so that I

Page 157

1   can --
2    Q   Was anyone looking at Cambridge Capital's
3   bank statements?
4    A   Denise and Brenda.  And don't get me wrong.
5   Once we -- if there were statements that were asked
6   and -- but I wasn't balancing this stuff until
7   everything was done.
8    Q   If you turn to the third page, which is the
9   page of Exhibit 7 ending in Bates 731.  Do you see
10   the top where it says deposits and credits?
11    A   Yes.
12    Q   And third line down you see a wire-in dated
13   October 20th, 2017?
14    A   Yes.
15    Q   And do you see where it says orig, Steven
16   Saltzstein?
17    A   Yes.
18    Q   And do you see the amount is $200,000?
19    A   Yes.
20    Q   Does this refresh your recollection about
21   someone named Steven Saltzstein sending $200,000 to
22   Cambridge Capital Advisors?
23    A   I'm not familiar with a Steven Saltzstein.
24    Q   So who else at this time had the ability to
25   access the account and transfer money out of the

Page 158

1   account?  First of all, at this time, did you have
2   the ability to access the account and transfer money
3   out of the account?
4        A   Yes.
5        Q   Who else did?  Did Dr. Howard have the
6   ability to access this account and transfer money out
7   in October of 2017?
8        A   Did he have the ability?  Yes.
9        Q   I'm not saying did he or didn't he.  I'm
10  just saying, was he someone who did?
11            Other than yourself and Dr. Howard, was
12  there anyone else who had the ability to access the
13  account, transfer money in, transfer money out?
14       A   Well, transfer money in?
15       Q   I guess anybody can do that?
16       A   Anybody can transfer money in.
17       Q   So let's stick with, other than yourself
18  and Dr. Howard, did anyone else have access to the
19  account or the ability to transfer money out of the
20  account other than you and Dr. Howard?
21       A   Transfer money out would have been Dr.
22  Howard and myself.  I want to say maybe Brenda
23  because she worked with -- but she didn't -- she
24  couldn't wire out.  She couldn't wire out.
25       Q   Well, so let's go down to -- do you see

Page 159

1   where it says withdrawal and debits?
2        A   Yes.
3        Q   And do you see on October 20th, 2017, there
4   are a number of wires out?  Do you see that?
5        A   Yes.
6        Q   For example, there's $110,000 wired to
7   Howard & Associates?
8        A   Yes.
9        Q   Did you do that?
10       A   I -- yeah, I guess I did.
11       Q   Do you know that or you're just guessing
12  you did?
13       A   Well, I'm saying that I did because there
14  were only two people that could do it.
15       Q   So why did you send $110,000 to Howard &
16  Associates?
17       A   Because I was asked to.
18       Q   Who asked you to?
19       A   I don't know.
20       Q   You send $110,000 to Dr. Howard's law firm
21  and you have no idea who told you to do that, but
22  somebody did?
23       A   The only two people that would have given
24  me instructions to do something would be Addys Walker
25  or Dr. Howard, so one of the two of them.

Page 160

1        Q   Was --
2        A   Maybe Brenda.
3        Q   Is it fair to say that Cambridge was
4   strapped for cash at this time?
5        A   Yes.
6        Q   But you're still saying you don't remember
7   who told you, or why to send $110,000 out of the
8   wire-in from Mr. Saltzstein to Dr. Howard's law firm?
9   Is that your testimony?
10       A   Can you repeat what you just said.  I'm
11  trying to --
12       Q   Is it your testimony -- and by the way --
13  so let's flip onto the page where the Bates ends in
14  733.
15       A   I'm there.
16       Q   And do you see where, for example, the
17  daily ledger balance as of October 12th was $843?  Do
18  you see that?
19       A   Yeah.
20       Q   So turning back to the page with the Bates
21  ends in 731, isn't it correct that the $110,000 that
22  was sent came out of the wire-in from Mr. Saltzstein?
23       A   Yes.
24       Q   So what I'm asking is, is it your testimony
25  today, that you sitting here, do not remember why or

Page 161

1   at who's direction Cambridge Capital, that was
2   strapped for cash, took in $200,000 from a person
3   that you don't remember who they are and then you
4   wired it out to Tim Howard's law firm; is that your
5   testimony?
6        A   I -- repeat what you just said, please.  I
7   do not know who Steven Saltzstein is.
8        Q   Why did you send $110,000 of the money that
9   Mr. Saltzstein put into Cambridge Capital to Dr.
10  Howard's law firm and at whose direction?
11       A   It would have had to have been under Addys
12  Walker because I had to let -- Addys Walker had to
13  approve everything that went out.
14       Q   He had to approve all the wires?
15       A   I didn't just do that.
16       Q   So Mr. Walker had to approve all the wires?
17  Is that your testimony?
18       A   That is my testimony.
19       Q   And then there's also a wire for $50,000
20  out to Settlement Express, which -- did you just tell
21  us that's Mr. Walker's company?
22       A   That's Linda Bedell's.
23       Q   That's Linda Bedell's company, okay.
24            Why did -- and did you direct the wire out
25  for the $50,000 to Settlement Express?

Page 162

1     A   Yes, I did.
2     Q   Why did you send $50,000 to Settlement
3  Express?
4     A   Addys Walker told me to.
5     Q   Did you ask anybody where the money was
6  coming from to send these wires out?
7     A   No, I did not.
8     Q   Handing you what's been marked as Exhibit
9  8, which is a document headed "Bridge Loan Agreement"
10 dated August 24th, 2017, and it bears the Bates stamp
11 SEC-CC-E-0001406.  Please review Exhibit 8 and let me
12 know when you're ready.
13         (SEC Exhibit No. 8 was marked for
14         identification.)
15 BY MR. STAUBITZ:
16    Q   Have you seen Exhibit 8 before?
17    A   Yes.
18    Q   What is Exhibit 8?
19    A   It's a loan agreement between Cambridge
20 Capital Partners, Howard & Associates and Jasminka
21 Ilich.
22    Q   And who is Jasminka Ilich?
23    A   She is -- was a client of mine.
24    Q   What do you mean she was a client of yours?
25    A   When I was with MetLife.

Page 163

1     Q   How long had she been a client of yours?
2     A   Wow.  Ever since -- years.
3     Q   More than 20 years?
4     A   Not 20.
5     Q   More than 10 years?
6     A   More than 10.
7     Q   How did she come to enter into Exhibit 8
8  with Cambridge Capital?
9     A   I was asked to call on clients.
10    Q   Who asked you to do that?
11    A   Addys Walker.
12    Q   Did you call anybody other than Ms. Ilich?
13    A   Yes.
14    Q   How many other people?
15    A   Maybe four.
16    Q   Did any of the other ones give any money to
17 Cambridge Capital?
18    A   No.
19    Q   What did you tell Ms. Ilich in your
20 conversations with her about potentially putting
21 money into Cambridge Capital?
22    A   Well, she was actually going into the
23 Jacksonville project.  That's what I was told and
24 that's what I thought.
25    Q   Who told you that?

Page 164

1     A   Addys Walker.
2     Q   He knows Ms. Ilich?
3     A   No.  In other words, we were trying to
4  close the Jacksonville project and we needed
5  additional funding.  We needed to start the -- get
6  the appraisal done.  We had to do the construction
7  loan and that's -- we needed half a mil.
8         MR. HUNTER:  Whenever we can take just a
9  three-minute restroom break, let me know, please.
10        MR. STAUBITZ:  Okay.  It's going to be a
11 little bit.  I really need to get through this.
12 What -- and I will break as soon as we can.
13        MR. HUNTER:  Sure.
14        MR. STAUBITZ:  It should be about ten
15 minutes or so I think.  Is that all right?
16        MR. HUNTER:  I mean, I don't have a choice.
17        MR. STAUBITZ:  Yeah.  I know.  I'll try.
18 I'm sorry.
19 BY MR. STAUBITZ:
20    Q   So Addys Walker told you that the company
21 needed about $500,000 for the Jacksonville project,
22 so what did you tell Ms. Ilich?
23    A   That we have a project in Jacksonville.
24 The hotel Condo deal that -- and then Addys Walker
25 was the one to put the terms in the agreement.  So I

Page 165

1  told her what the terms were.  And, obviously, I was
2  told it was supposed to close.  So I told her the
3  same thing I was told.
4     Q   Is there anything else you told her about
5  what her money was going to be used for, other than
6  it was going to be used for the Jacksonville project?
7     A   No.
8         MR. STAUBITZ:  We can take a break.  Let's
9  go off the record.  It's 2:50.
10        (A brief recess was taken.)
11        MR. STAUBITZ:  We're back on the record.
12 It is 2:57 p.m.
13 BY MR. STAUBITZ:
14    Q   So who drafted Exhibit 8?
15    A   Who directed?  What do you mean?
16    Q   Who wrote Exhibit 8?  Who actually took the
17 work of making the document?
18    A   Dr. Howard.
19    Q   What was Dr. Howard's role in Ms. Ilich
20 putting money into Cambridge, other than drafting
21 Exhibit 8?
22    A   That's -- basically I wanted to make sure
23 that it was backed by someone because I wanted to
24 make sure she got her money back.
25    Q   Did he ever -- did Dr. Howard ever meet

Page 166

1   with Ms. Ilich or speak with her?
2       A   Yes.
3       Q   When did he meet or speak with her?
4       A   When she came to the office.
5       Q   When was that?
6       A   It was before August the 24th.
7       Q   So he talked to her before she invested?
8       A   Yes.
9       Q   And what did he tell her?
10      A   Well, he was talking to her about the
11  university.  I don't -- he didn't -- because he
12  didn't want her to also got involved with the
13  university 'cause she was near retirement.  He didn't
14  really go into, you know, the Jacksonville project so
15  much, as it was, you know -- cause they obviously are
16  educators and so they kind of went on the education
17  path.
18          He did -- you know, I had him -- I wanted
19  him to back it, you know, because obviously I wanted
20  to make sure he got her money back.
21      Q   So what -- other than speaking with her,
22  what else did he do to back it?
23      A   He's on the contract.
24      Q   How is he on the contract?  Oh.  I see.  As
25  a borrower?

Page 167

1       A   No.  As a backer.
2       Q   Oh.  I'm sorry.  But it lists -- so do you
3   see on the --
4       A   Well, he's -- well, if it comes across that
5   he's a borrower, basically I had him in there as
6   being responsible as well as Cambridge.  So I had him
7   put him in there.
8       Q   So Dr. Howard knew that he was in there
9   listed as a backer?
10      A   You bet.
11      Q   In the Exhibit?
12      A   Yes.
13      Q   And how did he know that?  Did you tell him
14  that?
15      A   He typed it.
16      Q   Okay.  And who came up with the terms of
17  Ms. Ilich putting money in that are included in
18  Exhibit 8?
19      A   Addys Walker.
20      Q   Did Ms. Ilich actually put in $500,000?
21      A   Yes.
22      Q   And what happened to her $500,000?  What
23  did Cambridge do with it?
24      A   I thought it went into the Jacksonville
25  project, but subsequently I found out it got split.

Page 168

1   Some of it went into the Jacksonville project and
2   other aspects went into Howard & Associates, OmniPad
3   and to advances for NFL players.
4       Q   How much went into the Jacksonville
5   project?
6       A   Less than 100,000.
7       Q   When did you first find out that her money
8   had not all gone into the Jacksonville project?
9       A   When I went back to do a tally of -- you
10  know, when everything started to kind of explode.  I
11  can't remember when that was.
12      Q   Well, so if she put her money in August,
13  can you give me a rough sense of when it was that you
14  first found that her money hadn't actually gone all
15  to the Jacksonville project?
16      A   Probably December.
17      Q   That's the first time you heard that her
18  money hadn't all gone -- how did you find out that
19  her money hadn't all gone to the Jacksonville
20  project?
21      A   I went to check to see where did the moneys
22  go.
23      Q   Has anyone told Ms. Ilich that her money
24  didn't all go to the Jacksonville project?
25      A   No.

Page 169

1       Q   Why?
2       A   Because I plan to get her her money.
3   'Cause in actuality I thought all the money went into
4   the Jacksonville project, but at any case --
5       Q   Had you had any conversations with her
6   since you found out that her money -- that less than
7   $100,000 went into the Jacksonville project?
8       A   Have I had conversations with her?
9       Q   Yes.
10      A   Yes.
11      Q   And what did you tell her about where her
12  money was?
13      A   I didn't tell her where her money was.  I
14  just -- our conversation has been, when am I going to
15  get my money.
16      Q   Okay.  So is it -- so since December, you
17  haven't told her, you haven't told her in any way
18  where her money is or what she's invested in; is that
19  right?
20      A   Did I correct what her money was invested
21  in? No, I did not.
22      Q   I don't know what you mean did you correct.
23      A   She -- in other words, when we did this,
24  her money was going into the Jacksonville project.
25      Q   Right.

Page 170

1    A   That's where I thought her money went.
2    Q   Right.
3    A   Now -- yes.  In December I found out that
4  all of her money didn't go into the Jacksonville
5  project, but I still plan to give Jasminka her money.
6    Q   Right.  But my question is, since December
7  when you found out that her -- that less than
8  $100,000 went into the Jacksonville project, have you
9  told her that her money is all in the Jacksonville
10  project?
11    A   I didn't tell her all her money.  I mean --
12  I guess I'm not -- I'm not understanding your
13  question. Let me -- I'm not understanding your
14  question.
15        I told her at the beginning that this is
16  what she was investing in.  I have not said anything
17  in reference to that, no more than, like, the same
18  things that I have said to you.  That we're second in
19  line and et cetera, et cetera, and then once we -- if
20  we close, et cetera, et cetera, that, you know, will
21  get her moneys back.  But I did assure her that we
22  will get her her funds.  I would make sure that she's
23  made whole.
24    Q   Is it fair to say that in August of 2017
25  Cambridge was strapped for cash?  Let me put it this

Page 171

1  way.  Was Cambridge having trouble meeting its
2  monthly obligations to give players their advances?
3    A   They struggled off and on periodically as
4  funds came in.
5    Q   In August Cambridge didn't have a lot of
6  extra cash sitting around, right?
7    A   That is correct.  However, we did have some
8  deals that we were working on.
9    Q   Okay.  But in term of the bank balances on
10  a daily basis, Cambridge was not sitting on hundreds
11  and hundreds of thousands of dollars of extra cash?
12    A   That is correct.
13    Q   Right?
14    A   That is correct.
15    Q   So what was the plan in four months to turn
16  around and pay her the kind of amounts that were --
17  you know, pay her $750,354 by the end of December
18  2017?
19    A   We had a $24.6 million loan that was
20  supposed to close and then the individual asked for
21  another 354,000, and then it was said that this
22  wasn't a legitimate source of financing, and so Dr.
23  Howard pulled out and then everything else just fell
24  around it.
25        The construction loan for 22 million was

Page 172

1  already approved.  I was told that the property at
2  Jacksonville -- the Jacksonville property had already
3  closed and we were doing the construction loan.  So
4  technically after the construction loan, this should
5  have been a -- but then I had to -- finding out that
6  the mortgage person ReTina Moore who was doing the
7  construction loan that I was working with -- 'cause
8  she asked for the HUD.  I said, where is the HUD doc.
9  And all of a sudden folk couldn't produce the HUD
10  doc. and I'm like, I thought that this property was
11  already closed and so then, this is where this 24.6
12  from this Jose somebody that was going to be doing
13  the 24.6 million and then pulled out of that 24.6
14  million and that's when everything just fell.
15    Q   Who was supposed to do the 24.6 million?
16    A   This Jose somebody.  It was Perioni or
17  something.
18    Q   Who is he?
19    A   He's a -- he's a funder.  He's a -- someone
20  who lends money.  Hard money loan lender.
21    Q   Who -- how did he and Cambridge came to
22  connect with each other?
23    A   Addys Walker and Jeff Kahn.
24    Q   And why did it fall apart again?
25    A   Another entity, I guess, that works with --

Page 173

1  in the funding source, David Jones, told Tim Howard
2  that that was not a legitimate loan.  There was --
3  that wasn't a good loan, whatever.
4    Q   I'm handing you what's been marked as
5  Exhibit 9, which is headed, "Bridge Loan Agreement"
6  dated December 12th, 2017, bearing Bates
7  SEC-CC-E-0001415.  Take a look at Exhibit 9 and let me
8  know when you're ready.
9        (SEC Exhibit No. 9 was marked for
10          identification.)
11    BY MR. STAUBITZ:
12    Q   Have you seen Exhibit 9 before?
13    A   Yes.
14    Q   What's Exhibit 9?
15    A   A loan with Jasminka Ilich and Cambridge.
16    Q   So she put -- how did it come that she put
17  an additional $20,000 into Cambridge in December?
18    A   The construction loan application.
19    Q   What does that mean?
20    A   The application to do the construction loan
21  for the Jacksonville project.
22    Q   That's what her $20,000 was supposed to be
23  used for?
24    A   Right.  That's what it was used for.
25    Q   What I mean is, how is it that she came to

Page 174

```
1    put it in?  In other words, did you call her and ask
2    for 20,000 more dollars?
3        A  Yes.
4        Q  Why?
5        A  I was asked to call out.
6        Q  To call her specifically?  Someone asked
7    you to call Ms. Ilich to ask for 20,000 more dollars?
8        A  I don't know if I was specifically asked to
9    specifically call her.  That part I don't remember,
10   but I was asked to call.  I mean, I don't remember if
11   they said, hey, do you think Jasminka has another
12   20,000.  That, I don't remember that being the
13   conversation.
14       Q  Who asked you to make calls?
15       A  Addys Walker.
16       Q  And why did you call Jasminka?
17       A  Well, 'cause I guess I had already called
18   her before.
19       Q  At the time that you entered into this
20   agreement in December 12th, 2017, at that point, had
21   you found out that of her $500,000, less than
22   $100,000 had been used for the construction?
23       A  No.
24       Q  You did not know?
25       A  I did not know at that time, but I found
```

Page 175

```
1    out.
2        Q  You first find out between December 12th
3    and December 31st, 2017?
4        A  Yes.  But I was working on the construction
5    part because once again, we had this 24.6 that was
6    coming.  Everybody was supposed to have been made
7    whole.
8        Q  Okay.  So as of December 12th, you still
9    thought the 24.6 million was coming?  That deal was
10   not dead yet?
11       A  Yeah.  That wasn't dead yet.
12       Q  When did that deal die?
13       A  Probably in January when everybody left.
14   Probably when -- I think that it was somewhere in
15   that time when -- I can't -- when this company asked
16   for another $354,000 and -- 'cause everything -- they
17   had received everything.  And I looked at the
18   contract -- this was afterwards.  Then all of sudden
19   I see this contract and I'm saying -- I said, it
20   doesn't have a timeline on this.  But at any case.
21       Q  Who drafted Exhibit 9?
22       A  This is basically one of the standard loan
23   agreements that we have and I just put her name in
24   it.  So it was already -- it was pre-drafted.
25       Q  Okay.  But you put it together and put her
```

Page 176

```
1    name in it; is that fair?
2        A  I put her name in it, yes.
3        Q  Okay.  Why isn't Howard & Associates on
4    Exhibit 9 like it was in Exhibit 8, if you wanted to
5    protect her?
6        A  I just used one of the standard loan
7    agreements that we have.  This one I had him to do
8    specifically so that he can back that loan.
9        Q  Right.  But so if you had already taken
10   money under an agreement in Exhibit 8 from this
11   person, why didn't you just use the same agreement
12   the second time?
13       A  I just went to the standard template that
14   we had and used that.  There was no reason why I
15   didn't use that one.
16       Q  And you said that you had included Howard,
17   you insisted he's included in Exhibit 8?
18       A  Because of the amount, but this one was
19   just -- not that -- it was just -- there's no
20   reasoning behind that.
21       Q  As of December 12th, the company was less
22   than two weeks away from owing Ms. Ilich $750,000.
23   As of December 12th, was there any chance you thought
24   the company was going to be able to pay that in less
25   than two weeks?
```

Page 177

```
1        A  That Jose -- well, no.  We actually had
2    talked and was going to pay her the money in January
3    so she wouldn't get hit for taxes in 2017.
4        Q  And did you actually tell her that?
5        A  We talked about it.
6        Q  You told her that the company was going to
7    pay her in January?
8        A  No, I didn't tell her.  We talked about it.
9    In other words, when -- we had a conversation.  She
10   had called or either I called her.  One of the two.
11   And I said, in addition to -- I knew that we were
12   having problems closing.  In other words, loan -- and
13   I said to her, well, Jasminka, we're not going to
14   close the end of December, but the good thing is is
15   that, it would be a good idea that you, you know, get
16   the hit in 2018 versus in 2017 anyway.  So I did tell
17   her and I had kept her up to speed on what's been
18   going on in terms with that project.
19       Q  But you haven't told her that only less
20   than $100,000 of her money was used on the project,
21   correct?
22       A  No, I did not.
23       Q  Handing you what's been marked as Exhibit
24   10.  Please review Exhibit 10 and let me know when
25   you're ready.
```

1          (SEC Exhibit No. 10 was marked
2          for identification.)
3      BY MR. STAUBITZ:
4      Q   Have you seen Exhibit 10 before?
5      A   Yes.
6      Q   What is Exhibit 10?
7      A   Bank statement of Cambridge Capital
8   Advisors.
9      Q   And I'm sorry.  I should have described it.
10  A bank statement from Bank of America for the time
11  period August 1st, 2017, to August 31st, 2017.  It's
12  been Bates stamped SEC-CC-E-0000703.  If you could
13  turn to the page with Bates ending in 705.
14      And do you see there's a wire-in on August
15  24th, 2017, from -- in the amount of $359,000 from
16  Jasminka Z. Ilich-Ernst.  Do you see that?
17      A   Yes.
18      Q   Was that part of the $500,000 that she put
19  in?
20      A   Yes.
21      Q   And do you see on August 31st, 2017,
22  there's an additional wire-in for $91,236 also from
23  Jasminka Ilich-Ernst.  Do you see that?
24      A   Yes.
25      Q   For the time period covered by Exhibit 10,

1   was there anyone -- well, first of all, did you have
2   access and control over outflows of money from the
3   account ending in 2500 for August of 2017?
4      A   Yes.
5      Q   Did anyone else?
6      A   Dr. Howard had, but didn't.
7      Q   Okay.  Anyone other than you and Dr. Howard
8   had access or control of flow of money out of this
9   account during August of 2017?
10     A   Brenda Murphy would have 'cause she -- but
11  she -- she was more -- I wouldn't know if she couldn't
12  do wire.
13     Q   She had the ability to transfer money out?
14     A   But she could -- I'm trying to think.  At
15  that time, yeah, she was probably still -- she was
16  probably still writing checks.  I think that stopped
17  in the September.  So maybe Brenda Murphy.
18     Q   She could write checks?
19     A   She couldn't write them, but, you know, he
20  had a stamp.
21     Q   But could she send wires or transfer money?
22     A   No.  She couldn't wire, no.
23     Q   If you could flip to the page that ends in
24  Bates 709.  Do you see that?
25     A   Yes.

1      Q   Okay.  And do you see where, as of August
2   23rd, the daily ledger balance was $25,000 and
3   change?
4      A   Yes.
5      Q   And then at the end of August 24th, the
6   ledger balance was $88,751?
7      A   Yes.
8      Q   Now, if you could turn back to the page
9   that ends in Bates 706.
10      Do you see on August 24th there was a wire
11  out to Howard & Associates for $100,000?
12     A   Yes.
13     Q   Given the daily balances and the money in
14  from Ms. Ernst, the $359,000 on that day, is it fair
15  to say that $100,000 came from Ms. Ernst wire-in?
16     A   Yes.
17     Q   So who was it who sent $100,000 to Howard &
18  Associates on August 24th?
19     A   I sent $100,000.
20     Q   Why?
21     A   'Cause I was told to.
22     Q   Who told you to do that?
23     A   Addys Walker.
24     Q   What was that $100,000 going to be used for
25  by Howard & Associates?

1      A   I don't know.
2      Q   And then do you see also down under that,
3   right under that there was an online banking transfer
4   to check account 6617 in the amount of $200,000.  Do
5   you see that?
6      A   Yes.
7      Q   Is it fair to say that that $200,000 also
8   must have come from the money in from Ms. Ilich?
9      A   Yes.
10     Q   Who -- do you know who made that transfer
11  to account 6617?
12     A   I did.
13     Q   I'm handing you what's been marked as
14  Exhibit 11, which is an account statement from Bank
15  of America for an accounting ending in 6617 for
16  August of 2017, and it bears Bates stamp
17  SEC-CC-E-0000606.  If you can review Exhibit 11 and
18  let me know when you're ready.
19          (SEC Exhibit No. 11 was marked
20          for identification.)
21     MR. HUNTER:  Do you have any extra?
22     MR. STAUBITZ:  Oh.  Actually, I do.
23     MR. HUNTER:  This is 11, correct?
24     MR. STAUBITZ:  This is Number 11.
25     MR. HUNTER:  Okay.  Thank you.

Page 182

1    BY MR. STAUBITZ:
2        Q   All right.  Have you seen Exhibit 11
3    before?
4        A   Yes.
5        Q   What is Exhibit 11?
6        A   Bank of America bank statement for
7    Cambridge Capital Partners.
8        Q   And at this time, did you have access to
9    and control over the outflow of funds from the
10   account ending in 6617?
11       A   Yes.
12       Q   Did Dr. Howard?
13       A   Yes.
14       Q   Did anyone else?
15       A   No.
16       Q   If you could go to the page ending in Bates
17   608.  And do you see a wire-in for $200,000 on August
18   24th?
19       A   Yes.
20       Q   From account 2500?
21       A   Yes.
22       Q   Is that the $200,000 that you sent that we
23   just looked at from Exhibit 10?
24       A   Yes.
25       Q   Now, if you could flip to the page ending

Page 183

1    in 613 -- Bates 613.
2        Do you see where it indicates that, as of
3    August 15th, the daily ledger balance was slightly
4    over $5,000?
5        A   Yes.
6        Q   And that after the $200,000 came in, the
7    balance on August 24th was $188,000 and change.  Do
8    you see that?
9        A   Yes.
10       Q   And then on also August 25th, it was
11   $56,000.  Do you see that?
12       A   Yes.
13       Q   And as of August 28th it was down to
14   1,000 -- roughly $1,600.  Is that right?
15       A   Yes.
16       Q   All right.  So let's go back to the page
17   ending in Bates 609 and I want you to look.  There's
18   a whole series of transactions starting -- so it's
19   starting on 8/24.  These are withdrawals and other
20   debits, right?  So August 24 --
21       A   Yes.
22       Q   -- we have wires out to Mike Finn, Leon
23   Searcy, Borzomati, Ashmore.  And if you flip over the
24   next page, Riley, Wilder, Robinson.  On down through
25   that page over to the next page, and we have wire

Page 184

1    transfers out all the way through the 28th when, as
2    we just saw, the daily balance was down to about
3    $1,600.  Do you see that?
4        A   Yes.
5        Q   Who are all these people that are getting
6    wire transfers?
7        A   NFL players.
8        Q   They are all players?
9        A   Yes.
10       Q   And these are the advances on the
11   settlement?
12       A   No.  These are --
13       Q   I mean, I'm not -- these are advances on
14   the settlement; is that right?
15       A   Well, the settlements haven't taken place
16   yet.  These are advances.
17       Q   Right.  I'm sorry if I didn't say that
18   clearly.
19           These are advances on the settlement to
20   these NFL players, right?
21       A   Predicated on the settlement.
22       Q   It's their monthly payment covered by the
23   advance agreement?
24       A   Right.
25       Q   And isn't fair to say, given the daily

Page 185

1    balances, that these were funded almost entirely by
2    the $200,000 you sent from Jasminka?
3        A   Yes.
4        Q   Who was it who sent out all these wire
5    transfers between the 24th and the 28th of August?
6        A   I did.
7        Q   Is it still your testimony that you didn't
8    know until December that her money was used for
9    something other than the construction project?  Is
10   that still your testimony?
11       A   Yes, it is.  And let me -- if I can.  My
12   focus -- I was to send out the advances, but I was
13   focused on the audit.  And, I mean -- you know, maybe
14   I should have -- I just wasn't -- my head wasn't
15   wrapped around this.  It was wrapped on trying to --
16   number 1, trying to get the audit.  Even though --
17   'cause we were starting to run into issues there as
18   well and I just -- I wasn't -- I wasn't thinking
19   along the lines that, okay.  Her money came in and
20   her money went out.  I just -- so as -- that's -- I
21   didn't -- I didn't realize that until after the fact.
22   In actuality it just -- it dawned on me, well, where
23   did her money go, you know.
24           And after I found out that 500,000 didn't
25   go over there, well, where did it go.  And that's

Page 186

1  when I went back and looked at the documents. That's
2  when I mentioned to you that, you know, I found out
3  that certain amount went here, certain amount went
4  here, certain amount went there. I just wasn't
5  focused on that.
6      Q   Did you think that Dr. Howard had sent the
7  $500,000 to the construction company? Is that what
8  you thought?
9      A   I knew 500,000 went to the construction
10  company. So I guess I wasn't following the numbers
11  like I probably should have because I was just
12  focused. There's so much I was doing.
13      Q   Here's the problem, which is -- it's in
14  your testimony over and over today, that only you and
15  Dr. Howard had the ability to access his account.
16      A   Right.
17      Q   So did you think that Dr. Howard sent it?
18      A   Sent what?
19      Q   Sent $500,000. That he went into the
20  account and made a wire transfer.
21      A   No. No. No. Not from -- no. When it
22  came to wires, I was the only one that did the wires.
23      Q   So if you didn't send it to the
24  construction company, I don't understand how your
25  testimony can be that you thought that somehow it got

Page 187

1  sent if you didn't do it.
2          While at the same time, 500,000 comes in
3  and it was your testimony, that you, on the same day,
4  you distribute it to other accounts and then you
5  distribute it further to players. I don't understand
6  how that can be you testimony. Help me understand.
7      A   I just -- my goal or objective or purpose
8  was Number 1, we had these fundings that had to be
9  done every month. When the money came in, I shot the
10  money out. It's just -- that was -- money came.
11  Because they were supposed to have been paid either
12  the first or the end of the month, so when money came
13  in and if someone didn't get their advance -- I just
14  sent the money to the different players. I --
15      Q   Did you lie to Ms. Ernst about what her
16  money was going to be used for?
17      A   No, I did not. No, I did not.
18      Q   Did you know that her money was supposed to
19  go to construction and used it for other things?
20      A   No. I was told -- I'm telling you what I
21  was told. I was told that we needed the money for
22  the construction project. That's what I told her. I
23  had no reason to lie to Jasminka. I wouldn't do
24  that. I've never done that. And --
25      Q   But when her money came in, did you know

Page 188

1  what you were doing when you sent it to other things
2  and didn't send it to the construction project?
3      A   I --
4      Q   You knew, right?
5      A   No, I didn't. No, I didn't. I know you --
6  no, I didn't. I know it seems like -- I did not find
7  out -- I'm sorry, you guys. And I had no reasons --
8  any rate. I didn't find out 'til later and one
9  would -- I don't -- I don't know. I don't know.
10          MR. STAUBITZ: Let's take a short break.
11  It's 3:31.
12          (A brief recess was taken.)
13          MR. STAUBITZ: We're back on. It is 3:47
14  p.m.
15          BY MR. STAUBITZ:
16      Q   You can set Exhibit 11 aside. Handing you
17  what's been marked as Exhibit 12, which is a Bank of
18  America statement from September 2017 for an account
19  ending in 2500, and it's been Bates stamped
20  SEC-CC-E-0000079. Review Exhibit 12 and let me know
21  when you're ready.
22          (SEC Exhibit No. 12 was marked
23          for identification.)
24          BY MR. STAUBITZ:
25      Q   Have you seen Exhibit 12 before?

Page 189

1      A   Yes.
2      Q   What is Exhibit 12?
3      A   September bank statement for Cambridge
4  Capital Advisors.
5      Q   If you could flip to the page with the
6  Bates ending in 081. Under the deposits and credits,
7  do you see where there's a wire-in on September 8th
8  of 2017 from an Esquire Bank for $142,858?
9      A   Yes.
10      Q   What is that item?
11      A   A Payoff of a loan from Damion Robinson of
12  his advance. Correction. Not loan advance.
13      Q   So this is Damion Robinson paying off an
14  advance to Cambridge?
15      A   That is correct.
16          MR. HUNTER: Do you have an extra by any
17  chance?
18          MR. STAUBITZ: Sure.
19          BY MR. STAUBITZ:
20      Q   And you could set that aside if you like.
21          Handing you what's been marked as Exhibit
22  13 which is a letter dated July 13th, 2017. It has
23  been Bates stamped SEC-CC-LW-E-0001503.
24          Please review Exhibit 13 and let me know
25  when you're ready.

Page 190

```
1              (SEC Exhibit No. 13 was marked
2                 for identification.)
3      A   I'm ready.
4          BY MR. STAUBITZ:
5      Q   Have you seen Exhibit 13 before?
6      A   Yes.
7      Q   What is Exhibit 13?
8      A   It's a confirmation letter that was sent
9  out by me on behalf of the auditor to investors and
10 Cambridge.
11     Q   Why were letters like this sent to
12 investors and Cambridge?
13     A   It's an audit confirmation.  They don't
14 come back to me, they go the auditor but he had me
15 send them out.
16     Q   Right.  But I'm just asking, why did he ask
17 you to send them out?
18     A   That's part of his audit process.  They
19 send out confirmations to -- I guess that's their
20 starting point.
21     Q   Okay.
22     A   You put this in, they either sign and say,
23 yes, or they make corrections.  No, I put this, this
24 and this and then they send it back to Mr. Bogan.
25     Q   Did Mr. Gaiter put a little over $54,000
```

Page 191

```
1  into Cambridge Capital Partners on April 17th of
2  2017?
3      A   That's what I have on record.
4      Q   Did that happen though?
5      A   Yes.
6      Q   Were you involved in him putting that money
7  in April of 2017?
8      A   No.  I wasn't involved, but I was there.
9  Meaning, I knew that they -- he went to Vegas and got
10 money and brought it in.
11     Q   Who was involved in Mr. Gaiter's investment
12 in April 2017?
13     A   Addys Walker and I think Coach Harrison
14 Smith went out with him.  You know, he was one of the
15 ones that I -- he needs a little hand-holding.  I was
16 paying his rent.  When I came on board, I think they
17 had given him advance before and he end up back out
18 on the streets, so I started taking care of his rent
19 and his furniture and stuff to make sure that he had
20 a home until settlement came or until we ran out of
21 money.
22     Q   Was Tim Howard involved in Mr. Gaiter's
23 investment in April of 2017?
24     A   Was he involved?  I don't know.  I mean,
25 he's the attorney for him.
```

Page 192

```
1      Q   Okay.  So other than being Mr. Gaiters'
2  attorney, did he have any other role in Mr. Gaiter's
3  investment in April of 2017?
4      A   To the best of my knowledge, no.  I think
5  that was -- I think that was orchestrated.  Now,
6  maybe -- to the best of my -- I thought it was Addys
7  and Coach.  'Cause I know that they wanted someone to
8  go out there with him, you know, so -- and to make
9  sure that he didn't blow the money that -- you know
10 and stuff like that.  I wasn't really involved in the
11 intricacies of that aspect, but the money did come to
12 Cambridge.
13     Q   What was Mr. Gaiter told about how the fund
14 was doing when he put his money in?
15     A   He wasn't told anything about how the fund
16 was doing.
17     Q   He wasn't told anything?
18     A   What -- my understanding with Gaiter -- Mr.
19 Gaiter was that, we were helping to allowance out his
20 money to him to make sure that he stayed in a
21 facility this time and not get kicked out.  I also
22 had conversations with his mother.
23     Q   And that's why Cambridge took an investment
24 in the hedge fund from him?
25     A   No.  No.  No.  The -- he went in obviously
```

Page 193

```
1  November.  I don't know anything about -- I think
2  that was probably what they did when they initially
3  put him -- I'm speaking on stuff I don't know, so let
4  me -- I know with the April one, the April
5  transaction was to disburse money out to him.
6      Q   This is -- it shows money coming -- it says
7  he put money in.
8      A   Yes.  He put money.  This is money that
9  came into Cambridge.
10     Q   Okay.
11     A   And that's what the auditor (sic) is
12 reflecting.  Did you bring this money into Cambridge?
13     Q   Okay.
14     A   And the answer is -- well, I don't know.
15 But the answer is, based on my records, yes, he did.
16     Q   Okay.  And were you there as part of the
17 process when he invested this $54,000 or not?
18     A   What I'm saying is that the 54 --
19     Q   Was Mr. Gaiter told about what Don Reinhard
20 had been up to with the funds before he put his money
21 in?
22     A   What do you mean?
23     Q   Well, at this point in April, did you have
24 some sense that maybe Don Reinhard had not been
25 entirely honest about the business of the hedge
```

Page 194

1  funds?
2      A   I -- I've talked to individuals about Don
3  Reinhard, you know, when individuals engage with me.
4      Q   Let me put it this way.  As of the start of
5  April, were you of the opinion that Cambridge Capital
6  Partners, the hedge fund, was, like, running well and
7  generating good returns and the records were in good
8  shape and all the money was accounted for?  Was
9  that -- do you think that was possible?
10     A   Well, that's what the audited was for.
11     Q   Okay.  But -- I mean --
12     A   When I got there, money was coming in,
13  so -- but still --
14     Q   What money was coming in?
15     A   I guess money from what Addys and Jeff were
16  bringing in.  Moneys that Tim was bringing in.  I
17  mean moneys were coming in.
18     Q   You're talking about investments or returns
19  on investments?
20     A   I'm talking -- you're talking about
21  moneys -- wait a minute.  Okay.  I thought you're
22  talking about moneys coming into Cambridge.
23     Q   Yeah.  I'm saying, by the start of April
24  2017, so a little over a month after Don Reinhard had
25  been terminated, was a year since the hedge fund had

Page 195

1  been running, had been runned well and honestly?
2      A   Well, no.  At that given point in time, I
3  was still trying to understand what the heck was
4  going on myself at that point in time.  So I had no
5  opinion.  I had opinions, but they were just
6  opinions.  So I was trying to find out -- like I
7  said, I was still gathering.  I was still gathering.
8  'Cause March 1st is when Don left.  Okay.
9  He turned himself in on March 1st.  March 1st
10  technically is when I kind of came into the seat
11  trying to figure out what was going on.
12         So, I mean, in a month's time, you know,
13  Number 1, in reference -- in dealing with e-mails and
14  phone calls from clients and all this other kind of
15  stuff, I had a lot on the plate.  Now, obviously I'm
16  dealing -- I'm trying to get the audit going.  I'm
17  talking to -- I don't know when I started talking to
18  Bill.  But at any case Bill Bogan --
19         But April -- well, once I got there --
20  since I've been there, no one has gotten statements.
21  No one has gotten statements because I don't want the
22  numbers.  I want official numbers and I send out
23  correspondence periodically.  I stopped sending out
24  correspondence because one minute I'm thinking the
25  audit is going to be done, then it's pushed to

Page 196

1  another time.  Then it's pushed to another time, so I
2  just said, look, I will get in touch with you guys
3  once everything is finalized because it just seems
4  like I was pushing it back, pushing it back and
5  pushing it back.
6      Q   Okay.  As of the time that Mr. Gaiter
7  invested, so April 2017, was there anybody as far as
8  you knew who understood the hedge funds' finances who
9  was still involved with the company?
10     A   Don was back there doing everything
11  himself.
12     Q   Right.  But he wasn't -- listen to my
13  question.
14         Was there anyone involved with the company
15  in April of 2017 who understood the hedge funds'
16  finances, the money that was there, the investments
17  that were in it, who had what investments and what
18  their accounts were?  Was there anyone involved who
19  understood it then?
20     A   I want to say that I was understand -- I
21  was learning.  Did I totally understand?  No.
22     Q   Okay.  So my question is, based on the
23  understanding that you had, and I understand you're
24  saying it wasn't complete --
25     A   Right.

Page 197

1      Q   -- based on the understanding that you had,
2  did you believe that it was true or that it was
3  likely that Don Reinhard had runned the funds well
4  and honestly and the money was accounted for and
5  people's account statements had been accurate and in
6  general, it was a well-runned enterprise where no one
7  had been taking money they shouldn't have been
8  taking?  Did you feel that was likely to be
9  true, all those things, in the middle of April?
10     A   No.  I was having -- I was having the audit
11  done anyway.
12     Q   Did you have a sense that he might have
13  been stealing money from the company by the start of
14  April?
15     A   I -- I felt that, yes.
16     Q   Did anyone explain that to Mr. Gaiter that
17  the person who was running the fund had gone to jail
18  and that there were suspicions that he had stolen
19  money from the company that Mr. Gaiter was about to
20  invest in?
21     A   Well, first of all, I couldn't make that
22  statement because that's what the audit was going to
23  do.  Have the investors funds been taken?  I don't
24  believe they are, but I can't confirm any of that.
25  So to make a statement that their moneys are gone

Page 198

1  would not be an accurate statement.
2      What I was trying to do is wait until the
3  audit was prepared or completed to be able to give
4  substantial or, you know, factual information.  In
5  terms of where these dollars are, I believe I know
6  where they are.
7      Q   And just so I'm clear.  Maybe I heard you
8  wrong, but are you saying that as of now, obviously,
9  you're waiting for the audit, but you think that
10 there's a chance that maybe Don Reinhard did not take
11 money he shouldn't have taken from the funds?
12     A   No.  I believe that he's taken money, but
13 the question -- I wanted to wait until the audit was
14 done and that the auditor confirmed everything.
15     Q   Did you or anyone explain that the
16 company -- that you had asked for an audit of the
17 company to try to determine whether the person who
18 had been running it had engaged in malfeasance?
19     A   That's correct.
20     Q   Did anyone explain that to Mr. Gaiter
21 before he invested money in the very hedge fund that
22 you were having audited to determine if someone had
23 mismanaged it?
24     A   No.
25     Q   Why not?

Page 199

1      A   Well, because my objective first was, to
2  find out from the auditor what was going on.  I
3  didn't want to be sending out statements -- I mean --
4  because I could be you, know, sued for slander,
5  saying that someone stole money and I don't know any
6  substantial information to substantiate that
7  statement.  Why would I -- I can't do that.
8      Q   Was Mr. Gaiter told that there was an audit
9  going on at all?
10     A   Yes.  I sent an e-mail out to everyone.
11     Q   Okay.
12     A   And I sent follow-up e-mails.  That's what
13 I had stated.  I said it was going to be done by this
14 date, then I said, okay, it was going to be done by
15 this date.
16         I think they got at least three e-mails to
17 the point where I just said, listen, you know, I
18 would -- I hated not meeting a date and then just
19 stated that I will, you know, follow-up with you guys
20 when everything is finalized.
21     Q   Handing you what's been marked as Exhibit
22 14, which is a subscription agreement and power of
23 attorney Bates stamped SEC-CC-E-0013083.  If you
24 could review Exhibit 14 and let me know when you're
25 ready.

Page 200

1          (SEC Exhibit No. 14 was marked
2            for identification.)
3      BY MR. STAUBITZ:
4      Q   Have you seen Exhibit 14 before?
5      A   Yes.
6      Q   What is Exhibit 14?
7      A   It's a subscription agreement and power of
8  attorney.
9      Q   Do you know who drafted Exhibit 14?
10     A   That's what I'm trying to think.  Well, it
11 has my name on it.  Do you have one with a signature?
12     MR. HUNTER:  Just answer his question.
13     A   Oh.  I'm sorry.  I'm sorry.  I'm sorry.
14 What was your question?
15     MR. STAUBITZ:  Can you read back the
16 question?
17         (The last question was read back by the
18 court reporter.)
19     A   No, I don't.
20     BY MR. STAUBITZ:
21     Q   What was Exhibit 14 -- well, first of all,
22 Exhibit 14 is a subscription agreement you said?
23     A   Yeah.  This is the application to invest in
24 Cambridge.
25     Q   And this is an application for Mr. Gaiter

Page 201

1  again?
2      A   Yes, it is.
3      Q   Is this for -- and if you look on the page
4  with the Bates ending in 13089, you see in the upper
5  right-hand corner, it says the amount -- the
6  subscription about is $29,995.
7      A   I don't remember doing this.
8      Q   Do you know whether Mr. Gaiter made an
9  additional investment beyond the one we were just
10 talking about in April in Cambridge Capital?
11     A   Mr. Gaiter made the one in 2016 and the one
12 in 2017.  Those are -- I only know about the one in
13 2017.
14     Q   Right.
15     A   Those are -- I only know about the one in
16 2017.
17     Q   Right.
18     A   So --
19     Q   And this appears to be dates in June of
20 2017.
21     A   Yeah, I see that and I don't remember doing
22 this.  That's the reason why -- I thought that all
23 subscription agreements were done before I got there.
24 That's the reason why I'm like --
25     Q   Do you remember anyone in general investing

Page 202

1  in or around June of 2017 in the Cambridge hedge
2  fund?
3      A   No.  That's -- June?  I know he went to
4  Vegas in April.  I don't know anything about June.
5  June?
6      Q   Were there any other players who invested
7  in the Cambridge hedge fund after Mr. Reinhard was
8  kicked out, other than Mr. Gaiter?
9      A   Kavante Cody.
10      Q   When do you think he invested?
11      A   Same time.  He and Toni Gaiter went to
12  Vegas at the same time.
13      Q   Why do they go to Las Vegas?
14      A   I'm not into advance part.  That's what
15  Addys and Linda does.  But for some odd reason you
16  have to go to Vegas to get the money.  I don't know.
17  That's beyond my --
18      Q   Okay.  And who was involved in the process
19  of Kavante Cody investing in the hedge fund?
20      A   Well, it was Jeff, Linda, Addys, and
21  obviously I take the moneys in and suppose to manage
22  their dollars.
23      Q   What were Mr. Gaiter and Mr. Codey told
24  about what the money they invested was going to be
25  used for?  In other words, what was it going to be put

Page 203

1  to use doing once they invested it?
2      A   I thought that some of it was supposed to
3  be allowanced out to them because they couldn't
4  control their money.
5      Q   Specifically back to them personally?
6      A   Back to them.
7      Q   Okay.  What else do you think their
8  investment was used for?
9      A   I know at one time Kavante Cody was talking
10  to Addys Walker about purchasing a car or something.
11  I wasn't really involved in that aspect of it, but
12  there were discussions.  I know they had discussions
13  in reference to how moneys were going to be disbursed
14  to them.
15      Q   Did anyone get paid commissions or fees for
16  their investments?
17      A   Linda Bedell, I'm sure.  She did the
18  advance.  Jeff Kahn probably did.  I don't see that
19  so -- but I'm sure that once they -- the moneys are
20  advanced, the commission is sent to them from the
21  advance company.
22      Q   Did you receive a commission or fee?
23      A   No.
24      Q   Anyone else other than Kavante Cody and
25  Tony Gaiter, in terms of players, who invested money

Page 204

1  in the hedge fund after Don Reinhard was kicked out?
2      A   No.  Not that I'm aware of.
3      Q   Did you -- were you every paid any
4  commission or fee on Ms. Ilich's investment?
5      A   No.
6      Q   Were you ever paid any sort of commission
7  or fee on Feinbergs' investment?
8      A   No.
9      Q   Were you ever paid commission or fees on
10  the money Mr. Saltzstein sent to Cambridge?
11      A   No.
12      Q   Were you ever paid any commission or fee on
13  the money Ms. Dunlap might have sent to Cambridge?
14      A   No.
15      BY MR. STRONGARONE:
16      Q   You said that you received 10,000 bonus at
17  one point, is that right?
18      A   Yes.
19      Q   Do you remember when that was?
20      A   It was probably April or May.
21      Q   Of 2017?
22      A   Of 2017.
23      Q   Okay.  Thank you.
24      BY MR. STAUBITZ:
25      Q   How did Cambridge get started in the

Page 205

1  beginning?  I mean I realize you weren't there, but
2  what's your understanding of this origin story?
3      A   It was a spin-off from university.  It was
4  supposed to be -- there was this group of people.  I
5  think it was called the -- I don't know what the
6  acronym stands for GIAT or something-team.  I think
7  it's G-I-A-T.  I don't know what it stands for.  For
8  economic growth, development and there was a board
9  and they -- and I think -- and obviously Don Reinhard
10  came to Tim.  I guess Tim saw him at Costco.  He was
11  selling wine and he came and met with Dr. Howard and
12  he taught classes at the university and so he was a
13  part of that team, that group.
14      Q   He, being Reinhard?
15      A   Reinhard.
16      Q   Okay.
17      A   Reinhard.  And he came up, you know, with
18  this -- I don't know.  It wasn't -- it didn't start
19  off as being a -- they want to start some type of
20  investment fund and it was supposed to -- and then
21  utilize it to give talent, skills of students and to
22  teach them blah, blah, blah.  And some kind of way
23  the board, who were all professors, mind you, I think
24  the chairman ended up having -- resigning and no one
25  else picked up the ball.  I thought that -- I thought

Page 206

1   I had heard that Don Reinhard was supposed to oversee
2   it, but it never -- so there was no technically
3   accountability. Everybody was kind of doing their
4   teaching. And so there was no basically checks and
5   balance here. And so that's -- and then it evolved
6   into just Don. That's what, you know --
7       Q   Was the GIAT -- first of all, how do you
8   spell that?
9       A   G-I-A-T.
10      Q   Okay. So this --
11      A   It's an acronym. I don't know what it
12  stands for.
13      Q   Was the GIAT team still in place when you
14  started?
15      A   I didn't see anybody meet.
16      Q   Okay. Were you ever aware of there being
17  an investment management board or team or something
18  like that?
19      A   That was what that supposedly team was
20  supposed to -- they were supposed to oversee. They
21  were an oversight group that just faded away.
22      Q   Do you think they ever actually did
23  anything to oversee the investments?
24      A   I'm sorry.
25      Q   Do you think they ever did anything to

Page 207

1   oversee the investments that were being made by the
2   hedge funds?
3       A   I never saw them in place when I was there.
4       Q   And during the time that Reinhard was
5   there, what sort of business did the Cambridge hedge
6   fund actually do?
7       A   I didn't get exposed to a whole lot with
8   him, you know.
9       Q   Do you have any sense of what the Cambridge
10  hedge fund was investing in?
11      A   At the time he was there, there was this
12  run on NFL advances.
13      Q   Other than NFL advances, are you aware of
14  anything else that the hedge funds might have
15  invested in under Reinhard?
16      A   He had some other, like, loans. I think he
17  had a loan to a university. I think there was a loan
18  to -- I remember a loan to a law firm.
19      Q   Anything else?
20      A   He was doing a lot of flipping inside
21  those. That's how come I wanted the auditors to check
22  that stuff out. It's just unbelievable.
23      Q   What do you mean he was doing a lot of
24  flipping?
25      A   Number 1, a client would start off with a

Page 208

1   $3,000 advance, then a $5,000 advance, then a $7,000
2   advance, then a $10,000 advance, then something was
3   sold from CCP to CCA, and I'm, like, what the heck is
4   that for, you know, but outside of just generating a
5   commission. You know, I'm just saying what -- my
6   observations of just looking at this stuff. And
7   then, you know, so -- so. Yeah. Yeah.
8       Q   Did Cambridge Capital Group have a board of
9   directors?
10      A   The only board was that GIAT group.
11      Q   Okay. So is it fair to say there was never
12  a board of directors that you saw after you started
13  working there?
14      A   No board of directors.
15      Q   Was there a TD Ameritrade account connected
16  with Cambridge somehow?
17      A   That's where he did his options trading.
18      Q   Okay. So that was one question I had,
19  which is, do you know who it was who was doing
20  trading in that account?
21      A   Did I know who it was?
22      Q   Yeah. Who was doing trading in the TD
23  Ameritrade account?
24      A   Don Reinhard.
25      Q   How do you know that?

Page 209

1       A   Well, I don't know.
2       Q   What makes you think that?
3       A   Well, I mean the only person that had the
4   skills to do that and plus he told clients that.
5       Q   Okay.
6       A   As a matter of fact, when I talked to some
7   clients, he would have, like, these two big screens
8   and he would be showing them, you know, different
9   things. So I'm making an assumption. Did I see him
10  trade? No, I did not, so I would retract that.
11      Q   Do you have any reason to think there was
12  anyone else who was doing trade in that TD Ameritrade
13  account?
14      A   No.
15      Q   During the time that Reinhard was there,
16  what's your understanding of what Dr. Howard might
17  have been doing for Cambridge?
18      A   I think he realized that there was a
19  problem, which is the reason why they were trying to
20  bring me on and just trying to keep all of the ships
21  afloat.
22      Q   When do you think he first realized there
23  was a problem at Cambridge?
24      A   Well, before I got there. And I think it
25  was brought on through conversations with either

Page 210

1   Brenda. And I'm just -- you know, just from me
2   listening.
3         Brenda brought things to his attention,
4   Addys brought things to his attention. Those two I
5   know I've -- you know.
6       Q   Brenda and Addys brought things to Dr.
7   Howard's attention --
8       A   Dr. Howard's attention, yes.
9       Q   About what Reinhard was up to?
10      A   Well, Brenda was looking at the bank
11  statements, so she saw. Like I said, I wasn't
12  looking at that stuff because other people were
13  looking at that stuff and plus I was focusing on
14  other things, but she bought things to his attention.
15  Hey, look at this. As a matter of fact, the auditor
16  has even mentioned some things to me.
17      Q   What sort of things did the auditor
18  mention?
19      A   Well, Number 1 was different assets. He
20  wanted to know where different assets were and I
21  didn't know where they were.
22      Q   Like the assets are missing?
23      A   Yeah.
24      Q   What kind of assets?
25      A   Like he wants to know -- he said -- he

Page 211

1   wants to know where the cars were.
2       Q   Okay.
3       A   And some golf cart. I said I don't know
4   where. I don't know. With Don somewhere.
5         And I think when he went to jail, I think
6   wherever he lived called the law office and talk to,
7   at that time, Jacon Williams, which is an attorney
8   there.
9       Q   Is Mr. Williams still at Dr. Howard's law
10  firm?
11      A   No.
12      Q   Why not?
13      A   His family lives in Canada and he moved --
14  he still doesn't have his Canadian residency, but he
15  moved to a firm closer to them, so he's in North
16  Dakota.
17      Q   Okay. Did Dr. Howard invest in the hedge
18  fund during the time that Reinhard was running it?
19      A   Yes.
20      Q   Do you know how much he invested?
21      A   Not exactly.
22      Q   Can you give a rough guess?
23      A   Well, all of the -- as I said, he started
24  it up, so all of the startup funds were in there.
25      Q   Dr. Howard's funds were the startup funds

Page 212

1   you're saying?
2       A   Dr. Howard's funds were the startup funds
3   for all of the entities.
4       Q   Okay.
5       A   And I would just be guessing because I was
6   really expecting the auditor to give me all that
7   information. I can tell you that when I talk to the
8   accountant, it was about 4 million in total that he
9   put in, but -- I mean, staggered. In other words --
10  you know what I'm saying.
11      Q   No.
12      A   Meaning, from inception to the time -- the
13  end of -- I think that was -- when I -- the end of
14  February 28th, I think, was that last -- I think he
15  gave me a -- 'cause I asked him. He said -- I think
16  it came to 3.9 something.
17      Q   Okay.
18      A   As to how much he actually had invested
19  into Cambridge.
20      Q   Does that include the 1.9 million from the
21  traveling and medical?
22      A   That's a good question and I don't know.
23  That's a good question.
24      Q   How did the Cambridge --
25      A   I want to say no because that wouldn't have

Page 213

1   been reflected. He was going strictly from
2   QuickBooks and that 1.9 is not reflected in
3   QuickBooks. That was another thing. There were a
4   lot of things that flowed didn't flow right.
5       Q   What other things didn't flow right?
6       A   Meaning, me having been paid out of Howard
7   & Associates or out of, like, the funding. That the
8   funder paid the 1.9, but it was Tim's loan, so it
9   actually should have came through Cambridge and then
10  Cambridge should have paid it so that we have a --
11  that's what I mean by flow. Everything should have
12  gone through Cambridge and then out so that we can
13  have a proper recording. So now the auditor has to
14  send confirmation letters to those entities to say,
15  you know, was this -- you know to confirm the amounts
16  and did this go -- what this went for. Whatever
17  auditors do in terms of their confirmation.
18      Q   What's your understanding of how Cambridge
19  found investors during the time that Don Reinhard was
20  there?
21      A   He -- individuals came -- well, it was a
22  couple of things. Addys and Linda and then there was
23  a -- I heard other individuals that were referring
24  clients to come in. Don would, I guess, look at
25  their ages. Those that were near pinching can roll

Page 214

1  their stuff 'cause, obviously, he was targeting
2  these. That's how he got the 401(k) dollars. So he
3  was targeting those around the age of 45.
4      Q   Did Dr. Howard ever bring people to invest
5  in the fund?
6      A   No. Not that I'm aware of.
7      Q   Were there football players who were not
8  Dr. Howard's clients who invested in the hedge fund?
9      A   No. Wait a minute.
10     Q   In other words, were there --
11     A   Yeah.
12     Q   Okay. Who.?
13     A   Wait a minute. No.
14     Q   All of the players who invested in the
15 hedge fund were also Dr. Howard's clients?
16     A   Yes. They were. Now some of them may have
17 left.
18     Q   Sure. And how did it work in terms of,
19 were players clients of Dr. Howard first and then
20 they would invest in the hedge fund, or were they
21 clients of the hedge fund and then they would become
22 Dr. Howard's clients? How did that work in terms of
23 the timeline?
24     A   Well, the only way -- they were Dr.
25 Howard's client.

Page 215

1      Q   First?
2      A   They would go through their process. Don
3  would go over there and -- 'cause he probably get a
4  list of who was coming, you know, and so he would
5  know and he would then go over to where Dr. Williams
6  was and probably introduced himself or whatever.
7      Q   How did --
8      A   It was just -- I would ask -- when I got
9  there, I would ask them to bring the person to me,
10 you know, if the person was interested. I didn't go
11 over to -- you know, because if they wanted to see
12 me, they would and if they didn't, that's fine, too.
13     Q   Did Dr. Howard know that Don was doing
14 that, going over and talking to people?
15     A   That, I don't know.
16     Q   Do you think it's likely -- or do you think
17 it's possible that Dr. Howard didn't know that Don
18 Reinhard was coming over and talking to his clients
19 about whether they should invest in the hedge fund?
20     A   I would believe that he probably knew
21 something because he may have come in and -- you
22 know, because -- and speak with them, you know.
23     Q   I mean Don Reinhard, he wasn't sneaking
24 around or doing it secretly, was he?
25     A   I don't think it would have been any

Page 216

1  secret.
2      Q   Like Dr. Howard wouldn't have been --
3  there's any reason to think Dr. Howard would have
4  been angry if he found out that Don Reinhard was
5  talking to clients about investing?
6      A   I don't think he would have been angry
7  about that. I think what he was getting -- not
8  angry, but what the concern was, was the, you know,
9  what was supposed to be, you know, something that had
10 a whole different objective, now turned into, you
11 know, greed.
12     Q   Do you know whether Dr. Howard ever
13 instructed Reinhard to stop coming to talk to his
14 clients about investing in the hedge fund?
15     A   I doubt it.
16     Q   Why do you doubt it?
17     A   Because it's an opportunity. I mean,
18 either the person would or the person wouldn't. It's
19 like people call on the phone, either you want to
20 listen to them or you don't.
21     Q   What sort of marketing materials did
22 Cambridge use to give to investors or potential
23 investors in the time that Don Reinhard was there?
24     A   The private offering memorandum. He put
25 together a couple -- I think I sent you guys what I

Page 217

1  had. Little sheets that he had, what I had left.
2  That was the only marketing material that I could
3  find.
4      Q   Do you know who drafted those materials?
5      A   I don't know, but I think it was Don.
6      Q   Were potential investors told that the
7  funds were going to invest advances to players who
8  are part of the NFL settlement?
9      A   No.
10     Q   How do you know that?
11     A   Because I've talked to numerous ones. They
12 didn't know what they were invested in. And they
13 weren't -- I said, well -- I mean it was -- anyway.
14     Q   A number have told you that they did not
15 know that that's what they were investing in?
16     A   They didn't -- not only that, they didn't
17 know what they were invested. One individual end up
18 saying, well, I saw some stuff on the screen he was
19 showing. I said, did he told you what you were
20 investing in? And they said, no. And in my mind I'm
21 going, how could you give your money to somebody and
22 you didn't know what you're invested in. But at any
23 rate, that's just a thought and I should keep my
24 mouth shut. Never mind. Go ahead.
25     But, yeah. They didn't know they were in

Page 218

```
 1   hedge funds. They didn't know that they were
 2   illiquid investments. They were actually told they
 3   could get their money out at any time. I have talk
 4   to several individuals that were told they could get
 5   their money out at any time.
 6        Q   Who was told that?
 7        A   Sherese Fuller was one. And we -- she
 8   probably don't like me 'til this day because I
 9   actually -- you know, we -- I said, Sherese, I don't
10   know what Don told you, but what you sign is
11   something totally different. And I sent them again
12   the private offering memorandum. She's not the only
13   one.
14        Q   Who do you remember who's told you that
15   they did not realize that the hedge funds were
16   investing in advances to NFL players?
17        A   No one knew.
18        Q   Okay.
19        A   No one knew.
20        Q   Other than those advances --
21        A   They found out.
22        Q   Sure. Did Dr. Howard know?
23        A   I'm sure he did.
24        Q   Okay. Other than the TD Ameritrade account
25   that Don was using to trade options, you think, and
```

Page 219

```
 1   the advances to NFL players, is there anything else
 2   that the hedge funds were investing investor money in
 3   while he was running it?
 4        A   OmniPad. Like I said, OmniPad. They --
 5   now there was some other real estate deals.
 6        Q   Don Reinhard invested -- when Don was there
 7   he invested in anything?
 8        A   No. No. OmniPad came after Don Reinhard.
 9        Q   So just think about the time that Don
10   Reinhard was there.
11        A   Oh, the Don Reinhard.
12        Q   Other than the advances and the money that
13   was trading options in the TD Ameritrade account, do
14   you know of anything else that the funds invested in?
15        A   There was real estate.
16        Q   Okay.
17        A   I know one time there was like a seascape
18   property. I remember seeing that.
19        Q   What's a seascape property?
20        A   That was a property that -- I don't know
21   all the intricacies, but it's a property that I think
22   Dr. Howard owned. I don't know all the intricacies
23   behind it, but I know that -- I think they were
24   trying to save it to get a loan, paying it off. I
25   saw seascape properties.
```

Page 220

```
 1        Q   Okay. Anything else?
 2        A   I had mentioned the -- I think it was
 3   Alabama State or whatever, they had a loan. They
 4   paid theirs off.
 5        Q   Do you think that the player investors knew
 6   that the funds invested in seascape properties?
 7        A   The player -- no one knew what they were
 8   invested in. No one. But Don pitched these returns.
 9   You know, 40 percent or whatever, you know. I mean
10   just --
11        Q   Were the returns real? I understand you're
12   doing the audit right now.
13        A   Right. So that's how come I don't really
14   want to --
15        Q   What's your gut feeling?
16        A   But, my gut feeling is no, but I want to
17   confirm when the audit is done.
18        Q   Do you know someone name Ankur Mehta?
19        A   Yes. Ankur.
20        Q   Who is Ankur Mehta?
21        A   Ankur used to work for Tim Howard in Fort
22   Lauderdale.
23        Q   He doesn't anymore?
24        A   No.
25        Q   Why not?
```

Page 221

```
 1        A   One of the attorneys -- Ankur is a
 2   paralegal. One of the attorneys down there filed a
 3   suit saying Ankur was practicing without a license
 4   and some other stuff and then Ankur got mad because
 5   he said Tim promised him a $200,000 bonus and so just
 6   drama.
 7        Q   Did Mr. Mehta invest in Cambridge?
 8        A   He gave loans.
 9        Q   Have his loans been paid back?
10        A   Yes. Yes.
11        Q   They've been paid back in full?
12        A   Cambridge's, yes. I don't know if he has
13   anything with Howard & Associates.
14        Q   That happened during the time that you were
15   there, that they were paid off?
16        A   That they were paid back? Yes.
17        BY MR. STRONGARONE:
18        Q   Were they paid back with all interest that
19   was due?
20        A   Yes.
21        BY MR. STAUBITZ:
22        Q   Did Cambridge funds charge management fees
23   or other investment-related fees to investors?
24        A   Since I've been there? No.
25        Q   I'm sorry. I should have said during the
```

Page 222

1  time that Don Reinhard was there, did they charge
2  management fees?
3      A   Yes.
4      Q   Who was involved in calculating the
5  management fees?
6      A   Don Reinhard.
7      Q   And who received the management fees?
8      A   I believe -- I don't know for a fact, but I
9  believe Don Reinhard.  I think if you look in the
10  private offering memorandum there's a two percent and
11  I believe he was taking that.  That's just from my
12  observation.  However, we will find all of that out
13  once the audit is complete.
14      Q   Did Dr. Howard ever received any management
15  fees or performance fees for the funds?
16      A   Now, I saw a document, you know -- in other
17  words, when I was looking through all of his, his
18  meaning, Don Reinhard's -- the files that -- and the
19  flash drive that I sent you guys, that there were --
20  but -- that there were supposedly -- I don't know if
21  he received anything.  However, there were obviously
22  wires that went to Howard & Associates.  So I don't
23  know the intricacies of all of that either.  That
24  will be determined in the audit.
25      Q   Other than -- so setting aside Mr. Reinhard

Page 223

1  and Dr. Howard, is there anyone else that you
2  believed may have received management performance
3  fees from the funds during the time that Reinhard was
4  there?
5      A   To the best of my knowledge, no one.
6      Q   And has anyone received management or
7  performance fees from the funds during the time you
8  were there?
9      A   No.
10      Q   Do you know someone name Katie Buxton?
11      A   Katie is Don Reinhard's, at that time,
12  girlfriend.  That's the one I was talking about the
13  proxy marriage and then the divorce.  That's -- her
14  son is the one that Don was feeding the baby poop to.
15      Q   Did she ever have access to bank accounts
16  for Cambridge?
17      A   I saw her name on some checks.
18      Q   Do you know if she had a check card ever?
19      A   I don't know, but -- I don't know, but -- I
20  don't know.
21      Q   Do you know if Don Reinhard had a check
22  card?
23      A   Yes, he did.
24      Q   How do you know that?
25      A   'Cause he closed it when he left.

Page 224

1      Q   Do you by any chance remember which account
2  that was?  It's asking a lot for you to remember the
3  number.  Does an account ending in 6604 ring a bell?
4      A   I don't know.  I just remember us
5  closing -- cutting off his card and his access to the
6  account.
7      Q   Let me ask it this way.  Is there anyone
8  other than Don Reinhard who you believe might have a
9  had a check card for any Cambridge account during the
10  time that Don was there?
11      A   I would think that Dr. Howard would have
12  had one, I would think.
13      Q   Anybody else you think might have had a
14  check card?
15      A   No.  I have one.
16      Q   Why did Cambridge have so many bank
17  accounts?
18      A   That's a good question.  I think -- I don't
19  know.  That's how come I was closing -- I was trying
20  to get all that stuff narrowed down, but initially
21  when they were moving stuff over, I just moved it
22  because we had it, you know.  But -- I guess they
23  wanted insurance to go through an insurance.  They
24  wanted partners to go to partners.  Equity options to
25  go to equity options. The only different between

Page 225

1  partners and equity options were the options.  You
2  know, other than that, they were invested in the same
3  thing.
4      Q   Did Cambridge ever have any other accounts
5  anywhere other than Bank of America?
6      A   No.  That I'm aware of.
7      Q   And who had access or authority over the
8  accounts during the time that Reinhard was there?
9  Assuming Don Reinhard did, is that your
10  understanding?
11      A   Don had a card.  Don was Tim Howard.
12      Q   Okay.  Well, I guess -- so -- oh, okay.
13          Did Tim Howard have official access or
14  control over the Bank of America accounts during the
15  time that Don Reinhard was there?
16      A   Yes.
17      Q   Okay.  Who else had official access or
18  control over the accounts?
19      A   I think he was it.
20      Q   Okay.
21      A   But Don had online access.  This is what
22  I'm saying.
23      Q   Okay.
24      A   He had online access or like the
25  Ameritrade.

Page 226

1    Q   Okay.
2    A   Don -- even though the account was in Tim
3    Howard's name, Don Reinhard was utilizing.  He was
4    doing the trading.  Tim doesn't trade.
5    Q   Did Tim know about -- that this was
6    happening?
7    A   I don't think he did.  But I --
8    Q   Let me finish 'cause I want to get them
9    separately, just to be clear.
10       Did Tim know about the TD Ameritrade
11   account in his name?
12   A   I don't know.
13   Q   What do you think?
14   A   What I think is that Don may have mentioned
15   to Tim that he wanted to do -- because Tim knew he
16   was doing these options.  So Tim knew that, but -- so
17   obviously you need an account to do it in, so
18   therefore, I'm just deductive reasoning.  He probably
19   did know.
20   Q   What about the Bank of America accounts?
21   Did Tim know that Don Reinhard was essentially -- you
22   know, that he was controlling the accounts online
23   even though he was not on the accounts, but Tim was
24   the one who was on the accounts?  Was Tim aware that
25   was going on?

Page 227

1    A   Well, to the best of my knowledge, when I
2    was added to the account, that's when we found out
3    about two other accounts that Tim was not aware of.
4    Q   Okay.  Okay.
5    A   And we closed those.
6    Q   There were two accounts?
7    A   There were two accounts.
8    Q   Okay, but the ones that are opened
9    currently?
10   A   Yeah, he was aware of those.
11   Q   He was aware of those?
12   A   Yeah.
13   Q   Okay.  Are you familiar with so-called
14   swaps agreements made by Cambridge?
15   A   I saw swap agreements.  I saw swap
16   agreements and -- yes.
17   Q   What were those?
18   A   I don't have any idea.  What I thought they
19   were and so I'm going tell you I don't know.  I don't
20   know.
21   Q   Okay.
22   A   I saw those swaps and what I envision them
23   to be is, swapping from a 3,000 to a 5,000 to a 7,000
24   to a 10,000.  You're swapping the accounts out.
25   Q   Okay.

Page 228

1    BY MR. STRONGARONE:
2    Q   Is that the flipping that you were
3    referring to before?
4    A   Yes.  I call it the flipping.  But, yeah,
5    swap.  Swap may be -- I'm thinking swaps were also
6    CCP bought CCA.  That to me would be a swap, so
7    that's my definition.
8       MR. STAUBITZ:  Let's go off the record.
9    It's 4:47 p.m.
10       (A brief recess was taken.)
11       MR. STAUBITZ:  It is 5:12 p.m.
12       BY MR. STAUBITZ:
13   Q   I'm handing you what's been marked as
14   Exhibit 15, which is a document Bates stamped
15   SEC-CC-E-0037844. Can you please review Exhibit 15
16   and let me know when you're ready.
17       (SEC Exhibit No. 15 was marked
18       for identification.)
19       BY MR. STAUBITZ:
20   Q   Have you seen Exhibit 15 before?
21   A   Yes.
22   Q   What is Exhibit 15?
23   A   It's a reconciliation of Cambridge Capital
24   operating account.  I guess this handwriting is Don
25   Warner Reinhard.

Page 229

1    Q   That was going to my main and only
2    question, which is, who's handwriting is this?
3    A   Don Warner Reinhard.
4    Q   How do you know?
5    A   'Cause he's the only -- would be the only
6    one who had this type of information.
7    Q   Okay.  You can put Exhibit 15 aside.
8       Who are you aware of who has had e-mail
9    accounts through Cambridge?
10   A   Wow.
11   Q   Is it a lot of people?
12   A   Well, Info cambridgecapitalgroup.holdings,
13   Don, Tim, Addys, me, Charles Smith, Donald Brown.  I
14   think that would be it.  Let me -- I'm trying to
15   think.
16   Q   All those people had access to the Info
17   cambridgecapitalgroup.holdings address?
18   A   Well, they had their own info account.
19   They don't have access to like a -- like Donald's
20   would have been Doninfo- -- wait a minute.  Wait a
21   minute.  How is it set up?  Donald.brown info
22   cambridge.  They had info
23   Cambridgecapitalgroup.holdings.  They didn't have
24   access to the info -- you know, the general info.
25   They had their own e-mail.  If I remember correctly,

Page 230

1   it was like maybe -- I never e-mailed them because
2   they did nothing for me, but I know when I was
3   looking -- I was looking for some information on them
4   and I saw that they now have Providence, so they, you
5   know, just switched it from Cambridge to Providence.
6   Am I making sense?
7       So I think Charles had, like, Charles. --
8   they had info accounts, but they could not see all of
9   info.  And I don't think I answered your question.
10      Q   Well, so let me start, first of all, is
11  it -- is what you're saying partly that you believe
12  that Reinhard, Dr. Howard, Mr. Walker, yourself, Mr.
13  Smith and Mr. Brown all at some time or another had
14  e-mail addresses that were issued by Cambridge?
15      A   Yeah.  They had Cambridge e-mail addresses.
16      Q   Is there anyone else you can think of you
17  who know would have had a Cambridge e-mail address?
18      A   Those are the only ones that would have any
19  type of association with Cambridge.
20      Q   Okay.
21      A   Oh.  Oh.  Regina had one.
22      Q   Okay.
23      A   Regina had one 'cause she -- I had -- yeah.
24      Q   How about Ms. Murphy?
25      A   No.

Page 231

1       Q   Are you aware of a general e-mail address
2   that's just info Cambridgecapitalgroup.holdings?
3       A   Yes.
4       Q   Are you aware of that?
5       A   Yes.
6       Q   So --
7       A   That's the one I initially thought you were
8   talking about, but they don't have access to that
9   one.
10      Q   Okay.  So who are the people who have, that
11  you are aware of, have had the ability to use the
12  into cambridgecapitalgroup?
13      A   Don did.
14      Q   Hold on a second.  Just for the reporter.
15      A   I'm sorry.
16      Q   So let me just start over completely again.
17      A   I'm sorry.
18      Q   With respect to the info
19  Cambridgecapitalgroup.holdings e-mail, who are you
20  aware of who has had the ability to send or receive
21  messages using that address?
22      A   To the best of my knowledge, myself, Don
23  Reinhard and Tim Howard.  That's the only -- Addys
24  Walker may, but I don't think he ever used it.  I
25  don't -- I don't actually know the answer to that.

Page 232

1       Q   Does Dr. Howard still have access to the
2   info cambridgecapitalgroup.holdings e-mail address?
3       A   Unless it was deleted.  I don't know the
4   answer to that.
5       Q   Have you searched the info
6   Cambridgecapitalgroup.holdings for e-mails that are
7   responsive to our subpoena to you?
8       A   Yes.
9       Q   And have you produced all of the e-mails
10  that you found?
11      A   Yes.
12      Q   How is it that Cambridge e-mail -- so
13  including info Cambridgecapitalgroup.holdings and any
14  other e-mail addresses, how is that set up?
15      A   That's a good question.  There was a
16  student, someone in the university, I think his name
17  was -- oh gosh.  I can't think of his name.  Palum.
18  I only talk to him when -- you know, and I never
19  really -- but I would -- you know, like when we --
20  when the separation took place I know I had to
21  contact him to cut off Addys and all of those folks
22  from -- I think it's Palum.  Something Palum.
23      Q   What separation are you taking about?  When
24  Addys Walker and his people left in January?
25      A   Yes.  So they didn't have access to --

Page 233

1   what's his name?  I don't remember his name.  I know
2   it begins with a P.
3       Q   Okay.  Did the Cambridge entities have
4   their own counsel right now?  Like for instance, does
5   Cambridge Capital Partner or Cambridge Capital Group
6   have counsel?
7       A   Not anymore.  We had counsel.
8       Q   Is there anyone who is in charge of trying
9   to get counsel for those entities?
10      A   Well, first of all, I have to get assets
11  before I can get counsel, so --
12      Q   Would it be you?  I'm just asking really
13  who has authority to hire counsel on behalf of the
14  company?
15      A   Well, I would be.
16      Q   Okay.  Is there anybody else you can think
17  of would had the authority to hire counsel on behalf
18  of the company?
19      A   No.
20      Q   And do you know where the e-mail records or
21  e-mails accounts are stored for Cambridge?
22      A   What do you mean by stored?
23      Q   Like is there a server or is there some
24  sort of service?
25      A   Now you getting into the techy part and --

Page 234

1    we have a -- we have a Google, but we have something
2    else. It's called a GoDaddy and I'm really -- I would
3    have to -- I don't know.  But I do know there's a
4    GoDaddy that has a -- you pay a monthly fee and
5    they -- that's not my area, but I do know that, you
6    know, when I had to do -- I had to go and get the
7    password and go and get that reset and I went to
8    GoDaddy and I went to Google, so somewhere between
9    those two, they do all the stuff for us.
10       Q   If -- so in the past when Don Reinhard had
11   access to the Info Cambridgecapitalgroup.holdings
12   e-mail address and he sent or received messages, do
13   you have the ability right now in the present when
14   you go into the account to see the messages that he
15   sent or received using the info
16   Cambridgecapitalgroup.holdings account?
17       A   We're trying to get all that information
18   now.
19       Q   Okay.
20       A   Yeah.  'Causing I think there's a way.  You
21   know, when you're dealing with tech people, they can
22   go and dig and find stuff.
23       Q   Okay.  But it's not like he's like -- like
24   password -- it's not like there's something protected
25   where only he can access it?  And I don't want to

Page 235

1    push you on tech matters.
2        A   I just -- like I said -- 'cause you're
3    getting into a area that I'm very -- but I do know
4    that -- but once a person changed their password,
5    there's certain things you can't see, but then in
6    terms of what he did under us, we have 'cause I
7    remember calling whomever to try to get access to
8    certain things.
9        Q   Okay.
10       A   Whether that was Palmor or whatever.  In
11   other words, I kind of go through this chase to try
12   to find out who handles what and --
13       Q   And obviously you've sent us some in the
14   last couple days, do any of those include e-mails
15   records you were able to find from Don Reinhard's
16   time when he was sending e-mails?
17       A   Yeah.  Well, it includes my discussions
18   and -- yes, it includes -- I'm trying to remember if
19   I had put the TD Ameritrade stuff in there.  And I
20   think I told I didn't send my tax return 'cause I
21   didn't -- hadn't filed it, so certain things.  I
22   don't think everything is still complete 'cause I
23   don't think --
24       Q   Just real quick.  I understand and we can
25   talk.  We can definitely talk more with you or

Page 236

1    through your counsel about that.
2        Just one minor point, which is do you know
3    whether you searched for, others have searched for,
4    or whether you produced to us e-mails from before you
5    joined, back when Don Reinhard was in charge of the
6    company?
7        A   Not before I joined.
8        Q   Okay.  Now, for this part, I just want to
9    ask you a few questions about our investigation in
10   particular and I want to be very careful.  Again, I
11   mentioned this before, but I'm want to repeat it
12   again. I don't want you tell me anything about
13   anything you talked about with your lawyer.  So any
14   discussions with your lawyer, anything he's told you
15   or anything you told him.
16        So other than your lawyer, who have you
17   talked about our investigation with?
18       A   My family, my pastors, certain close
19   friends.
20       Q   Have you talked to Dr. Howard about our
21   investigation?
22       A   Did I mention to him that I was coming?
23   Yeah, he knows I'm here.
24       Q   Have you talked with him about your
25   testimony here today?

Page 237

1        A   No.
2        Q   Other than, you know, more generally than
3    the testimony, have you had discussions with him
4    generally about our investigation?
5        A   No.  What do you mean by generally?
6        Q   Have you sat down and talk with him about
7    what it is we might be interested or what the
8    companies' response could be or anything like that?
9        A   No.
10       Q   Have you been involved in making any
11   general communications to groups of investors about
12   our investigation?
13       A   No.
14       Q   Have you talked with any investors
15   directly? Go ahead.  In other words --
16       A   No.  But some kind of way, somebody knows.
17   I've gotten some calls.
18       Q   That was my next questions.  But so
19   firstly, have you sent any, like, mass e-mails or
20   anything?
21       A   No.  But I've gotten calls, so I'm, like,
22   where did they get that from?
23       Q   Who have you talked with about our
24   investigation, in terms of investors?
25       A   No, I didn't talk to them about it.  They

Page 238

1   mentioned it to me.
2       Q   So who mentioned it to you?
3       A   Cory Fuller, Wally Williams.  Those two.
4       Q   What did Mr. Fuller say to you about the
5   investigation?
6       A   He asked me when was I going.
7       Q   To testify?
8       A   Well, they just -- they didn't really say
9   to testify.  They said, when are you going to see the
10  SEC or something.  Both of them were like, just --
11  they didn't -- it was just more like, when are you,
12  you know.  And I was, like, when am I going to the
13  SEC?  Who told you I was going to the SEC, or
14  something like that.  Oh.  I'm just thinking of where
15  they probably got that from.
16      Q   Who or where do you think they might have
17  gotten it from?
18      A   Linda Bedell.
19      Q   What makes you think that?
20      A   Because I know she probably interacts with
21  them.
22      Q   Okay.  And what makes you think that?
23      A   I'm just -- I probably shouldn't have even
24  said that.  I just -- because someone said to me --
25  and I can't remember which one it was or who it was

Page 239

1   that said, you had -- tell Gail you had nothing -- I
2   had nothing to do with -- all of this happened before
3   I got there.  So that was related to me from Linda.
4       Q   Okay.  So someone was relaying that she
5   said that?
6       A   She said that.
7       Q   Okay.  Anything that Mr. Fuller or Mr.
8   Williams talked with you about the investigation?
9       A   No.  They really didn't -- they just knew
10  that I was -- they knew about the SEC and I don't
11  know what -- and didn't really respond anything to --
12  but more than say, who told you I was -- you know.
13  They knew about the -- they don't know I'm here now.
14  They knew about, I guess, the initial one and I, you
15  know, told them that, no, I postponed it.  I just
16  kind of left it at that.
17      Q   Has anyone asked you whether they should
18  speak with us?
19      A   No one has asked me should they speak with
20  you.
21      Q   Okay.  And who have you talked with about
22  your testimony today other than your lawyer?
23      A   I text my pastor or three pastors.  There's
24  three of them.
25      Q   Anybody else?

Page 240

1       A   No.
2       Q   Have you talked to Tim Howard about your
3   testimony here today?
4       A   No.
5       Q   We have no further questions at this time.
6   We may however call you again to testify in this
7   investigation.  Should this be necessary, we will
8   contact your counsel.
9           MR. STAUBITZ:  Counsel, do you have any
10  clarifying questions you'd like to ask?
11          MR. HUNTER:  No clarifying questions and no
12  statements.  Thank you.
13          MR. STAUBITZ:  And, Ms. Milon, do you wish
14  to add or clarify anything for the statements you've
15  made today?
16          THE WITNESS:  No.
17          MR. STAUBITZ:  We are off the record at
18  5:33 p.m. on April 24th, 2018.
19          (Whereupon, at 5:33 p.m., the examination
20  was concluded.)
21                  * * * * *
22
23
24
25

Page 241

1               PROOFREADER'S CERTIFICATE
2
3   In The Matter of:   CAMBRIDGE CAPITAL ADVISORS, LLC
4   Witness:        Gail Milon
5   File Number:    FL-04126-A
6   Date:           Tuesday, April 24, 2018
7   Location:       Miami, FL
8
9           This is to certify that I, Maria E.
10  Paulsen, (the undersigned), do hereby swear and
11  affirm that the attached proceedings before the U.S.
12  Securities and Exchange Commission were held
13  according to the record and that this is the
14  original, complete, true and accurate transcript that
15  has been compared to the reporting or recording
16  accomplished at the hearing.
17
18  _____     _____
19  (Proofreader's Name)          (Date)
20
21
22
23
24
25

**A**

**A-N-T-O-I-N-...**
4:14
**a.m** 1:17 4:3
62:24 63:2
**ability** 10:25
157:24 158:2,6
158:8,12,19
179:13 186:15
231:11,20
234:13
**able** 11:4 15:17
69:18 73:18
75:11 76:14
77:11,12 88:20
107:13 124:2
156:2 176:24
198:3 235:15
**above-entitled**
1:16
**Absolutely** 33:6
**academic** 27:9
**accelerated**
27:11
**access** 11:25
18:4,7,25 20:4
20:6,7,8,8,9,10
20:14,15,19
66:8 157:25
158:2,6,12,18
179:2,8 182:8
186:15 223:15
224:5 225:7,13
225:17,21,24
229:16,19,24
231:8 232:1,25
234:11,25
235:7
**accomplished**
241:16
**account** 3:23
18:17,20 19:5
19:7,9,11
44:17 45:14
75:20 157:25
158:1,2,3,6,13
158:19,20
179:3,9 181:4
181:11,14

182:10,20
186:15,20
188:18 197:5
208:15,20,23
209:13 218:24
219:13 224:1,3
224:6,9 226:2
226:11,17
227:2 228:24
229:18 234:14
234:16
**accountability**
206:3
**accountant**
29:23 30:14
52:17,18 56:2
64:11 156:24
212:8
**accounted** 194:8
197:4
**accounting** 27:5
27:14,17,20,21
27:22,22,23
30:4,6 52:14
52:25 53:8,17
54:3,11,16
55:3,7,11,18
56:8 64:19
65:15 66:11
181:15
**accounts** 17:21
17:24 18:3,3,7
18:11 19:2,14
19:15 20:1,14
20:15,19 32:9
142:1,5,8,16
142:16,21
187:4 196:18
223:15 224:17
225:4,8,14,18
226:20,22,23
226:24 227:3,6
227:7,24 229:9
230:8 233:21
**accredited** 88:16
**accumulate**
155:24
**accurate** 17:4,8
17:15 197:5

198:1 241:14
**acronym** 205:6
206:11
**action** 7:24
**active** 30:25
31:11,14 46:14
57:6
**activity** 21:20
**actuality** 131:16
169:3 185:22
**add** 63:25 104:9
240:14
**added** 31:22
33:4 227:2
**addition** 177:11
**additional** 5:7
63:5 143:10
164:5 173:17
178:22 201:9
**address** 13:22
14:4,6 16:12
47:10 67:12
229:17 230:17
231:1,21 232:2
234:12
**addresses** 6:20
13:12,17 126:6
230:14,15
232:14
**Addys** 37:5
39:11,21 49:15
84:18 87:3,4
87:15 94:8,9
97:5 102:1,2
124:12,15,16
129:4,7 134:22
139:14 140:1
144:23 152:5,8
152:14 159:24
161:11,12
162:4 163:11
164:1,20,24
167:19 172:23
174:15 180:23
191:13 192:6
194:15 202:15
202:20 203:10
210:4,6 213:22
229:13 231:23

232:21,24
**Addys'** 125:17
145:3
**administration**
28:3
**ADV** 45:17
**advance** 30:9
106:20 184:23
187:13 189:12
189:12,14
191:17 202:14
203:18,21
208:1,1,2,2
**advanced**
203:20
**advances** 106:6
106:17,17,20
123:20 148:10
149:4 155:7
168:3 171:2
184:10,13,16
184:19 185:12
207:12,13
217:7 218:16
218:20 219:1
219:12
**advise** 70:5
**advisor** 45:16
71:13 115:13
**advisors** 1:6
4:23 25:18
26:9,16 44:15
44:16,19,25
45:2,8,12,15
46:13,24 47:1
47:2,6,11,23
47:24 48:3
52:4 70:8
74:23 142:9
156:20 157:22
178:8 189:4
241:3
**advisory** 25:17
25:20 26:1,3,5
26:15 28:16
**affirm** 241:11
**afloat** 209:21
**African-Amer...**
123:18

**age** 214:3
**agency** 7:20,21
7:25 8:1 49:18
49:21 51:2
**ages** 213:25
**ago** 81:4 136:19
136:20,23
137:17,25
**agreeing** 143:18
**agreement** 3:11
3:12,14,20
34:15,17
111:12,22
144:2 151:24
152:20,23
154:4,19 162:9
162:19 164:25
173:5 174:20
176:10,11
184:23 199:22
200:7,22
**agreements**
153:8,9,23
155:15,18
175:23 176:7
201:23 227:14
227:15,16
**ahead** 9:24
34:21,22,23
89:12 117:12
131:4 137:24
217:24 237:15
**AI** 52:15,17,23
53:5 55:1,12
64:6,8,11,14
64:16,23 65:1
**Alabama** 220:3
**Alhambra** 2:13
**allow** 141:25
142:14,15,18
142:22
**allowance**
192:19
**allowanced**
203:3
**AME** 123:10
**America** 17:25
18:15,16,21
142:1,2,5,14

142:17,18
156:10 178:10
181:15 182:6
188:18 225:5
225:14 226:20
**Ameritrade**
208:15,23
209:12 218:24
219:13 225:25
226:10 235:19
**amount** 151:15
157:18 176:18
178:15 181:4
186:3,3,4
201:5
**amounts** 97:19
171:16 213:15
**angry** 216:4,6,8
**Ankur** 220:18
220:19,20,21
221:1,3,4
**annual** 45:17
**answer** 8:17 9:6
9:24,24 18:5
39:12,14 66:18
66:19 69:11
93:18 94:21
105:2 129:9
139:13 143:24
193:14,15
200:12 231:25
232:4
**answered** 73:24
230:9
**answering** 9:10
9:15,18 10:9
**answers** 62:9
132:25
**Antoinette** 4:13
**anybody** 62:19
83:14 92:3
93:12 143:18
144:1 145:11
152:10 158:15
158:16 162:5
163:12 196:7
206:15 224:13
233:16 239:25
**anymore** 15:19

75:18 130:19
130:20 220:23
233:7
**anyway** 23:20
23:22 96:18
177:16 197:11
217:13
**apart** 172:24
**apologize** 33:3
70:15 73:23
114:6 115:20
**apparently**
48:17 154:11
**APPEARAN...**
2:1
**appearing** 7:17
**appears** 108:23
110:21 201:19
**application**
173:18,20
200:23,25
**applications**
50:4
**appointment**
112:13
**appraisal** 96:24
164:6
**appreciate**
151:6
**approval** 132:2
**approve** 161:13
161:14,16
**approved** 50:5
131:25 172:1
**April** 1:14 4:3
19:6,10 20:10
22:6,14 24:9
108:15 146:21
147:24 191:1,7
191:12,23
192:3 193:4,4
193:23 194:5
194:23 195:19
196:7,15 197:9
197:14 201:10
202:4 204:20
240:18 241:6
**architect** 96:15
**area** 39:12 234:5

235:3
**arena** 136:1
**Arizona** 51:17
51:19,20
**arm** 112:20,22
112:25 113:1,6
113:6
**Ashmore** 183:23
**aside** 16:9 28:20
85:11 111:24
147:3 156:5
188:16 189:20
222:25 229:7
**asked** 11:8 15:13
15:17 17:21
70:16 84:14
122:6 131:2
134:9 144:13
157:5 159:17
159:18 163:9
163:10 171:20
172:8 174:5,6
174:8,10,14
175:15 198:16
212:15 238:6
239:17,19
**asking** 21:7 24:1
40:5 73:7
79:15 80:11
94:18 98:22
100:8,10 103:3
121:4 127:15
132:24 135:5
135:10 160:24
190:16 224:2
233:12
**aspect** 29:2
39:16 40:9
102:5 107:13
192:11 203:11
**aspects** 168:2
**asset** 112:21
**assets** 39:10,19
39:20,22 40:5
44:9 45:7
89:18,20,22,23
210:19,20,22
210:24 233:10
**assignment**

132:8
**associated** 52:12
106:23 123:11
**Associates** 22:23
23:9 54:1,22
54:24 56:13,16
56:19,22 57:19
57:25 58:6,9
59:3,17,20
62:11 63:14
66:5,16 67:22
69:3,5 81:9,10
82:3 84:6
85:13 86:6,19
86:23 87:9,17
89:19,24 90:6
95:25 96:1
99:4 110:16
113:20 114:20
115:7 118:13
155:14 159:7
159:16 162:20
168:2 176:3
180:11,18,25
213:7 221:13
222:22
**association**
230:19
**assume** 6:23 9:6
18:10 65:24
94:20 95:25
103:13 117:1
124:19 129:14
**assuming**
124:18 225:9
**assumption**
65:25 128:19
209:9
**assure** 170:21
**athletes** 135:15
**att.net** 13:21,22
**attached** 17:11
26:25 241:11
**attempted** 111:3
**attention** 210:3
210:4,7,8,14
**attorney** 3:21
4:16 125:2,10
125:17,18

191:25 192:2
199:23 200:8
211:7
**attorneys**
153:12,13
221:1,2
**audit** 29:23
30:14 34:9
55:24 72:8
132:22,23,23
135:18,23
136:9,11,24
137:2,3,13
138:6,9 146:2
156:23 185:13
185:16 190:13
190:18 195:16
195:25 197:10
197:22 198:3,9
198:13,16
199:8 220:12
220:17 222:13
222:24
**audited** 194:10
198:22
**auditor** 29:22
30:14 52:17,20
190:9,14
193:11 198:14
199:2 210:15
210:17 212:6
213:13
**auditors** 207:21
213:17
**August** 55:14,16
55:16 64:8
162:10 166:6
168:12 170:24
171:5 178:11
178:11,14,21
179:3,9 180:1
180:5,10,18
181:16 182:17
183:3,7,10,13
183:20 185:5
**authority** 36:9
225:7 233:13
233:17
**automate** 30:7

54:12
**automating**
34:10
**automation**
29:25 30:2,15
**available** 5:8
31:21 48:10
154:12,14
**Avenue** 1:11 2:6
**aware** 15:2,16
49:10 66:4
104:17,23
144:21 145:8
155:9 204:2
206:16 207:13
214:6 225:6
226:24 227:3
227:10,11
229:8 231:1,4
231:11,20

**B**

**B.A** 28:4
**B.S** 28:5,6
**baby** 131:21
223:14
**back** 10:20 11:7
15:6 17:11
28:17,21 31:15
63:1 107:22
108:14 115:10
115:19 122:12
124:5 132:10
132:25 134:3
134:24 140:11
144:5,15 145:6
145:24 146:4
160:20 165:11
165:24 166:19
166:20,22
168:9 170:21
176:8 180:8
183:16 186:1
188:13 190:14
190:24 191:17
196:4,4,5,10
200:15,17
203:5,6 221:9
221:11,16,18

236:5
**back-and-forth**
128:7
**backed** 165:23
**backer** 167:1,9
**background** 3:9
17:1,8 40:11
53:15 56:8
132:19
**backing** 155:3
**bad** 53:20 65:6
**balance** 54:12
160:17 180:2,6
183:3,7 184:2
206:5
**balances** 171:9
180:13 185:1
**balancing** 54:13
157:6
**ball** 205:25
**ballroom** 119:5
**bank** 3:13,16,17
3:18 17:24
18:15,16,17,20
142:1,1,4,14
142:17,18
156:10,10,19
156:22 157:3
171:9 178:7,10
178:10 181:14
182:6,6 188:17
189:3,8 210:10
223:15 224:16
225:5,14
226:20
**banking** 181:3
**banks** 142:18
**Bar** 134:24
**based** 143:17
193:15 196:22
197:1
**basically** 26:7
28:17 83:19
111:17,17
112:21,25
127:9 165:22
167:5 175:22
206:4
**basis** 106:22

135:11 171:10
**basketball** 88:23
127:21 128:3
**Bates** 108:25
109:22 110:2,5
110:19,20,23
111:9,13,16
152:21,24
156:11 157:9
160:13,20
162:10 173:6
178:12,13
179:24 180:9
181:16 182:16
183:1,17
188:19 189:6
189:23 199:23
201:4 228:14
**Bay** 95:6 109:10
111:2
**Beacon** 148:9,11
149:24 150:1,2
**bearing** 108:25
173:6
**bears** 162:10
181:16
**beckoned** 122:4
**Bedell** 42:15
144:23 152:14
203:17 238:18
**Bedell's** 161:22
161:23
**began** 64:8
**beginning** 13:20
59:14 101:16
102:5 109:9
170:15 205:11
**begins** 111:15
233:2
**behalf** 2:3,10
6:11 101:22
103:19 153:18
154:20 155:15
190:9 233:13
233:17
**believe** 12:17
15:8 16:3
74:15,16 75:22
88:8 92:24

107:12 111:10
146:1 197:2,24
198:5,12
215:20 222:8,9
222:11 224:8
230:11
**believed** 15:12
88:9 223:2
**bell** 224:3
**beneficial** 88:19
**benefit** 151:2
**best** 9:3,19 17:5
40:25 43:18
48:22 91:13
114:8 140:15
192:4,6 223:5
227:1 231:22
**bet** 43:6 167:10
**beyond** 201:9
202:17
**bid** 107:14
**big** 59:17 70:3
209:7
**Bill** 52:22 53:5
55:1 64:15,25
65:2,8 136:17
195:18,18
**Billings** 126:11
**Billingsley** 22:25
23:1,5,6,11,14
24:2 50:20,20
112:2,3,15
113:16,18
114:9
**bit** 27:4 29:7
34:6 43:16
53:4 95:17
98:16 112:12
115:23 133:2
164:11
**bits** 96:11
**Black** 125:14,16
125:21
**blah** 205:22,22
205:22
**blessing** 124:14
**blew** 76:10
**blow** 76:3 192:9
**board** 131:20

191:16 205:8
205:23 206:17
208:8,10,12,14
**Bob** 4:17 64:2
**Bogan** 52:22,22
53:5 55:1
64:15,25 65:2
65:8 136:17,17
137:16,19
138:2,6,8
190:24 195:18
**bogged** 34:7
**bonus** 36:3,6,8
204:16 221:5
**bonuses** 36:9
**book** 72:10,10
72:18 73:8,10
73:12,13 130:6
**bookkeeper** 56:2
**bookkeeping**
52:14,25 53:7
54:3,11 66:16
**books** 54:13,13
54:14,15,16
55:3,6,10,18
58:9 59:3
**borrower**
153:20 155:14
166:25 167:5
**Borzomati**
183:23
**bought** 100:22
100:24 101:22
102:13 148:9
148:11 149:22
150:7,24
210:14 228:6
**branch** 67:1,8
68:24 69:9,14
72:15
**break** 10:3,8,10
10:19 62:5,23
63:7 108:7
137:9 164:9,12
165:8 188:10
**breaks** 10:5,10
**Brenda** 53:2,12
53:13 55:4,4,6
58:5,24,25

64:9,10 65:12
65:14 66:4,10
121:11 157:4
158:22 160:2
179:10,17
210:1,3,6,10
**Brickell** 1:11 2:6
**Bridge** 3:14
162:9 173:5
**brief** 62:25
165:10 188:12
228:10
**bring** 29:25
39:18 94:24
102:12 104:9
134:6 193:12
209:20 214:4
215:9
**bringing** 40:5
102:3 128:10
194:16,16
**brings** 45:7
**Brody** 106:21
**broker-dealer**
21:18,24 22:1
71:22
**broker-dealers**
72:21
**brought** 7:24
39:7,10,23
51:9 71:7 94:9
130:20 132:20
135:14 139:15
191:10 209:25
210:3,4,6
**Brown** 38:2 61:6
61:10,12 87:3
90:5 229:13
230:13
**brunch** 80:20
83:9
**brunches** 80:23
83:1,22
**bucket** 76:5
**budget** 120:10
**build** 128:15
**building** 14:17
59:12,19,23
60:15,19,21

61:4,21,25
87:8,17,21
89:15,17 90:22
90:22,24
100:16 118:23
**business** 13:18
21:20 27:8
41:5 44:9 45:1
47:6,6 52:15
69:13 71:18
72:10,11,19
73:8,10,12,13
112:5 116:6
138:19,22
142:16 193:25
207:5
**Buxton** 223:10
**buy** 103:15,21
151:8
**buying** 101:2
150:14
**buyout** 101:11
102:17,17
103:7 104:4,8

——————

**C**

**C** 3:1 4:1
**C.P.A** 53:18,21
56:6 64:14,15
**cabinet** 14:15,16
**calculating**
222:4
**California** 51:19
93:25
**call** 22:19,20
23:23 26:15,17
59:18 78:20
93:20 94:4
112:2 121:4
130:8 137:5
163:9,12 174:1
174:5,6,7,9,10
174:16 216:19
228:4 240:6
**called** 4:7 11:16
11:25 12:21
13:9 14:10
15:8 16:4
24:14 32:23

46:6 83:17
90:20,23 112:4
113:23 114:17
121:3 126:12
126:12 131:2
139:20 145:2,3
149:24 174:17
177:10,10
205:5 211:6
234:2
**calling** 113:6
132:12 133:18
235:7
**calls** 11:12 59:7
132:14 174:14
195:14 237:17
237:21
**calm** 132:6,18
133:17
**cambridge** 1:5
3:22 4:23
13:19 14:4
15:4 18:4,5,14
21:19,19,23
23:24 24:2,10
24:11,12,17,21
25:1 29:6,8,9
30:13,16,19,22
30:23,24,25
31:8,10,13,15
31:18 32:3,5,5
32:12,13,17,23
32:24 33:1,12
33:19 34:11,13
35:6,16 36:1
36:24 37:7,10
37:12,15,19
38:8,11,13,16
38:19,23 39:2
39:5 40:15
41:18,20,22,23
41:24 42:3,17
42:24 43:14,21
43:24 44:2,4,8
44:11,12,12,13
44:14,16,18,21
44:25 45:1,7,9
45:10,11,15,19
45:24 46:5,10

46:13,20,22,23
47:1,2,5,11,17
47:23,24,25
48:2,3,3,4
49:18,21 50:6
51:1,23 52:2,3
52:3,4,7,8,10
52:13,14,24,25
53:6,8,23,24
54:4,16 55:2,3
55:7,11,18
56:12 57:14,19
57:25 58:9,24
58:25 59:3,9
59:21,21 61:4
61:12 63:10,16
66:6,8,11,12
66:17 67:23,25
68:7,14 69:14
70:12,13 71:1
71:19,20 72:1
72:3,5,17,25
73:18,25 74:12
74:23 75:2,5,7
75:10 77:15,17
81:15,17 82:16
82:18,24,25
83:2 85:17
86:1,13,15,20
86:25 87:16,20
89:18,23 90:17
91:4,15 94:7
94:15,17,19,24
95:8,10,12
96:23 97:23,24
98:3,5,10,14
98:19,22,23,25
99:24 101:18
101:22 102:18
102:23 103:7
103:14,15,19
103:21 104:13
105:24 106:17
107:24 111:1
112:1,16
113:21,24
114:1,9,14,15
114:21 115:7
115:12 116:21

118:14,17
124:7 126:21
128:11 129:3
129:14,15,20
130:22,24
131:7 134:21
135:1,12,24
137:20 138:18
138:23 139:3
139:10,19
141:3,14,24
142:7,9,21,23
144:2,11,22
145:9,16,22,25
147:7 148:13
150:7,7,9,23
150:25 151:1,2
151:9,10 152:3
153:19,19,24
154:2,10,20
155:2 156:19
157:2,22 160:3
161:1,9 162:19
163:8,17,21
165:20 167:6
167:23 170:25
171:1,5,10
172:21 173:15
173:17 178:7
182:7 189:3,14
190:10,12
191:1 192:12
192:23 193:9
193:12 194:5
194:22 200:24
201:10 202:1,7
204:10,13,25
207:5,9 208:8
208:16 209:17
209:23 212:19
212:24 213:9
213:10,12,18
216:22 221:7
221:22 223:16
224:9,16 225:4
227:14 228:23
229:9,22 230:5
230:14,15,17
230:19 232:12

233:3,5,5,21
241:3
**Cambridge's**
104:2,4,8
116:5 125:17
152:16 156:22
221:12
**cambridgecap...**
231:12
**cambridgecap...**
13:15 229:12
229:17,23
231:2,19 232:2
232:6,13
234:11,16
**Canada** 211:13
**Canadian**
211:14
**Cap** 30:24 32:14
**capital** 1:5 4:23
18:4,5,14
30:19,22,23,24
30:25 31:10,13
31:15,18 32:3
32:5,5,12,13
32:17,23,24
33:1 38:11,13
38:17,20 39:8
41:1,2,6,19
43:5,21,25
44:2,4,8,11,12
44:12,13,14,16
44:19,21,25
45:1,8,9,10,12
45:15,24 46:5
46:10,13,20,22
46:23 47:1,2,5
47:11,17,23,24
47:25 48:2,3,4
48:4 49:18,21
50:6 51:2 52:2
52:3,4,4,7,8,10
70:12,13 74:23
86:13,15,20
87:16,20 89:18
89:23 107:24
123:22,23
142:9,21
153:19,19

154:10 155:2
156:19 157:22
161:1,9 162:20
163:8,17,21
178:7 182:7
189:4 191:1
194:5 201:10
208:8 228:23
233:5,5 241:3
**Capital's** 157:2
**car** 203:10
**card** 20:3,5,23
223:18,22
224:5,9,14
225:11
**care** 29:1 132:10
156:24 191:18
**careful** 125:3
236:10
**cars** 211:1
**cart** 211:3
**case** 10:19 76:6
77:6 122:3
123:21 124:1
132:9 169:4
175:20 195:18
**cases** 76:21
106:24 107:11
**cash** 39:24,25
95:12 141:22
142:23,25
160:4 161:2
170:25 171:6
171:11
**categories** 12:14
**cause** 21:19
39:12 48:8
49:24 65:6
72:14 78:7
93:25 96:4
115:21,22
116:20 118:8,9
121:9,14
122:13 129:17
130:1,5 132:21
133:12 136:4
140:2 142:14
148:2 149:21
150:18 155:3

155:21 166:13
166:15 169:3
172:7 174:17
175:16 179:10
180:21 185:17
192:7 195:8
212:15 214:1
215:3 223:25
226:8 229:5
230:23 235:2,6
235:20,22
**Causing** 234:20
**CCA** 208:3
228:6
**CCP** 208:3
228:6
**ccwealthadvis...**
13:16
**cell** 134:7
**Center** 123:23
**CEO** 91:25
**certain** 4:25
11:12 44:10
69:1 71:10
72:21 122:7
186:3,3,4
235:5,8,21
236:18
**CERTIFICATE**
241:1
**certify** 241:9
**cetera** 50:4,4
130:2,3 134:3
170:19,19,20
170:20
**chairman** 92:21
205:24
**chance** 69:17
99:15,22 100:1
100:5 104:25
109:2 176:23
189:17 198:10
224:1
**change** 31:20,23
180:3 183:7
**changed** 31:22
32:21 43:16
45:25 52:9
58:5 235:4

**changing** 48:1,8
130:2
**characterize**
109:16
**charge** 221:22
222:1 233:8
236:5
**Charles** 38:2
61:6,7 87:3
90:5 229:13
230:7,7
**chase** 235:11
**check** 12:23
98:23,25 99:1
110:6,8,15
134:7 168:21
181:4 207:21
223:18,21
224:9,14
**checks** 95:15,20
97:21,22 99:7
179:16,18
206:4 223:17
**Cheryl** 139:25
**Choate** 99:1,10
99:12 110:10
110:10
**choice** 164:16
**choose** 72:5
**chose** 72:2
**Christmas** 84:15
116:25 117:1,5
117:9,16,18,21
117:22 118:9
118:10,14,14
118:15,16
121:9
**church** 79:22,22
79:23,24 80:7
80:8,24 83:2
118:10 123:10
**circle** 107:22
**civil** 5:3 8:4
**claim** 15:9
**claiming** 49:2
**clarifications**
107:19
**clarify** 58:3
66:10 77:3

240:14
**clarifying**
240:10,11
**clarity** 26:13,14
**class** 123:9
**classes** 205:12
**clause** 72:22
**clean** 121:19
**cleansing** 82:20
**clear** 7:1,4 9:17
13:12 20:6
24:7 33:6
43:19 57:16
65:6 66:22
67:16 68:9
69:8,21 86:17
198:7 226:9
**clearly** 184:18
**CLEP'd** 27:11
**client** 23:3,4
68:15 70:24
71:1,5,6 78:20
85:20,21,21,25
85:25 86:1
148:18 162:23
162:24 163:1
207:25 214:25
**client-attorney**
78:19,21
**clients** 24:25
25:1,8,10 26:7
29:25 30:15
47:4 69:16,23
69:25,25 70:9
70:9,10,10,11
70:17 73:22
85:20 105:10
105:14 106:22
112:19 116:6
120:3 130:8,11
135:15 163:9
195:14 209:4,7
213:24 214:8
214:15,19,21
214:22 215:18
216:5,14
**close** 53:3
107:15,15,16
164:4 165:2

170:20 171:20
177:14 236:18
**closed** 18:18,21
20:20 31:3,18
32:3 48:12,19
172:3,11
223:25 227:5
**closer** 211:15
**closing** 100:19
100:21 177:12
224:5,19
**co-located** 86:18
**coach** 88:23,24
191:13 192:7
**Codey** 202:23
**Cody** 202:9,19
203:9,24
**collect** 14:10
30:11
**collecting** 120:3
**combination**
95:6
**come** 22:7,15
45:7 50:13
59:19 69:18
71:8 76:17,23
76:24 80:7,9
80:12 83:2
89:4 90:16
105:4 111:25
113:8,11 121:4
122:13 124:12
126:18 128:9
138:2,11,13
154:1 163:7
173:16 181:8
190:14 192:11
207:21 213:24
215:21 220:13
224:19
**comes** 88:24
122:4 167:4
187:2
**coming** 72:14
76:13 80:12
131:19 156:1
162:6 175:6,9
193:6 194:12
194:14,17,22

215:4,18
216:13 236:22
**commission** 1:1
1:10 2:3 4:19
4:22 6:23 7:20
7:25 49:25
50:7 154:23
203:20,22
204:4,6,9,12
208:5 241:12
**Commission's**
5:18
**commissions**
36:16 203:15
**commitment**
110:24
**communicate**
47:3,13,19
51:8 131:11
**communicated**
120:13
**communicating**
29:24 30:15
34:10 78:7
**communication**
78:8
**communicatio...**
12:21 13:2,9
13:13 14:3,8
237:11
**Community**
52:15
**companies** 29:8
29:9 31:19
32:2 43:20
44:7 49:2,7,10
49:13 51:23
101:4 102:7,12
132:24 152:14
**companies'**
237:8
**company** 41:4
44:1,5,6 58:16
90:8 96:16,17
99:10 116:15
128:4 143:19
145:2,3 149:13
149:14,23
161:21,23

164:20 175:15
176:21,24
177:6 186:7,10
186:24 196:9
196:14 197:13
197:19 198:16
198:17 203:21
233:14,18
236:6
**compared**
241:15
**compensated**
35:6
**compensation**
34:19 35:5
36:2,12,14
**complete** 17:4,7
17:15 196:24
222:13 235:22
241:14
**completed** 198:3
**completely**
231:16
**complex** 128:12
**complicated**
150:18
**compound**
143:12
**compounding**
144:3
**computer** 68:5
**computers** 89:22
**concern** 216:8
**concerning** 6:25
**concluded**
240:20
**concussion**
112:20
**Condo** 164:24
**conduct** 13:18
**conferences**
93:17
**confidential**
111:19
**confidentiality**
111:11,17,21
**confirm** 146:2
197:24 213:15
220:17

**confirmation**
3:19 190:8,13
213:14,17
**confirmations**
190:19
**confirmed**
198:14
**conflict** 6:22
134:25
**conflicts** 6:25
**confuse** 22:8
**confused** 24:8
24:13
**confusion** 51:25
**connect** 116:18
172:22
**connected**
208:15
**connection**
50:12
**considered**
133:9
**consists** 41:12
**constitute** 5:2
**construction**
96:25 97:1
99:2,10 104:1
128:21 164:6
171:25 172:3,4
172:7 173:18
173:20 174:22
175:4 185:9
186:7,9,24
187:19,22
188:2
**consultant** 82:3
**consulting** 82:4
**contact** 124:21
124:25 125:23
232:21 240:8
**contacted**
129:25
**contain** 110:8
**contained**
110:22
**continue** 10:15
21:25 71:19,20
72:6
**continues**

155:24
**contract** 103:25
104:22 109:8
148:25 149:8
166:23,24
175:18,19
**contracts** 33:22
44:11 105:23
143:15,17
148:9,11,12,14
148:14,20,20
148:22 149:12
149:15,16,24
150:2,4,8,12
150:24 151:2,8
152:4
**control** 10:13
11:16 19:3,4,8
19:13,15,22
20:1,2 142:20
179:2,8 182:9
203:4 225:14
225:18
**controlling**
226:22
**conver-** 113:14
**conversation**
83:19 113:15
116:19 119:24
169:14 174:13
177:9
**conversations**
8:21 9:12
96:10 125:6,20
163:20 169:5,8
192:22 209:25
**conversing**
112:8
**copy** 5:5,6,18,24
7:16 109:3
110:5
**Coral** 2:14
**corner** 201:5
**corporation**
47:22
**correct** 7:2
12:13 17:13
18:1 32:19
33:8 38:22

64:9 65:15
66:12,13 68:21
75:9 87:10,18
89:16 90:25
92:2 101:1
109:14 118:3
134:18 136:25
149:3,9 160:21
169:20,22
171:7,12,14
177:21 181:23
189:15 198:19
**Correction**
189:12
**corrections**
190:23
**correctly** 155:22
229:25
**correspondence**
195:23,24
**Cory** 238:3
**cost** 27:22
**Costco** 205:10
**counsel** 6:6,8,21
6:24 7:1 8:24
63:4 233:4,6,7
233:9,11,13,17
236:1 240:8,9
**County** 46:19
**couple** 17:18
57:18 64:2,5
79:21 81:4
84:23 90:5
108:3 131:23
133:5 142:24
213:22 216:25
235:14
**course** 5:9
**courses** 27:16,19
39:1
**coursework**
28:13
**court** 8:9,13,15
8:22 10:14
200:18
**covered** 12:9
178:25 184:22
**crawled** 128:23
**crazy** 8:13

**create** 49:6
**created** 104:3
**credits** 157:10
189:6
**criminal** 5:3
**crossover** 24:23
**current** 29:21
30:16 77:14
**currently** 21:4
28:7,12 29:9
30:12 31:10,14
33:7 34:12
36:21,22 37:9
42:6 100:23
113:7 227:9
**custody** 11:16
**cut** 29:16 36:19
105:17 111:8
232:21
**cutting** 107:9
224:5

————————

**D**

**D** 4:1
**daily** 160:17
171:10 180:2
180:13 183:3
184:2,25
**Dakota** 211:16
**Dallas** 128:13,14
**Damion** 189:11
189:13
**dance** 121:14,18
122:9
**Daryl** 22:25
24:14 29:3,4
112:2 115:5
121:2,3 124:15
126:18 127:18
**Daryl's** 34:25
**data** 30:11 120:4
**date** 1:14 199:14
199:15,18
241:6,19
**dated** 108:25
152:20,24
157:12 162:10
173:6 189:22
**dates** 147:9

148:2 201:19
**David** 2:4 4:15
6:11 173:1
**dawned** 185:22
**day** 10:11 13:3
77:23,24
115:22 116:12
117:14,15
118:8 120:19
120:23 180:14
187:3 218:8
**day-to-day**
135:11
**days** 71:11
84:24 235:14
**dead** 175:11,17
**deadline** 99:19
**deal** 13:1 39:7
41:12 61:20
93:20 94:9
96:9,11,20,20
96:21 124:2
127:21 128:3
128:10,10,11
164:24 175:9
175:12
**deal-making**
129:1
**dealing** 85:21
132:13,14,15
195:13,16
234:21
**deals** 39:9,11
40:8 41:7,16
61:15,18 129:3
139:15 171:8
219:5
**Dean** 27:10
**debits** 159:1
183:20
**December** 24:15
35:14,19 74:1
74:2,11,21,25
75:8,11 105:7
116:23,24
117:2,2,3
168:16 169:16
170:3,6 171:17
173:6,17

174:20 175:2,3
175:8 176:21
176:23 177:14
185:8
**decide** 75:15
105:20
**decided** 94:7
128:8 131:4
**decision** 72:24
75:10,13,17
94:19 135:20
135:21
**declined** 77:8
**deductive**
226:18
**defendant** 7:23
8:3
**definitely**
133:24 235:25
**definition** 228:7
**degree** 27:24
28:2
**deleted** 134:11
232:3
**Denholm** 14:23
14:24 15:2
16:13 67:11
68:8,20 86:16
**Denise** 53:9,11
53:12 55:1
157:4
**depends** 140:12
**deposit** 88:5,7
142:3,7
**deposition** 8:8
**deposits** 157:10
189:6
**describe** 14:9
109:18
**described** 178:9
**describing** 73:20
**description** 3:6
17:8,15
**designating** 5:7
**designed** 93:25
**desks** 89:22
**destroyed** 15:18
**detail** 120:1
**details** 116:11

120:11
**determine** 4:24
198:17,22
**determined**
222:24
**Detroit** 67:3,5
**Devante** 62:16
**Devante's** 62:16
**developed** 5:1
**developer**
128:15
**development**
33:24 96:17
128:16 138:21
205:8
**device** 93:3
**Dewante** 62:16
**die** 175:12
**difference** 32:4
43:19
**different** 23:21
33:25 72:15
77:10 83:7
96:13 142:24
187:14 209:8
210:19,20
216:10 218:11
224:25
**dig** 234:22
**dinner** 79:20
80:25 81:1
82:15 83:22
**direct** 78:12,14
125:22,23
161:24
**directed** 21:22
165:15
**direction** 72:9
161:1,10
**directive** 71:24
**directly** 98:23
98:25 114:9
126:4 237:15
**directors** 208:9
208:12,14
**dirty** 133:3
**disagreement**
42:8
**disburse** 193:5

**disbursed**
  203:13
**disclosed** 111:20
**discussed** 6:24
  115:15 131:16
**discussion** 104:5
**discussions**
  85:16 101:10
  102:15,16,22
  102:25 103:4
  103:13 128:17
  203:12,12
  235:17 236:14
  237:3
**disruptive**
  132:11
**dissertation**
  28:17
**distribute** 187:4
  187:5
**Diversified** 1:24
**divinity** 128:22
**Division** 4:16
**divorce** 223:13
**divorced** 134:5
**doc** 172:8,10
**doctor** 60:18
  123:9 128:22
**doctors** 123:18
**document** 3:15
  104:3,3 109:25
  111:11,15
  162:9 165:17
  222:16 228:14
**documented**
  103:24 136:8
**documents** 3:10
  5:8 11:12,15
  11:19,24 12:3
  12:14,15 14:10
  15:6,7,12,16
  15:21,22,23
  16:2,5,5
  108:24 109:11
  111:18 127:23
  130:18 186:1
**doing** 24:9,21
  25:6 29:16
  30:9,12 33:11

33:18 34:8,12
40:14,24 41:19
41:20 42:17,20
42:24 54:14,15
54:20 55:17
56:12 57:14
58:17 103:18
107:7 115:12
119:22 122:14
123:2 124:2
126:21 127:12
135:10 146:23
149:14,15
150:9 172:3,6
172:12 186:12
188:1 192:14
192:16 196:10
201:7,21 203:1
206:3 207:20
207:23 208:19
208:22 209:12
209:17 215:13
215:24 220:12
226:4,16
**dollars** 171:11
174:2,7 198:5
202:22 214:2
**Don** 15:22 20:4
29:3 32:6
48:15,16,17,18
48:20 49:1,7
49:22 50:12,21
51:7 53:1
81:18,19,19
113:8 115:21
115:22,25
116:1,1,4,11
116:12,13,14
116:18,19,20
116:20 117:7
117:11,13,25
118:1,4,11
119:11 121:6
122:8,15,19,19
126:25 131:9
131:24 132:4
132:15 133:5
133:10,12,18
134:19 138:17

138:23 139:5
139:10 193:19
193:24 194:2
194:24 195:8
196:10 197:3
198:10 204:1
205:9 206:1,6
208:24 211:4
213:19,24
215:2,13,17,23
216:4,23 217:5
218:10,25
219:6,6,8,9,11
220:8 222:1,6
222:9,18
223:11,14,21
224:8,10 225:9
225:11,11,15
225:21 226:2,3
226:14,21
228:24 229:3
229:13 231:13
231:22 234:10
235:15 236:5
**Don's** 45:4
**Donald** 38:2
  61:6 87:3 90:5
  229:13
**Donald's** 229:19
**Donald.brown**
  229:21
**Doninfo-** 229:20
**double** 148:15
**doubled** 148:19
**doubt** 216:15,16
**Dr** 19:18 20:14
  20:18 27:10
  28:14,22 36:11
  42:4,9 56:24
  58:19 59:12,23
  60:16,19 61:4
  61:22 62:10
  63:21 64:20,23
  65:3,8 74:16
  76:25 77:14
  82:10 83:2,9
  84:13,22 85:16
  88:8,10 92:1
  92:15 96:6,7

97:5,25 98:2,4
98:8 101:7,12
101:21 102:23
103:4,6,8,16
112:14,16,22
112:24 113:11
114:22,24
115:1,2,15
116:14,22
117:11,23
121:21 122:3
123:11 124:11
124:12 128:18
128:20,20
134:15,23
135:7 145:10
145:12,13,21
146:13 147:11
147:16,20
148:7 149:10
150:6,22 151:7
151:22 152:2
152:13 155:1
155:10,13
158:5,11,18,20
158:21 159:20
159:25 160:8
161:9 165:18
165:19,25
167:8 171:22
179:6,7 182:12
186:6,15,17
205:11 209:16
210:6,8 211:9
211:17,25
212:2 214:4,8
214:15,19,22
214:24 215:5
215:13,17
216:2,3,12
218:22 219:22
222:14 223:1
224:11 230:12
232:1 236:20
**drafted** 165:14
175:21 200:9
217:4
**drafting** 165:20
**drama** 221:6

**drink** 121:25
**drive** 8:13 14:23
  14:24 15:2
  16:3,4,5 61:1
  67:11 134:2,10
  222:19
**drop** 71:10
**dual** 130:3 131:4
**due** 136:15
  221:19
**duly** 4:7
**Dunlap** 139:23
  139:25 140:7
  140:17 141:12
  144:20 152:13
  204:13
**duties** 29:21
  30:16 34:13
  131:8 132:5
  133:18

─────────
**E**
**E** 3:1 4:1,1
  108:13,13
  241:9
**e-mail** 13:12,24
  14:4 47:3,9,13
  61:19 78:5,10
  78:15 125:1,22
  126:5 132:13
  137:10 199:10
  229:8,25
  230:14,15,17
  231:1,19 232:2
  232:12,14
  233:20 234:12
**e-mailed** 78:23
  78:25 230:1
**e-mails** 13:10,17
  14:11 78:11,11
  78:12 132:7
  195:13 199:12
  199:16 232:6,9
  233:21 235:14
  235:16 236:4
  237:19
**earlier** 52:16
  70:16 71:16
  83:15 88:9

**early** 114:5
121:7
**easier** 7:9 31:9
**East** 14:18,20
109:10 111:2
**economic** 205:8
**Edge** 145:3
**Eduardo** 84:13
122:3,20,21,22
**education** 27:2
166:16
**educational** 17:8
**educators**
166:16
**eight** 110:20
137:3,13
**either** 5:14
21:18,23 58:10
61:14 68:14
71:19,25 86:24
104:6 126:23
141:9 154:23
177:10 187:11
190:22 209:25
216:18,19
222:23
**elaborate** 119:25
**ELE** 22:3,4,7,10
22:12,15 23:7
23:11,15,17,25
24:5,20 25:2,4
25:11,17,18,20
26:5,9,15,15
26:16,17,20,21
28:21,23,25
40:18 47:15
49:24 50:3,11
50:12 51:12,13
66:25 67:1,6
67:16,18,25
68:5,14,16,24
69:4,9,13,24
70:17,19,24
71:5,17 72:1,1
72:25 73:3,10
73:12 130:23
**elected** 155:25
**Ellis** 13:24 14:4
71:22

**else's** 140:3
**emotional** 28:18
**employed** 25:20
29:5,10,11
37:12,19 61:3
111:25
**employee** 38:10
38:19 58:16
101:18
**employees** 26:12
26:21 37:16
90:4,5
**employment**
17:16 34:15,17
**empty** 121:16,17
**encourage** 28:25
82:23
**ended** 47:16,19
48:8 121:20
205:24
**ends** 109:17,17
109:21 110:2,9
110:19 160:13
160:21 179:23
180:9
**Enforcement**
4:16
**engage** 194:3
**engaged** 198:18
**engineer** 96:18
**engineering**
128:21
**engines** 14:12
**enter** 72:24
163:7
**entered** 174:19
**enterprise** 197:6
**Entertainment**
18:14
**entire** 113:15
**entirely** 185:1
193:25
**entities** 22:10
43:14 48:12,13
51:21,23 54:4
86:18 116:9
212:3 213:14
233:3,9
**entity** 59:1,2

65:14,17 66:6
66:11 74:22
99:20 172:25
**envision** 227:22
**Epstein** 63:12
63:13,16,21
91:23 92:4,6,7
**equity** 30:23,24
31:13 32:3,6
32:10,14 44:13
45:10 52:3
224:24,25
225:1
**Ernst** 180:14,15
187:15
**Esquire** 189:8
**essentially**
226:21
**estate** 25:9
219:5,15
**estimate** 108:2
147:10,16
**estimates** 127:4
**et** 50:4,4 130:2,3
134:3 170:19
170:19,20,20
**evaluation** 123:1
123:2
**everybody** 90:11
132:18 175:6
175:13 206:3
**evil** 82:21
**evolved** 206:5
**exact** 79:15
108:1 145:23
146:3 147:9
148:1
**exactly** 9:13
82:8 211:21
**exacts** 113:3
**examination** 3:3
4:9 5:9 240:19
**examined** 4:8
**examiner** 4:17
**example** 24:25
30:8 59:6
124:15 159:6
160:16
**exchange** 1:1,10

2:3 4:22 7:21
8:1 241:12
**exercise** 93:6
**Exhibit** 5:21,25
6:1,3,18 7:7,11
7:14,16 11:7,9
11:11,17 12:1
14:10 15:13,17
16:9,17,20,23
16:25 17:2,4,7
17:11,14,19,20
20:25 26:24
28:20 108:17
108:18,20,23
109:5,7,12,16
110:4 111:9,24
152:19,22
153:2,15,16
154:7 156:9,12
156:13,16,18
157:9 162:8,11
162:13,16,18
163:7 165:14
165:16,21
167:11,18
173:5,7,9,12
173:14 175:21
176:4,4,10,17
177:23,24
178:1,4,6,25
181:14,17,19
182:2,5,23
188:16,17,20
188:22,25
189:2,21,24
190:1,5,7
199:21,24
200:1,4,6,9,21
200:22 228:14
228:15,17,20
228:22 229:7
**Exhibits** 3:6
153:5,7 156:5
**existing** 70:10
70:11
**expectations**
120:7,14
**expecting** 212:6
**expenses** 90:3

106:3
**experience**
72:16 126:18
**explain** 121:8
197:16 198:15
198:20
**explode** 168:10
**exposed** 207:7
**Express** 145:2
161:20,25
162:3
**external** 16:4
134:2,10
**extra** 109:3
171:6,11
181:21 189:16

---

**F**

**F** 108:13
**F-E-D-D** 25:16
**face** 104:19
**facility** 192:21
**fact** 40:16 43:7
61:19 73:2
104:17 134:4
147:18 185:21
209:6 210:15
222:8
**facts** 5:1
**factual** 198:4
**faded** 206:21
**fair** 9:7,8 26:17
29:12 34:2
46:8,9 49:3,5
71:20 98:5,9
103:2 109:11
109:15 110:4
149:8 160:3
170:24 176:1
180:14 181:7
184:25 208:11
**fall** 140:21,22,23
144:17,18,19
172:24
**familiar** 157:23
227:13
**families** 88:21
**family** 211:13
236:18

**FAMU** 28:11
**far** 54:10 196:7
**father** 28:16
**February** 18:22
18:23 84:10,23
86:7 126:23
127:7,9,11
130:14,16
133:11,16
134:17 212:14
**Fedd** 25:14
26:11 70:25
**federal** 4:25 5:2
7:20,25
**fee** 50:7,8
154:22 203:22
204:4,7,12
234:4
**feeding** 223:14
**feel** 76:6 107:11
197:8
**feeling** 220:15
220:16
**fees** 36:16 68:23
69:1,3,9
106:10,11,16
203:15 204:9
221:22,23
222:2,5,7,15
222:15 223:3,7
**Feinberg** 152:12
153:10,10,11
153:11,23
154:5,9,17,23
154:24
**Feinbergs**
139:21 141:12
144:20 154:1
155:2,6,11,17
**Feinbergs'** 204:7
**fell** 42:4 171:23
172:14
**felt** 54:20 56:4
74:18 197:15
**female** 123:19
**fiance** 134:5
**figure** 57:20
108:1 195:11
**figured** 72:13

121:19
**file** 1:4 14:15,16
241:5
**filed** 12:6,8,11
221:2 235:21
**files** 14:11,19
15:1,3,5 62:15
89:23 134:1
222:18
**fill** 17:2
**final** 124:6 134:5
**finalized** 196:3
199:20
**finally** 10:18
**finance** 27:5,14
27:15 28:8,10
**finances** 196:8
196:16
**financial** 17:21
25:5,6,7,8,23
27:21 47:4
69:18 105:11
105:21 113:9
115:13 119:13
119:22 120:2,5
120:5,21
131:13 136:1
**financing** 94:12
94:13 97:1
171:22
**find** 13:13 22:21
51:9 64:16,25
95:23 120:6,9
151:21 168:7
168:18 175:2
188:6,8 195:6
199:2 217:3
222:12 234:22
235:12,15
**finders** 50:8
**finding** 128:18
172:5
**fine** 26:19 29:14
103:11 107:10
215:12
**fingers** 41:8
**finish** 9:9,16,17
9:19,23 10:9
103:11 138:9

226:8
**finished** 99:16
100:15,16,17
**Finn** 183:22
**FINRA** 7:21 8:1
45:17,22
**firm** 57:6 59:13
76:24,25 88:14
92:1 112:18,22
112:24 118:18
159:20 160:8
161:4,10
207:18 211:10
211:15
**first** 4:7 8:14
18:25 19:4,8
21:22 22:4
40:10 43:21
45:18 98:24
100:11 108:24
109:17 114:25
121:6 122:15
122:25 123:17
126:9,20
128:25 132:20
135:6,7,12
144:14 146:9
146:19 147:6
158:1 168:7,14
168:17 175:2
179:1 187:12
197:21 199:1
200:21 206:7
209:22 214:19
215:1 230:10
233:10
**firstly** 237:19
**Fischer** 2:12
**FL** 1:13 2:8,14
241:7
**FL-04126-A** 1:4
241:5
**flash** 16:3
222:19
**flip** 110:2,19
111:9 160:13
179:23 182:25
183:23 189:5
**flipping** 207:20

207:24 228:2,4
**floor** 119:8
121:14,18
122:9
**Florida** 16:13
27:5,24 28:15
46:16 48:13
49:10 134:24
**flow** 179:8 213:4
213:5,11
**flow-through**
45:6
**flowed** 50:5
213:4
**focus** 29:24 45:3
72:2 185:12
**focused** 27:13
156:23 185:13
186:5,12
**focusing** 210:13
**folk** 172:9
**folks** 232:21
**follow-up** 64:5
66:24 70:23
89:10 199:12
199:19
**followed** 116:13
143:16
**following** 51:5
118:6,8,12
186:10
**follows** 4:8
**food** 121:15
**football** 88:23
214:7
**forgot** 70:23
**form** 3:7 5:19,24
6:18 74:3
147:25 148:6
**formal** 5:5,7,12
5:12
**former** 23:2,4
**Fort** 220:21
**forward** 131:5
**Fosinbergs**
139:20
**found** 122:19
167:25 168:14
169:6 170:3,7

174:21,25
185:24 186:2
213:19 216:4
218:21 227:2
232:10
**four** 112:7
139:17 143:6
163:15 171:15
**freshman** 27:11
**Friday** 81:4
**Frieder** 28:14
**friends** 236:19
**front** 5:20 59:18
59:18 115:9
**frustrate** 150:15
**frustrated**
150:17
**full** 4:11 27:9
221:11
**full-time** 21:23
130:25 131:6,7
**Fuller** 218:7
238:3,4 239:7
**fully** 21:24
104:22
**fund** 32:11,17
33:5,7,12,19
34:1,11 46:1,3
46:4 48:2,4,5,6
52:10 60:10,12
119:13 141:2,3
143:3 146:22
146:24 147:7
147:17 151:19
151:23 152:16
192:13,15,24
194:6,25
197:17 198:21
202:2,7,19
204:1 205:20
207:6,10
211:18 214:5,8
214:15,20,21
215:19 216:14
**funded** 185:1
**funder** 172:19
213:8
**funding** 46:10
46:21,22

102:12 128:5,6
138:1 164:5
173:1 213:7
**fundings** 187:8
**fundraisers**
139:14
**funds** 30:17,18
32:8 33:16
39:24 43:15
45:6 57:2 75:1
75:19 135:16
138:18 170:22
171:4 182:9
193:20 194:1
197:3,23
198:11 207:2
207:14 211:24
211:25,25
212:2,2 217:7
218:1,15 219:2
219:14 220:6
221:22 222:15
223:3,7
**funds'** 34:3
196:8,15
**funny** 128:24
**furniture** 191:19
**further** 77:13
187:5 240:5
**future** 90:17
105:21

————————
G
————————
**G** 4:1
**G-A-I-L** 4:13
**G-I-A-T** 205:7
206:9
**Gables** 2:14
**Gail** 1:8 3:4 4:6
4:13 6:11
13:15 132:16
239:1 241:4
**Gail.Milon**
13:16
**gains** 140:10,13
**Gaiter** 190:25
192:13,18,19
193:19 196:6
197:16,19

198:20 199:8
200:25 201:8
201:11 202:8
202:11,23
203:25
**Gaiter's** 191:11
191:22 192:2
**Gaiters'** 192:1
**game** 131:15
**gathering** 195:7
195:7
**general** 34:8
43:24 79:16
197:6 201:25
229:24 231:1
237:11
**generally** 14:9
27:7 39:6,22
237:2,4,5
**generate** 73:8
105:25 107:5
**generated** 91:8
**generating**
73:15 90:16
104:12 194:7
208:4
**generator** 73:13
**gentlemen** 68:18
**getting** 28:21
35:7,7,10 36:1
42:6 73:15
81:19 82:21
84:2 93:14
96:25 107:3
119:15 120:3
184:5 216:7
233:25 235:3
**GIAT** 205:6
206:7,13
208:10
**girlfriend**
122:10 134:4
223:12
**gist** 113:14,15
119:24
**give** 36:9 63:6
113:10 116:2
120:1,16 127:4
132:18 138:5

141:24 147:10
147:15 163:16
168:13 170:5
171:2 198:3
205:21 211:22
212:6 216:22
217:21
**given** 84:16
106:22 159:23
180:13 184:25
191:17 195:2
**gives** 117:24
**giving** 144:1
**gmail.com** 13:16
**Gmilon** 13:21
**go** 8:12 9:24
10:20 11:7
21:14,16,19,23
21:23 26:7
31:15 34:21,22
34:23 43:13
45:9,9 57:9
58:22 59:19,20
62:11,24 71:25
72:1,9,18
79:23 84:12
87:12 89:12
98:24 99:3
107:19 108:9
108:14 117:5
117:12,25
120:8,10 123:6
127:22 130:6
131:4 137:24
145:11 158:25
165:9 166:14
168:22,24
170:4 182:16
183:16 185:23
185:25,25
187:19 190:14
192:8 202:13
202:16 213:16
215:2,3,5,10
217:24 224:23
224:24,25
228:8 234:6,7
234:14,22
235:11 237:15

**goal** 69:20 76:8
187:7
**goals** 120:7
**God** 101:4
128:23 134:7
**GoDaddy** 234:2
234:4,8
**goes** 8:12 111:12
125:3
**goggle** 93:4
**going** 8:11 9:6
9:13,14,14,15
9:19 10:5,8,15
10:20 17:18
26:15,16 28:19
39:17 43:13
51:9,10 62:5
70:4 72:5,8,10
76:13,16 80:14
85:19 91:16
95:15,17 96:16
96:17 99:16,23
102:16 103:8
103:15,21
104:4,6 105:9
105:10,10
106:9,25
107:11 111:16
112:8,12 115:9
115:24 116:10
119:12,13
120:15 121:13
121:16 124:7
128:1,7 131:19
132:12,17
133:2,4,21,22
134:1,21 136:1
136:2 138:9,11
138:13 142:25
146:2 163:22
164:10 165:5,6
169:14,24
172:12 176:24
177:2,6,13,18
180:24 187:16
195:4,11,16,25
197:22 199:2,9
199:13,14
202:24,25

203:13 213:1
215:14 217:7
217:21 226:25
227:19 229:1
238:6,9,12,13
**golf** 211:3
**good** 6:10 21:4,5
69:1 173:3
177:14,15
194:7,7 212:22
212:23 224:18
232:15
**Google** 94:3
234:1,8
**gosh** 128:4
232:17
**gotten** 26:7
74:25 134:23
144:5 195:20
195:21 237:17
237:21 238:17
**government**
7:25
**graduate** 28:16
38:21,24 39:2
59:21
**granted** 36:8
139:15
**grasp** 128:2
**greed** 216:11
**group** 30:23,24
30:25 31:13
32:13,24 43:21
43:25 44:2,5,8
44:11,12,21
52:4,7 58:1,18
78:11 86:14,15
86:20 87:16,20
89:18,23
123:19 153:19
205:4,13
206:21 208:8
208:10 233:5
**groups** 237:11
**growth** 205:8
**guess** 12:11
13:11 19:1
25:24 39:23
49:25 50:16

60:10 72:23
80:11,16 84:1
85:10 91:13
102:8 113:8
116:18 119:22
123:20 124:2
124:13 127:15
133:8 134:23
135:14,15
143:16 150:12
155:3 158:15
159:10 170:12
172:25 174:17
186:10 190:19
194:15 205:10
211:22 213:24
224:22 225:12
228:24 239:14
**guessing** 85:3
97:16 159:11
212:5
**gut** 220:15,16
**guy** 81:21
**guys** 60:2 79:18
79:23 80:9,18
82:15 90:6
109:2 127:6
188:7 196:2
199:19 216:25
222:19

---

**H**

**half** 10:6 164:7
**hall** 59:15
**hallway** 59:17
**Hampton**
110:25
**hand** 4:4 111:5
**hand-holding**
191:15
**handing** 7:6
16:17 108:17
152:19,22
156:9 162:8
173:4 177:23
181:13 188:16
189:21 199:21
228:13
**handle** 134:20

**handles** 235:12
**handling** 99:11
101:10,21
**handwriting**
228:24 229:2
**handwritten**
16:5
**happen** 107:13
112:1 129:22
191:4
**happened** 32:9
45:19 71:13
134:8,17
149:21 167:22
221:14 239:2
**happening**
33:23 35:3
71:9 226:6
**happens** 9:22
103:20
**hard** 16:4,4 42:3
107:2,6,7
134:2,10
139:13 172:20
**Harrison** 81:6
82:1,2 88:24
191:13
**Harry** 153:10,11
153:23 154:23
**hated** 199:18
**hats** 57:25
**hawed** 131:1
**hawing** 121:2
**he'll** 78:21
112:13
**head** 8:21,22,25
18:12 185:14
**headed** 111:11
152:23 162:9
173:5
**headquarters**
94:3
**hear** 39:17 41:12
96:5,12 125:5
**heard** 41:15
43:22 44:15
46:11,21 49:19
50:20 96:4
97:25 102:7

126:4 150:1,2
156:6 168:17
198:7 206:1
213:23
**hearing** 1:16
41:14 48:25
241:16
**heck** 128:1
195:3 208:3
**hedge** 30:17,18
32:10,16 33:7
33:11,19 34:1
34:3,11 43:15
46:1,3,4
119:13 141:2,3
143:3 146:22
146:24 147:7
147:17 151:18
151:23 152:16
192:24 193:25
194:6,25 196:8
196:15 198:21
202:1,7,19
204:1 207:2,5
207:10,14
211:17 214:8
214:15,20,21
215:19 216:14
218:1,15 219:2
**held** 15:6 241:12
**hello** 122:14
**help** 9:4 30:20
43:17,18 50:13
58:21,23 62:14
62:17 69:16
74:19 76:9,11
84:11 121:5
126:15,18
131:3,13 187:6
**helped** 38:18
84:5,6 85:6
86:7
**helpful** 59:11
**helping** 88:19
127:12,14,17
127:20 129:23
130:17 192:19
**hem** 131:1
**hemming** 121:1

**hesitant** 32:20
**hesitating** 146:5
**hey** 93:23
174:11 210:15
**Hi** 122:18
**high** 113:10
116:3 120:13
123:5
**high-level**
115:24 116:9
**Hilbert** 51:6,6
**hire** 105:20
233:13,17
**hired** 22:7,15
23:17,25
120:23 124:7
**history** 17:16
123:25
**hit** 177:3,16
**hitting** 127:25
**hold** 21:1 44:19
103:9,23
147:13 148:1
231:14
**holding** 44:1,5
**holds** 105:18,22
**home** 16:12 67:6
86:20,20 87:1
127:24 191:20
**homeless** 76:1
**honest** 47:20
74:16 82:19
193:25
**honestly** 126:13
195:1 197:4
**hope** 43:16
76:15
**hopefully** 103:20
107:1,16,16
**hoping** 103:14
**horizon** 73:18
**hotel** 96:15
119:1,2,9
164:24
**hotel/Condo**
95:5
**hour** 10:6,6
**house** 87:1
**Howard** 6:15,15

19:18 20:14,18
22:23 23:8
28:22 36:11
42:4,9 54:1,22
54:24 56:13,15
56:18,21,24
57:18,25 58:6
58:9,19 59:3
59:17,20,24
60:16,19 61:4
61:22 62:10,11
63:14,21 64:20
64:23 65:3,8
66:5,15 67:22
69:3,5 74:16
81:8,10 82:3
82:10 83:2,9
84:6,22 85:13
85:17 86:6,19
86:22 87:9,17
88:8 89:19,24
90:6 92:15
94:8 95:24
96:1,6,7 97:5
97:25 98:2
99:3 101:7,12
101:21 102:23
103:6 105:12
106:9,11
110:16 112:11
112:11,14,17
113:12,20
114:20,22,24
115:3,7,15
116:14,22
117:11,17,24
124:8,11,12
134:15,23
135:7 138:4,5
138:15 145:10
145:12,13,22
146:7,13
147:11,16,20
148:7 149:10
150:7,22 151:7
151:22 152:2
152:13 155:1
155:10,13,14

158:5,11,18,20
158:22 159:7
159:15,25
162:20 165:18
165:25 167:8
168:2 171:23
173:1 176:3,16
179:6,7 180:11
180:17,25
182:12 186:6
186:15,17
191:22 205:11
209:16 211:17
213:6 214:4,19
215:13,17
216:2,3,12
218:22 219:22
220:21 221:13
222:14,22
223:1 224:11
225:11,13
230:12 231:23
232:1 236:20
240:2
**Howard's** 59:13
76:25 77:14
88:10 92:1
94:10 98:4,8
103:16 112:22
112:24 115:1
118:17 121:21
159:20 160:8
161:4,10
165:19 210:7,8
211:9,25 212:2
214:8,15,22,25
226:3
**HUD** 172:8,8,9
**hundred** 95:15
108:3,5
**hundreds**
171:10,11
**Hunter** 2:11,12
6:10,11,12,14
6:17 7:2 109:2
164:8,13,16
181:21,23,25
189:16 200:12
240:11

**husband** 23:2
_____
**I**
**idea** 16:1,6
49:13 54:19
58:12 105:2
129:13,15
133:22 154:3
159:21 177:15
227:18
**identical** 32:8
**identification**
5:22 7:12
16:21 108:21
153:3 156:14
162:14 173:10
178:2 181:20
188:23 190:2
200:2 228:18
**IDENTIFIED**
3:6
**identify** 6:9
**II** 27:22,23
**Ilich** 141:15
144:20 152:13
162:21,22
163:12,19
164:2,22
165:19 166:1
167:17,20
168:23 173:15
174:7 176:22
181:8
**Ilich's** 204:4
**Ilich-Ernst**
178:16,23
**ill** 28:16
**illiquid** 33:16
218:2
**Immediately**
133:20 135:19
**impact** 10:25
**important** 8:11
9:17 119:3
**impression**
121:6,7
**in-and-out**
60:24
**in-person** 85:17

**inactive** 21:10
21:11,12,14,16
**incentive** 36:14
**inception** 139:4
212:12
**include** 17:7,15
155:14 212:20
235:14
**included** 11:22
33:24 167:17
176:16,17
**includes** 235:17
235:18
**including** 17:14
36:10 232:13
**income** 12:7
73:8,13,15,16
74:3 94:24
104:12 106:3
106:24 107:6
**independent**
58:7
**independently**
112:10
**Index** 31:1
**indicate** 104:19
**indicates** 183:2
**indicating** 57:23
**individual** 22:22
61:14 77:6
122:22 128:10
171:20 217:17
**individuals** 63:9
68:11 69:17
70:3 75:25
76:3 77:10
79:21 88:19
95:9 102:11,25
104:7 121:13
194:2,3 213:21
213:23 218:4
**info** 13:15
229:12,16,18
229:21,22,24
229:24 230:8,9
231:2,18 232:2
232:5,13
234:11,15
**information**

5:19 6:19
55:19 63:5
96:12 111:19
123:4 134:9
198:4 199:6
212:7 229:6
230:3 234:17
**initial** 29:4
115:16 123:1
131:8 132:22
151:25 239:14
**initially** 45:8
48:20 67:10
102:3,6 112:4
123:21 131:9
132:21 137:2
141:19 193:2
224:20 231:7
**inputting** 55:19
**inside** 207:20
**insisted** 176:17
**instance** 233:4
**institutions**
17:22
**instructed**
216:13
**instructions**
159:24
**instructs** 9:23
**insurance** 40:17
40:18 49:18,21
49:23 50:2,6
50:24 51:2,13
81:20,21,24,24
112:6 119:16
131:11 224:23
224:23
**intake** 89:4
122:23,25
123:3
**intakes** 122:5
**intent** 109:19
**intention** 69:12
**interact** 85:22
**interacts** 238:20
**interest** 6:23,25
102:22 104:21
104:22 105:24
106:6 111:2

144:8 146:4
221:18
**interested**
215:10 237:7
**interesting**
119:15
**intermediate**
27:21,22
**international**
38:21 88:16
**Internet** 128:5
**interview**
124:13
**interviews** 124:9
130:19
**intimately** 96:19
**intricacies** 116:2
192:11 219:21
219:22 222:23
**intricate** 89:8
**introduced**
22:22,24 23:15
24:2,14 117:22
122:1 215:6
**introduction**
122:15
**introductions**
129:1
**invest** 94:7,19
95:10 128:8
146:13,16,19
146:22 197:20
200:23 211:17
214:4,20
215:19 217:7
221:7
**invested** 90:18
91:1 95:6,7,9
95:18 107:24
146:23 147:11
147:16 166:7
169:18,20
193:17 196:7
198:21 202:6
202:10,24
203:1,25
207:15 211:20
212:18 214:8
214:14 217:12

217:17,22
219:6,7,14
220:6,8 225:2
**investigated**
71:23
**investigation**
4:21 5:1,6 6:13
7:19 71:24
236:9,17,21
237:4,12,24
238:5 239:8
240:7
**investing** 141:2
141:5 143:2,3
170:16 201:25
202:19 207:10
216:5,14
217:15,20
218:16 219:2
**investment**
33:24 45:16
91:12,15 93:21
94:11 97:7
98:3,4,6,8,10
98:15 101:19
112:20,22,23
112:25 113:1
147:1,5,6
148:7,13
151:25 152:16
191:11,23
192:3,23 201:9
203:8 204:4,7
205:20 206:17
**investment-rel...**
221:23
**investments**
34:3 113:7
116:7 138:19
138:23 145:18
146:7,8 151:9
151:12,18,20
151:22 152:1
194:18,19
196:16,17
203:16 206:23
207:1 218:2
**investor** 78:7
92:18 146:9

219:2
**investors** 29:25
34:10 40:1
47:14,14,19
70:2,2 78:7
98:21 102:23
103:14,15
131:12,12
132:8 133:17
133:23 190:9
190:12 197:23
213:19 216:22
216:23 217:6
220:5 221:23
237:11,14,24
**investors'** 32:9
102:18
**invite** 80:9
**invited** 116:25
**invites** 117:24
**involved** 25:1,2
29:2 38:7
39:15 40:9,15
55:23 71:18
90:3 91:24
92:15,17 93:21
94:18 96:19,20
97:2,3,4
101:16,24,25
102:4,9,10,24
116:7 129:2
138:18,23
152:3,5,7
153:22 166:12
191:6,8,11,22
191:24 192:10
196:9,14,18
202:18 203:11
222:4 237:10
**involvement**
96:21
**issued** 230:14
**issues** 6:25 13:1
43:15 185:17
**issuing** 149:23
**item** 12:20,22
17:20 20:16,24
25:17 189:10
**items** 13:7,9,13

17:19
___
**J**
**Jacksonville**
3:10 86:11,13
86:19 95:2,3
95:13 96:3,14
96:15 98:20
99:11,14,15
104:11 105:6
107:14 109:12
138:21 163:23
164:4,21,23
165:6 166:14
167:24 168:1,4
168:8,15,19,24
169:4,7,24
170:4,8,9
172:2,2 173:21
**Jacon** 211:7
**jail** 197:17 211:5
**January** 36:25
37:4,17,18,20
56:20 60:20
61:5 64:10
84:19,20
125:24,25
126:2,23
136:22,23
137:17 155:23
175:13 177:2,7
232:24
**Jasminka**
141:15 162:20
162:22 170:5
173:15 174:11
174:16 177:13
178:16,23
185:2 187:23
**Jeff** 38:2 39:4
97:5 102:1,2
129:4 139:14
152:9 153:25
154:3,11
172:23 194:15
202:20 203:18
**Jersey** 40:20,21
40:22
**Jesus** 50:1

**job** 29:21 30:16
34:13 54:10,21
115:11 118:2,5
119:11 120:14
131:8 132:4
135:12
**join** 129:14,15
129:19
**joined** 45:19,21
130:5 236:5,7
**joining** 129:23
**Jones** 173:1
**Jose** 172:12,16
177:1
**judge** 105:12
106:20
**judge's** 105:18
105:22
**July** 97:17,17
136:10 152:20
152:24 155:23
156:1 189:22
**juncture** 102:10
**June** 97:12,13
97:17,17
107:16,17
136:10 201:19
202:1,3,4,5

___
**K**
**Kahn** 38:2 39:4
41:22 42:11,21
42:25 97:5
129:4,5,7
152:9 153:25
154:3,11
172:23 203:18
**Kahn's** 40:11
**Katie** 134:4
223:10,11
**Kavante** 202:9
202:19 203:9
203:24
**keep** 32:7 132:6
132:18 209:20
217:23
**keeping** 88:11
**kept** 88:11
177:17

**kicked** 59:25
146:14,20
147:7 192:21
202:8 204:1
**Killarney** 14:18
14:20 61:23
67:10,13 70:18
86:17,22,25
89:14,24
118:22
**kind** 23:22
28:11 39:9,20
39:22 55:22
60:24 72:8,13
72:16 73:14
82:22,23 93:2
95:4 96:11
99:21 102:8
112:9,15
119:23 121:1
121:15,15
128:8,24 130:9
130:21 131:19
133:2 152:5
166:16 168:10
171:16 195:10
195:14 205:22
206:3 210:24
235:11 237:16
239:16
**kinds** 40:5 51:4
63:15 73:17
**knew** 48:7 64:17
73:23 74:17
80:13 102:7
118:7 122:4,6
130:5,7 134:1
143:20 167:8
177:11 186:9
188:4 191:9
196:8 215:20
218:17,19
220:5,7 226:15
226:16 239:9
239:10,13,14
**know** 7:8 8:25
9:3,13 10:2
12:24 15:25
16:5,18 20:18

22:18 23:6,11
23:12,13 28:22
29:4 30:9
32:20 38:5
39:16 40:2,2,3
40:4,7,12,13
40:14,16,17,19
40:24 41:5,9
41:11,25 42:4
42:14 43:4,6
43:18 44:6,8
45:4,16,18
46:17 47:10
50:1,3,7,8,14
50:15,21,22
51:8,16 52:1,7
52:11 53:15,18
53:20 54:18
55:15 56:3,19
57:1,21 58:7
58:11,23 59:2
59:5,8 60:14
62:13,16,17
63:18 64:18,23
65:2,5,19 66:1
66:7,15,19,21
67:12,13 68:23
69:10,18 70:6
71:11 74:18
76:3,5,8,10
77:7,8,13 78:6
78:16,17,17,18
78:22,23 79:2
80:12 81:12
82:4,7,8,18,19
82:22,23 83:18
84:5,15 85:20
85:22 87:23,24
88:6,18,25
89:3 90:4,8,9
90:20,23,24
92:11 93:3,7,7
93:9,14,22,24
93:24 94:1,4,9
94:21 96:23,24
97:2,16,16
101:5,6,23
102:5,10,14
104:7,23 107:3

108:1,6,18
112:8,19 113:8
113:9 114:4
115:6,23,23
116:16,17,18
118:6 119:17
119:22 120:6,8
120:9,10,13,19
120:25,25,25
121:10,12,18
121:19,20,20
121:22 122:2
122:13,23,24
123:2,6,8,11
123:13,24
124:13,15
125:16 126:5
126:16 127:19
127:23,24,25
128:2 129:9,13
129:17,18,25
130:3,9,9
131:5,10,11,19
131:24,24,25
132:7,11,15,17
132:18,19,19
132:21 133:1,3
133:7,7,15,23
133:23 135:4
135:15 136:5,7
136:8 138:15
140:5,6,19
141:7,10
142:17 143:22
144:15 145:24
146:6 147:12
147:18,19
149:20,21
150:1,13
151:15 152:5
152:25 155:12
156:4,12
159:11,19
161:7 162:12
164:9,17
166:14,15,18
166:19 167:13
168:10 169:22
170:20 171:17

173:8 174:8,24
174:25 177:15
177:24 179:11
179:19 181:1
181:10,18
185:8,13,23
186:2 187:18
187:25 188:5,6
188:9,9,20
189:24 191:14
191:24 192:7,8
192:9 193:1,3
193:4,14 194:3
195:12,17
198:4,5 199:4
199:5,17,19,24
200:9 201:8,12
201:15 202:3,4
202:16 203:9
203:12 205:5,7
205:17,18
206:6,11 207:8
208:4,5,7,19
208:21,25
209:1,8 210:1
210:5,5,20,21
210:25 211:1,3
211:4,20
212:10,22
213:15,15
215:4,5,10,11
215:13,15,17
215:22,22
216:8,9,11,12
217:4,5,10,12
217:15,17,22
217:25 218:1,9
218:10,22
219:14,17,20
219:22,23
220:9,9,18
221:12 222:8
222:16,20,23
223:10,18,19
223:19,20,21
223:24 224:4
224:19,22
225:2 226:5,10
226:12,19,21

226:22 227:19
227:20 228:16
229:4,24 230:2
230:5,17
231:25 232:3
232:18,19,20
233:1,20 234:3
234:3,5,6,21
235:3 236:2
237:2 238:12
238:20 239:11
239:12,13,15
knowledge 17:5
41:1 48:22
114:8 140:16
192:4 223:5
227:1 231:22
knowledgeable
39:18
known 6:15
knows 70:8
164:2 236:23
237:16

_____
L
lack 57:2 75:1
136:15,21
Laddell 71:22
lap 133:22
lapsed 21:9
laptop 134:6
Large 30:24
32:14
Larry 28:14
Las 202:13
late 71:17
lately 78:13
latest 107:17
Lauderdale
220:22
launch 90:21
law 57:6 59:13
76:24,25 88:14
112:18 118:17
159:20 160:8
161:4,10
207:18 211:6,9
laws 4:25 5:3 8:4
lawsuit 104:18

lawyer 9:21
81:13 82:11,13
82:14 125:6,8
236:13,14,16
239:22
lawyers 134:3
leader 123:10
leading 37:22
learning 196:21
lease 87:22
leave 41:22,24
42:23 43:10
130:7 133:14
147:3
led 135:22
ledger 160:17
180:2,6 183:3
left 37:25 41:23
42:3,8 51:7
58:2 59:20
60:19 64:9
73:12 84:18
85:2,14,18
94:1 101:18
111:5 126:1
127:5 131:16
131:18 133:10
133:11,12,15
133:18 138:17
138:24 139:5
139:10,19
141:14 144:22
145:9,14
146:11,17
147:17 175:13
195:8 214:17
217:1 223:25
232:24 239:16
legal 15:9,14
106:10,11,16
legitimate
171:22 173:2
lender 172:20
lends 172:20
Leon 46:19
183:22
let's 11:7 12:25
26:13,13 31:15
37:18 44:24

62:23,23 79:17
84:18 85:11
108:9,14
125:20 127:6
158:17,25
160:13 165:8
183:16 188:10
228:8
**letter** 3:19
108:25 109:18
110:21,22,23
110:24 134:23
189:22 190:8
**letters** 190:11
213:14
**level** 120:13
123:6
**Li** 2:12
**license** 40:17,18
81:20,23
119:15,21
123:14 124:4,5
130:4 221:3
**licensed** 49:24
119:16 131:5
**licenses** 21:1,3
21:12,17
**Liddell** 13:25
14:4
**lie** 187:15,23
**life** 50:25 69:17
69:19
**liked** 80:16 89:7
**Linda** 42:14
51:6,6,6
144:23 152:13
161:22,23
202:15,20
203:17 213:22
238:18 239:3
**Linda's** 145:2
**line** 99:19
157:12 170:19
**lines** 77:11
185:19
**liquid** 33:17
75:19
**liquidation**
33:14,19

**list** 11:22 12:1
34:8 215:4
**listed** 17:24 18:3
19:14 20:1,16
20:19,25 22:10
25:17 30:13
51:22 167:9
**listen** 99:22
196:12 199:17
216:20
**listening** 210:2
**listing** 22:20
51:24
**lists** 167:2
**literally** 95:12
**litigation** 8:4
104:24 105:1,5
105:14,22
**little** 24:8 26:14
27:4 29:7 34:6
53:4 57:16
95:17 98:16
112:12 115:23
120:1 128:25
133:1 164:11
190:25 191:15
194:24 217:1
**lived** 211:6
**lives** 88:21
211:13
**living** 64:13
88:20 106:3
**LLC** 1:6 2:12
4:23 43:22,25
44:15,21 46:13
241:3
**loan** 3:11,12,14
3:15 96:25
97:1 141:6,7
141:10,11
143:4,5,19,19
144:2,6 148:10
152:20,23
153:8,9 154:10
162:9,19 164:7
171:19,25
172:3,4,7,20
173:2,3,5,15
173:18,20

175:22 176:6,8
177:12 189:11
189:12 207:17
207:17,18
213:8 219:24
220:3
**loaned** 145:22
**loaning** 149:17
**loans** 74:8 106:2
143:17 145:4,6
145:18,25
146:4,24 147:3
151:19,20
154:23 155:2
207:16 221:8,9
**located** 14:20
15:1 46:17
67:2,9
**location** 67:2,8
241:7
**locations** 68:19
68:20
**long** 59:17 91:19
119:24 123:25
136:13 163:1
**longer** 28:15
48:10 100:13
**look** 23:17 93:23
95:23 127:23
144:15 151:21
151:23 156:12
173:7 183:17
196:2 201:3
210:15 213:24
222:9
**looked** 13:7,8
14:14 121:19
122:8 143:15
175:17 182:23
186:1
**looking** 12:20
13:7 17:10
23:19,25 73:21
89:3 102:22,24
107:17 121:10
121:12 134:1
157:2 208:6
210:10,12,13
222:17 230:3,3

**loop** 62:6 102:4
**Lord** 82:20
**lost** 15:18
105:14 123:14
124:4 148:11
**lot** 28:18 29:8
30:3 39:16
40:19 69:16
75:24 76:10
88:15 107:7
127:25 128:7
171:5 195:15
207:7,20,23
213:4 224:2
229:11
**lower** 111:5
**lower-economic**
128:16
**LP** 32:14
**lunch** 80:20
109:13 110:13
**luncheon** 108:11

**M**

**M** 27:5,25 28:15
**M-I-L-O-N** 4:14
**M.B.A** 28:8,10
**mad** 221:4
**main** 229:1
**majority** 92:23
**maker** 39:7
**makers** 41:12
**making** 33:5,13
33:22 99:16
104:9 151:22
155:2 165:17
209:9 230:6
237:10
**malfeasance**
198:18
**man** 74:17
139:24
**manage** 33:11
202:21
**Managed** 30:25
**management**
22:3,5,13,16
23:7,12,18
24:5,20 25:2,4

25:11,24 26:4
26:15 36:16
52:22 145:3
206:17 221:22
222:2,5,7,14
223:2,6
**managing** 29:20
30:17 32:16
33:7 34:11
**manual** 16:5
30:3
**manually** 30:10
**March** 127:8
129:21 131:18
133:13,15
137:3,12,15
146:21 195:8,9
195:9
**Maria** 241:9
**Mark** 2:11 6:10
**marked** 5:21,24
7:6,11 12:19
16:17,20
108:17,20
152:19,22
153:3 156:9,13
162:8,13 173:4
173:9 177:23
178:1 181:13
181:19 188:17
188:22 189:21
190:1 199:21
200:1 228:13
228:17
**marketing**
216:21 217:2
**marriage** 223:13
**Martin** 125:14
125:16
**mass** 130:2
237:19
**Massachusetts**
31:19 46:16
48:13 49:11
**MassMutual**
23:20,20
**material** 217:2
**materials** 216:21
217:4

math 98:7
matter 1:3,16
  4:23 5:6 61:19
  134:4 209:6
  210:15 241:3
matters 235:1
McHardy 38:6,7
  62:14
mean 22:2 27:14
  30:2,18 33:15
  33:21 39:4,23
  44:4 48:16
  49:17 56:10
  58:19 61:2
  68:10,12,13
  72:18 74:14
  76:2,20,25
  77:7,8 80:11
  84:24 85:10,24
  86:3 88:12
  93:19 94:13,14
  95:7 97:1,16
  98:7,9 103:4
  103:20 120:2,5
  120:8,10
  122:13 123:18
  131:23 133:3
  133:21 139:2
  140:20 146:21
  148:16 150:14
  151:15,17
  152:11 162:24
  164:16 165:15
  169:22 170:11
  173:19,25
  174:10 184:13
  185:13 191:24
  193:22 194:11
  194:17 195:12
  199:3 205:1
  207:23 209:3
  212:9 213:11
  215:23 216:17
  217:13 220:9
  233:22 237:5
meaning 21:24
  85:25 87:2
  95:8 142:1
  191:9 212:12

213:6 222:18
means 10:13
meant 93:16
  117:10
medical 106:7
  106:17,18
  123:23 148:10
  148:12,14,20
  148:21,25
  149:7,11,16,23
  150:3,10,24
  151:8 152:4
  212:21
medications
  10:24
meet 79:18
  83:23 84:24
  85:7,10 112:13
  116:1 117:7,8
  117:11,12,23
  118:1,4 165:25
  166:3 206:15
meeting 84:4
  114:25 115:16
  119:10 120:3
  124:11 171:1
  199:18
meetings 85:13
  85:17
Mehta 220:18
  220:20 221:7
memorandum
  216:24 218:12
  222:10
memory 10:25
men 124:2
mention 55:4
  210:18 236:22
mentioned 59:6
  186:2 210:16
  220:2 226:14
  236:11 238:1,2
Merit 27:9
messages 231:21
  234:12,14
met 22:18 23:20
  68:11 71:6
  77:11 83:23
  84:3,22 96:15

112:14 114:22
115:22 116:4
116:22 117:8
117:15,17,17
117:18 118:11
120:24 121:11
121:11 130:1
205:11
MetLife 130:11
  130:13 133:10
  133:12,14,15
  162:25
Miami 1:13 2:8
  241:7
Michael 110:24
Michigan 67:4
Mid-March
  129:21
middle 10:7
  121:14 197:9
Mike 183:22
mil 164:7
million 147:21
  148:6 149:11
  150:23,24
  151:7 152:4
  171:19,25
  172:13,14,15
  175:9 212:8,20
Milon 1:8 3:4
  4:6,13 6:11 7:4
  10:24 132:16
  240:13 241:4
mind 68:15
  94:23 108:7,7
  205:23 217:20
  217:24
mine 162:23
minor 236:2
minute 28:21
  47:25 54:9
  62:6 91:5
  133:1 194:21
  195:24 214:9
  214:13 229:20
  229:21
minutes 16:18
  164:15
mismanaged

198:23
missed 99:19
missing 98:12,13
  210:22
misstate 71:15
mmm-hmm
  8:24 86:9
  107:23
Modley 27:10
mold 90:22,22
  90:23
moment 7:7
  131:3 138:16
money 71:10,12
  75:2,7 76:3,10
  76:16,22 90:15
  90:16 91:8,14
  94:14,16,17
  96:23 98:19,23
  99:16,23
  100:19,20
  102:18 105:4
  105:13 106:1
  106:13 137:19
  138:2,5,11
  139:9,18 140:6
  140:15,25
  141:13,18
  142:2,4,13
  143:19,21,21
  144:2,5,21,24
  144:25 145:9
  145:13,16
  146:13,16,19
  147:11,15,16
  148:15 149:5,6
  149:17 150:23
  152:15 155:5
  155:10,17
  157:25 158:2,6
  158:13,13,14
  158:16,19,21
  161:8 162:5
  163:16,21
  165:5,20,24
  166:20 167:17
  168:7,12,14,18
  168:19,23
  169:2,3,6,12

169:13,15,18
169:20,24
170:1,4,5,9,11
172:20,20
176:10 177:2
177:20 179:2,8
179:13,21
180:13 181:8
185:8,19,20,23
187:9,10,10,12
187:14,16,18
187:21,25
191:6,10,21
192:9,11,14,20
193:5,6,7,8,8
193:12,20
194:8,12,14,15
196:16 197:4,7
197:13,19
198:11,12,21
199:5 202:16
202:24 203:4
203:25 204:10
204:13 217:21
218:3,5 219:2
219:12
moneys 106:21
137:20 168:21
170:21 194:16
194:17,21,22
197:25 202:21
203:13,19
month 79:11,12
187:9,12
194:24
month's 195:12
monthly 106:22
171:2 184:22
234:4
months 91:16
94:25 99:17,24
100:10 104:13
105:1 107:12
143:8,9,23
144:3 171:15
Moore 104:1
172:6
morning 6:10
mortgage 104:1

172:6
**mosey** 121:15
**mother** 192:22
**mouth** 48:25
  49:4 71:15
  150:20 217:24
**move** 7:9 44:24
  48:21 49:13
  60:7,9 84:4,5,6
  84:11,23 85:6
  85:11,12 86:7
  86:10,14 88:1
  89:10,14 90:2
  90:3,7 112:9
  131:5
**moved** 48:13
  49:10 60:3
  61:25 67:11
  86:6,13,15
  89:19,24
  211:13,15
  224:21
**movement** 93:8
**moves** 93:7
**moving** 90:8
  93:3 224:21
**MRIs** 106:18
**multiple** 6:20,21
**Murphy** 53:2,13
  55:5,6,17 56:6
  57:21 64:9
  65:12,14 66:4
  66:10 179:10
  179:17 230:24

**N**
**N** 3:1,1 4:1
  108:13,13,13
**name** 4:11,12,15
  20:3,5,23 31:7
  31:21,22 32:1
  32:20 33:2,4,4
  38:5 42:14
  45:25 47:9
  48:1,10,11
  50:1,2,10 51:5
  51:6 52:6,7,9
  53:9 62:16
  65:19,22,23

67:4 70:23
  119:9 128:18
  128:19,20
  136:4 139:25
  140:3,4 149:14
  150:2 155:4
  156:6 175:23
  176:1,2 200:11
  220:18 223:10
  223:17 226:3
  226:11 232:16
  232:17 233:1,1
  241:19
**named** 7:23
  157:21
**names** 31:20,22
  43:16 48:8,20
  52:1,6,11
  92:11 101:5,6
**narrowed**
  224:20
**National** 27:9
**natural** 8:21
  9:13
**Neal** 63:12
**near** 90:17 94:2
  166:13 213:25
**necessary** 240:7
**need** 10:2 70:4
  71:25 104:5
  105:11 112:10
  113:11 126:15
  133:1 135:17
  138:9 164:11
  226:17
**needed** 58:21
  112:6 126:17
  135:1,23
  142:24 164:4,5
  164:7,21
  187:21
**needs** 191:15
**negotiating**
  103:19
**negotiations**
  101:11,21
  109:9
**Neil** 91:23 92:4
  92:6,7,22

93:18,23
**networks** 64:19
**neuropsychs**
  123:5
**Nevada** 31:20
  32:2,21 46:1,6
  46:16 48:14,21
  49:11,11,14
**never** 31:4,7
  32:15 35:4
  81:24 82:14
  93:15 122:18
  122:18 131:17
  134:4 187:24
  206:2 207:3
  208:11 217:24
  230:1 232:18
**new** 40:20,20,20
  40:20,22,22
  52:6 139:9
  145:3
**NFL** 81:11
  90:15 99:13
  104:18 112:19
  138:20 148:22
  168:3 184:7,20
  207:12,13
  217:8 218:16
  219:1
**nice** 89:1 122:17
**night** 83:17
**nod** 8:21
**nodding** 8:25
**non-compete**
  72:20,21 73:2
**non-disclosure**
  111:12,22
**noncash** 36:12
**normally** 9:12
**North** 211:15
**Nos** 153:2
**noted** 18:17
**notice** 1:17 27:1
  127:7,11,16
**November** 21:15
  54:9,15,17
  61:7,8 62:2,3
  193:1
**number** 6:1,4

11:7,9,11,17
  12:1,7,20,22
  13:7,9 14:10
  15:3,13 16:9
  16:15 17:21
  18:11 20:24
  22:9 27:16
  29:22 56:1
  57:8 67:13,23
  72:7,9,11
  73:21 74:15
  84:13 96:22
  99:18 108:18
  128:9 135:25
  142:25 159:4
  181:24 185:16
  187:8 195:13
  207:25 210:19
  217:14 224:3
  241:5
**numbers** 145:23
  146:3 186:10
  195:22,22
**numerous**
  145:15 151:14
  217:11

**O**
**O** 3:1 4:1 108:13
  108:13,13
**oath** 8:15
**OBA** 21:20
  71:25 131:25
  132:3
**object** 9:21
**objective** 69:15
  69:20,21,24
  70:8 187:7
  199:1 216:10
**obligations**
  171:2
**observation**
  222:12
**observations**
  208:6
**obviously** 8:22
  20:20 45:8
  71:21 78:8
  88:14 93:22

115:4 116:20
  131:10 132:1
  132:14 138:20
  145:10 150:13
  165:1 166:15
  166:19 192:25
  195:15 198:8
  202:21 205:9
  214:1 222:21
  226:17 235:13
**occupied** 121:17
**October** 54:5
  157:13 158:7
  159:3 160:17
**odd** 114:19
  202:15
**offered** 131:1
**offering** 216:24
  218:12 222:10
**office** 14:25 60:3
  60:3,3,8,9,22
  61:1,23 67:6
  67:17 68:24
  69:9,14,24
  84:5 85:7,8,13
  86:16,21 87:1
  87:4,6,11,16
  87:21,25 115:1
  115:9 118:22
  127:17,24
  166:4 211:6
**officer** 96:25
**officers** 4:18 5:8
  126:6
**offices** 61:21
  83:24 84:7,11
  85:5
**official** 56:1
  65:23 195:22
  225:13,17
**officially** 58:16
  127:14 129:19
  129:23 130:21
  131:7
**offline** 13:4
**oh** 14:1 18:13
  34:22 41:17
  46:11 53:9
  58:14 64:12

67:10 79:22
80:2 91:4,17
101:4 103:17
117:10 126:9
128:4,23
137:11,11
145:10 166:24
167:2 181:22
200:13 219:11
225:12 230:21
230:21 232:17
238:14
**okay** 12:11,14
13:5 14:8
20:10,13,24
24:12,16 26:5
28:6 29:12,19
31:5,24,25
33:9 34:5 35:2
35:13 37:23
38:10 39:25
40:2 41:17
42:11,14 43:4
43:8 44:14,24
45:13,18 46:20
47:5,18,21,24
49:18 50:19
51:14,18 52:5
53:3 55:6,13
55:17,25 58:11
58:15 59:10
60:1,25 61:3
62:5,19,22
63:11 64:12
65:12,18,20
66:2,22 67:8
67:12,25 68:6
68:9,17 69:12
70:20 71:25
72:8 73:6
79:18 80:4,7
80:15,18,25
81:21 82:4
83:1 86:2,12
87:20 90:9
91:13 94:10
95:19 97:11
98:14 99:3
100:2,4,23

103:18 104:25
106:15,25
112:14 113:4
114:3,6,14,17
114:22 117:20
119:10,20
125:13,15,19
126:1,9 127:15
129:5 133:24
135:17 137:15
137:21 138:17
139:18,22
140:9 141:12
145:11 146:12
147:2,4 148:5
148:21 149:4
149:19 150:11
151:5 161:23
164:10 167:16
169:16 171:9
175:8,25 176:3
179:7 180:1
181:25 185:19
190:21 192:1
193:10,13,16
194:11,21
195:8 196:6,22
199:11,14
202:18 203:7
204:23 205:16
206:10,16
208:11,18
209:5 211:2,17
212:4,17
214:12 218:18
218:24 219:16
220:1 225:12
225:12,17,20
225:23 226:1
227:4,4,8,13
227:21,25
229:7 230:20
230:22 231:10
233:3,16
234:19,23
235:9 236:8
238:22 239:4,7
239:21
**old** 52:1,1,6 60:3

**OmniPad** 90:18
90:19 91:1,11
91:12,15,24
92:3,15,17,18
92:19,21,23
93:1 94:7,11
94:19,22 99:14
104:10 105:6
107:22,25
138:22 168:2
219:4,4,8
**on-the-job**
133:24
**once** 72:13
76:21 77:12
78:3 79:9,12
79:17 87:4
93:19 96:19
98:22 105:9
113:22 131:6,7
132:4 136:4
146:1 148:1
149:21 151:14
152:6 156:24
157:5 170:19
175:5 195:19
196:3 203:1,19
222:13 235:4
**one's** 103:20
**ones** 20:20 31:3
52:1,1 139:16
149:17 163:16
191:15 217:11
227:8 230:18
**online** 22:20
181:3 225:21
225:24 226:22
**onset** 97:2,4,7
**open** 31:5
**opened** 31:2,19
32:1 68:24
227:8
**opening** 5:4,17
**operated** 113:7
**operating** 3:23
44:2,16 45:14
228:24
**operation** 44:22
123:7

**operations** 47:7
89:4 115:8
**opinion** 107:4
194:5 195:5
**opinions** 195:5,6
**opportunities**
30:23 31:14
32:10 72:11,12
73:17
**opportunity**
5:11,25 77:9
131:17 216:17
**opted** 21:25
**Option** 30:23
31:13 32:10
**options** 32:4,6,6
32:7 44:13
45:10 52:3
208:17 218:25
219:13 224:24
224:25 225:1,1
226:16
**orchestrate** 94:1
**orchestrated**
192:5
**order** 5:5,7,12
5:12 30:1
156:25
**orig** 157:15
**origin** 205:2
**original** 241:14
**outflow** 182:9
**outflows** 179:2
**outside** 13:4
21:19 58:24
71:18 90:8
208:4
**outskirts** 128:14
**overhear** 96:12
**overlap** 127:6
**overlapping**
86:3
**overlaps** 85:23
85:24
**oversee** 119:13
206:1,20,23
207:1
**overseeing** 33:25
34:2 55:22

**oversight** 206:21
**overview** 113:10
115:24 116:9
**owe** 149:5
**owed** 105:24
**owing** 176:22
**owned** 151:1
219:22
**owner** 48:18
92:23 99:12

**P**

**P** 4:1 30:25 31:4
31:5 233:2
**p.m** 108:10,11
108:15 165:12
188:14 228:9
228:11 240:18
240:19
**page** 6:19 12:19
17:20 20:24
26:24 109:17
109:17,21
110:2,4,9,19
110:22 111:5,9
111:13 153:15
153:16 157:8,9
160:13,20
178:13 179:23
180:8 182:16
182:25 183:16
183:24,25,25
189:5 201:3
**pages** 1:9 109:16
109:18
**paid** 36:1 45:11
49:25 50:5
66:4,7,12,15
68:23,25 73:25
74:11,21,22,25
75:18 76:7,14
76:17,23 84:2
87:24 88:2
90:2,9 91:9,14
105:7,25 106:9
106:18 107:3
130:6 137:19
145:6,24 146:4
148:17 151:3

155:17 187:11
203:15 204:3,6
204:9,12 213:6
213:8,10 220:4
221:9,11,15,16
221:18
**Palmor** 235:10
**Palum** 232:17
232:22,22
**paralegal** 63:14
63:23 92:1
221:2
**part** 33:18 34:13
48:18 49:3
50:7 58:1,18
65:25 75:17
89:8 102:8,15
102:17,21
103:3,13,16
124:3 146:23
146:24 147:1,5
174:9 175:5
178:18 190:18
193:16 202:14
205:13 217:8
233:25 236:8
**part-time**
130:18
**participating**
3:11,12 152:20
152:23
**particular** 6:20
56:4 62:11
72:9 84:1
111:10 236:10
**particularly**
13:7
**partly** 230:11
**partner** 43:3,7
130:7 233:5
**partners** 30:19
30:22 31:10,16
31:18 32:5,12
32:17,24,24
33:2 44:12
45:9,25 46:6
52:2,2,8
153:20 162:20
182:7 191:1

**194:6 224:24
224:24 225:1
partnership**
130:5
**party** 49:24
117:1,1,5,9,16
117:19,21,22
117:24,25
118:9,10,14,14
118:15,16
**passed** 122:11
**password** 234:7
234:24 235:4
**pastor** 239:23
**pastors** 236:18
239:23
**path** 166:17
**Paulsen** 241:10
**pay** 35:13 69:3,5
69:9 75:2,7,11
75:20 104:21
104:22 105:4
105:15 106:3
138:2 148:25
149:7 156:2
171:16,17
176:24 177:2,7
234:4
**paycheck**
114:21 134:6
**paying** 35:11
56:23,24 57:4
57:11,14,22
58:1,18 76:1
148:19 189:13
191:16 219:24
**payment** 136:15
136:21 155:25
184:22
**payments**
110:12 144:9
**Payoff** 189:11
**pending** 10:8
126:17
**people** 23:6,11
24:3 37:25
38:1 57:8,13
57:18,23,24
58:17 61:3

62:10 80:13,23
92:8 93:3 94:2
106:4 121:12
121:17 122:7
130:2 132:12
139:9,12,17,18
159:14,23
163:14 184:5
205:4 210:12
214:4 215:14
216:19 229:11
229:16 231:10
232:24 234:21
**people's** 197:5
**percent** 72:1
143:6,12,22
144:3,8 148:19
220:9 222:10
**percentage**
36:19 101:23
104:2
**perfect** 120:12
**performance**
222:15 223:2,7
**period** 37:18
71:10 143:7
178:11,25
**periodically**
171:3 195:23
**Perioni** 172:16
**person** 22:24
50:2 51:11,13
60:24 63:17
78:5,9 79:4,7
87:5 104:1
121:10,11
123:3 124:25
135:25 140:1
161:2 172:6
176:11 197:17
198:17 209:3
215:9,10
216:18,18
235:4
**person's** 20:3
**personal** 140:15
142:16
**personally** 91:3
91:9 94:16

140:11 203:5
**phase** 90:19,21
**Phillip** 6:14
19:18
**philosophies**
23:21
**phone** 12:23
23:23 59:7
78:5,6 83:12
83:16 112:2
132:14 134:7
195:14 216:19
**physical** 59:23
60:22
**physically** 14:13
84:25 85:1
96:22
**pick** 72:24 84:12
84:14 96:11
**picked** 205:25
**picture** 70:3
115:24
**piece** 88:18,22
119:23 120:2
131:11
**pieces** 96:11
**pillars** 123:16
**pinching** 213:25
**pitched** 90:11
115:5 220:8
**place** 1:10 50:17
50:22 72:12
80:10 113:5
184:15 206:13
207:3 232:20
**places** 105:3
**plan** 69:18
131:15,21
169:2 170:5
171:15
**planned** 102:17
132:10
**planning** 25:8,9
25:23 113:9
119:14,23
120:2,5,5,21
131:13
**plans** 74:6
**plant** 73:14

**plate** 195:15
**play** 46:18
**player** 149:5
220:5,7
**players** 49:23
50:14 76:2
77:4 81:12
82:6,9 89:4
99:14 101:24
101:25 102:6
104:19 105:20
106:11 122:25
133:8 148:24
150:14 155:7
168:3 171:2
184:7,8,20
187:5,14 202:6
203:25 214:7
214:14,19
217:7 218:16
219:1
**Plaza** 2:13 61:1
**please** 4:4,11 6:8
8:17,25 9:5,9
10:2,12 108:18
161:6 162:11
164:9 177:24
189:24 228:15
**plus** 209:4
210:13
**point** 71:16
90:14 103:5
105:21 135:17
174:20 190:20
193:23 195:2,4
199:17 204:17
236:2
**pointed** 122:8
**policies** 50:9,14
51:11
**poop** 131:22
223:14
**pop-in-and-out**
87:5
**portfolios** 70:5
**portion** 45:10
106:8
**position** 95:5
**possession** 11:16

possible 6:25
194:9 215:17
postponed
239:15
potential 6:22
47:14 70:2,9
72:12 73:16
90:14 102:17
103:1 105:3
131:12 216:22
217:6
potentially
94:24 100:24
101:2 104:12
163:20
power 3:21
199:22 200:7
practice 156:21
practicing 221:3
praying 83:18
pre-drafted
175:24
predicated
99:25 184:21
prefer 142:15
preliminary
109:8
prepared 198:3
present 6:22
234:13
president 29:20
92:21
previous 143:15
143:17
primarily 48:22
Prior 5:4,17
53:1
private 216:24
218:12 222:10
privilege 15:10
15:14 78:19,21
probably 10:5
70:6,7 95:24
97:18 98:17
101:9 115:5
117:15 118:7,8
121:17 138:15
139:17 143:24
145:1 146:21

168:16 175:13
175:14 179:15
179:16 186:11
193:2 203:18
204:20 215:3,6
215:20 218:8
226:18 238:15
238:20,23
problem 186:13
209:19,23
problems 177:12
proceeding 4:19
5:9
proceedings
6:19 241:11
process 23:22
33:14,19 129:1
130:20,23
131:20 133:5
134:22 190:18
193:17 202:18
215:2
processes 30:3
30:10 34:10
122:24
produce 11:12
172:9
produced 11:19
11:24 12:4,21
13:3 232:9
236:4
professional
20:25 21:3
professionals
56:3
professors
205:23
program 27:11
92:8
project 3:10
95:2,3,13 96:2
98:20,24 99:11
99:12,14,15,23
100:15 104:11
105:6 107:14
163:23 164:4
164:21,23
165:6 166:14
167:25 168:1,5

168:8,15,20,24
169:4,7,24
170:5,8,10
173:21 177:18
177:20 185:9
187:22 188:2
prolong 100:6
promised 221:5
Proofreader's
241:1,19
proper 213:13
properties
219:25 220:6
property 40:4
109:10,13
172:1,2,10
219:18,19,20
219:21
protect 176:5
protected
234:24
protesting 77:10
prototype 90:23
90:24 91:20
93:25
provide 75:24
88:20
provided 5:5,18
Providence 41:1
41:2,5,19 43:5
230:4,5
provides 6:19
provisions 4:25
proxy 223:13
Public 52:22
pulled 93:15
171:23 172:13
purchase 109:8
109:10 111:1
152:3
purchased
149:20
purchasers
103:1
purchasing
203:10
purpose 44:18
47:10 49:1,9
187:7

purposes 4:19
pursuant 1:17
7:17
push 100:13
235:1
pushed 195:25
196:1
pushing 196:4,4
196:5
put 16:9 28:20
44:11 48:11,24
49:3 62:14
70:5 71:14
88:5,6 94:14
94:16,17 96:9
111:24 127:6
131:20 133:21
137:12 139:9
139:18 140:7,9
140:10,11,17
140:25 141:13
141:18,20
142:23 144:14
144:21,24,25
145:1,8,13,16
147:18,20
150:19 151:15
151:16,16
152:15 154:1
155:11 156:5
161:9 164:25
167:7,20
168:12 170:25
173:16,16
174:1 175:23
175:25,25
176:2 178:18
190:22,23,25
192:14 193:3,7
193:8,20 194:4
202:25 212:9
216:24 229:7
235:19
putting 140:14
143:20 154:10
154:17 163:20
165:20 167:17
191:6

Q
question 9:6,7
9:14,20,25
10:7,9 19:1,2
19:22,25 22:10
22:18 23:9
53:20 59:5
65:7 69:1,11
69:22 70:16
72:4 89:10
91:5,6 94:21
99:22 102:21
103:12 106:10
125:4 129:10
139:13 143:25
170:6,13,14
196:13,22
198:13 200:12
200:14,16,17
208:18 212:22
212:23 224:18
229:2 230:9
232:15
questionnaire
3:9 17:1
questions 5:14
6:3 8:17 9:1,9
9:22 62:9 63:6
64:2,5 66:24
89:21 93:18
132:24 154:16
157:5 236:9
237:18 240:5
240:10,11
quick 235:24
QuickBooks
14:12 55:20,22
55:24 95:21
156:25 213:2,3
quite 22:17
quiz 46:18
quote 54:5
120:22
quotes 41:8

R
R 4:1 108:13
raise 4:3
raised 135:16

**ran** 58:20
191:20
**rate** 128:6 133:9
134:9 188:8
217:23
**reaching** 153:22
**read** 5:25 200:15
200:17
**ready** 7:8 9:15
16:19 93:14
108:19 153:1
156:12 162:12
173:8 177:25
181:18 188:21
189:25 190:3
199:25 228:16
**real** 89:1 131:17
219:5,15
220:11 235:24
**realize** 185:21
205:1 218:15
**realized** 209:18
209:22
**really** 24:1 29:2
39:13 40:8
43:1 59:10
62:21 79:2
82:7 100:9
119:14,24
124:13 135:9
164:11 166:14
192:10 203:11
212:6 220:13
232:19 233:12
234:2 238:8
239:9,11
**reason** 11:3
15:14 19:24
31:25 32:7,19
48:23 88:1
102:9 113:25
114:5,19 146:5
154:13 155:13
176:14 187:23
201:22,24
202:15 209:11
209:19 216:3
**reasoning**
176:20 226:18

**reasons** 142:24
188:7
**recall** 14:7
139:17
**receive** 14:2
27:24 35:15
36:1 154:22
203:22 231:20
**received** 14:3
36:3 111:18
148:10 149:6
175:17 204:16
222:7,14,21
223:2,6 234:12
234:15
**recess** 62:25
108:12 165:10
188:12 228:10
**recollection**
157:20
**reconciliation**
3:22 228:23
**record** 4:2,12
5:4,17 9:17
10:13,14,20
17:10 62:24
63:1 108:9
151:21 165:9
165:11 191:3
228:8 240:17
241:13
**recording**
213:13 241:15
**records** 14:14
193:15 194:7
233:20 235:15
**reference** 47:4
63:8 78:20
85:19 88:17
170:17 195:13
203:13
**referring** 32:18
52:18,20 70:1
77:5 213:23
228:3
**reflected** 213:1,2
**reflecting**
193:12
**refresh** 157:20

**regard** 155:1
**regarding** 63:16
**Regina** 38:5
59:6,7 62:13
62:13 230:21
230:23
**Regional** 123:22
123:23
**register** 69:9
**registered** 45:15
45:22
**registration**
68:23
**regular** 10:5,10
25:25
**regularly** 156:21
**regulated** 60:10
60:11
**Reinhard** 15:22
15:25 16:1
20:4 29:3
48:15,16 49:2
49:7 50:21
53:1 81:19
113:8 116:13
116:15 117:7
117:12,13,17
117:18,25
118:1,4 119:11
121:7 122:8,16
122:19,19
126:25 129:11
132:15 134:12
134:19 135:13
138:17,24
139:5,10,19
141:14 144:22
145:9,14
146:11,14,16
146:20 147:7
147:17 151:13
193:19,24
194:3,24 197:3
198:10 202:7
204:1 205:9,14
205:15,17
206:1 207:4,15
208:24 209:15
210:9 211:18

213:19 215:18
215:23 216:4
216:13,23
219:6,8,10,11
222:1,6,9,25
223:3,21 224:8
225:8,9,15
226:3,21
228:25 229:3
230:12 231:23
234:10 236:5
**Reinhard's**
50:12 129:15
222:18 223:11
235:15
**related** 8:4 18:4
24:21 109:12
239:3
**relating** 13:18
15:3
**relation** 149:11
**relationship**
69:13
**relaying** 239:4
**remain** 48:21
**remaining** 95:22
138:13
**remember** 18:10
18:11 33:3
36:4 50:10
67:4 91:19
113:14 116:19
118:11 119:2
120:20 121:3
126:13,14
127:18,22
137:4,5 140:1
141:9,11,13
149:14 155:21
160:6,25 161:3
168:11 174:9
174:10,12
201:7,21,25
204:19 207:18
218:14 219:18
224:1,2,4
229:25 233:1
235:7,18
238:25

**remembered**
64:1
**remembering**
81:22
**remind** 8:23
**rendered** 36:7
**rent** 76:1 87:24
88:2 191:16,18
**rental** 90:9
**rented** 90:6
**repeat** 160:10
161:6 236:11
**rephrase** 9:4
69:22 89:21
**report** 36:21
**reported** 36:23
37:7
**reporter** 8:13,22
10:15 200:18
231:14
**reporting** 1:24
37:3 241:15
**reports** 37:9
**represent** 6:13
6:14 125:11
**representation**
6:20,22
**represented** 6:6
82:10,14
**request** 155:22
**required** 56:4
**reset** 234:7
**residency**
211:14
**resigning** 205:24
**resolved** 6:24
**respect** 231:18
**respond** 239:11
**respondent** 7:24
**responding**
13:13
**response** 237:8
**responsibility**
34:25 56:5
**responsible**
136:3,5 167:6
**responsive** 232:7
**rest** 69:19 88:21
**restart** 136:18

137:25 138:6
**restarted** 137:23
**restaurant** 119:7
**Restoration**
  80:9
**restroom** 164:9
**resume** 17:11,14
  26:25
**ReTina** 103:25
  172:6
**retirement** 74:6
  106:3 166:13
**retiring** 71:9
**retract** 156:4
  209:10
**return** 12:5
  142:25 148:20
  235:20
**returns** 12:7,8
  194:7,18 220:8
  220:11
**review** 5:11 7:7
  16:18 108:18
  152:25 156:21
  162:11 177:24
  181:17 188:20
  189:24 199:24
  228:15
**rid** 82:21
**right** 4:3 17:12
  17:25 21:21
  29:5,17 31:5,8
  33:12 34:7
  35:12 37:13,21
  42:12 44:24
  46:2,7,20 49:8
  59:19 63:4
  68:1 74:12
  86:8 91:10
  95:4,5,21
  98:10 100:25
  101:17,20
  102:19 103:2
  103:16,22
  106:8,25
  111:13 115:17
  125:12 126:3
  126:15 130:15
  131:18 133:3

134:11 135:2,3
135:9 140:14
143:13 146:25
146:25 149:10
149:18 150:9
152:12 164:15
169:19,25
170:2,6 171:6
171:13 173:24
176:9 181:3
182:2 183:14
183:16,20
184:14,17,20
184:24 186:16
188:4 190:16
196:12,25
201:14,17
204:17 213:4,5
220:12,13
233:4 234:13
**right-hand**
  109:23 201:5
**Rilely** 183:24
**ring** 224:3
**road** 86:23
  89:15,15,17
  105:19 118:22
**ROBERT** 2:5
**Robinson**
  183:24 189:11
  189:13
**role** 77:14,16
  94:10 101:13
  116:15,17
  131:12,21
  134:21 154:9
  154:11 155:1
  165:19 192:2
**roll** 71:12
  213:25
**rolling** 155:22
**room** 118:1
**rough** 147:10,15
  148:4 168:13
  211:22
**roughly** 18:21
  25:10 36:4
  55:13 56:19
  58:11 61:24

84:9,21 97:6
129:8 140:6,18
145:21 183:14
**rules** 8:12
**ruling** 105:18,22
**rulings** 104:18
**run** 58:22 59:4
  62:10 185:17
  207:12
**runned** 195:1
  197:3
**running** 194:6
  195:1 197:17
  198:18 211:18
  219:3

_____

**S**

**S** 3:1 4:1 30:25
  31:4,5 108:13
  108:13,13
**sabbatical** 28:11
**sake** 12:25 26:13
  26:13,14
**salary** 35:15,23
  35:25 106:1
**Saltzstein** 156:7
  157:16,21,23
  160:8,22 161:7
  161:9 204:10
**sat** 237:6
**save** 219:24
**saw** 72:11,14
  84:25 89:3,4,5
  89:6,6,7 93:15
  117:8,14,21
  119:22 121:16
  122:25 135:22
  140:2 184:2
  205:10 207:3
  208:12 210:11
  217:18 219:25
  222:16 223:17
  227:15,15,22
  230:4
**saying** 8:24
  47:12 48:25
  49:4 59:4
  73:11 91:4
  100:3,7,7,11

100:13 104:1
107:5 125:9
131:9,10
134:24 136:6,7
137:6,16
149:25 150:6
158:9,10
159:13 160:6
175:19 193:18
194:23 196:24
198:8 199:5
208:5 212:1,10
217:18 221:3
225:22 230:11
**says** 78:19
  105:12,23
  155:23 157:10
  157:15 159:1
  193:6 201:5
**schedule** 112:13
**Scholar** 27:9
**scholarship**
  27:10
**school** 27:8
**screen** 217:18
**screens** 209:7
**search** 13:12
  14:11
**searched** 13:22
  14:19 232:5
  236:3,3
**Searcy** 183:23
**seascape** 219:17
  219:19,25
  220:6
**seat** 121:23
  195:10
**SEC** 4:16,18
  5:21 7:11
  16:20 21:22
  45:16 71:21
  108:20 153:2
  156:13 162:13
  173:9 178:1
  181:19 188:22
  190:1 200:1
  228:17 238:10
  238:13,13
  239:10

**SEC-CC-E-00...**
  188:20
**SEC-CC-E-00...**
  181:17
**SEC-CC-E-00...**
  178:12
**SEC-CC-E-00...**
  156:11
**SEC-CC-E-00...**
  162:11
**SEC-CC-E-00...**
  173:7
**SEC-CC-E-00...**
  199:23
**SEC-CC-E-00...**
  228:15
**SEC-CC-E-00...**
  109:1
**SEC-CC-LW-...**
  189:23
**second** 44:19
  69:17 89:15,17
  95:5 99:18
  100:1,5,12
  103:9 147:13
  170:18 176:12
  231:14
**secret** 216:1
**secretly** 215:24
**section** 27:1
**securities** 1:1,10
  2:3 4:22,25 8:1
  8:4 88:18
  241:12
**security** 16:15
  88:5,6
**see** 17:22 18:18
  21:1 22:9,20
  25:18 27:2
  59:4 68:18
  73:17 76:13
  78:18 79:6,9
  79:11,12,17,19
  85:6 90:16
  93:14,14,23
  95:14,21 102:9
  104:12 105:9
  106:12 107:17
  117:25 119:12

123:22 129:24
131:4 135:17
155:4,22 157:9
157:12,15,18
158:25 159:3,4
160:16,18
166:24 167:3
168:21 175:19
178:14,16,21
178:23 179:24
180:1,10 181:2
181:5 182:17
183:2,8,11
184:3 189:7
201:4,21
203:18 206:15
209:9 215:11
230:8 234:14
235:5 238:9
**seeing** 219:18
**seeking** 28:7,10
28:12
**seen** 7:14 11:9
16:23 78:9
93:10,11,12,19
93:23 109:5
153:5 156:16
162:16 173:12
178:4 182:2
188:25 190:5
200:4 228:20
**selling** 205:11
**send** 15:18
123:4 130:9
132:11,13
159:15,20
160:7 161:8
162:2,6 179:21
185:12 186:23
188:2 190:15
190:17,19,24
195:22 213:14
231:20 235:20
**sending** 157:21
195:23 199:3
235:16
**sense** 33:5 86:4
104:9 148:4
149:5 168:13

193:24 197:12
207:9 230:6
**sent** 12:15 14:3
15:9,14 95:12
96:2 124:22
126:5 132:7
160:22 180:17
180:19 182:22
185:2,4 186:6
186:17,18,19
187:1,14 188:1
190:8,11
199:10,12
203:20 204:10
204:13 216:25
218:11 222:19
234:12,15
235:13 237:19
**separate** 24:24
49:1 59:1
60:11 65:14,16
66:11 68:4,4
78:17 87:4,5
87:12,13,21
135:1
**separated** 41:18
**separately** 65:25
66:5 226:9
**separation** 49:6
232:20,23
**September**
55:16 60:2,5
179:17 188:18
189:3,7
**sequences** 132:1
**series** 108:24
183:18
**server** 233:23
**service** 69:15,25
70:9 76:6,7
118:10 233:24
**services** 1:24
25:5,6,7,18,21
26:1,3,6,16
36:7 47:4
52:15 105:11
119:14
**set** 47:13,22
48:17,19 49:22

58:8 65:23,24
69:19,24 85:11
137:1 146:10
188:16 189:20
229:21 232:14
**setting** 222:25
**settle** 76:21 77:8
105:10 107:11
**settled** 149:6
**settlement** 33:20
33:21 112:20
145:2 148:22
149:2,6 151:1
161:20,25
162:2 184:11
184:14,19,21
191:20 217:8
**settlements**
33:22 70:4
76:18,19,23
77:13 90:15
94:22 99:13
104:10 105:5
138:20 184:15
**settles** 77:7
**Severin** 53:9,11
55:2
**Severin's** 53:15
54:8,10
**sexual** 123:20
**shake** 8:22
**shape** 194:8
**share** 133:6
**sheets** 217:1
**Sherese** 218:7,9
**ships** 209:20
**shocked** 123:13
**short** 119:25
188:10
**short-lived**
131:14
**shortcuttedness**
26:14
**shot** 187:9
**show** 151:22
**showed** 126:21
135:3,6,7
**showing** 209:8
217:19

**shown** 93:16
**shows** 193:6
**shredder** 84:12
**shut** 217:24
**sic** 139:20
193:11
**side** 87:12
109:23 111:5
115:10 128:16
152:11 153:24
**sign** 99:7 109:25
111:21 136:4
154:4,6,19
155:15 190:22
218:10
**signature** 20:3,5
20:23 109:22
111:4 153:18
200:11
**signed** 110:17
139:16 154:6
154:13
**significant** 15:3
**similar** 43:15
**simple** 8:20 9:14
98:7
**sincere** 74:17
**sir** 65:13 154:15
154:18 155:16
156:3
**sit** 121:24 122:5
122:10
**sitting** 93:5
121:9 160:25
171:6,10
**Sivley** 27:10
**six** 91:16 94:25
99:16,23
100:10 104:13
105:1,4 136:12
**skills** 205:21
209:4
**slander** 199:4
**slightly** 183:3
**Smith** 38:2
52:15,17,23
53:5 55:1,12
61:6,16 64:6,8
64:11,14,16,23

65:1 81:6 82:1
82:2 87:3
88:24 90:5
191:14 229:13
230:13
**smoothly** 8:12
**sneaking** 215:23
**so-called** 227:13
**Social** 16:15
**sold** 23:20 130:1
208:3
**soliciting** 25:8
49:22
**somebody** 36:24
58:22 59:5
98:24 122:5
136:3 140:3
159:22 172:12
172:16 217:21
237:16
**something-ber...**
139:21
**something-team**
205:6
**somewhat** 107:4
**son** 223:14
**soon** 76:14
164:12
**sophomore**
27:12
**sorry** 19:1 23:9
23:10 24:12
40:10 46:11
56:10,10 64:13
70:22 83:14
89:11,21
103:10 105:16
107:9 111:8
112:17 117:10
126:10 130:16
144:13 147:14
153:16,17
164:18 167:2
178:9 184:17
188:7 200:13
200:13,13
206:24 221:25
231:15,17
**sort** 25:7 34:19

35:5 41:8 82:4
115:18 116:6,7
125:23 127:20
154:22 204:6
207:5 210:17
216:21 233:24
**sorts** 12:3 15:21
50:24
**sounds** 8:20
37:24 39:4
57:21 102:15
**source** 74:3
171:22 173:1
**speak** 115:19
129:1 166:1,3
215:22 239:18
239:19
**speaking** 9:23
166:21 193:3
**specialist** 61:20
120:21
**specific** 29:9
**specifically**
13:11 22:2
39:25 69:25
116:16 174:6,8
174:9 176:8
203:5
**specifics** 34:6
120:16,17
**Speculate** 42:2
**speculating** 42:1
42:1
**speculative**
107:4
**speed** 51:10
128:9 132:21
177:17
**spell** 4:12 25:15
206:8
**spin-off** 205:3
**split** 86:18
167:25
**spoke** 63:9
**Sports** 18:14
**spring** 140:20
144:16
**staff** 4:15 7:20
**staggered** 212:9

**stamp** 109:1
110:2,5 162:10
179:20 181:16
**stamped** 109:22
152:21,25
156:11 178:12
188:19 189:23
199:23 228:14
**stand** 136:11
**standard** 175:22
176:6,13
**standing** 21:4,5
**standpoint**
131:14
**stands** 205:6,7
206:12
**stared** 122:11,12
**start** 9:10,15,18
19:1 22:4,12
57:15 76:14,21
81:21 113:17
121:1,22 129:8
132:12,22
133:20 136:9
164:5 194:4,23
197:13 205:18
205:19 207:25
230:10 231:16
**started** 12:10
24:16 35:3
41:19 58:13,14
97:9,18 115:6
124:10 126:21
127:2,17 129:6
132:24 135:12
136:20 140:8
168:10 191:18
195:17 204:25
206:14 208:12
211:23
**starting** 48:7
75:11 183:18
183:19 185:17
190:20
**startup** 211:24
211:25 212:2
**stashed** 16:7
**state** 4:11 5:3
7:21 8:1 220:3

**stated** 21:18
91:20 199:13
199:19
**statement** 3:13
3:16,17,18
156:10,19
178:7,10
181:14 182:6
188:18 189:3
197:22,25
198:1 199:7
**statements**
156:22 157:3
195:20,21
197:5 199:3
210:11 240:12
240:14
**states** 1:1 4:22
6:21
**stating** 48:17
111:18
**Staubitz** 2:4 4:2
4:10,15 5:23
6:8,12,16,18
7:3,13 16:22
35:22 43:12
62:23 63:1,3
65:21 66:14
67:15 69:2
70:14 71:4
74:24 76:12
88:3 89:12
90:13 99:9
107:20 108:6,9
108:14,16,22
109:4 153:4
156:15 162:15
164:10,14,17
164:19 165:8
165:11,13
173:11 178:3
181:22,24
182:1 188:10
188:13,15,24
189:18,19
190:4 200:3,15
200:20 204:24
221:21 228:8
228:11,12,19

240:9,13,17
**stay** 48:9
**stayed** 52:8,9
192:20
**staying** 33:20,23
**stealing** 197:13
**step** 132:25
**Steven** 156:6
157:15,21,23
161:7
**stick** 158:17
**sticking** 107:7
**stock** 7:21 8:1
**stole** 199:5
**stolen** 15:18
197:18
**stop** 54:14,16
56:18,21 58:18
125:19 136:14
136:15,21
216:13
**stopped** 13:20
28:18 56:23,24
57:3,11,13,22
58:1 84:2
149:21 179:16
195:23
**stored** 14:14
233:21,22
**storm** 72:14,14
73:19
**story** 205:2
**strange** 43:1
**strapped** 160:4
161:2 170:25
**strategy** 131:21
**Street** 95:6
109:10 111:2
**streets** 75:25
191:18
**strictly** 213:1
**stroke** 34:25
35:1 113:23
114:1,5 121:2
121:4 126:11
127:18
**Strongarone** 2:5
4:17 35:18
43:9 64:4

65:11 66:3,23
68:22 69:7
70:21 74:20
75:21 77:2
86:5 89:9,13
90:12 92:25
99:6 107:18,21
108:8 204:15
221:17 228:1
**struggled** 171:3
**student** 232:16
**students** 88:16
205:21
**studied** 27:4
**studying** 119:21
**stuff** 51:7 62:18
84:5,14 85:22
85:23 96:12
123:2 127:25
139:16 140:2
157:6 191:19
192:10 193:3
195:15 207:22
208:6 210:12
210:13 214:1
217:18 221:4
224:20,21
234:9,22
235:19
**submitted** 12:18
**subpoena** 3:8
7:16 11:8 12:9
15:8 232:7
**subscription**
3:20 151:24
199:22 200:7
200:22 201:6
201:23
**subsequent**
152:1
**subsequently**
116:4 167:25
**substantial**
198:4 199:6
**substantiate**
199:6
**substantive**
10:19
**suburb** 67:3,4

**sudden** 130:24
  132:16 172:9
  175:18
**sued** 199:4
**suggested**
  117:11
**suit** 143:16
  221:3
**suite** 1:12 2:7,13
  67:13,21,23
  68:12,13 70:18
  87:6,7,8,14
**summarize**
  10:21
**summer** 140:21
  144:16
**Sunday** 79:22
  79:22 80:1,2
**supplemental**
  5:7,12,19
**suppose** 202:21
**supposed** 31:20
  31:23 34:24
  47:3,14,16
  48:6,9,21
  49:25 81:20
  94:2 105:25
  165:2 171:20
  172:15 173:22
  175:6 187:11
  187:18 203:2
  205:4,20 206:1
  206:20,20
  216:9
**supposedly**
  41:20 43:2
  65:16 105:24
  206:19 222:20
**sure** 8:24 12:24
  19:21 29:14
  31:17 32:1
  33:13,22 35:5
  43:17 45:5
  58:4 61:16
  95:8 97:17
  103:19 108:8
  114:7 115:5
  133:25 146:6
  150:16,17,19

154:21 164:13
165:22,24
166:20 170:22
189:18 191:19
192:9,20
203:17,19
214:18 218:22
218:23
**surrounding**
  96:10
**suspended** 21:6
**suspicions**
  197:18
**swap** 227:15,15
  228:5,5,6
**swapping**
  227:23,24
**swaps** 227:14,22
  228:5
**swear** 241:10
**switched** 230:5
**sworn** 4:8

---

**T**

**T** 3:1,1 6:14
  19:18 108:13
**table** 100:11,12
  101:25 102:1
  104:6,9 121:16
  121:17 128:17
  128:24
**tables** 89:22
**take** 7:7 8:23
  10:5,9,10
  16:18 27:16
  59:7 62:5,23
  63:15 72:12
  91:20 108:7
  115:19 132:10
  132:25 136:1
  137:9 142:2
  144:8 147:25
  148:7 156:11
  156:24 164:8
  165:8 173:7
  188:10 198:10
  202:21
**taken** 8:8 33:2
  39:1 62:25

75:25 106:6
108:12 121:23
165:10 176:9
184:15 188:12
197:23 198:11
198:12 228:10
**talent** 205:21
**talk** 10:18 46:4
  62:10 70:9
  77:9,19,23,24
  77:25 78:4,17
  82:15,24,25
  83:5,6,8,11,20
  88:12 112:10
  113:11 115:2
  116:20 118:2,5
  119:11 125:5
  125:22 211:6
  212:7 216:13
  218:3 232:18
  235:25,25
  237:6,25
**talked** 10:21
  45:24 51:22
  57:17 77:21
  79:3 82:17
  83:16 112:7
  124:20 133:8
  138:19,20,21
  138:21 166:7
  177:2,5,8
  194:2 209:6
  217:11 236:13
  236:17,20,24
  237:14,23
  239:8,21 240:2
**talking** 9:16,18
  9:20 26:17
  46:5 63:6 69:8
  69:23 70:12,13
  80:8 82:18,19
  82:20,20 84:1
  102:11 105:16
  106:21 109:13
  110:13 120:4
  132:23 166:10
  194:18,20,20
  194:22 195:17
  195:17 201:10

203:9 215:14
215:18 216:5
223:12 231:8
**talks** 100:24
  128:7
**Tallahassee**
  16:13 26:22
  51:14 80:10
  119:3,4 123:17
**tally** 168:9
**Tameka** 23:5
**targeting** 214:1
  214:3
**Taubman** 2:12
**taught** 205:12
**tax** 12:5,7,8
  235:20
**taxes** 12:6 177:3
**TD** 208:15,22
  209:12 218:24
  219:13 226:10
  235:19
**teach** 205:22
**teaching** 206:4
**team** 205:13
  206:13,17,19
**tech** 93:17 94:4
  94:5 234:21
  235:1
**technically**
  58:20 59:8
  172:4 195:10
  206:2
**techy** 62:17
  63:17,17
  233:25
**tell** 10:25 11:4
  27:4 45:3 60:9
  61:13 67:1
  96:7 104:4
  112:16 114:24
  115:6,11 116:5
  116:14 119:10
  143:18 144:1
  151:24,25
  161:20 163:19
  164:22 166:9
  167:13 169:11
  169:13 170:11

177:4,8,16
212:7 227:19
236:12 239:1
**telling** 112:4
  120:17 187:20
**template** 176:13
**temporary**
  132:8
**ten** 85:3,4
  164:14
**term** 143:23
  150:1 171:9
**terminated**
  54:24 134:12
  134:14 194:25
**termination**
  127:7,11,16
**terminology**
  90:21,25
**terms** 30:4 43:24
  55:18 79:16
  82:7 88:15,19
  91:8 96:25
  102:5,11
  116:11 120:14
  138:18 141:7
  143:5,14,19
  164:25 165:1
  167:16 177:18
  198:5 203:25
  213:17 214:18
  214:22 235:6
  237:24
**tested** 89:5
**testified** 4:8 7:19
  8:6 71:15
**testify** 238:7,9
  240:6
**testimony** 11:4
  13:4 83:5,7,7,8
  83:20 137:1,5
  137:13 160:9
  160:12,24
  161:5,17,18
  185:7,10
  186:14,25
  187:3,6 236:25
  237:3 239:22
  240:3

**text** 239:23
**thank** 35:21
134:7 181:25
204:23 240:12
**thanks** 86:4
109:3 151:5
**theirs** 155:21
220:4
**thing** 25:5 41:19
46:12 51:25
57:19,20 80:11
82:23 93:5,6,7
93:8,24 106:5
120:4,9 130:10
130:21 131:22
131:24 132:20
132:22 135:5,9
142:11 165:3
177:14 213:3
225:3
**things** 22:8
28:19 30:4
33:25 34:8
35:3 38:18
39:17 62:7,9
62:15 63:15
77:11 88:10
93:4,17,22
106:18,23
107:4,5 112:15
115:18 126:17
127:20 128:2
138:24 139:3,7
152:6 170:18
187:19 188:1
197:9 209:9
210:3,4,6,14
210:14,16,17
213:4,5,22
235:5,8,21
**think** 11:3,8
14:2,22 15:23
16:10 20:7
24:7 27:19,23
28:20 29:17
32:25 33:3
45:25 47:15
48:2 50:2,19
50:20 51:20

52:8 53:9
54:13 56:23
61:7,24 65:22
69:10 71:11
76:16 77:25
79:11,20 81:18
81:19,20,24
82:2,17 85:1
90:20 91:16,18
96:1 102:3
103:24 104:25
113:22 114:18
117:14 118:8
119:8 120:19
120:20 121:22
122:7,23
123:14 124:3,6
126:20 127:17
131:18 135:23
137:8 138:8,12
139:12,20,23
139:25 140:1,2
140:4,8,10,17
140:20 144:16
144:18 145:21
147:6 151:5
152:15 155:13
156:1 164:15
174:11 175:14
179:14,16
186:6,17
191:13,16
192:4,5 193:1
194:9 198:9
199:16 200:10
202:10 203:7
205:5,6,9,23
206:22,25
207:16,17
209:2,11,18,22
209:24 211:5,5
212:13,14,14
212:15 215:16
215:16,25
216:3,6,7,25
217:5 218:25
219:9,21,23
220:2,5 222:9
224:11,12,13

224:18 225:19
226:7,13,14
229:14,15
230:7,9,16
231:24 232:16
232:17,22
233:16 234:20
235:20,22,23
238:16,19,22
**thinking** 89:11
101:2 115:20
185:18 195:24
228:5 238:14
**third** 49:23
157:8,12
**Thomasville**
86:23 89:14,15
89:17,25
**thought** 40:19
48:1 71:16
83:6,15 91:7
114:19 117:10
124:3 128:19
128:22 133:15
163:24 167:24
169:3 170:1
172:10 175:9
176:23 186:8
186:25 192:6
194:21 201:22
203:2 205:25
205:25 217:23
227:18 231:7
**thousand** 108:5
**thousands**
171:11
**threat** 133:9
**threatening**
48:18
**three** 17:24 18:2
18:2,3 19:14
20:1 47:20
107:12 138:24
139:3,7,17
143:8,9,22
144:3 199:16
239:23,24
**three-minute**
164:9

**ticket** 148:18
**tie** 62:6
**tied** 58:10
148:22
**ties** 29:16
**Tim** 6:15 94:8
94:10 112:11
112:11 121:11
124:8 161:4
173:1 191:22
194:16 205:10
205:10 220:21
221:5 225:11
225:13 226:2,4
226:5,10,15,15
226:16,21,23
226:24 227:3
229:13 231:23
240:2
**Tim's** 213:8
**time** 9:1,19,21
9:21 10:12
12:25 19:13
20:7,13 23:24
28:19 35:25
36:23 37:15,21
37:25 42:24
52:12,24 53:6
55:2,7 56:11
58:5 59:22
68:3 71:10
73:24 77:19
78:14,23 79:3
81:18 86:12
87:15 93:13
107:2,6 113:16
113:19 114:10
119:21 121:20
123:23 124:8
124:20 125:17
125:21,22
135:25 143:7
154:12 157:24
158:1 160:4
168:17 174:19
174:25 175:15
176:12 178:10
178:25 179:15
182:8 187:2

192:21 195:2,4
195:12 196:1,1
196:6 202:11
202:12 203:9
207:4,11
209:15 211:7
211:18 212:12
213:19 216:23
218:3,5 219:9
219:17 221:14
222:1 223:3,7
223:11 224:10
225:8,15
230:13 235:16
240:5
**timeline** 91:14
117:23 148:4
175:20 214:23
**times** 77:25
79:11 80:21
84:21,25 85:3
85:4 145:15
146:18
**title** 29:19 81:12
92:19 120:20
120:20
**titles** 32:1 130:1
130:2
**today** 4:20 5:10
6:6 7:17 8:12
8:15,18 10:3
10:16 11:1,5
15:4 20:22
44:22 46:4,6
83:8 92:5
160:25 186:14
236:25 239:22
240:3,15
**told** 53:17 60:7
80:14 101:8,17
112:8,12,18,25
113:11 115:4
120:18,19
123:14,21
125:8 130:4
134:6 137:2,3
137:12 159:21
160:7 162:4
163:23,25

164:20 165:1,2
165:2,3,4
168:23 169:17
169:17 170:9
170:15 172:1
173:1 177:6,19
180:21,22
187:20,21,21
187:22 192:13
192:15,17
193:19 199:8
202:23 209:4
217:6,14,19
218:2,4,6,10
218:14 235:20
236:14,15
238:13 239:12
239:15
**Tom** 81:6
119:15,18,19
**Toni** 202:11
**Tony** 203:25
**top** 18:11 27:1
33:20,23 119:8
157:10
**total** 95:16 98:7
138:12 145:22
212:8
**totally** 59:16
87:13 196:21
218:11
**touch** 196:2
**tour** 115:8 116:3
116:10 117:24
**town** 128:16
**toxins** 82:21
**trade** 209:10,12
218:25 226:4
**trading** 208:17
208:20,22
219:13 226:4
**training** 133:24
**transaction**
193:5
**transactions**
183:18
**transcript**
241:14
**transfer** 142:12

157:25 158:2,6
158:13,13,14
158:16,19,21
179:13,21
181:3,10
186:20
**transferred**
40:18
**transfers** 184:1
184:6 185:5
**transition** 23:19
**transitioned**
129:22
**transitioning**
23:22
**transpired** 42:5
135:4
**travel** 30:9
106:7,16
148:14,20,21
148:25 149:7
149:11,15,16
149:24 150:3
150:10,24
151:8 152:4
**traveling** 212:21
**tree** 84:15,16
**tried** 39:15
137:1
**trip** 148:18
**trouble** 171:1
**truck** 90:2,6,10
**true** 124:23
197:2,9 241:14
**truth** 11:1,4
**try** 9:3,4 13:13
14:9 29:23
49:1,6 57:15
133:4 164:17
198:17 235:7
235:11
**trying** 9:5 29:25
30:7 33:1,16
41:25 46:17
54:12 57:20,20
62:14 72:23
78:22 88:16
91:19 99:20
102:12 112:9

119:8 124:4
128:1,9,15
129:24 131:20
132:17 133:17
133:20 134:2
134:20 148:4
150:16,17,19
160:11 164:3
179:14 185:15
185:16 195:3,6
195:11,16
198:2 200:10
209:19,20
219:24 224:19
229:14 233:8
234:17 235:18
**Tuesday** 1:14
108:15 241:6
**turn** 12:19 17:20
26:24 93:8
109:21 133:12
153:15,16
157:8 171:15
178:13 180:8
**turned** 127:8
195:9 216:10
**turning** 160:20
**twice** 80:5
**two** 13:3 24:23
62:7,20 80:22
80:24 83:1
86:18 87:16
92:11 95:1,14
95:15,15,19
97:20,22 101:4
110:12 121:12
128:25 129:3
159:14,23,25
176:22,25
177:10 209:7
210:4 222:10
227:3,6,7
234:9 238:3
**type** 56:5 85:22
123:2 128:5
205:19 229:6
230:19
**typed** 167:15

**U**

**U.S** 241:11
**umbrella** 44:7
**unbelievable**
207:22
**unclear** 97:19
**underneath** 44:7
**undersigned**
241:10
**understand** 8:14
9:1,4,5,25
10:12,16,21
11:11 13:2
22:17 43:14
46:5 49:1 63:4
72:23 85:8
100:7 105:19
107:1 114:7
133:4,20 148:3
149:12 150:18
150:20 186:24
187:5,6 195:3
196:20,21,23
220:11 235:24
**understanding**
19:24 20:2
42:2,9,10
84:19 97:20
98:6 107:2,6
126:1 129:16
135:11 150:21
150:22 151:3,4
170:12,13
192:18 196:23
197:1 205:2
209:16 213:18
225:10
**understood** 9:7
10:1,17 32:22
102:14 148:3
196:8,15,19
**United** 1:1 4:21
**university** 28:15
38:9,20,21,24
39:2 59:21
88:15 89:5
115:7 118:17
166:11,13
205:3,12

207:17 232:16
**upper** 201:4
**use** 47:3 149:10
151:8 176:11
176:15 203:1
216:22 231:11
**usually** 78:4
79:18
**utilities** 76:2
**utilize** 205:21
**utilizing** 226:3

**V**

**vague** 39:12
**Valley** 94:4,5
**valuation**
106:23
**Vegas** 191:9
202:4,12,13,16
**vendors** 45:11
**verbal** 124:23,25
**verbally** 8:18
**versus** 177:16
**vice** 29:20
**view** 140:12
**Vinny** 153:10,11
153:23 154:4,9
154:17,24
**violations** 4:24
5:2
**virtual** 93:2,2,9
**vision** 74:15
75:22,23,24
88:10,13 89:7
**visit** 80:14,18
**visits** 79:24
**voluntarily**
43:10

**W**

**W-I-L-L-I-E**
25:16
**wait** 47:25 54:9
91:5 133:1
194:21 198:2
198:13 214:9
214:13 229:20
229:20
**waiting** 198:9
**walked** 122:11

**Walker** 37:5,6
37:24 39:11,21
40:8,25 41:23
41:24 42:20,25
43:2,10 49:15
58:5,8 60:7,15
60:18 61:11,13
75:17 84:18
85:2,14,18
87:3,15 94:8,9
97:5 124:12,16
124:21 125:23
129:4,7,8,14
129:15 137:7
143:20 144:23
152:8,14
159:24 161:12
161:12,16
162:4 163:11
164:1,20,24
167:19 172:23
174:15 180:23
191:13 203:10
230:12 231:24
232:24
**Walker's** 41:3
43:3,7 134:21
161:21
**Walking** 135:10
**Wally** 238:3
**want** 7:9 8:21
22:8,18 34:6,7
43:17 48:24
49:3 54:5
55:23 59:18
62:6 68:9
71:14 76:9,11
79:5 82:22
83:15 93:20,23
94:8 97:12,17
102:14 114:7
120:10,12
123:1 125:3,4
125:5,24,24
126:23 136:2,2
136:7 140:12
146:25 147:24
158:22 166:12
183:17 195:21

195:22 196:20
199:3 205:19
212:25 216:19
220:14,16
226:8 234:25
236:8,10,11,12
**wanted** 48:19
56:1,3,3 60:11
62:9 63:5,25
66:22 71:8,9
96:23 116:19
120:24,25,25
122:5 127:23
128:4 130:3,6
134:5 136:5
165:22,23
166:18,19
176:4 192:7
198:13 207:21
210:20 215:11
224:23,24
226:15
**wanting** 126:5
**wants** 64:3
116:18 210:25
211:1
**Warner** 228:25
229:3
**wasn't** 29:2
39:12 40:8
49:24 54:20
66:7 72:10
74:17 84:3
93:21 94:21
96:19 101:16
101:24 102:4
115:25 118:7
119:24 124:13
129:14 133:16
135:2 152:7
154:12,14
157:6 171:22
173:3 175:11
185:14,14,18
185:18 186:4
186:10 191:8
192:10,15,17
196:12,24
203:11 205:18

210:11 215:23
**waters** 132:6
**way** 7:8,9 14:18
14:20 19:25
22:11 29:1
54:2 61:23
67:10,13 69:14
70:18 71:2
86:17,22,25
111:12 115:9
121:8 128:17
152:6 160:12
169:17 171:1
184:1 194:4
205:22 214:24
224:7 234:20
237:16
**we'll** 29:7 34:5
**we're** 8:11 10:5
10:6,8,14,19
46:5 62:5
70:13 83:18
99:18,21
100:12,12
104:6 107:13
136:12 165:11
170:18 177:13
188:13 234:17
**we've** 15:13
51:22 57:17
75:25
**wealth** 22:3,5,12
22:16 23:7,12
23:17 24:5,20
25:2,4,11,18
25:24 26:3,9
26:15,16 46:23
47:1,2,5,11,24
48:2,4,5 52:10
**Wednesday**
118:9,11
**week** 35:24,24
77:25 78:3
79:5,9,17 80:5
80:6,6 118:12
118:12 136:19
136:20,23
137:17,25
**weeks** 78:2 81:4

127:5,6,16
131:23 133:5
136:12 137:3
137:13 176:22
176:25
**well-runned**
197:6
**went** 14:11,11
32:21 42:11
61:19,19 71:23
86:19,20,23,25
87:2 96:13,14
96:22 122:15
130:22 134:3
148:17 152:1
161:13 166:16
167:24 168:1,2
168:4,9,21
169:3,7 170:1
170:8 176:13
185:20 186:1,3
186:3,4,9,19
191:9,14
192:25 202:3
202:11 211:5
213:16 222:22
234:7,8
**weren't** 15:17
29:15 205:1
217:13
**wife** 121:21
134:5
**Wilder** 183:24
**Williams** 84:13
122:3,20,21,22
211:7,9 215:5
238:3 239:8
**Willie** 25:14
26:11 70:25
**willing** 43:6
**wine** 205:11
**wire** 140:2 141:1
141:25 142:16
145:1,17
158:24,24
161:19,24
179:12,22
180:10 183:25
184:6 185:4

186:20
**wire-in** 157:12
160:8,22
178:14,22
180:15 182:17
189:7
**wired** 159:6
161:4
**wires** 159:4
161:14,16
162:6 179:21
183:22 186:22
186:22 222:22
**wiring** 142:15
143:21
**wish** 48:7
240:13
**withdrawal**
159:1
**withdrawals**
183:19
**witness** 1:8 2:10
3:3 4:7 6:24
8:3,9 240:16
241:4
**witnesses** 6:21
**woman** 139:24
**Woods** 81:6,7,8
119:18,19
**word** 31:21 33:4
**words** 15:7
29:15 32:25
33:25 36:9
37:21 48:11,24
49:3 50:1,13
59:1 71:14
100:15 103:4
105:13 106:9
113:2,2,3
114:4 123:17
134:25 140:11
148:24 150:19
164:3 169:23
174:1 177:9,12
202:25 212:9
214:10 222:17
235:11 237:15
**work** 13:4 21:24
24:9,20,21

25:2 28:25
29:16 38:13,16
38:23 42:17,20
42:24 50:10
51:1,4,23
53:23,24,25
54:3 55:6,10
56:2,4,12,12
56:15 57:14,18
57:25 58:1,17
58:25 63:21
64:20 65:3,8
66:6,16 70:7
71:25 73:21,25
77:12 81:17
88:25 105:21
106:1,11 107:8
113:18,21,24
113:25 114:9
114:15,17
124:10 126:21
131:17 136:24
137:17 165:17
214:18,22
220:21
**worked** 23:8,8
39:5,11 40:8
43:2 52:24,25
53:7,12 54:1
55:3 58:6,24
61:11,13,15,18
62:10 63:9
67:2,8 68:7,8
70:18 81:15
96:24 158:23
**working** 21:25
22:4,12 23:24
24:2,16 28:22
29:22,23 30:13
34:9 40:25
43:4 52:13,16
54:16 56:18,21
59:23 72:2,8
81:11,18 92:13
103:25 106:4
112:19 123:22
126:19 127:21
129:2 135:13
152:3 171:8

172:7 175:4
208:13
**works** 81:8 82:6
82:8 92:3
172:25
**worn** 57:24
**wouldn't** 74:18
75:11,18 133:6
134:8 141:25
142:12,18,22
151:25 177:3
187:23 212:25
216:2,18
**wow** 77:22
78:16 82:17
97:8 132:6
133:13 139:13
163:2 229:10
**wrapped** 105:1
105:5 185:15
185:15
**write** 50:3,14
98:23 179:18
179:19
**writing** 50:9
51:11 179:16
**written** 110:15
110:16 124:25
**wrong** 157:4
198:8
**wrote** 98:25 99:1
137:10 143:23
165:16

_____

**X**

_____

**Y**

_____

**yeah** 22:19
40:23 54:9
61:19 67:24
74:4 75:14,16
75:16 79:1
81:21 84:3,8
91:17 92:9
93:13 94:3
95:14 99:1
103:8,17
114:11 119:6
121:23 124:18
124:18 126:16

129:7 137:18
139:8 143:11
145:7 159:10
160:19 164:17
175:11 179:15
194:23 200:23
201:21 208:7,7
208:22 210:23
214:11 217:25
227:10,12
228:4 230:15
230:23 234:20
235:17 236:23
**year** 27:12 156:1
194:25
**years** 12:9 112:7
163:2,3,5
**yesterday** 77:20
83:11,13,16
**York** 40:20,20
40:22
**youth** 88:25

_____

**Z**

**Z** 178:16

_____

**0**

**081** 189:6

_____

**1**

**1** 1:9 3:7 5:21,25
6:1,4,18,19
29:22 72:7
73:21 74:15
84:13 96:22
99:18 128:9
135:25 185:16
187:8 195:13
207:25 210:19
**1,000** 148:19
183:14
**1,060** 35:24,24
**1,600** 183:14
184:3
**1.9** 147:18,20,21
148:6 149:10
150:23,24
151:7 152:4
212:20 213:2,8
**1:27** 108:15

**10** 3:16 20:25
163:5,6 177:24
177:24 178:1,4
178:6,25
182:23
**10,000** 36:3
204:16 208:2
227:24
**100** 72:1 148:19
**100,000** 95:15
95:20 97:21,22
110:12 151:16
168:6 169:7
170:8 174:22
177:20 180:11
180:15,17,19
180:24
**108** 3:10
**1099** 114:13,20
**11** 3:17 181:14
181:17,19,23
181:24 182:2,5
188:16
**11:14** 62:24
**11:34** 63:2
**110,000** 159:6
159:15,20
160:7,21 161:8
**12** 3:18 188:17
188:20,22,25
189:2
**12:34** 108:10,11
**120** 67:14,19,24
68:1,3,12,13
70:18
**125** 67:21
**12th** 160:17
173:6 174:20
175:2,8 176:21
176:23
**13** 3:19 189:22
189:24 190:1,5
190:7
**13089** 201:4
**13th** 127:8,11
134:17 189:22
**14** 3:20 199:22
199:24 200:1,4
200:6,9,21,22

**142,858** 189:8
**1432** 14:23,24
15:1 16:13
67:11 68:8,20
86:16 87:3,13
**15** 3:22 12:20,22
13:8,9,13
228:14,15,17
228:20,22
229:7
**153** 3:11,12
**156** 3:13
**15th** 183:3
**16** 3:9 13:8,9,14
**16,000** 138:10
**162** 3:14
**1662** 3:7 5:19,24
6:18
**16th** 108:25
**17** 12:7 130:17
130:17 138:12
**17,000** 138:13
**173** 3:15
**178** 3:16
**17th** 191:1
**1800** 1:12 2:7
**181** 3:17
**188** 3:18
**188,000** 183:7
**18th** 155:23
**190** 3:19
**19th** 155:23
**1st** 127:8 131:18
133:13 178:11
195:8,9,9

_____

**2**

**2** 2:13 3:8 7:7,11
7:14,16 11:7,9
11:11,17 12:1
14:10 15:13,17
16:9 72:9
142:25
**2:50** 165:9
**2:57** 165:12
**20** 163:3,4
**20,000** 141:19
141:22 142:10
173:17,22

174:2,7,12
**200,000** 98:6,15
98:16,17
101:18 157:18
157:21 161:2
181:4,7 182:17
182:22 183:6
185:2 221:5
**2016** 24:15
117:3,4 130:14
144:16 201:11
**2017** 12:12 19:6
19:10 20:11
21:15 22:6,14
24:9 35:19
54:5,15,17
55:14 60:5
61:8,9 62:3
64:8 71:17
74:1,2,21 75:8
75:12 97:13,14
108:25 126:24
130:16 140:23
144:17,17
147:24 152:21
152:24 157:13
158:7 159:3
162:10 170:24
171:18 173:6
174:20 175:3
177:3,16
178:11,11,15
178:21 179:3,9
181:16 188:18
189:8,22 191:2
191:7,12,23
192:3 194:24
196:7,15
201:12,13,16
201:20 202:1
204:21,22
**2018** 1:14 4:3
18:23 37:1,2,4
56:20 60:20
61:5 64:10
84:19 86:7
116:24 177:16
240:18 241:6
**2019** 155:23

**202** 1:25
**208** 3:21
**20th** 157:13
159:3
**2120** 14:18,20
61:23 67:10
68:20 70:18
86:22
**21st** 152:24
**22** 17:21 19:2
20:16 171:25
**221** 98:17
**2215** 98:17
**222** 98:17
**228** 3:23
**23** 138:12
**23rd** 180:2
**24** 183:20 241:6
**24.6** 171:19
172:11,13,13
172:15 175:5,9
**242** 1:9
**24th** 1:14 4:3
108:15 162:10
166:6 178:15
180:5,10,18
182:18 183:7
185:5 240:18
**25,000** 180:2
**2500** 19:5 179:3
182:20 188:19
**25th** 183:10
**28th** 127:9
183:13 184:1
185:5 212:14
**29,995** 201:6

**3**

**3** 3:9 16:18,20
16:23,25 17:2
17:4,7,11,14
17:19,20 20:25
26:24 28:20
72:11
**3,000** 208:1
227:23
**3.9** 212:16
**3:31** 188:11
**3:47** 188:13

**30** 71:11
**30-day** 141:10
**30th** 37:18,20
**31** 20:24
**31st** 36:25 37:17
84:20 125:24
125:25 126:2
175:3 178:11
178:21
**32308** 16:14
**33134** 2:14
**33141** 1:13 2:8
**34** 22:9 25:17
**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**
16:16
**3422** 86:24
**3522** 86:23,24
**354,000** 171:21
175:16
**359,000** 178:15
180:14

**4**

**4** 3:4,10 108:18
108:18,20,23
109:5,7,12,16
110:4 111:9,24
143:12,22
144:2,8 212:8
**4:47** 228:9
**40** 151:16 220:9
**40,000** 140:8,13
140:18 141:19
141:22,24
144:14
**400** 111:2
**401(k)** 214:2
**45** 214:3
**467-9200** 1:25

**5**

**5** 3:7,11 12:19
152:20 153:2,5
153:7,15 156:5
**5,000** 183:4
208:1 227:23
**5,500,000** 111:1
**5:12** 228:11
**5:33** 240:18,19
**50,000** 161:19

161:25 162:2
**500** 30:25
109:10 148:18
148:18
**500,000** 95:22
96:2,4,8,9
97:24 98:2,8
154:1,10,17
164:21 167:20
167:22 174:21
178:18 185:24
186:7,9,19
187:2
**505** 87:6,6
**54** 193:18
**54,000** 190:25
193:17
**550** 87:6,7,7
**56,000** 183:11

**6**

**6** 3:12 17:20
152:22 153:2,5
153:7,17 154:7
156:5
**6,000** 138:7
**60** 71:11
**60,000** 144:11
**608** 182:17
**609** 183:17
**613** 183:1,1
**625,000** 156:2
**63** 21:13
**65** 21:13
**650** 2:13
**6604** 224:3
**6617** 19:7,8
181:4,11,15
182:10

**7**

**7** 3:8,13 21:13
156:10,12,13
156:16,18
157:9
**7,000** 208:1
227:23
**700,000** 95:11
95:12,16,18
98:8,10

**705** 178:13
**706** 180:9
**709** 179:24
**731** 157:9
160:21
**733** 160:14
**750,000** 176:22
**750,354** 171:17
**7th** 99:21 152:21

**8**

**8** 3:14 162:9,11
162:13,16,18
163:7 165:14
165:16,21
167:18 176:4
176:10,17
**8/24** 183:19
**801** 1:11 2:6
**8059** 18:18,20
19:11
**843** 160:17
**847** 109:17
**851** 109:18,22
109:22
**853** 110:3,5,9
**854** 110:20,23
111:7
**855** 111:10,16
**859** 111:13,16
**88,751** 180:6
**8th** 189:7

**9**

**9** 3:15 173:5,7,9
173:12,14
175:21 176:4
**9:30** 1:17
**9:53** 4:2
**90-day** 141:11
**91,236** 178:22