Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No.: 4:19cv554-MW/MJF

JASMINKA ILICH-ERNST,

        Plaintiffs,

vs.

PHILLIP TIMOTHY HOWARD,

        Defendants.

_____/

VIDEOTAPED
DEPOSITION OF:          ADDYS T. WALKER
TAKEN ON BEHALF OF:     The Plaintiff
DATE:                   Wednesday, February 19, 2020
TIME:                   Commenced at 12:30 p.m.
                        Concluded at 5:10 p.m.

LOCATION:               1530 Metropolitan Boulevard
                        Tallahassee, Florida
REPORTED BY:            MICHELLE SUBIA, RPR, CCR
                        Court Reporter and Notary
                        Public in and for the
                        State of Florida at Large

VIDEOGRAPHER:           VANN PATACXIL



Page 2

```
 1    APPEARANCES:
 2        FOR THE PLAINTIFF:
 3            AARON M. COHN, ESQUIRE
                 Weinberg, Wheeler, Hudgins
 4               Gunn & Dial, LLC
                 2601 S. Bayshore Drive
 5               Suite 1500
                 Miami, Florida  33133
 6               acohn@wwhgd.com
 7        FOR THE DEFENDANT: (PRO SE)
 8            PHILLIP TIMOTHY HOWARD, ESQUIRE
                 Howard & Associates, P.A.
 9               1415 Piedmont Drive
                 Suite 5
10               Tallahassee, Florida  32308
                 tim@howardjustice.com
11
          ALSO APPEARING:
12
                 TIMOTHY HOWARD, SR.
13               NEIL EPSTEIN
                 BEENA SYED, VIDEOGRAPHER
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                     I N D E X
 2
    WITNESS                                      PAGE
 3
    ADDYS T. WALKER
 4
    Examination by MR. Cohn                         5
 5  Examination by Mr. Howard                     132
 6                     *     *     *
 7
 8                   E X H I B I T S
 9  NUMBER                                       PAGE
```

```
10  Exhibit 30   A&T Allocation                  80
    Exhibit 31   8/24/17 Loan Agreement          94
11  Exhibit 32   12/12/17 Loan Agreement         98
    Exhibit 33   12/18/17 Loan Application      100
12  Exhibit 34   12/28/17 LLC Affidavit         102
    Exhibit 35   1/2/18 Loan Agreement          104
13  Exhibit 36   2/7/17 Email                   105
    Exhibit 37   2/27/17 Email                  106
14  Exhibit 38   4/11/17 Email                  107
    Exhibit 39   6/27/17 Email                  108
15  Exhibit 40   8/3/17 Email                   109
    Exhibit 41   8/15/17 Email                  112
16  Exhibit 42   8/16/17 Email                  113
    Exhibit 43   6/30/17 Email                  115
17  Exhibit 44   8/21/17 Email                  116
    Exhibit 45   7/11/17 Email                  116
18  Exhibit 46   Sunbiz New Edge Mgt            133
    Exhibit 47   8/2017 Bank Statement          134
19  Exhibit 48   Regions Checks                 135
    Exhibit 49   Regions Checks                 137
20  Exhibit 50   Check Summary                  140
    Exhibit 51   Text Messages                  149
21  Exhibit 52   Certificate of Title           157
    Exhibit 53   7/21/18 Incident Report        158
22  Exhibit 54   12/4/17 Warranty Deed          161
    Exhibit 55   Criminal Records               165
23
    CERTIFICATE OF OATH                         168
24  CERTIFICATE OF REPORTER                     169
25
```



1                        PROCEEDINGS

2          The following deposition of ADDYS T. WALKER was

3    taken on oral examination, pursuant to notice, for

4    purposes of discovery, for use as evidence, and for

5    such other uses and purposes as may be permitted by the

6    applicable and governing rules.  Reading and signing of

7    the deposition transcript by the witness is waived.

8                          *    *    *

9          THE VIDEOGRAPHER:  We are on the record.

10         Today is Wednesday, February 19, 2020.  The time

11         is approximately 12:30.  And we are located at

12         1530 Metropolitan Boulevard in Tallahassee,

13         Florida for the deposition of Addys Walker.

14         My name is Vann Patacxil, as the

15         videographer.  And the court reporter is Michelle

16         Subia.

17         Would the counsel for the parties please

18         introduce themselves, beginning with the

19         petitioner or plaintiff, and then the court

20         reporter will swear in the witness.

21         MR. COHN:  Aaron Cohn for the plaintiff,

22    Jasminka Ilich-Ernst.

23         MR. HOWARD:  I'm Tim Howard for the

24    defendant.  I'm pro se.

25         THE COURT REPORTER:  Raise your right hand,



Page 5

1      sir.

2                          *    *    *

3    Thereupon,

4                     ADDYS T. WALKER

5    was called as a witness, having been first duly sworn,

6    was examined and testified as follows:

7                          EXAMINATION

8    BY MR. COHN:

9        Q    Mr. Walker, could you state and spell your

10   full name for the record?

11       A    It's Addys Thedrick Walker.  That's

12   A-d-d-y-s, Addys.  Thedrick is T-h-e-d-r-i-c-k, Walker,

13   W-a-l-k-e-r.

14       Q    And what is your home address?

15       A    1290 Crosscreek Circle.

16       Q    Do you have a business address?

17       A    Yes, 327 Office Plaza Drive, Suite 104.

18       Q    And both of those are in Tallahassee?

19       A    Yes, Tallahassee, Florida.

20       Q    And do you have a cell phone?

21       A    Yes.

22       Q    What's that number?

23       A    850-545-9944.

24       Q    Could you tell me when you first met

25   Mr. Howard?



Page 6

1        A    It was April of 2015.

2        Q    What were the circumstances of that meeting?

3        A    We came to see him about actually doing some

4   funding with some NFL players.

5        Q    And by "we," do you mean you and --

6        A    Linda -- Linda Bedell and myself.

7        Q    Okay.  Just give me a little bit of

8   background about yourself before then, education,

9   career.

10       A    Okay.  I basically did private investigative

11  work for law firms.  I also did paralegal work for law

12  firms.  Prior to that, I went to college.  I didn't

13  finish.  I -- let's see, I did some investment stuff as

14  far as getting funding for small groups.  That was

15  pretty much it.

16       Q    And what is your birthdate?

17       A    1/1/62.

18       Q    When you met Mr. Howard in April of 2015,

19  were you employed by anybody at that time?

20       A    I was self-employed.

21       Q    Okay.  Doing private investigative work?

22       A    We did private investigative work and we were

23  trying to get a startup kind of off the ground as far

24  as doing stuff with NFL players for funding.

25       Q    Okay.  And tell me what you mean by that.



1        A      We had players who had gotten injured due to

2    football-related injuries, head trauma, and they were

3    looking for monies to sustain themselves until they

4    could get paid from the NFL.

5        Q      And paid from the NFL through the MDL

6    concussion settlement?

7        A      Yes, sir.

8        Q      How did you know those NFL players?

9        A      I went to school with some of them.  I just

10   knew some of them as friends of mine through other

11   players, so we just knew a lot of players.

12       Q      Okay.  And how did you come to meet

13   Mr. Howard?

14       A      A doctor -- let me see, what's his name?

15   Edwardo Williams suggested that I go to Mr. Howard's

16   office and meet with him.

17       Q      Okay.  And did you do that?

18       A      Yes.  I said to him if this gentleman is who

19   you say he is, I would love to meet him because he gave

20   him rave reviews.  So we -- me and Linda Bedell went

21   there to meet with Mr. Howard to have a conversation

22   about what we were doing with the NFL players and

23   things that we were trying to get accomplished.

24       Q      And tell me how the relationship with

25   Mr. Howard unfolded after that initial meeting around



Page 8

1    April of 2015.

2         A    It started out as a wonderful relationship,

3    we thought, because everything he showed us that we was

4    doing was things that was amazing.  He had a college

5    university that he had started.  He basically had his

6    own company down the hall from him that did --

7    Cambridge Capital, that was doing loans and doing some

8    type of financing.

9              We didn't know exactly what they -- Don

10   Reinhard was doing when we first got there, but he kind

11   of introduced us to him and said he was a high school

12   friend, they had known each other for years and he was

13   a great guy.

14        Q    Did -- did you eventually end up working

15   alongside Mr. Howard and Don Reinhard in their offices?

16        A    Well, yes.  I didn't work -- I won't say

17   beside them, but I worked in the office where they

18   actually resided for work.  I would come in and I would

19   go to an office by myself, my own office.

20        Q    Yeah.

21        A    But I was in his building.  But I still had

22   my own office across town.

23        Q    What -- what were -- what were you -- what

24   was the nature of the business that you were doing with

25   Mr. Howard and when did that start?



Page 9

```
 1        A     I want to say sometime in May we actually

 2   started coming to his office quite often.

 3        Q     May of 2015?

 4        A     Yes.

 5        Q     Okay.

 6        A     To -- we started getting players to actually

 7   come and sign up with his law firm.

 8        Q     And was it your role to find the players for

 9   Mr. Howard's law firm?

10        A     Yes, it was part of what I was doing.  And

11   Linda and I were also doing some financing for the

12   players.  We were getting loans for the players through

13   third party.

14        Q     Okay.  And so let's break that down.  First

15   with respect to finding players for Mr. Howard's law

16   firm --

17        A     Uh-huh.

18        Q     -- were you being compensated for that work?

19        A     Mr. Howard gave us a contract initially to

20   say that upon the cases settling, he would give us a --

21   give us 10 percent of the funds that came in from that.

22              The problem, as I explained to him, that

23   would be splitting fees, and that would be improper, so

24   we couldn't take the contract.  So we made a subsequent

25   agreement that he would just bonus us out some money at
```



Page 10

```
 1   the same amount, but instead of being money from the
 2   players just from doing work with him, he could just
 3   bonus us out that money.
 4        Q    But "that money" meaning the 10 percent of --
 5        A    The 10 percent --
 6        Q    -- the fees?
 7        A    -- of the fees, right.
 8        Q    Just so we keep the record clear, you have to
 9   wait for me to finish.
10        A    Okay.  I'm sorry.
11        Q    I know it's natural to sort of finish the
12   sentence.
13        A    Right.
14        Q    But just for purposes of keeping the record
15   straight.
16             Okay.  So just to clarify that, Mr. Howard
17   agreed in writing to compensate you and Linda Bedell
18   effectively 10 percent of fees for NFL players --
19        A    Uh-huh.
20        Q    -- that you brought to his law firm?
21        A    Right.  As well as Wally Williams.  He's an
22   ex-NFL player, the first player that they ever put the
23   franchise tag on in the NFL.  They -- he gave -- he was
24   a part of our group too.  So Wally also reached out to
25   get players in because of this agreement.  He still has
```



1    his contract.

2         Q    Okay.  Were you ever given written contracts

3    with that agreement in place from Mr. Howard?

4         A    Yes.  I told you we told him that was

5    improper, so I'm not sure what we ended up doing with

6    the contract, but Wally Williams kept his contract.

7         Q    Does Wally Williams live in Tallahassee?

8         A    Not that I -- not as of right now.  His

9    father passed away not too long ago, and I believe he

10   lives in Baltimore right now, or Arizona, either/or.

11   I'm not sure.

12        Q    Do you have any way to contact Mr. Wally

13   Williams?

14        A    Yes.

15        Q    And what contact information do you have for

16   him?

17        A    A phone number.

18        Q    Do you know it off the top of your head?

19        A    Not off the top of my head, but I can get it

20   for you.

21        Q    All right.  And in terms of the financing for

22   the NFL players that were brought in as clients to

23   Mr. Howard's law firm, explain what you were doing in

24   that respect.

25        A    Okay.  Linda Bedell and I, we would actually



1    go about getting the players in by -- Linda went out

2    and set up an agreement with a hotel to give us a more

3    reasonable rate since we were going to be bringing all

4    of these players in to Tallahassee, and we got an

5    agreement with that -- she can give you more of this

6    information -- but with that hotel.

7            Then she went about setting up an Uber

8    agreement, doing Uber for the players from the actual

9    airport to the office and then to the hotel.  We would

10   -- a lot of times when the players would get here and

11   they needed something, we would even go and give them

12   money out of pocket to help them, you know, with food

13   or other -- other items that they needed.  And that's

14   pretty much what we were doing initially.

15      Q    And in terms of the financing aspect of that,

16   you were using a third-party lender to lend money to

17   the NFL players as advances on their potential future

18   settlement proceeds?

19      A    Yes.  We had -- we had groups that asked us

20   if we had players who were looking for funding, and

21   they would provide funding to those players who

22   would -- the money was expensive.  We would even

23   caution them about taking it.  But at the same time,

24   they needed it.  Some of them were living in cardboard

25   boxes.  Some of them were living on the street.  It was



Page 13

1    terrible what was going on with some of them.

2         Q    So you started regularly going to

3    Mr. Howard's offices in May of 2015?

4         A    Uh-huh.

5         Q    Is that correct?

6         A    Yes.

7         Q    At that time, other than Mr. Howard's law

8    firm, were you aware of any other organizations or

9    entities that were operating out of the firm around May

10   of 2015?

11        A    Yes.  Cambridge University.

12             MR. HOWARD:  I'll object to the question.

13        "Operating out of the firm," what does that mean?

14   BY MR. COHN:

15        Q    You can answer.

16        A    Cambridge University was in the same building

17   with the law firm, which Mr. Howard would constantly go

18   right down the hall and visit and speak with that

19   group.  Cambridge Capital Group was down the hall with

20   Don Reinhard managing and running it, and he would go

21   down the hall to meet with him constantly as well.

22             They were in the same structure as far as the

23   building is concerned and on the same floor, but the

24   office, the law office was on the other end.

25        Q    Around May of 2015 when you started, who was



Page 14

1    paying the overhead for your office space, if you know?

2         A    Mr. Howard, was paying the overhead for the

3    office space for all the entities.

4         Q    And that would include Cambridge University

5    and Cambridge Capital Group?

6         A    Yes.

7         Q    Okay.  Tell me, then, from May of 2015 onward

8    if your role changed in any way and how the

9    relationship with Mr. Howard developed.

10        A    Well, as we continued to do business,

11   Mr. Howard basically started to confide in me about

12   different things that he was looking to do, so we would

13   talk about how to structurally -- he needed more

14   funding in to actually help him with his practice as

15   far as the football players were concerned.  So we

16   invited some people to come down to meet with him

17   concerning getting funding through Virage and other

18   entities that would give money to law firms to help

19   with payments.

20             We would -- I would actually talk to him

21   about the Cambridge entities as we went along, and I

22   was explaining to him what I was noticing that Don

23   Reinhard was seemingly doing.  And he was like, I've

24   known Don for a long time and, you know, I can -- I've

25   known him longer than I've known you.  I know Don.



1           I said, okay, but I'm telling you something

2   is not right, he's buying cars down there.  You're

3   saying he doesn't have the money, but he just actually

4   got out of jail from stealing from Walmart and you're

5   representing him on that and you're trusting him with

6   all these people's money.  And he was like, don't worry

7   about it, I got it under control, so okay, and we moved

8   forward.

9       Q    All right.  Let's take a step back and talk

10  about Virage Capital.

11      A    Uh-huh.

12      Q    Is that correct, Virage Capital?  Did I hear

13  that correct?

14      A    No.  It's Virage.  I'm not sure if the last

15  part is Capital.

16      Q    Okay.  Did Virage end up loaning money to

17  either Mr. Howard, his law firm, or some other entity

18  operating out of the same space?

19      A    His law firm.

20      Q    How much did Virage loan his law firm?

21      A    I can't give you the exact number, but it was

22  somewhere in the neighborhood of 14 million.

23      Q    And was the purpose of that loan to fund NFL

24  concussion litigation and settlements?

25      A    Yes.  And he also included his tobacco



Page 16

1    inventory with that as well.

2         Q     Do you know when about that money was loaned

3    to Mr. Howard's law firm?

4         A     No, I can't -- I know it was loaned to him,

5    but I can't tell you the actual details.

6         Q     Were you involved in any way in obtaining

7    that financing for Mr. Howard's law firm?

8         A     Yes.  I was part of the group that brought

9    that -- those entities to his office for him to meet

10   with.

11        Q     Okay.  But other than setting up the meeting,

12   did you facilitate the loan in any way or was that

13   between Virage and Mr. Howard?

14        A     Well, we -- we did a lot of the work as far

15   as Linda Bedell and I and the rest of the group in the

16   office, they had to have structure of their -- of his

17   cases and all of the way -- you know, so that they

18   could see what clients are actually doing what, where

19   they are in the -- as far as being treated and that

20   type thing, and so we helped do that.

21              At which point -- and this will be further

22   down, but this is -- I can explain to you about the

23   doctors that -- and the doctor reports that were coming

24   in and how Mr. Howard was changing them, but go ahead.

25        Q     Okay.  And while you were there, is it your



Page 17

1    understanding that several Cambridge entities were

2    formed by Mr. Howard?

3         A    I believe those entities were already formed,

4    but he formed three new ones out in Nevada while I was

5    there as well.

6         Q    Okay.  If you recall, what Cambridge entities

7    were operating out of that same space in 2015 when you

8    first joined up with Mr. Howard?

9         A    Cambridge Capital, Cambridge Capital

10   Partners, and there was one other one.  There was three

11   entities, Cambridge entities that was in that space.

12        Q    Okay.  Does Cambridge Capital Group ring a

13   bell?

14        A    Yes.

15        Q    Okay.  Was that one of the entities --

16        A    Yes.

17        Q    -- that was operating out of that space?

18        A    Yes.

19        Q    And you mentioned Cambridge Capital Partners?

20        A    Uh-huh.

21        Q    Is that another entity that was operating --

22        A    Yes.

23        Q    -- out of that space?

24        A    Yes.

25        Q    And does Cambridge Capital Advisors --



Page 18

1       A     Yes, that's another one that was in that

2    group.

3       Q     Other than those three, can you recall any

4    other Cambridge entities that were operating out of the

5    same space as Mr. Howard's law firm?

6       A     Yeah, Cambridge University.

7       Q     Okay.  As you understood it, who was in

8    charge of Cambridge Capital Group?

9       A     Mr. Howard was always in charge of it.

10      Q     Okay.  As you understand it, who was in

11   charge of Cambridge Capital Partners?

12      A     Mr. Howard.

13      Q     As you understood it, who was in charge of

14   Cambridge Capital Advisors?

15      A     Mr. Howard.

16      Q     What was your understanding in 2015 as to the

17   purpose of Cambridge Capital Group?

18      A     Initially when I first got there, my

19   understanding was Don Reinhard was doing some

20   investment, like some trading and stuff for Mr. Howard

21   personally, and he was telling me that he was bringing

22   back great gains in doing so.

23            I was like, oh, okay.  He was like -- he

24   explained to me that he was wrongfully sent to prison,

25   because we discussed the fact that he had gotten out



1   and was told not to be working in that industry anymore

2   by a federal judge.  But he kind of brushed that off

3   and said, don't worry, I got this under control.  That

4   was one of his favorite things he would say.

5        Q    Do you have an understanding as to whether

6   Cambridge Capital Partners had a different purpose or

7   role or Cambridge Capital Group?

8        A    No, I never really got involved in what they

9   were doing in that aspect.  Mr. Howard and his wife,

10  his mother-in-law and Don Reinhard pretty much --

11  initially when we first got there -- did all of that.

12       Q    Okay.  And by "did all of that," do you mean

13  ran and managed the Cambridge Capital Group companies,

14  including Cambridge Capital Partners and Cambridge

15  Capital Advisors?

16       A    Well, when I said -- I won't say ran them,

17  but, I mean, they were meeting about them because I

18  know that his mother-in-law had put some money into one

19  of the entities.  I'm not sure which one.

20            His wife said to me, Addys, if you could help

21  me keep him reined in, I would appreciate it.  And if

22  you would, if you see him doing things you think are

23  crazy, call me and let me know so I can address it.

24  And I said, okay, fine.  And that's where we kind of

25  left it.



Page 20

1      Q    So was it your understanding that Cambridge

2   Capital Group, Cambridge Capital Partners, and

3   Cambridge Capital Advisors were all involved in

4   investing money for people when you joined up in 2015?

5      A    Yes.  Yes.

6      Q    Okay.  Did you ever have any control over the

7   bank accounts or money of Cambridge Capital Group?

8      A    No.

9      Q    Did you ever have any control over the bank

10  accounts or money of Cambridge Capital Partners?

11     A    No.

12     Q    Did you ever have any control or access to

13  the bank accounts for Cambridge Capital Advisors?

14     A    No.

15     Q    Did you ever have control or access to the

16  bank accounts for Cambridge Capital Group Advisors?

17     A    No.

18     Q    Okay.  You mentioned a moment ago that there

19  came a time in 2015 where Mr. Howard needed more funds?

20     A    Right.

21     Q    Is that right?

22     A    Yes.

23     Q    Okay.  And is -- was that in connection with

24  needing money for his firm and the Virage loan or were

25  there other funds that he was looking for?



Page 21

1      A     Well, it was -- well, in a sense, all the

2    funds kind of ran together.  He didn't really separate

3    funds as in this -- these funds are grouped for this,

4    this fund -- these funds are grouped for that.  He

5    would just kind of run them together.

6            He would employ everybody to go out and see

7    if they could raise funds.  Jeff Kahn, who was working

8    with us, basically went out and got funds from

9    Mr. Epstein -- I'm sorry, not Mr. Epstein -- from --

10   what was his name?

11     Q     Harry Feinberg?

12     A     Harry Feinberg.  I'm sorry, Mr. Epstein

13   actually works for Mr. Howard.

14           Harry Feinberg and his brother, he got funds

15   from other entities and groups as well raising capital

16   to supposedly help Mr. Howard with funding for tobacco

17   and for the NFL stuff.  But the monies weren't going

18   there.

19     Q     What do you mean by that?

20     A     Mr. Howard was spending the money on

21   whatever.  He went out and -- he traded in his Mercedes

22   and got a brand new Mercedes that was worth a fortune.

23   Even though it was leased, it cost a heck of a lot of

24   money.  Him and his wife was talking about buying a new

25   home.  He showed me some of the specs on it.  It was



Page 22

```
1   huge and bigger than the one that they were in.  They
2   went on a cruise when the --
3        Q    Okay.
4        A    Yeah.
5        Q    So as I understand your testimony,
6   Mr. Howard, at the same time he's raising money from
7   third parties for investments, is using at least some
8   of that money for his own personal use; is that
9   correct?
10       A    Uh-huh.  Yes, that's what I'm saying.
11       Q    All right.  Let's take a step back.  At some
12  point in 2015, did Cambridge Capital Group or its
13  affiliates, Cambridge Capital Partners and Cambridge
14  Capital Advisors, did they start raising money or
15  taking investments from Mr. Howard's NFL clients?
16       A    I'm not exactly certain of the date when they
17  started actually taking money in from them, but I know
18  they did take money from those clients into those
19  entities.
20            Don Rhinehart and Mr. Howard would sit up and
21  pitch to the guys that, listen, you don't have to worry
22  about your money, I'm rich is what Mr. Howard would
23  say, I don't need your money, and I'm going to back
24  your money 100 percent.  There will be no problems, I
25  can assure you.
```



Page 23

```
 1          Q     Okay.  And how did the -- how did that work?
 2    So would Cambridge Capital Group or an affiliate take
 3    an investment from an NFL player/client?  Is that
 4    correct?
 5          A     Well, they would talk the client into
 6    investing into the fund and then they would -- the
 7    client would give them their 401-K, in which they would
 8    then use to invest, supposedly, back into other players
 9    so that they would get -- you know, raise the funds
10    like at a higher rate of interest.  And it was just
11    craziness.  It was really more or less at the end a
12    Ponzi scheme.
13          Q     Okay.  So let's break that down.
14                An NFL player who is a client of Mr. Howard's
15    would be induced to invest money in the Cambridge
16    Capital fund, correct?
17          A     Yes.
18          Q     Okay.  And that money would go into the fund.
19    And then would it be used to then provide advances back
20    to that player and other players that were invested in
21    the fund?
22          A     Yes.  I'll give you a for instance.
23                Corey Fuller, he put in his 401-K.  He then
24    was told that he would -- his 401-K would be earning
25    something in the neighborhood of -- and don't quote me
```



Page 24

1    exactly, but I know it was very high interest, like 60

2    or 70 percent or better in interest.

3            At the same time, they gave him money every

4    month out of it to live out of.  And they told him that

5    money was not coming from his money that he put in

6    because his money was working.  But the truth is, it

7    was coming directly from his money.

8        Q    And so his money was not being used to obtain

9    high rates of return?

10       A    Yeah, from him personally actually in the

11   end.  He was actually going to be paying back that high

12   interest rate himself on the loan that he was taking

13   out from them with using part of his money and other

14   people's monies to loan him.

15           By the time his loan was finished, or by the

16   time it was -- they had stopped giving him money, he

17   had gotten out of the fund a little more money than he

18   had actually put in.  So, therefore, at some point, he

19   ended up getting someone else's money, not just his.

20       Q    Okay.

21       A    But he went over what he put in.

22       Q    Other than advancing money to NFL players out

23   of the fund, Cambridge fund --

24       A    Uh-huh.

25       Q    -- are you aware of whether that money was



Page 25

 1   used for any other investments?

 2       A    Mr. Howard told this group that he had

 3   invested their money into A&T Development, which was a

 4   lie, because that wasn't the situation at all.

 5            When he and I made an agreement concerning

 6   getting the monies from Virage, I said to him that he

 7   could keep a portion of the money he owed me for this

 8   A&T Development deal that we were going to do.  He

 9   agreed.

10            I have a document where he signed saying I

11   paid $500,000 to be a party to this because he kept the

12   money that I basically said to him you can keep that so

13   that we can move forward versus just handing it to me,

14   because at that time I trusted him.

15       Q    Okay.  Other than A&T Development, which I

16   understand was created in mid 2017 --

17       A    Uh-huh.

18       Q    -- for what I've been calling the

19   Jacksonville project, are there any other investments

20   that you're aware of made by the fund other than

21   advances to NFL players?

22       A    Neil Epstein, who just left, had a project

23   that he was dealing with, and he basically --

24   Mr. Howard basically turned around and took a portion

25   of what he said he owned in that project and turned it



Page 26

1   over to the NFL players because he was trying to hide

2   the fact that he didn't invest the money in anything

3   other than the Ponzi scheme.

4       Q    Okay.  Was the Neil Epstein venture also

5   called OmniPad?

6       A    OmniPad, yes, sir.

7       Q    And what was -- what was OmniPad, if you

8   know?

9       A    Well, my understanding was it was a pad that

10  would allow you to do versatile things while running in

11  different directions.  I didn't really get involved in

12  it too much.

13          But initially how Mr. Howard ever heard about

14  it was me and Mr. Epstein was riding together to go

15  somewhere with Jakon, the attorney that worked there.

16  And Mr. Epstein started explaining to me about his

17  prior things that he had done and awards that he had

18  won.  And he said he had a patent on this idea, and it

19  sounded like a really good idea.

20          So I said, when we get back, why don't you

21  tell Mr. Howard about your idea.  And when we got back,

22  that's what he did, he told him all about it.

23          But at the same time, I told Mr. Howard I

24  wouldn't suggest that you put money into this as of

25  right now until you start making money.  Why don't you



Page 27

1  just hold off on the OmniPad.

2          And they -- Mr. Epstein wanted to take it out

3  to California.  And I said, Mr. Howard, that would be

4  very, very expensive.  If you're going to do this, why

5  don't you keep it in Florida because at least it would

6  be cheaper.  But if I was you, I wouldn't do it at this

7  time.  You should wait until you get some of your own

8  money in instead of monies that's supposed to go to

9  these other things that you're doing.

10     Q    Other than the Jacksonville project and

11  OmniPad and advancing money to NFL player/clients, how

12  else was the Cambridge funds money being used from 2015

13  through 2017?

14     A    Mr. Howard was running around saying that he

15  needed to be basically bigger than life, so he went out

16  and he found some property in Jacksonville and he was

17  going to remodel it and put a big office over there,

18  and he basically put money into that.  I didn't know

19  it, but he bought a condominium over in Jacksonville,

20  and he was leasing two other ones in Jacksonville.

21          His wife got a new Mercedes.  His

22  mother-in-law got a new Mercedes.  He imported a dog in

23  from Russia or somewhere.  That's pretty much how the

24  money was being used.

25     Q    Okay.  If Mr. Howard needed money for his law



Page 28

1    firm, would he just transfer that money from the

2    Cambridge fund to his law firm?

3         A    No, he wouldn't personally do it, but he

4    would have Ms. Milon, Gail Milon to send it to him.

5              Initially Don Reinhard was sending it to him.

6    And if anything, for the first, I can say Don did say

7    to him in front of me, you can't use this as your

8    personal piggy bank, you can get in trouble.  You don't

9    want to, you know, be borrowing money from this entity.

10             And he was like, okay.  And he said, and

11   every time you get any money out of here, there has to

12   be a sheet of paper that goes with it to explain why

13   you got it, when it's coming back, what it's doing.

14   And at that time, he told him, okay, I understand.

15   Howard told --

16        Q    Don Reinhard?

17        A    -- Don Reinhard.  Okay.

18        Q    Okay.  So just to be clear, in your presence

19   Don Reinhard told Tim Howard that Tim Howard could not

20   use the Cambridge fund as his personal piggy bank?

21        A    Yeah, he did tell him that.

22        Q    All right.  And Don Reinhard told Tim Howard

23   that Tim Howard needed to document all of the money he

24   was taking from the Cambridge fund for either his law

25   firm or personal use?



Page 29

1        A     Yes.

2        Q     And what was Tim Howard's response to those

3   admonitions from Don Reinhard?

4        A     He told him okay.  At the same time, I need

5   you to send me money from down here.  And that's what

6   Don did.

7        Q     Is it your understanding that when Don was

8   working with the Cambridge fund -- and by that I mean

9   -- strike that.

10             If I'm going to refer to the Cambridge fund,

11  just so we're clear, I'm referring to the money that

12  went to Cambridge Capital Group or its affiliates,

13  including Cambridge Capital Partners and/or Cambridge

14  Capital Advisors.

15             Do you understand that?

16       A     Yes.  Absolutely.

17       Q     All right.  If Tim Howard asked Don Reinhard

18  to send money from the Cambridge fund to Mr. Howard's

19  law firm, would Mr. Reinhard do that?

20       A     Absolutely.

21       Q     Is that because Tim Howard was in charge of

22  the Cambridge fund?

23       A     Yes.  Absolutely.  He was the president, I

24  believe, at that time.

25       Q     Okay.  And in February of 2017, Don Reinhard



Page 30

1   resigned from his role, whatever that was, with the

2   Cambridge fund, correct?

3       A   He got arrested for child abuse, and he was

4   already in trouble from what Mr. Howard and them was

5   representing him for.  He was on probation for stealing

6   out of Walmart.

7       Q   Okay.  But you --

8       A   So he left.  He didn't really resign.  He

9   ended up going to jail and therefore he couldn't come

10  back, so that's how that went.

11      Q   At that time, was Gail Milon working with the

12  Cambridge fund?

13      A   Yes.

14      Q   Okay.  Did she take over Don Reinhard's role

15  with the Cambridge fund at that time?

16      A   She was already a party of it.  Tim went out

17  and got Gail because Gail was licensed to do what she

18  did, and basically told Don he needed to start to train

19  Gail on everything that was going on down there because

20  he wasn't sure exactly how it was supposed to work,

21  even though he was running it.

22          And so Gail said to Mr. Howard that Don won't

23  tell me everything, he won't show me everything.  I

24  can't see everything that's going on.  And so Tim said,

25  well, I'll deal with that.  And he went down and talked



Page 31

1    to Don.  Don still wouldn't do what Tim asked him to

2    do, which was give Gail the information.

3              So Tim was like, you know, don't worry, I'll

4    get it across to him, to Gail, just keep working,

5    getting as much information as you can.  So she worked

6    under Don until Don went to jail.  And then at that

7    point, she was supposedly running the Cambridge Capital

8    Group.

9         Q    Okay.  And was she actually reporting to Tim

10   Howard --

11        A    Yes.

12        Q    -- who was still running the Cambridge

13   Capital --

14        A    Yes.

15        Q    -- group?

16        A    I'm sorry.  I should have waited.

17        Q    I know.  It's just natural.

18             MR. COHN:  Did you get that?

19             THE COURT REPORTER:  Yes.

20             THE WITNESS:  Yes, she was still reporting to

21        Mr. Howard.

22   BY MR. COHN:

23        Q    Okay.  And for -- you were affiliated with

24   Mr. Howard, his law firm and the Cambridge Capital

25   entities up and through early 2018, correct?



Page 33

1    money missing from it --

2          A    Yes.

3          Q    -- supposedly?

4          A    Yes, of Florida.  The Cambridge Capital Group

5    of Florida had bank accounts, and there was no money in

6    these accounts.  But she was constantly telling clients

7    that the money was still out there because in fiction,

8    I guess you could say, it was out there because it was

9    sent out to a bunch of clients, but it was all based on

10   them paying it back at the --

11         Q    Through the NFL settlement?

12         A    Right.  And that was only if they got a

13   settlement, okay.

14         Q    Okay.  So let me back up.

15         A    But not all of the money, but some of the

16   money.

17         Q    So between you coming and introducing

18   yourself to Tim Howard in May of 2015 and about March

19   of 2017, the fund took in investments from a series of

20   NFL players, correct?

21         A    Right, as well as other people outside of the

22   NFL players as well.

23         Q    How many NFL players during that period of

24   time invested in the Cambridge fund, if you know?

25         A    I'm not sure.



Page 34

```
 1          Q     Okay.  Do you have a ballpark idea?
 2          A     Fourteen, 15.  I don't know.  Something like
 3    that.
 4          Q     Are you aware of the identity of any other
 5    people that invested in the fund during that period of
 6    time?
 7          A     I know Wally Williams was one.  Like I told
 8    you, Corey Fuller was one.  Yeah, it was -- let's see.
 9    He was the guy that said he wanted to kill himself.
10    I'm just trying to use that as a point of reference to
11    make me remember his name.  He was a really big guy.
12    Jesus.  He came -- him and his wife came down and met
13    with Tim.  I'm talking so that I can try to remember
14    his name.
15          Q     It may come to you.
16          A     Yeah.
17          Q     Let me continue to ask questions.
18          A     Okay.  Go ahead.
19          Q     Okay.  So between May of 2015 and March of
20    2017, do you have any idea as to how much money was
21    invested in the Cambridge Capital fund?
22          A     If I had just a guess, I would say somewhere
23    in the neighborhood between 7 and 10 million, somewhere
24    in there.
25          Q     Okay.  But you don't know --
```



Page 35

1        A     No.

2        Q     -- the exact number?

3        A     No.  I wasn't privy to any of the bank

4   accounts and any of the monies and the numbers of what

5   was being put in there.

6        Q     Okay.  But you understood from conversations

7   with Gail Milon and Tim Howard in or around March of

8   2017 that all of the money in the fund had been used as

9   either advances to NFL players --

10       A     Uh-huh.

11       Q     -- and/or investments in other startups or

12  developments?

13       A     Yes.  And the players were calling,

14  complaining about funds that they were not receiving

15  anymore too.  That was the first real red flag.

16            And I told him that's generally how Ponzi

17  schemes work.  You know, at some point, it comes a time

18  where you -- there's no more money to reach around the

19  corner and pretend that you have.  Now you have to have

20  the money and you don't have it.

21            So now they are going to be asking you

22  where's the money that you had us living off of,

23  because Don and them had come up with these crazy

24  amounts that they was giving these guys every month to

25  live out of as if they were still in the NFL.



Page 36

1      Q    So at the time that the Cambridge Capital

2    fund effectively ran out of money in early 2017, did

3    Tim Howard and Gail Milon come up with a plan to

4    replace that money?

5      A    Yes.  Tim Howard came up with A&T Development

6    with me -- it was me, Jeff Kahn and him standing on a

7    building in Jacksonville.  And he was at the tobacco

8    forum that he had invited us over to.  We were standing

9    on the roof.

10          He looks over and saw this building, and he

11   said to Thamer, who was a guy who worked in the

12   building that he actually lived in, what is that

13   building?  And he explained to him what the building

14   was.  So he then gave him some history on the building.

15          And Tim said, we ought to try to look into

16   buying that building, I think that would be a good

17   idea.  And so me, him and Jeff agreed it might be a

18   good way to raise some capital.  Later --

19      Q    And that building was at 500 East --

20      A    Bay.

21      Q    -- Bay Street?

22      A    Yes.

23      Q    In Jacksonville, Florida?

24      A    Yes.

25      Q    Okay.  I'm going to refer to that as the



Page  37

1    Jacksonville project --

2        A    Right.

3        Q    -- throughout this deposition.  Do you

4    understand that?

5        A    Yes.  That's fine.

6        Q    That was one aspect to raising funds.  But in

7    early 2017 when the Cambridge fund was effectively out

8    of money, were there any other ideas discussed in --

9        A    I was going to get to that.

10       Q    Okay.  To raise money --

11       A    Yeah.

12       Q    -- to replace the money --

13       A    Yes.  Yes.

14       Q    -- that was --

15       A    No.  No.  I was going to get to that.

16       Q    Okay.

17       A    I was just -- that was the point of

18   reference.

19       Q    That's one.  Okay.

20       A    Because that was the easiest way to do it

21   because it was $24 million that was in equity in the

22   actual structure that we thought we could pull out.

23            And Mr. Howard was going to supposedly take,

24   I thought, a portion of his, since he controlled all of

25   the money, and put the money back that was taken from



Page 38

1    the players.  And he put it in writing that's what he
2    was going to do.
3              But he also told me my signature would allow
4    me $1 million of $24 million, though, I would be
5    responsible for half of the money, which I refused to
6    do.  Now --
7         Q    Let's get to that.
8         A    -- I'm going to --
9         Q    Let's go --
10        A    I'm going to there next.
11        Q    Yeah.  Okay.
12        A    I'm moving off of that.  I just wanted to --
13        Q    I understand.
14        A    That was the first part of --
15        Q    And we'll come back to that.
16        A    He asked us personally, me, Gail Milon, and
17   anyone else in the office that had people that they
18   could go to to get funds brought into the office, to
19   reach out to them.
20        Q    So Tim Howard asked you, Gail Milon, and
21   other people in the office?
22        A    And Jeff Kahn and Harrison Smith to go out
23   and find people that would invest in Cambridge Capital.
24        Q    So the idea, then, when Cambridge Capital was
25   out of money in 2017, was to go raise funds from other



Page 39

```
 1   parties to replace the money that had all been depleted
 2   from the players' 401-K's that had already been
 3   invested in the Cambridge entity?
 4        A    Well, that, and help with some of the tobacco
 5   cases so that he could get money in to replace some of
 6   the stolen money.  He was going to use some of the
 7   money that was raised to do trials for tobacco, and he
 8   was going to use some of it for NFL players that had
 9   been brought in.
10             A lot of that money, too, was used for the
11   doctors that -- as I was explaining to you before, to
12   do treatment on the players.  And what Mr. Howard would
13   do is if the doctor would send a report back that he
14   didn't -- he felt like this person should have a 2.0
15   instead of a 1.5, he would go in there and change the
16   doctor's report and say "got one done."  And we -- I
17   think I still have a copy of those reports he changed,
18   if I need to provide them.  But that was just part of
19   what he did.
20             And by then we realized that we were dealing
21   with someone that -- I mean, he just had no scruples at
22   all.  He just did whatever he wanted to do.
23        Q    Okay.  So when Cambridge Capital, the fund
24   was out of money because it had advanced all of the
25   money to the NFL players from 2015 through early
```



1   2017 --

2        A    To the Ponzi scheme.

3        Q    Right.  The plan to replace that money was

4   invest in the Jacksonville project, raise money from

5   other people to replace the money that was gone?

6        A    Right.

7        Q    And were there any other ways discussed at

8   that time to raise funds to replace the missing money?

9        A    No.  I mean, at that point, it was kind of

10  just throw everything against the wall and see what

11  sticks, pretty much.

12       Q    Okay.  Did Tim Howard offer any incentive

13  during that time in 2017 when the fund was out of money

14  to go raise additional funds for the Cambridge Capital

15  fund?

16       A    On the A -- A&T entity, he went to Gail Milon

17  and gave her a contract that said that she would get a

18  million dollars from the A&T Development Group for

19  getting funds in, in case -- the Jasminka funds in.

20            And she initially said to Tim, you know,

21  legally I'm not supposed to do this.  Tim was like,

22  well, you don't have to worry, we're going to get that

23  back, not a problem.  She said, yeah, the person that I

24  could call is on my old list when I was with MetLife or

25  whoever -- whoever it was she was with.  And they don't



Page 41

1    -- the law says I'm not supposed to reach out to those

2    people that was on my book through my license.  And he

3    said, don't you worry about it, I'm going to get you

4    this money.

5              And I complained about the contract he gave

6    her for the million dollars.  I said, you didn't -- I'm

7    supposed to be part of A&T.  We're supposed to be

8    quote, unquote, partners.

9              Actually, I was the person that was the first

10   name on A&T Development, though he took my name off.  I

11   supposedly started the company, even though he does

12   whatever he wants.

13             So I said to him, you're going to give her a

14   contract without even asking me my opinion on giving

15   her a million dollars for going out and getting money?

16   And he said, I don't have to, I'm a lawyer.

17        Q    So in an effort to move the Jacksonville

18   project forward, Tim Howard gave Gail Milon a written

19   contract offering her a million dollars if she could

20   raise money for the Jacksonville project or for the

21   Cambridge fund?

22        A    For both, because you have to remember, the

23   money that was going to go in -- come in and go to

24   Jacksonville was going to pay back the Cambridge fund

25   for the money that was stolen.



Page 42

1           She also reached out to a client of hers that
2   was blind.  She told me the guy was blind.  She had
3   known him a long time.  He had a heck of a lot of
4   money.  She was like, I could try to get him to give us
5   some money, she said, but, you know, he ain't really
6   comfortable but he loves me so he might be willing to
7   do it.  She talked to him numerous times.  He ended up
8   not doing it.  But she reached out to more than just
9   one client.
10      Q    Okay.  Do you recall how much Gail Milon had
11  to raise in funds for the Cambridge fund and/or A&T
12  Development to earn the million dollars from Tim
13  Howard?
14      A    He basically said to her if she could get in
15  Jasminka's money that she had said she could get, she
16  could that -- she would get that money.
17           So at that time, I didn't know what her and
18  him had discussed as to what Jasminka was willing to
19  pay.
20      Q    Okay.
21      A    Because I wasn't in that meeting.
22      Q    Did you see a physical copy of this contract
23  that Tim Howard offered to Gail Milon to raise Jasminka
24  Ilich-Ernst's money?
25      A    Yes, I did.



Page 43

```
 1       Q    Were you ever in possession of a copy or did
 2  you just see it in a --
 3       A    No, I --
 4       Q    -- conversation with them?
 5       A    She and I -- she and I was talking, and she
 6  was saying, being that you're on A&T Development, she
 7  handed me the contract and said, Tim is going to pay me
 8  this.  So she wanted to make sure I wasn't going to
 9  start to complain about it.
10            And I said, I've never seen this.  I said, I
11  didn't know he was willing to do this for you.  So I
12  gave it back to her and went down there to talk to him.
13       Q    Okay.  And at the time -- do you recall when
14  about that was that Gail Milon handed you a copy of the
15  contract offering her a million dollars to raise money
16  from Jasminka Ilich-Ernst?
17       A    Well, it was to raise money for him to do
18  that, but I can't tell you the date.
19       Q    Okay.  Do you have a recollection of
20  approximately when in 2017 you saw that contract?
21       A    It was around the time that we were trying to
22  raise funds to pay this guy -- what was his name?
23  Mr. Howard found him too.  I don't know why -- I'm
24  really angry right now so I'm drawing a blank.
25       Q    Okay.
```



Page 44

1      A     And I apologize to all of you all.  I'm doing

2  the best I can to hold it together here.

3      Q     You're doing wonderfully.

4      A     But we talk about this guy like every day and

5  I --

6      Q     That's okay.  It's okay.  It may come to you

7  later on.

8            So sometime in 2017 Gail Milon shows you a

9  written contract where she's entitled to a million

10  dollars from Tim Howard or one of his companies if she

11  raises funds for the Jacksonville project and the

12  Cambridge fund, correct?

13      A     Yes.

14      Q     Was it your understanding that Gail Milon

15  performed under that contract when she raised the money

16  from Jasminka Ilich-Ernst?

17      A     Yes.  Absolutely.

18      Q     Okay.  Let's get into the details of that

19  transaction.

20            Do you know who drafted the purported loan

21  documents for Jasminka Ilich-Ernst?

22      A     Mr. Howard drafted everything in that office.

23      Q     Okay.  Including the loan agreements for --

24      A     Pretty much all of the loan agreements that I

25  had ever seen done in there, he did them.



Page 45

```
 1          Q     And by "he," you mean Tim Howard?

 2          A     Tim Howard, yes.  I mean Tim Howard.

 3          Q     Okay.  Did you have any conversations with

 4     Gail Milon about the Jasminka Ilich-Ernst transaction?

 5          A     Yes.

 6          Q     What do you recall about those discussions?

 7          A     Initially she signed the first documents that

 8     went to Jasminka to get the money in.  She met with

 9     her.  Her and Mr. Howard both met with Jasminka at some

10     point and discussed, you know, the monies and

11     everything.

12                She then turned around and said to me that,

13     you know, as I need you to sign a document for me

14     because the documents I signed and gave to Jasminka

15     initially could get me put in jail because I shouldn't

16     have done this using the fact that I went and got money

17     from another client if Tim doesn't pay it all back.

18          Q     Okay.  So around the time of the -- the

19     initial loan document was signed by Gail Milon,

20     Ms. Milon admitted to you that she was worried about

21     going to jail because she had induced Jasminka to loan

22     the money to the Cambridge fund?

23          A     Yes.

24          Q     And was Ms. Milon's concern based on the fact

25     that she did not think the money would be repaid or for
```



Page 46

1    some other reason?

2        A    Well, she said if it doesn't get repaid,

3    there's going to be a huge problem.  And even though

4    Tim is actually assuring me that it's going to get

5    done, if it doesn't I'm going to have a problem.  And

6    she was like, you know, I have an SEC license.

7            She then parked her license right after that,

8    she said because she could get in real trouble for what

9    she had done and get her license taken.

10       Q    And did she express to you -- did Gail Milon

11   express to you that she could lose her license over the

12   Jasminka deal because she was soliciting former clients

13   illegally?

14       A    Yes.

15       Q    Was Tim Howard aware of Gail Milon's

16   concerns, if you know?

17       A    Yes, he was.  We were in there all together,

18   all three of us sitting in his office when she told him

19   that.

20       Q    And so you, Tim Howard and Gail Milon are in

21   Mr. Howard's office?

22       A    Yes.

23       Q    Gail Milon says to the two of you, I'm

24   concerned I could go to jail over the Jasminka

25   Ilich-Ernst deal if she's not repaid?



Page 47

```
 1       A     No.  Her exact words was I can get in
 2  trouble.  But she said to me earlier she could go to
 3  jail.
 4       Q     Okay.
 5       A     When she was sitting there with him, she
 6  said, I can get in real trouble, Tim, if you don't pay
 7  this money back.  And I'm sitting there looking at him
 8  and he was telling her, oh, you don't have to worry, I
 9  guarantee it's not going to be a problem, we'll get
10  that paid back, no problem.
11       Q     Okay.  Did Gail Milon, during that
12  conversation, provide any additional detail as to why
13  she was concerned she could get into a lot of trouble
14  if the money was not repaid to Jasminka?
15       A     Yeah, she did tell Mr. Howard that he
16  basically -- she wasn't supposed to solicit clients.
17  And being that she solicited this client from her book
18  of business, is what she called it, it could be a real
19  problem, right along with the other client that she
20  tried to solicit.  And she said he was a blind older
21  guy that was in a part of her book of business so --
22       Q     But Gail Milon solicited Jasminka because of
23  the contract that Tim Howard had given Gail to
24  compensate Gail if she raised the funds, correct?
25       A     Well, I believe she solicited Jasminka for
```



Page 48

1    that reason, as well as Tim could essentially put

2    pressure on everybody to perform.

3         Q    And by "perform," do you mean that Tim

4    consistently put pressure in and around the summer of

5    2017 to raise money to replace the missing funds in the

6    Cambridge Capital fund?

7         A    Yes.  Even I had my girlfriend's sister and

8    her to put in $70,000 of their money because I thought

9    Tim was going to get the money back.  He said he was

10   going to get $5 million in from a tobacco case during

11   that time and he would be able to give people back

12   their funds.

13             He was just trying to keep the law firm up

14   and running, as well as the other entities up and

15   running until that money hit his account.

16        Q    So the -- are you aware that Harry Feinberg

17   also loaned money to the Cambridge entities in and

18   around the summer of 2017?

19        A    Yes.

20        Q    Do you happen to know how much he loaned?

21        A    My understanding was a million dollars.

22        Q    Okay.  Other than Mr. Feinberg and my client

23   Jasminka, are you aware of anybody else that loaned

24   money around that period of time to replace the missing

25   money from the Cambridge fund?



Page 49

1         A      Yeah.   I told you Chanell Dunlap put in money
2    that was from somebody I knew.   Let's see, it was --
3         Q      How you you spell that, by the way?
4         A      D-u-n -- you mean her last name or her first
5    name?
6         Q      Both.
7         A      It's with two L's.
8         Q      Okay. Chanell?
9         A      Yes.   And her last name is D-u-n-l-a-p.
10        Q      Dunlap?
11        A      Uh-huh.
12        Q      And does Chanell live in Tallahassee, if you
13   know?
14        A      No.   She lives in -- outside of Orlando, a
15   little city.
16        Q      Do you know if she was repaid?
17        A      No, she wasn't ever repaid.
18        Q      Do you have a way to reach Chanell Dunlap?
19        A      Uh-huh.
20        Q      Do you have her cell phone?
21        A      Yes.
22        Q      Okay.
23        A      I can give it to you.   I have it.   She spoke
24   to Gail Milon as well.
25        Q      Okay.   Other than Chanell Dunlap, Harry



Page 50

1   Feinberg, and/or the trust that he was representing,

2   and Jasminka, are there any other people that loaned

3   money to Howard's law firm or Cambridge fund at that

4   time?

5        A    Yes.  Me and Linda Bedell loaned money to

6   him.  There's wires that we can show.  We also paid

7   staff upward of about $78,000 on his behalf.  We also

8   paid Uber fees, hotel fees.  This is all out of our own

9   pocket.

10            He consistently tells the lie that we stole

11  three -- $290,000 from him when he owed us an

12  incredible amount of money.  And basically the little

13  bit of money that he gave back to us that belonged to

14  us, all of the sudden it was his money, not our money,

15  even though we loaned it to him.  So he decided to tell

16  everybody those are thieves over there.  And he's such

17  a fucking liar.

18       Q    It's okay.  Do you want to take a few

19  minutes?

20       A    Yeah.  Just give me a second.

21       Q    All right.

22            MR. COHN:  Let's go off the record.

23            THE WITNESS:  Could we just have a second

24       here?

25            THE VIDEOGRAPHER:  The time is 1:30.  We are



Page 51

1          going off the record.

2                  (Whereupon, a recess was taken.)

3                  THE VIDEOGRAPHER:   The time is approximately

4          1:45 and we're back on the record.

5     BY MR. COHN:

6          Q    I understand that earlier we were talking

7     about when you first met Mr. Howard and there may have

8     been a mistake about the timing of that meeting and

9     generally what happened when.

10                 Do you want to clarify for the record?

11         A    Well, as far as the dates go, I've tried to

12    put all of this stuff out of my mind.  It's been that

13    horrific for me.  So I'm not certain.  I don't want to

14    be pinned to dates and times.

15                 We have paperwork that we can provide you to

16    give a timeline.  So if there's any misstatements in

17    time, it's only because I tried not to remember this

18    foolishness.

19         Q    Yeah.

20         A    But I would like to also talk about Jim

21    Keefer and Jose Cordero.

22         Q    Okay.  Are those three different individuals?

23         A    No, just two different individuals.

24         Q    Could you --

25         A    Jim Keefer -- Jim Keefer and Jose Cordero,



Page 52

1    those are the two people that Mr. Howard got us

2    involved with, me and Jeff Kahn.  And the way it went

3    was this.  We met this young lady out of Louisiana who

4    said that she knew somebody who could fund the A&T

5    project out of Jacksonville.  In doing so, she gave us

6    this guy's name, Jim Keefer.  Tim reached out to Jim

7    Keefer to find out if he was an actual lender.

8            In the long run, what happened was Jim Keefer

9    then sent Tim an email.  And on the email, it had this

10   guy Jose Cordero's name and information on it.  Tim

11   decided this was the lender, we should reach out to the

12   lender directly and start to try and see if he actually

13   would be able to loan the money, okay.

14       Q    For the Jacksonville project?

15       A    For the Jacksonville project.

16           Once he started sending us information, he

17   sent it to Tim and Jeff and myself, they -- he said we

18   had to fill out this application, which Tim filled out

19   and sent back to try and get the project funded.

20           Well, he ended up being a scammer.  But the

21   only reason we even ever knew about him is because Tim

22   brought him up to us and said that he had gotten his

23   name from Jim Keefer off of an email, okay.

24           So in the long run, he -- I refused to sign

25   some documents for this loan that I gave you a copy of



Page 53

1    earlier about how much money he was going to spend on

2    paying off his house and the money that was stolen from

3    Cambridge and all of that is on that form.  And I was

4    like, I'm not signing that, not to mention, I'm not

5    sure really about Jim -- I mean, Jose Cordero.

6              Now, the paperwork that that group gave us

7    said that the only way this money could be moved to go

8    to Jose was if all three of us signed it, Jeff, Tim and

9    I.  In the long run, I wouldn't sign it.  So he just

10   took my name off of it, just like he did the A&T

11   Development thing.  He just took my name off of it

12   without saying anything to me or anything, and just

13   went on and sent the money -- got the money out of the

14   bank and sent it.

15        Q    Okay.

16        A    And then in the end he says, you're the

17   reason that I got -- the money got taken from me,

18   though, I'm the only one that wouldn't sign it, which

19   is foolishness.

20        Q    Okay.

21        A    But go ahead.

22        Q    All right.  So let me -- let me get back to

23   the Jacksonville funding in a minute.  We finished

24   before break on the discussion between you, Gail Milon

25   and Tim Howard regarding the original Jasminka loan



Page 54

1    documents?

2         A    Right.

3         Q    And Gail's concern over whether soliciting

4    her former clients was legal or not, right?

5         A    Right.

6         Q    Okay.  Other than that conversation where

7    Gail expressed her concerns to you and Tim Howard, did

8    you have any other conversations about the Jasminka

9    Ilich-Ernst investment or loan?

10        A    No.  Really that was kept mostly between her

11   and Tim.

12        Q    Gail Milon and Tim?

13        A    Gail Milon and Tim, as to how they were going

14   to go about, you know, getting this done.  They was

15   trying to not have her be upset and going -- an issue

16   for them.

17             The one thing I did learn later was they gave

18   her a job supposedly -- I'm not positive of this

19   because I wasn't there then -- working for the

20   university that he had created that was sort of like

21   the Trump University.

22        Q    How did you come to learn that Jasminka was

23   offered a job at Cambridge University?

24        A    It was through one of the employees that was

25   still working for the university.



Page 55

```
 1        Q    Okay.  Did you have any conversations with
 2   Tim Howard or Gail Milon about the second sort of loan
 3   or investment made by Jasminka in December of 2017 for
 4   $20,000?
 5        A    I didn't even know there was a $20,000
 6   investment made after that.
 7        Q    When you had the conversations and Gail Milon
 8   expressed her concern about what would happen if
 9   Jasminka was not repaid, did anybody, including Tim
10   Howard, indicate how Jasminka was going to be repaid?
11        A    He had something in writing that he gave to
12   Gail explaining how he had planned to pay the money
13   back.
14        Q    Do you recall any details about that writing?
15        A    No, because, again, I didn't have any
16   conversation with Jasminka at all myself personally.
17   She never met with me.  She saw me in the office and
18   said hi.  I said hi and kept going.  If she walked in
19   here now, I wouldn't be sure who she was because we
20   didn't have that type of rapport at all.
21        Q    Okay.  As I understood it, other sources of
22   potential funding to pay the missing money around the
23   middle or end of 2017 included a potential settlement
24   of one of the tobacco cases?
25        A    Yes.
```



Page 56

1       Q    And a potential loan on the Jacksonville

2   project?

3       A    Yes.

4       Q    Were there any other potential sources of

5   income to Mr. Howard, his law firm, or the Cambridge

6   fund at that time?

7       A    The only other thing I can think of is Neil's

8   little project that he was working on, they were trying

9   to get funding from it and he was going to use that

10  funding to do other things other than just continue

11  what he started with him.

12      Q    Okay.  And that would be OmniPad, correct?

13      A    OmniPad, yes.

14      Q    Okay.  Other than the tobacco -- potential

15  tobacco settlement, the Jacksonville projects, the

16  OmniPad projects -- and was there a fourth?

17      A    Jacksonville, OmniPad.  What was the other

18  one?

19      Q    Or NFL settlements?

20      A    Well, NFL settlements were always a part of

21  it.

22      Q    Okay.  Other than those four potential

23  sources of funding in the future, was there anything

24  else that you were aware of that would be incoming

25  capital around the middle or end of 2017 to the



Page 57

1    Cambridge fund?

2         A    No.

3         Q    Do you have any recollection as to how

4    Jasminka would be paid back in a short -- in a short

5    turnaround time, because the money was due back to her

6    relatively quickly?

7         A    It was supposed to be a check coming in from

8    one of the tobacco cases that had supposedly settled.

9    I guess it went through some type of litigation and

10   they were going to turn it over to him.  And he was

11   telling her, don't worry, out of that money I'll get

12   her her money right away.

13        Q    Okay.  Did you understand from Gail Milon or

14   Tim Howard that Jasminka's money was intended to be

15   used for the Jacksonville project or was it just

16   general money to be used however Tim Howard saw fit?

17        A    All money was used to be whatever Tim Howard

18   saw fit.  That's the best answer I can give you to

19   that.

20        Q    Okay.  Was -- strike that.

21             If you know, did Gail Milon induce or ask

22   Jasminka to loan these funds for Tim Howard or his law

23   firm or the Cambridge funds for the Jacksonville

24   project or was there any other reason given of why

25   these funds were needed?



Page 58

1        A     As I explained to you, I know that they all

2    three had a meeting because I saw them sitting in

3    there, but I didn't go in there because it had nothing

4    to do with me.

5        Q     And by all three of them, you mean Tim

6    Howard, Gail Milon, and Jasminka Ilich-Ernst --

7        A     Right.

8        Q     -- had a meeting?

9        A     Had a meeting concerning her putting money in

10   and -- because that's what Gail explained to me it was

11   about when she came out of the meeting.  And basically

12   Tim had made her feel warm and fuzzy, as he can do

13   anybody, at least back then before all of this.  So,

14   you know, people had no problem giving Tim Howard

15   pretty much anything he asked you for because he was

16   very persuasive in the way he could do things.

17       Q     I want to ask you about the Harry Feinberg

18   deal.  Do you -- did you have any conversations or know

19   anything about that particular loan deal to the

20   Cambridge fund and/or Mr. Howard's law firm?

21       A     I know that Jeff Kahn reached out to this

22   gentleman to get him to invest.  Other than that, the

23   next time I heard from Harry Feinberg was he called me

24   personally and said, Mr. Howard told me that you were

25   over the entities where my money went and I want to



1    know what did you do with it.

2             I said, Mr. Howard lied to you as usual.

3    I've never been over any bank account concerning any

4    money that was put in any account when it deals with

5    Cambridge Capital Groups of any kind or his law firm or

6    any other group that deals with this -- deals with Tim

7    Howard.  I have -- I said, go back to Mr. Howard and

8    tell him pull the financial records and show you where

9    I signed my name to move one dollar of your money.  I

10   said, Gail Milon and Tim Howard controlled that --

11   those bank accounts.

12            I said, Tim Howard immediately upon -- I

13   explained this to him -- immediately upon Don going to

14   jail, took his name off of those accounts and put Gail

15   Milon's name on them, went to the bank immediately

16   because he wasn't sure how that was going to go with

17   Don Reinhard, okay.  Gail took over those accounts.

18   The entity my name was on in Nevada never had a bank

19   account attributed to it at all, zero.  So it would be

20   impossible for me to take a dime out of anything unless

21   I robbed the bank.  And I didn't do that, okay.

22       Q    Okay.  Other than that conversation with

23   Mr. Feinberg, do you recall any other details about

24   that particular loan transaction?

25       A    No.  But I'm sure Jeff Kahn can tell you what



Page 60

 1   happened with that because I wasn't privy to that

 2   either.

 3        Q    Do you have any information about the Chanell

 4   Dunlap loan?

 5        A    Yes.

 6        Q    What are the circumstances of that loan?

 7        A    She asked -- she asked me, what are you

 8   doing?  And I told her, you know, listen, working with

 9   a guy.  He seems to generally have his stuff together.

10   I believe that he wants to pay people some money that

11   put some money in and he'll pay you right back out.

12   He's waiting on the check to come from tobacco.  And if

13   you do it, he's saying he's willing to give you X

14   amount of dollars.  And I don't have the contract in

15   front of me right now.

16             So she said, who can I talk to about this?  I

17   said, you can talk to Gail Milon.  So she talked to

18   Gail about the deal then, and she spoke with Tim.  Tim

19   got on the phone with me standing there and assured her

20   that if she put her $70,000 in there, that he would pay

21   her, I want to say, 125 back, so like, okay.

22             And she was like, well, how soon would it be

23   back?  He explained it.  She said, okay.  Like I said,

24   I can't be sure of the numbers right now, but I can

25   assure she'll give you the contract.



```
 1              When it came back the first time, I said to
 2   her -- because he did pay her back the first time, he
 3   gave her back her money.  Then he got on the phone and
 4   said, tell her to put it back in, she can make some
 5   more money, she just can keep the interest that I paid
 6   her and she can make some more money.
 7        Q    Do you recall when this was going on exactly?
 8        A    I can get it from her.  I want to be
 9   specific.
10        Q    Okay.
11        A    Yeah, I don't want to -- I don't want
12   somebody to say he made that up, because like I told
13   you, a lot of this stuff is fuzzy at this point only
14   because I tried my best to not lose my sanity behind
15   football players and everybody else calling me and
16   saying Tim is saying you stole something when I can
17   proof up $50,000 being put into Cambridge for a water
18   deal that him and Gail sent off to some players or
19   somebody and spent of mine.  I can proof up many wires
20   that I sent over five hundred and some thousand dollars
21   that Tim used of mine.  And I am supposedly stealing my
22   own money.
23              He's not saying, you know, I never paid Addys
24   and Linda back the money that they loaned me.  And if
25   he wants to say we gifted him all our money, what a
```



Page 62

1    foolish thing that would be to say.

2         Q    Okay.

3         A    Anyway.

4         Q    So let's -- let's go back.  So if you recall,

5    was the Chanell Dunlap series of loans in 2017?

6         A    Uh-huh.  Yes.

7         Q    Okay.  But you don't recall when in 2017?

8         A    Huh-uh.  I would have to get the actual

9    document.  But I can get it.  Like I said, it's my

10   girlfriend's sister.

11        Q    Okay.

12        A    And it's both of their monies.

13        Q    As you -- as of right now, your understanding

14   is that Chanell Dunlap has not been paid back on the

15   last loan she entered into with Tim Howard, correct?

16        A    Oh, absolutely she hasn't been paid back.

17        Q    And do you have any understanding whether

18   that money was used for Tim Howard personally, for his

19   law firm, the Cambridge funds, or, you know, some

20   combination?

21        A    My understanding is it went to his law firm.

22        Q    And was there a reason that Tim Howard gave

23   to Chanell Dunlap for the borrowing of that money?  Did

24   he say he needed it for any particular reason?

25        A    No.  He said -- he was doing it -- it would



Page 63

1  be an investment into some things that he was doing as

2  far as Cambridge and his office and he would make sure

3  she got it back.

4          And I believe the actual contract is written

5  on a Cambridge document and signed by Gail Milon.  I

6  might even -- I'm not sure, I might even have signed it

7  because it was my -- my person.  Because like I said,

8  we trusted him at that time.

9      Q    Okay.  Did there come a time when Gail Milon

10  ever told you that she had reported herself to the SEC

11  or another regulatory body in connection with the

12  Jasminka Ilich-Ernst loan?

13      A    The SEC showed up at Tim's office.

14      Q    Do you know when that happened?

15      A    I don't have these dates in my head.

16      Q    Okay.

17      A    But sitting here, he might recall because he

18  had -- he sat in that same room with me with the SEC.

19          Anyway, we had no idea that they were showing

20  up.  They just showed up with these badges out of

21  nowhere.  And they was like, we need to talk with Gail

22  Milon.

23          So at the time, I acted on behalf of the

24  office because he wasn't in there yet.  He was on his

25  way back.  I just said, listen, I know everybody here,



Page 64

1    just tell me what you're looking to do and I'll see if

2    I can find the person and get it done, whatever.

3            We went down the hall and Tim says, well, you

4    know, why don't you just -- I'll let you be over

5    Cambridge right now while you -- while we're dealing

6    with the SEC so that we can figure out what's going on.

7            Later on that day is when Gail told me and a

8    group of us that basically she had reached out to them

9    about the fact that she had went and got money from

10   Jasminka and she probably shouldn't have.

11   Q    So on the day that the SEC came to Howard &

12   Associates Law Firm and Cambridge Capital Group, Gail

13   Milon admitted to you and others in the office that she

14   had called the SEC to report herself about the Jasminka

15   loan?

16   A    Yes.  She said -- well, she said she had self

17   reported herself.  Then she brought up the Jasminka

18   loan.

19   Q    And was it your understanding that she

20   brought up the Jasminka -- Jasminka loan --

21   A    Jasminka, yes.

22   Q    -- to the SEC?

23   A    That was my understanding from what she said

24   to all of us standing there.

25   Q    Okay.


A And so she was afraid that she was going to be in real trouble so she parked her license. At least that was the term she used to us.
Q Do you recall anything else about that conversation with Gail Milon?
A Gail had been very sick at some point. She explained to me that she had beaten cancer and almost died or whatever. And she went into this thing of, you know, prayer kind of purifies all, and she was going to pray about what all she had done. I said, fine, I have no problem with prayer. I trust and believe in prayer myself.
But common sense tells me if you know what you've done, praying about it ain't the answer. Just try to undo it is the best way to do it. At least that's what I explained to her.
Q Did this meeting where the SEC came to Howard & Associates and then you met with Gail later that day, did that happen while you were still working out of those offices?
A Yes.
Q So it happened sometime before the end of January of 2018, correct?
A Absolutely.
Q Do you have any recollection as to whether it

Page 66

1    happened in 2017 versus the beginning of 2018?

2        A    If I had to guess, I would say it was

3    sometime in the beginning of 2018.

4        Q    Okay.

5        A    Or in the middle of 2018.

6        Q    Around that time, did Gail Milon tell you

7    anything else about the Jasminka Ilich-Ernst money

8    loan?

9        A    She did say she regretted doing it.  She did

10   say that.  She wished she hadn't of done it.  I know

11   when -- there was -- Thamer said to me -- and this is

12   the guy out of Jacksonville -- when they went over to

13   have a mediation that they would not allow me to

14   participate in, that Mr. Howard lied and took my name

15   off of the paperwork and said, quote, unquote, because

16   he's the lawyer, he can just remove anybody from any

17   company, even though I started the company and it was

18   in my name.

19           He reportedly told the group that was going

20   to sit down and decide who gets what money, I wasn't

21   allowed in and he didn't -- he spoke for basically A&T

22   Development, and I had nothing to do with any of it.

23           In saying that, they had the mediation.

24   Thamer said he sat there, and Gail was crying, not

25   literally, but like crying out, like saying to Tim, we



Page 67

```
 1    got to get this money back to Jasminka, you got to get

 2    this settled so I can give Jasminka her money back.  I

 3    don't want to -- I'm going to go to jail.

 4         Now, he said he'll basically quote that out

 5    loud to anybody he heard her saying that before they

 6    went in separate rooms or whatever.

 7         So Tim basically was over there trying to get

 8    money back to fix the Jasminka issue as well for

 9    whatever they were doing.  But like I said, he lied and

10    told them I had nothing to do with it, even though

11    paperwork of all kind proves that different.

12         But after that, he has said subsequently that

13    I was a part of A&T Development and I led him to lose a

14    lot of money in A&T Development, Jeff Kahn led him to

15    lose a lot of money in it, and we were all

16    participating in it.  But that was convenient to after

17    he said I had nothing to do with it so he could get the

18    money and run.

19    Q    Let's talk about the Jacksonville project.  I

20    believe -- and correct me if I'm wrong -- but earlier

21    you testified that Jasminka's money was not slated

22    specifically for that project, that it was just

23    generally going to be used as Tim Howard saw fit; is

24    that correct?

25    A    Right.
```



Page 68

```
 1        Q     Okay.  So in or about May of 2017, Cambridge
 2   Capital Group enters into a purchase and sale agreement
 3   with Cho Construction to purchase the Jacksonville
 4   projects, correct?
 5        A     Correct.
 6        Q     And the purchase price is $5.5 million,
 7   correct?
 8        A     Correct.
 9        Q     And the first earnest money deposit owed
10   under that contract is $100,000, correct?
11        A     Correct.
12        Q     Where does that original $100,000 come from?
13        A     Supposedly it was mine from the money that he
14   supposedly was going to give me but kept it so that we
15   could be in this deal together.
16        Q     Do you have any understanding as to the
17   source of the first $100,000 paid under the
18   Jacksonville project purchase and sale agreement?
19        A     No, because Tim wanted to run -- anything
20   concerning money ran through Tim.  I know that the
21   monies that ended up going over there -- like I said,
22   any money that came into the office went into
23   Cambridge, which Tim controlled, and/or into his law
24   firm, which he controlled.  So, therefore, whatever he
25   wanted to do with the interworkings of that money, he
```



Page 69

1    did.

2         Q    So you had no understanding as to which

3    entity's bank account was used to pay the original

4    $100,000 under the Jacksonville's project purchase?

5         A    No, because he wouldn't tell you stuff.

6         Q    Okay.  Did you come to understand that

7    $700,000 in deposit money was placed down on the

8    purchase of the Jacksonville projects?

9         A    Yes.

10        Q    And ultimately the purchase did not close

11   because the full purchase price amount of money could

12   not be obtained timely, correct?

13        A    Correct.

14        Q    Do you have any understanding as to where the

15   other 600,000 in deposits, where that money came from,

16   or is it the same thing, that Tim Howard was

17   controlling the bank accounts and you don't know what

18   the source is?

19        A    I have a document that Tim Howard signed and

20   gave me saying that I contributed $500,000 to that.

21   Now, I don't know which -- I know he kept the money

22   that he was supposed to pay me from helping get him

23   funded, he kept a portion of it.

24        Q    The Virage funding?

25        A    The Virage funding.  I don't know from that



Page 70

1   where exactly or how he exactly got the money out of

2   there to send to Jacksonville.  But the document he

3   gave me said that I was in that project for $500,000 of

4   the monies that he kept from what me and him agreed to

5   do.

6         Q    Okay.  And ultimately later on when the

7   project didn't close, Tim Howard changed the documents

8   and claimed that you had no interest in the

9   Jacksonville projects or A&T Development, correct?

10        A    Absolutely.

11        Q    Just walk me through the timeline.  So

12  Cambridge Capital Group enters into a purchase and sale

13  agreement in May of 2017?

14        A    Right.

15        Q    And makes a series of deposits and also

16  enters into a series of amendments extending the

17  closing date, correct?

18        A    No, that's not correct.

19             Cambridge Capital Group ended -- entered into

20  an agreement.  And what I explained to Tim, with all

21  the shadiness that was going on with Cambridge Capital

22  Group and the foolishness that was going on down there,

23  I didn't want to be a party to any of that, and I was

24  not going to be a party to any of that.

25             So he decided why don't we create a separate



Page 71

1    entity, A&T Development -- that stands for Addys and

2    Tim -- and we will then go out and get the property

3    together under that contract.  And that's what we did,

4    which forth he gave me the actual receipt for the

5    $500,000 that made me a contributor of it.

6         Q    Are you aware that originally Cambridge

7    Capital Group had the rights to purchase the

8    Jacksonville projects?

9         A    Yes.

10        Q    At some points those were assigned from

11   Cambridge Capital Group to A&T Development, correct?

12        A    Yes.

13        Q    Do you know whether there was any

14   consideration that was paid from A&T Development to

15   Cambridge Capital Group for the right to take that

16   contract and purchase the Jacksonville projects?

17        A    Well, there was never any consideration given

18   to them, only because it should have never been in that

19   name in the first place because, as I explained to

20   them, I wasn't willing to contribute money to anything

21   dealing with the Cambridge entities, period.  And since

22   my money was a part of what we were doing, we needed to

23   do something else.

24             And then once we did something else and

25   actually created this other entity and I got an actual



Page 72

1    document from him saying that I was a $500,000

2    participate in it, I was like, okay, that's fine.  Now

3    I see where you put the money that you said you would

4    pay me, a portion of the money you said you would pay

5    me into this, okay.

6         Q    But then ultimately he denied that you had

7    any interest in A&T Development, correct?

8         A    He denies everything.  He's a denier.  He

9    lies on paper.  He lies in person.  He's a liar.  He

10   basically signed my name, used someone else's stamp to

11   certify that I signed it, signed their name, and then

12   made the statement he was given permission to do so.

13   So he made a sworn document with my name on it without

14   me being there or the party that actually had the

15   stamp.

16        Q    So you're referring to a notarized document

17   that Tim Howard signed for you and purportedly

18   notarized for you for somebody else?

19        A    Yes.

20        Q    Is that document an affidavit related to A&T

21   Development?

22        A    I believe it is.  I can get a copy of it.

23        Q    I may have a copy.

24        A    Yes.

25        Q    Going back to the original scheme in the



1    Cambridge fund of taking investments from NFL players
2    and then using that money to advance money to those
3    same players in exchange for high interest rates, did
4    there ever come a time when Tim Howard admitted that
5    there might be a problem with that because it violated
6    Bar ethics rules?
7         A    Tim Howard and I were sitting in his office,
8    and I said to him, Tim, you're going to get in real
9    trouble about what you're doing.  I said, you need to
10   write a letter to the Bar and ask their opinion because
11   you keep sitting here telling me people signed waivers.
12   But I've worked in many law offices, and all of them
13   have said, you can't give money to your clients,
14   purportedly it's illegal.  So he says, you think I
15   should do that?  I said, yes, I think you should send
16   them a letter.
17              So he sat there, drafted the letter right
18   there with me sitting there and he sent it to the Bar.
19   The Bar came back with a letter that explained to him
20   that, you know, we can't really give you an answer on
21   what you're asking, only because you've already done
22   it.  It's kind of like putting the -- you know, the
23   milk back in the cow.  It's out.  We can't -- we can't
24   do anything.  But, no, you shouldn't be doing this.
25        Q    Did there come a time when Tim Howard said to



Page 74

1    you, I need to take my name off of the Cambridge

2    entities because the Florida Bar has found out that I'm

3    violating Bar ethics rules by running a lending company

4    to my clients and representing the clients at the same

5    time?

6         A    He didn't use that exact term.  He basically

7    said, I've been told that I can't be a part of those

8    entities and run the law firm, so what I'm going to do

9    is I'm going to move -- take my name off of them.  And

10   he put his mother's -- his mother-in-law's name on

11   there first to be over the Cambridge entities.

12        Q    And who is that?

13        A    What's her name?

14        Q    Louis Koons?

15        A    Yeah.  Lois Koons.

16        Q    Lois Koons?

17        A    Lois Koons.

18        Q    Did Lois Koons have any involvement in the

19   running of any of the Cambridge entities to your

20   knowledge?

21        A    I mean, I -- like I told you, I saw her, his

22   wife and him up there talking to Don, but I've never

23   seen her do anything, so I don't think that she had

24   anything to do with running them.  But her name was on

25   there because he put it on there like he does anybody



Page 75

1    else's names.

2         Q    Okay.  So was it your understanding that Tim

3    Howard put Lois Koons as a member or director of the

4    Cambridge entities to avoid the conflict of interest

5    issues raised by the Florida Bar?

6         A    Yes, because he -- he didn't want to not

7    still have some kind of control of Cambridge and the

8    monies, so he couldn't divest himself completely of

9    control so he put his mother-in-law over the entities.

10        Q    When he did that -- when Tim Howard put his

11   mother-in-law on the Cambridge entities, did Tim Howard

12   still control the money that was in the Cambridge fund

13   or entities?

14        A    Yes.  He did it through Gail Milon, though.

15   He would tell Gail.  And this -- I have emails,

16   thousands of emails.  And in those emails, you will

17   find plenty of them that explains to Gail this is what

18   I'll have you do, this is what I need you to do, send

19   this to me, send that, you know, so it's back-and-forth

20   information where he's in control and telling her what

21   to do with the entity down there.

22        Q    Going back to the Jacksonville projects, tell

23   me -- I understand from Thamer Masser that the deal

24   never closed and that A&T or any affiliate never

25   purchased the property, the Jacksonville project



Page 76

 1   property, correct?

 2      A    I can't give you the answer to that.

 3      Q    You don't know?

 4      A    Huh-uh.

 5      Q    Okay.  Is that because at that time, you sort

 6   of made a decision to no longer be affiliated in any

 7   way with Tim Howard?

 8      A    No.  That was because Tim Howard made sure I

 9   couldn't be affiliated no longer with A&T.

10      Q    So he just took you off of A&T --

11      A    That's right.

12      Q    -- and decided you were no longer a part of

13   that?

14      A    Right, you had nothing to do with it.

15      Q    Do you have any understanding that the

16   earnest money deposit put down to purchase that

17   property was lost to Cho when the sale did not close?

18      A    I wasn't privy to any of what Tim was doing

19   in that facet.

20      Q    Okay.

21      A    Finances, he controlled everything.

22      Q    Okay.  Do you have any understanding as to

23   whether a significant amount of money was lost to Jose

24   Cordero in connection with the potential financing of

25   that project?



Page 77

1       A      Absolutely.

2       Q      Tell me what you know about the losing of

3    money to Jose Cordero.

4       A      Okay.  Tim Howard asked me, Jeff Kahn, and

5    several other people to help him raise money from -- to

6    pay -- to pay Jose Cordero these fees for quote,

7    unquote, insurance purposes.

8             This is what we were told.  We were told

9    Cordero needed to actually put some money into an

10   insurance policy which would allow him to actually lend

11   $24 million to Tim and me and for us to get A&T

12   Development up and running.

13            Well, when things didn't seem to pan out with

14   what was being said from him, yes, I said to Tim, you

15   know, I'm not going to sign anything to do with this

16   because of several reasons.  One, I don't agree with

17   the fact you gave -- that you gave Gail a million

18   dollar contract; two, the paperwork that you gave me

19   showing the disbursal of the funds and what you were

20   going to do with them, I don't agree with that either;

21   and three, I'm not comfortable with this guy so I'm not

22   signing that paperwork, period.

23            Now, the documents that were sent to us by

24   the entity BWCI said that this money will not be moved

25   from the Rothschild's firm out of their -- they were



Page 78

1    holding it in escrow -- without my signature.

2         Q    So that money went to Fox Rothschild, the law

3    firm, to be disbursed to the lender for insurance

4    purposes as long as you, Jeff Kahn, and Tim Howard

5    would sign?

6         A    Right.

7         Q    And you refused to sign?

8         A    Right.

9         Q    And so, therefore, did the money come back to

10   wherever it came from or what happened to that money?

11        A    No.  Tim Howard took my name off of the

12   stuff, and him and Jeff Kahn continued on forward with

13   the deal.  And somehow they managed to get the law firm

14   to release the funds to Jose Cordero without my

15   signature at all, at which point I'm like, okay, you

16   was going to rob me, which I don't care what you've

17   done.  But later he decided to say I had everything to

18   do with the money being stolen and loss that went to

19   Jose Cordero.

20        Q    So Jose Cordero stole the money?

21        A    That's my belief.

22        Q    Okay.

23        A    But I refused to sign anything to give him

24   this money.  But instead of Tim Howard saying,

25   Mr. Walker wouldn't sign that so we -- we would have



Page 79

1    never sent it if we had to count on him signing it.  So

2    since he wouldn't sign, if we would have just left it

3    alone, that money would have never been lost.  But

4    instead, we did -- I did as I usually do, I removed his

5    name and we moved forward.  And now I turn around and

6    say, but for him, the money wouldn't be lost.

7         So he actually has me in a lawsuit right now

8    where he's decided that I'm a part of the Cordero money

9    that's missing, though I signed nothing, I didn't agree

10   to anything.  And the party that's suing him and

11   Mr. Kahn wouldn't even sue me because they said, we

12   see, Mr. Walker, you had nothing to do with moving the

13   money from one entity to the other.  But the thief here

14   lies on me.

15       Q    And "the thief here," you're referring to Tim

16   Howard?

17       A    Yes, I am.

18            MR. COHN:  I don't know what exhibit we're on

19       so I'm going to mark this as 30, just to be safe.

20            Just give me the three and I can write a

21       zero.

22            MR. HOWARD:  Are we on any exhibit?

23            MR. COHN:  Well, I'm going to try to continue

24       from Thamer.

25            MR. HOWARD:  Okay.



Page 80

1             MR. COHN:  So --

2             MR. HOWARD:  And I've not seen any of the

3        depositions or anything from the Thamer

4        deposition.

5             MR. COHN:  I'm sure you -- the court reporter

6        had all of the exhibits afterwards so --

7             MR. HOWARD:  Well, she's not sent any.  I'm

8        not even -- I don't have the court reporter's --

9        there was no communication from the court reporter

10       to me.

11            MR. COHN:  Okay.  Well, I can get you her

12       contact information.

13            MR. HOWARD:  Please do.

14            (Deposition Exhibit No. 30 was marked for

15       identification.)

16            MR. COHN:  Okay.  Do you want to take a look

17       at this?

18            MR. HOWARD:  I've seen it.

19            THE WITNESS:  We all -- we've all seen it.

20  BY MR. COHN:

21       Q    All right.  I'm handing you what's been

22  marked as Exhibit 30.

23            MR. HOWARD:  And this is a repeat of the BWCI

24       depositions so we've gone through this dance

25       before.



Page 81

1            MR. COHN:  Okay.

2            THE WITNESS:  Yes, we've --

3            MR. COHN:  Okay.

4            MR. HOWARD:  We've heard all of this before.

5            THE WITNESS:  All of this is on the record.

6       He doesn't want me to discuss this but --

7            MR. HOWARD:  No, discuss it all you want.

8       You're doing wonderful.  Go ahead.

9            MR. COHN:  Okay.  Could you --

10            THE WITNESS:  Well, you agree with everything

11       I said then.

12            MR. COHN:  Okay.  Let's just keep it to

13       question and answer here.

14  BY MR. COHN:

15       Q    Here's the question.  Exhibit 30, what is

16  that document?

17       A    It's the document that Tim Howard handed me

18  explaining what his intentions were for the monies that

19  was going to come from the Jose Cordero's loan that was

20  going to be given to us for $24 million.

21       Q    Okay.  And did you discuss with Tim Howard

22  the contents of the document marked as Exhibit 30?

23       A    I absolutely did.

24       Q    Okay.  And what was the nature of that

25  discussion with Mr. Howard?



Page 82

1     A     I asked him was he a total fool in believing

2    that I would sign an agreement in which the monies that

3    came in that I'm going to be responsible for a part of

4    is going to go to everything that he needs to do to

5    take care of his family, his household, his business,

6    all of those things, and you're going to give me a

7    million dollars to be at risk at $12 million.  Who does

8    that?

9     Q     Is that document part of the reason why you

10   would not sign on to the Cordero loan?

11    A     Yes, this is part of the reason.

12    Q     Okay.  And was it your understanding at that

13   time that Tim Howard --

14    A     Can we pause for one second?  That's my

15   daughter.

16    Q     Sure.

17    A     She could be sick.

18          MR. COHN:  So let's go off the record.  Off

19       the record.

20          THE VIDEOGRAPHER:  The time is 2:30 and we

21       are going off the record.

22          (Whereupon, a recess was taken.)

23          THE VIDEOGRAPHER:  The time is approximately

24       2:34 and we are back on the record.

25   BY MR. COHN:



Page 83

```
 1        Q    Other than the NFL players and individuals
 2   we've discussed today that either invested or loaned
 3   money into the Cambridge funds or Mr. Howard's law
 4   firm, is there anybody else that you're aware of that
 5   either loaned money into those entities or claims to
 6   have been defrauded by Mr. Howard?
 7        A    Harrison Smith, who works for Mr. Howard -- I
 8   don't know if he works for him still anymore, but at
 9   one point he was working for him -- he had several
10   people that he brought in that basically put money also
11   into that fund, so you might want to ask him.
12        Q    Does -- do you know Mr. Smith's contact
13   information?
14        A    Yes, I do have it.  I can get that to you as
15   well.
16        Q    Okay.  Does Mr. Smith live in the Tallahassee
17   area?
18        A    He did the last time I spoke with him.  I
19   don't know if he does now.
20        Q    Anybody else you can recall?
21        A    Not right offhand.
22        Q    Okay.  Let's go back to Exhibit 30.
23        A    Okay.
24        Q    That exhibit reflects what Tim Howard -- or
25   how Tim Howard intended to use the proceeds from the
```



Page 84

1    Jacksonville project loan, correct?

2         A    Uh-huh.  Yes, sir, it does.

3         Q    Okay.  And what -- the loan for the

4    Jacksonville project was intended to be a construction

5    loan, correct?

6         A    Yes, it was.

7         Q    Okay.  And so that money should have been

8    used to actually build out the Jacksonville project,

9    correct?

10        A    Yes, it should have been.

11        Q    Okay.  And what does Exhibit 30 reflect is

12   Tim Howard's intent with the use of the approximately

13   $24 million loan on the Jacksonville projects?

14        A    Well, it reflects that he was going to take

15   care of personal bills, business obligations, and as

16   far as I'm concerned, replacing stolen funds.

17        Q    Was it Tim Howard's intent, as you understood

18   it, to replace the funds that he had stolen from the

19   Cambridge fund?

20        A    Well, he said he was going to basically

21   replace the money.  But he was replacing it because --

22   initially I believe Tim Howard structurally put

23   everything in place to allow Don Reinhard to run

24   everything, so to speak, because he was a genus with

25   finance based on Tim's statement.



Page 85

1              But as things got out of hand and the

2    money -- as he explained to Tim, this is what we can do

3    to make a lot of money, so he talked -- I believe he

4    talked Tim into starting the Ponzi scheme with the

5    football players.  But once in, he was all in.

6              So at the point in which the players -- there

7    was players who came by the office who was angry.  They

8    were threatening.  They wanted their money back.  They

9    wanted their money put back in.  Joe Horn, Corey

10   Fuller, and a few others.

11             One gentleman and his wife wanted to buy this

12   house and they -- he had told them how the money would

13   be back and they would be able to get the home, and

14   that didn't happen.  So it was just --

15   Q     This was a chance for Mr. Howard to get

16   enough money to replace all of the missing funds from

17   the Cambridge entities, among other things, correct?

18   A     Correct.  Right the ship, so to speak.

19   Q     And Exhibit 30 also reflects Tim Howard's

20   intent to pay himself a million dollars and to pay off

21   his mortgage, correct?

22   A     Yes, his mortgage to several different people

23   that he had again said -- and I have to reflect on this

24   since we brought it up.

25             There was a mortgage that was taken on a



Page 86

```
 1    property in -- from a gentleman in Georgia.  And in
 2    taking that mortgage on his property, I didn't -- I had
 3    never met the gentleman that he actually got the
 4    mortgage through.  He had did a subsequent earlier deal
 5    with this guy through a friend of mine named Tony
 6    Henderson.  And Tony just introduced him to the guy,
 7    and the guy and him made a deal.
 8         Q    You're saying that Tim made a deal with Tony
 9    Henderson's friend for financing for a --
10         A    One of his properties.
11         Q    -- property?
12         A    One of the properties that's on here.
13         Q    Okay.
14         A    And the guy ended up -- he ended up not being
15    able to pay the guy back the money, and the guy took
16    the property.  He made up a lie that the guy paid me
17    $50,000.  And I'm on record --
18         Q    Who?
19         A    -- sworn.
20         Q    Who said --
21         A    Tim Howard made up a lie that I took -- got
22    $50,000 from the guy that he took the loan through.
23         Q    Okay.
24         A    The problem with that is I never met the guy
25    and the guy has never wrote me a check to do anything.
```



Page 87

1    So he decided to include me in that lawsuit with him

2    too about money that he misappropriated by -- him and

3    the guy did the whole deal together themselves.  They

4    did the contract, him and an attorney, a closing agent.

5    This is my understanding from the documents I've read,

6    not because I was a party of any of it.

7        Q    So your understanding is that somehow either

8    your name -- strike that.

9             Your understanding is that somehow your name

10   was included on documents for a transaction that Tim

11   Howard conducted with some third party for financing

12   that you had no involvement in?

13       A    Actually, my name was not included on any

14   documents concerning it.  He decided after he --

15       Q    "He" Tim Howard?

16       A    Tim Howard decided -- I apologize.  Tim

17   Howard decided after they screwed it up and they took

18   the property that I was a party to something because he

19   happened to have met someone through me.  And then that

20   person had him meet someone else through him.  And he

21   made a deal with the guy, paid him off the first time.

22   And then the second time when he couldn't make the

23   payments to the guy, he decided because somehow Addys

24   must have known something, I'm going to make him part

25   of this as well.



Page 88

1          Q     Okay.

2          A     So he's good at pointing the finger at others

3     is all I'm saying.

4          Q     So is there anything else significant about

5     Exhibit 30 that either caused you not to sign off on

6     the deal or that raised any red flags for you?

7          A     Well, he was going to send money to Jim

8     Keefer, which is the guy who was a part of the Jose

9     deal, who was a nut or -- as far as I'm concerned, he

10    was crazy.  He was going to give BWCI a million

11    dollars.  And I had nothing to do with that loan.

12         Q     Is BWCI -- did they loan $2 million towards

13    the closing on the Jacksonville projects?

14         A     Not that I know of.  Again, I was -- I was

15    defrauded by Mr. Howard, and my name taken off of

16    everything so --

17         Q     Okay.  So you were not involved in the

18    financing?

19         A     (Shaking head negatively.)

20         Q     Anything else on Exhibit 30 that raised any

21    red flags for you at the time you decided to be out of

22    the loan application on the Jacksonville project?

23         A     Let's see.  I forgot all about Dr. Umeh and

24    the gold deal out of -- out of Africa.  I believe Tim

25    sent them about $120,000.



Page 89

1          Now, he did meet Antonio working through me,
2   who had a group of guys that came over and met with us
3   that offered him an opportunity to invest in --
4       Q    "Him" being Tim Howard?
5       A    Tim Howard.  Offered Tim Howard the
6   opportunity to invest in a gold deal out of Africa.
7       Q    And did Tim Howard invest in that deal
8   through the Cambridge funds?
9       A    I believe he invested in it, yes.  I believe
10  it was through the Cambridge funds.
11      Q    And do you know whether -- well, why would a
12  closing or intended -- strike that.
13          Why would Exhibit 30, which is Mr. Howard's
14  intended use of the construction loan funds include a
15  payment to somebody that he loaned money to?
16      A    Well, it worked this way.  Supposedly he was
17  -- he wasn't loaning money to Dr. Umeh and them.  He
18  was supposedly investing in an opportunity to take some
19  gold, take it and trade it and make a lot of money from
20  doing so.
21      Q    So was the -- was the amount that is
22  reflected on Exhibit 30 that was going to be paid to
23  Dr. Umeh additional investment in that particular
24  project?
25      A    Yes.  Simon Mears, who was the gentleman who



Page 90

1    worked for a prestigious insurance company, basically

2    kind of helped all of that along.  And when I say

3    "helped it along," he made us believe more that it was

4    true and it could be done.

5            But as things continued, I explained to Tim I

6    started to have grave concerns because we couldn't get

7    -- you shouldn't move the gold out of Africa without

8    permission from the government, and so we had that

9    conversation.  So I suggested that they just -- we just

10   cut that off completely and stop it.  And my

11   understanding is he did.  I don't -- I'm not sure.

12       Q    You're not sure?

13       A    (Shaking head negatively.)

14       Q    At some point around January of 2018, did

15   your relationship with Tim Howard sort of break apart

16   where you were no longer involved in the NFL players or

17   Howard & Associates or Cambridge funds?

18       A    I can't give you the specific day, but I can

19   tell you exactly what happened on that day that made me

20   know that our relationship as friends and quote,

21   unquote, business associates was over.

22       Q    Was that in or around January of 2018, if you

23   recall?

24       A    No, I believe it was somewhere around the end

25   of December, I want to say.



Page 91

1           Q      Okay.

2           A      Yeah, right before January.  But I met him at

3     the bank.  And I am telling him we need to give the

4     money back so I can get Linda the house.

5                  And so he says, I'm only loaning you this

6     money.  I said, it's our money, just let me get the

7     money.  I said, but if you want to call it a loan since

8     we loaned you our money, call it whatever you like, but

9     I need the money for Linda's house.  Well, can you get

10    it back in time enough for me to do something else with

11    it?

12                 Well, at this point, I realized that it was

13    all a ruse and he wasn't getting any money back and he

14    was spending everything on himself.  So any way to get

15    back some of our own monies seemed like the right thing

16    to do in desperation.  So I said, okay, we'll do that,

17    and he gave me the money.  And we went and bought the

18    house with our money because he owed us the money.

19          Q      All right.  So at that time, you had loaned

20    Tim Howard, his law firm, and/or Cambridge funds,

21    approximately $500 plus thousand dollars, correct?

22          A      Right.  Easily.

23          Q      And you were asking for some of that money

24    back to buy a house --

25          A      Right.



1      Q      -- in around December of 2017?

2      A      Right.

3      Q      And Mr. Howard did not want to give you the

4  money, correct?

5      A      No, he didn't want to.  He said to me, I need

6  this right now, you all need to wait.  The only problem

7  is I'm watching him run through money like a sieve.  So

8  the chance of getting that back was right now and

9  immediate of getting back even a small amount of our

10  money.

11      Q      So did Mr. Howard agree to give you some of

12  the money back so that you and Linda could buy a house?

13      A      I wouldn't say he agreed to do it.

14      Q      Uh-huh.

15      A      I'm going to say just like he tricked us into

16  giving him our money, by me saying to him, oh, if you

17  just let me hold it for a short period, I'll give you

18  back our money was what made him want to do that.

19      Q      Okay.  And did you and Mr. Howard at some

20  point around then go to Bank of America and get a

21  cashier's check so you could pay for the house?

22      A      Yes.

23      Q      Do you know what account that money was drawn

24  on to pay you back some of your money?

25      A      To be honest, I have no idea about what any



Page 93

1    of these accounts were drawn off of because, like I

2    told you, he was commingling our money that we sent in

3    with everything and he was commingling everybody else's

4    money into everything that was coming in.

5         Q    And you're saying that Mr. Howard was

6    commingling the funds that were in the Cambridge

7    entities with his law firm, with him personally,

8    correct?

9         A    Yes, sir, I am.

10        Q    All right.  And you get this cashier's check.

11   I understand you also got a wire for another $10,000 to

12   purchase your home, correct?

13        A    Not my home, but Linda's home.

14        Q    Okay.  So there was approximately 300,000 of

15   your 500,000 plus return?

16        A    I believe it was $293,000.

17        Q    All right.  Do you know what entity the

18   $10,000 wire came from?

19        A    No.  He didn't tell anybody what he was doing

20   with any monies.

21        Q    Okay.

22        A    But I know we wired money into the Cambridge

23   entities, we wired money into his law firm.

24        Q    Okay.

25        A    So we don't know.



Page 94

1     Q    Were you present when Mr. Howard authorized
2  the wire and the cashier's check at the Bank of America
3  account in or around December of 2017?
4     A    I was at the bank, but I wasn't with him.  He
5  went up and did all of that and then brought it back to
6  me.
7     Q    Okay.  And do you recall whether it was at
8  Bank of America or Regions Bank or some other bank that
9  that took place?
10    A    I would have to -- I believe it was Regions
11 Bank.  I'm not sure.
12    Q    Okay.  Let's go through some documents.
13         (Deposition Exhibit No. 31 was marked for
14         identification.)
15         MR. COHN:  Let me hand you -- if you want a
16         copy -- what's been marked -- I'll let you get
17         started.
18         THE COURT REPORTER:  Thank you.
19 BY MR. COHN:
20    Q    Let me hand you what's been marked as
21 Exhibit 31.  It's titled "Bridge Loan Agreement" dated
22 August 24th, 2017 and purports to be between Cambridge
23 Capital Group, Cambridge Capital Partners and Howard &
24 Associates, Attorneys at Law on the one hand as the
25 borrowers, and my client, Jasminka Ilich, as the



1    lender.

2              Have you seen this document before?

3        A    I've seen documents like this before.  I

4    don't believe that -- at this point, I believe this is

5    the document that Gail asked me to sign and initial

6    based on her -- giving her the first actual contract.

7    She gave Jasminka a contract that she signed and agreed

8    to with Mr. Howard.  And then she went back and said I

9    could go to jail for that, can you just sign and give

10   her one with your name on it?

11             I said, you understand that I'm not on these

12   entities at all?  She said, she doesn't know that,

13   don't worry about it, just sign this for me.  And she

14   has my original contract.  I just want to be able to

15   keep from going to jail, was her statement completely.

16       Q    All right.  So to clarify --

17       A    I signed.

18       Q    -- Gail Milon came to you after signing the

19   agreement with Jasminka for Cambridge --

20       A    Yes.

21       Q    -- and said she wanted your signature on it

22   because she could go to jail?

23       A    Yes.

24       Q    "She" being Gail?

25       A    Yes.



Page 96

1          Q     If she was the one to have signed this

2    agreement?

3          A     Because she would have committed some type of

4    fraud based on something she signed with her book of

5    business.

6          Q     Okay.  We got to get the record clear so let

7    me go back to the question because it's --

8          A     Okay.

9          Q     -- yes or no.

10         A     Yes.  Okay.

11         Q     Gail signed this agreement that's marked as

12   Exhibit 31 and then came to you and asked you to sign a

13   copy of it instead of her because she was worried she

14   might go to jail for having entered into this

15   agreement?

16         A     Yes.

17         Q     Is that correct?

18         A     (Nodding head affirmatively.)

19         Q     And you can see that on the first page where

20   it has the initials for the borrower, that's different

21   than what the initials reflect on the second page.

22               Do you see that?

23         A     Oh, I see it.

24         Q     Okay.  Whose initials or signature, or

25   whatever that is, on the -- is reflected on the first



Page 97

1    page of this document?

2        A    To be honest, I don't know.  And I never

3    actually sat with Jasminka to see her sign anything, so

4    Gail had all of this done and just brought something to

5    me.  So I don't know if she did it, Jasminka did it.

6    I'm not sure what this is.

7        Q    But you ended up signing this agreement --

8        A    Right.

9        Q    -- for Gail --

10       A    For Gail.

11       Q    -- at her request, correct?

12       A    Yes.

13       Q    Okay.  And you expressed concern to Gail at

14   that time that you could not bind any of the borrowers

15   because you were not a member or manager of those

16   entities, correct?

17       A    Yes, I did.

18       Q    And Gail said to you effectively, Jasminka

19   doesn't know that, just go ahead and sign, correct?

20       A    Yes.

21       Q    Was it your understanding at that time that

22   Gail Milon was attempting to create a nonbinding

23   agreement so that the money would not have to be paid

24   back to Jasminka by Howard & Associates or the other

25   borrowers?



Page 98

1      A      I'm not going to say she was -- that was her

2    intentions.   I think her intentions was to keep from

3    going to jail for doing what she had done to Jasminka.

4    But the result to it was what I told her, which was I'm

5    only on the entities out of Nevada.   The place that

6    you're putting this money is in a Cambridge -- I mean,

7    is a Cambridge account that's attached to the Florida

8    entities, so I know you should understand that what

9    you're giving her is improper.

10      Q      Okay.

11            (Deposition Exhibit No. 32 was marked for

12            identification.)

13    BY MR. COHN:

14      Q      Let me hand you what's been marked as

15    Exhibit 32.   That is another document entitled "Bridge

16    Loan Agreement" with a date of December 12th, 2017.

17      A      Yeah, I didn't do this.

18      Q      Okay.   Did you sign this document,

19    Exhibit 32?

20      A      Somebody made a copy of -- hold on.   As you

21    can see, the signatures aren't the same.   I don't make

22    my A like that at all.   Somebody tried to actually put

23    my name and stuff on here.   That's -- this is mine,

24    that's not mine.

25      Q      Okay.   Just so the record is clear, you're



1    saying that the --

2        A    Thirty-two is not mine, 31 is mine.

3        Q    Okay.  Let me get that clear on the record.

4        A    Okay.

5        Q    The signature in Exhibit 31 you're saying is

6    your signature, but the signature on Exhibit 32 is not

7    your signature, correct?

8        A    Right.

9        Q    If you look at the initials on the signature

10   page of Exhibit 32, those initials look consistent

11   between the two documents.

12           Do you know who initialed Exhibit 31 and

13   Exhibit 32 for the borrowers?

14       A    I'm going to say Ms. Milon must have done it.

15       Q    But you're -- you don't know because you

16   didn't --

17       A    I don't know.  I told you it was brought to

18   me and asked me to just sign up here.

19       Q    Okay.  Did you ever express your concern that

20   you were signing for an entity you could not bind to

21   Tim Howard when you signed Exhibit 31?

22       A    Yes.  But as I said to you, Jasminka wasn't

23   there or else I would have sent it to her.  I sent it

24   to Gail because she's -- she was over the bank accounts

25   and the entity.



Page 100

1          Q     Right.

2          A     I'm like you know for a fact, Gail, my name

3     is not on this, so why would you bring this for me to

4     sign.  But if that's going to make you happy, here you

5     go, but it's worth the paper it's written on.

6                (Deposition Exhibit No. 33 was marked for

7                identification.)

8     BY MR. COHN:

9          Q     Let me hand you what I'm marking as

10    Exhibit 33.

11               This is a loan application through Rex Credit

12    dated December 18th, 2017.  If you look on page 3,

13    there is a signature for what appears to be Tim Howard

14    and yourself.  Let me ask you some questions about

15    that.

16         A     Okay.

17         Q     First of all, the signature for Tim Howard,

18    is that Tim Howard's signature?

19         A     I can't -- I don't know.  It looks like his

20    signature.

21         Q     Okay.  Have you ever witnessed him sign any

22    documents?

23         A     Yes, I've seen him sign documents.  It looks

24    like his signature to me.

25         Q     Okay.  And then below Tim Howard's signature



Page 101

1    is your signature, but it looks like the signature you

2    said was not yours on Exhibit 32?

3         A    Yes, sir.  But that's not my signature there

4    either.

5         Q    Okay.  So somebody signed your name on page 3

6    of Exhibit 33, correct?

7         A    Yes.  Mr. Howard did because we told me he

8    signed my name on an application.  And I -- actually,

9    this application.

10             And I asked him, I said, I haven't seen it,

11   what are you talking about?  He said, well, I'm a

12   lawyer, you don't have to worry about it, I can sign

13   anybody's name.

14        Q    This is an application for the $24 million

15   loan that we've been discussing, correct?

16        A    Yes.

17        Q    If you look at page 4 -- if you look at page

18   5 --

19        A    Okay.

20        Q    -- toward the bottom -- first of all, it's

21   your testimony that Tim Howard filled out this

22   application reflected in Exhibit 33, correct?

23        A    Correct.

24        Q    All right.  Do you see at the bottom of page

25   5 where Tim Howard represents that he is earning



Page 102

1    $62,500 a month?

2        A    Yes.

3        Q    Do you have any understanding whether that's

4    a true statement or not?

5        A    I know that's not a true statement.

6        Q    It also reflects that Mr. Howard has been

7    with the company for 23 years.  Do you see that right

8    next -- sort of down to the left of where his income is

9    reflected?

10       A    Yes.

11       Q    All right.  And if you look at the previous

12   page, that's for A&T Development?

13       A    Right.

14       Q    So A&T Development was --

15       A    A brand-new entity.

16       Q    -- was created in 2017, right?

17       A    Yes, sir.

18       Q    So there's no way that Mr. Howard was

19   affiliated with that company for 23 years, correct?

20       A    Correct.

21            (Deposition Exhibit No. 34 was marked for

22            identification.)

23   BY MR. COHN:

24       Q    I'm going to hand you what's been marked as

25   Exhibit 34.



Page 103

```
 1        A     Limited Liability Company Affidavit.
 2        Q     Exhibit 34 is a Limited Liability Company
 3   Affidavit.
 4        A     Uh-huh.
 5        Q     And it appears to have a signature similar to
 6   the ones you have said is not yours?
 7        A     Right.
 8        Q     Did you sign and have notarized Exhibit 34?
 9        A     No, I didn't.
10        Q     Do you know who signed your name and had
11   notarized this Exhibit 34, which is an affidavit?
12        A     Tim Howard did.  I would like a copy of this
13   as well, if I could get it.
14        Q     Sure.  Here let me give you a copy.
15        A     Okay.  Thank you.
16        Q     Do you know under what circumstances
17   Mr. Howard forged your name and had it notarized?
18        A     I had no idea that this had happened at all
19   until the young lady that's in there, Brenda, who was
20   the secretary at the time, said to me, Addys, I'm so
21   sorry, I had nothing to do with Mr. Howard putting your
22   name on the paper and using my stamp to authenticate it
23   as being real.  He -- I didn't give him permission to
24   do that.
25              And she was angry with him for forging the
```



Page 104

1    document, and to this day will be willing to do an

2    affidavit or whatever with the police department, if

3    necessary, to explain that this fraud was committed by

4    Mr. Howard.

5         Q    Do you know why Mr. Howard forged your name

6    on Exhibit 34?

7         A    I have no idea.  Because he's a lawyer,

8    that's what he always says.

9              (Deposition Exhibit No. 35 was marked for

10        identification.)

11   BY MR. COHN:

12        Q    Let me mark Exhibit 35 and hand that to you.

13   Exhibit 35 is a Loan Contract Agreement with Jose

14   Antonio Private Landing.

15             It's your understanding that that is the

16   entity that stole the money in connection with the

17   failed Jacksonville project closing, correct?

18        A    Absolutely.

19        Q    Okay.  And you see on page 2 there are

20   signatures for Tim Howard and yourself?

21        A    Yes, I see it.

22        Q    All right.  Did you sign this document?

23        A    No, sir, I didn't.

24        Q    Do you know who did?

25        A    Yes.  Tim Howard.



Page 105

1      Q      So he signed for you?

2      A      Yes.  Yes, sir, he did.

3      Q      Did he have your permission to do it?

4      A      No, sir, he didn't.

5             (Deposition Exhibit No. 36 was marked for

6      identification.)

7  BY MR. COHN:

8      Q      Let me hand you what's been marked as

9  Exhibit 36.  Exhibit 36 is an email dated February 7th,

10  2017 with Tim Howard copied to kbach --

11  kbachli@prometheusreg.com.

12             Do you know what kbachli is, or the recipient

13  of this email is?

14     A      No.

15     Q      Do you happen to know if Tim Howard, at the

16  time that this email was sent, was looking to raise

17  funds for the Cambridge funds?

18     A      I would only venture to guess.  But, no, I

19  don't know.

20     Q      Okay.  And, actually, you can see further

21  down in the email that it's addressed to Katelyn

22  Bachli?

23     A      Uh-huh.

24     Q      Do you see that?

25     A      (Nodding head affirmatively.)



Page 106

1    Q    You don't know who that is, do you?

2    A    No, I have no idea.

3    Q    Okay.  Around this time, I believe your

4    testimony was the Cambridge funds were running out of

5    money, correct?

6    A    Yes, sir.

7    Q    So it would be your belief that the statement

8    in here in Exhibit 36 that Mr. Howard was earning

9    $1.1 million from his investment in Cambridge was

10   false?

11   A    If you consider the stolen money, no, it's

12   not false.  But if you're saying honestly earned, yes,

13   it's false.

14   Q    Were you -- let me just mark this as

15   Exhibit 37.

16        (Deposition Exhibit No. 37 was marked for

17        identification.)

18   BY MR. COHN:

19   Q    If you look at what's been marked as

20   Exhibit 37 on page 2, around the middle of the page

21   there's an email dated February 27th, 2017.

22        Does that document refresh your recollection

23   as to when Don Reinhard stopped working in connection

24   with the Cambridge funds and Tim Howard and Gail Milon

25   took over complete management?



Page 107

1      A     Well, you have to remember she was already

2   working there under Don.  This is when she was taking

3   over for Don, because she was with Don for a few weeks

4   or maybe even a month before he ended up going to jail

5   and then to prison.

6            (Deposition Exhibit No. 38 was marked for

7            identification.)

8   BY MR. COHN:

9      Q     Let me hand you what's been marked as

10  Exhibit 38.  This is an email from Tim Howard to you,

11  Brenda Murphy, and Gail Milon dated April 11, 2017.

12           Who's Brenda Murphy?

13     A     That's the young lady that he used her

14  signature to say that I actually signed the document.

15  It was his secretary.

16     Q     Wait.  I'm sorry, I missed that.

17     A     She was his legal secretary and accountant.

18     Q     Okay.  Got it.

19           Do you have an understanding as to why Tim

20  Howard is incorporating Cambridge Capital Group, LLC in

21  Nevada in April of 2017?

22     A     Yes, I can tell you why.

23     Q     Why?

24     A     Because he and I had a conversation about how

25  could we -- how can you do things with companies and



1    people can't see them.  And there's generally two

2    states that you can do that in; Delaware and Nevada.

3    And he was trying to hide those entities from the

4    Florida Bar.

5         Q    So you -- it was around that time that Tim

6    Howard told you that he had been told he could not run

7    and manage the Cambridge funds while also practicing

8    law and representing clients that had invested in those

9    funds, correct?

10        A    Correct.

11        Q    And so he wanted to reincorporate in Nevada

12   so that the Florida Bar could not see who owned the

13   Cambridge entities, correct?

14        A    Right.  Nobody can see, unless you show them.

15        Q    Okay.  And is that something that Tim told

16   you directly?

17        A    Yes.  We -- well, me and him discussed how

18   you could go about doing this, because at that time, he

19   was like, I'm not -- they were completely out of funds

20   based on what he said.  But apparently that wasn't

21   true.  But he was like -- you know, he just needed to

22   be able to continue the good work, as he likes to put

23   it.

24              (Deposition Exhibit No. 39 was marked for

25        identification.)



Page 109

```
 1   BY MR. COHN:

 2        Q    I'm handing you what's been marked as

 3   Exhibit 39.  It is an email chain dated June 27th of

 4   2017.  And at the top of the chain is an email from Tim

 5   Howard to you, Gail Milon, Jeff Kahn.  And Tim Howard

 6   is distributing to Gail a promissory note to be

 7   attached to the prospectus.

 8             Do you have any understanding as to -- well,

 9   actually, if you look at page 3, there's a discussion

10   of the promissory note for the Harry Feinberg loan.

11             Do you see that on page 3?

12        A    Yes.

13        Q    So is this email a reflection of Tim Howard

14   circulating the promissory note that he drafted for

15   Harry Feinberg?

16        A    Absolutely.

17             (Deposition Exhibit No. 40 was marked for

18        identification.)

19   BY MR. COHN:

20        Q    Let me show you what's been marked as

21   Exhibit 40.  Exhibit 40 is an email from Tim Howard to

22   Prabhu, Darryl Kyle, with a copy to Gail Milon, you,

23   and Jeff Kahn.

24        A    Uh-huh.

25        Q    Who is Prabhu?
```



Page 110

1          A    He is a young man that helped run -- or

2     structurally put together the university.  That was my

3     understanding of who he is.  At this point I don't know

4     for certain.

5          Q    And you received a copy of this email chain,

6     correct?

7          A    I'm sure I did.  I received a copy of so many

8     email chains, it wasn't even funny.  I didn't read

9     these things, but it was a daily thing to have emails

10    come in.  He enjoyed cc'ing everybody.

11         Q    Okay.  Do you see the "Re" line where it

12    says, "Remove Tim Howard from the CCG Board of

13    Directors"?

14         A    Yes.

15         Q    And then Tim's email to Gail and you says,

16    "Let's reach out to Darryl and get his bio.  I copied

17    Darryl on this email.  Thanks."

18         A    Yes.

19         Q    Do you see that?

20         A    Yes.

21         Q    Do you have any understanding why Tim Howard

22    was electing to -- or purporting -- purportedly

23    electing to remove himself from the Cambridge Capital

24    Group Board of Directors at this time?

25         A    Because he wasn't supposed to be on any of



Page 111

1    those things based on the Florida Bar.

2         Q    Okay.  And did you have an understanding as

3    to whether there was any follow-up to that and he

4    realized he might be caught, even though he had

5    incorporated in Nevada and on that basis was attempting

6    to remove his name from all of the corporate documents?

7         A    Yes.

8         Q    Okay.  What is your understanding between

9    incorporating in Nevada and the email that's marked as

10   40 as to why Tim Howard, in that period of time, has

11   decided to remove himself completely from the Cambridge

12   Capital Group?

13        A    Well, at that time, Don had started sending a

14   lot of information to all of these different entities,

15   to the SEC, to the Florida Bar, to the police

16   department.  He was basically calling himself --

17   turning Tim in for the fact that Tim had done this and

18   done that and lied and Tim supposedly had stole his

19   money.

20        Q    And so at that time, Tim was trying to avoid

21   being further wrapped up --

22        A    Yeah.

23        Q    -- in Cambridge?

24        A    In the middle of all of that with Cambridge,

25   right, get away from it.



Page 112

```
 1              (Deposition Exhibit No. 41 was marked for
 2         identification.)
 3    BY MR. COHN:
 4         Q    I'm handing you what's been marked as
 5    Exhibit 41.  Exhibit 41 is an email chain from Tim
 6    Howard dated August 15th of 2017 to you, Jeff Kahn, and
 7    Gail Milon.
 8         A    Uh-huh.
 9         Q    Did you receive a copy of that email?
10         A    I told you I didn't read these emails, but I
11    have a copy of it, I assure you.
12         Q    Okay.  I'll represent to you that I received
13    this from you.
14         A    Absolutely.  I'm saying -- no, there's no
15    question I have these emails.  I've probably got 10,000
16    emails.
17         Q    Yeah.
18         A    Okay.
19         Q    Do you see on -- this is an email chain where
20    Tim Howard is indicating how he is going to pay an
21    amount of money.  And if you look on page 3, there's a
22    copy of a check.
23         A    Yes.
24         Q    Do you see that?
25         A    I see it.
```



Page 113

```
 1        Q    Is that Tim Howard's signature on the check
 2   on page 3 of Exhibit 41?
 3        A    It was like a stamp.  I don't --
 4        Q    Okay.  And do you have any understanding as
 5   to why $100,000 is being paid by the Cambridge Capital
 6   Advisors with Tim Howard's signature on it to First
 7   American Title Company on that date?
 8        A    Everything was commingled.
 9        Q    Do you have an understanding as to whether
10   this was a payment from the Cambridge Capital Advisor's
11   account for the Jacksonville projects?
12        A    I believe it was, yes.
13             (Deposition Exhibit No. 42 was marked for
14             identification.)
15   BY MR. COHN:
16        Q    I'm going to hand you what's been marked as
17   Exhibit 42.  Exhibit 42 is an email chain from Tim
18   Howard to you, Gail Milon, Regina McHardy, and Jeff
19   Kahn dated August 16th, 2017.
20        A    Uh-huh.
21        Q    Did you receive a copy of this email?
22        A    Yes.
23        Q    All right.  And in it, Tim Howard is saying,
24   "This is the final, final."
25             Do you know what Tim Howard is distributing
```



Page 114

1    to the group in the email chain marked as Exhibit 42?

2         A    If I'm not mistaken, it's like the due

3    diligence portion of --

4         Q    Is what's attached to the email chain in

5    Exhibit 42 the agreement that Tim Howard wants the team

6    to use in connection with entering into future

7    disbursement agreements with NFL players, if you know?

8         A    I don't -- I don't -- I don't know.  I

9    didn't -- again, he just liked to cc everybody.  But

10   this was mainly for Gail.

11        Q    Do you know what it was intended to be used

12   for?

13        A    I imagine for her to kind of make sure of how

14   he wanted to structure the fee agreements between the

15   two parties to go.  That's what I would guess.  I don't

16   know.

17        Q    Okay.  Do you know who Ted Doukas is,

18   D-o-u-k-a-s?

19        A    I met Ted Doukas at Tim Howard's office.  He

20   was a friend of a gentleman that I knew that I used to

21   talk to on the telephone quite often.  And he decided

22   he was going to come to Tallahassee and meet with Tim

23   concerning possibly Tim representing his company, as

24   well as looking into what Tim might have that would be

25   viable for him to invest in.



1      Q      Okay.

2             (Deposition Exhibit No. 43 was marked for

3      identification.)

4  BY MR. COHN:

5      Q      I'm handing you what's been marked as

6  Exhibit 43.  That is an email chain from Gail Milon to

7  you, Tim Howard, and Jeff Kahn dated June 30th, 2017

8  regarding the incorporation of various entities in

9  Nevada.

10            I think you previously testified that the

11 entities reflected in Gail's email were incorporated

12 into Nevada to hide Tim Howard's ownership and control

13 interests in those entities; is that correct?

14     A      Yes.

15     Q      Do you know whether around the same time that

16 all of those Cambridge entities were incorporated in

17 Nevada, whether Tim Howard attempted to claim that his

18 sole interest in those entities were loans to those

19 entities or investments and that he had no management

20 control over any of the Cambridge entities?

21     A      Yes, he tried to say that.  But if you look

22 at the emails -- and there's tons of them -- he's

23 always telling everybody what to do.  So I don't know

24 how he could honestly in good conscience say that.

25 But, you know, who am I?



Page 116

1                    (Deposition Exhibit No. 44 was marked for

2            identification.)

3    BY MR. COHN:

4        Q    Let me hand you what's been marked as

5    Exhibit 44.  It's an email chain from Tim Howard dated

6    August 21st, 2017 where Tim is telling Don that money

7    for the Jacksonville projects was written on the wrong

8    account.  Do you see that?  It would be in the top of

9    the first page.

10       A    Okay.  Wrong account?  I'm sorry.  "The check

11   sent to you was on the wrong account."  Okay.

12       Q    Did you receive this email chain as --

13       A    Yes.

14       Q    Okay.  And in it you see -- and we're talking

15   about Exhibit 44 -- Tim is telling Don that money for

16   the Jacksonville project was written on the wrong

17   account, correct?

18       A    Correct.

19       Q    Okay.  Is this an example of Tim Howard

20   continuing to direct and manage the Cambridge entities

21   even though he is purportedly no longer a manager or

22   member?

23       A    Yes.

24                    (Deposition Exhibit No. 45 was marked for

25            identification.)



Page 117

1    BY MR. COHN:

2         Q    Let me hand you what's been marked as

3    Exhibit 45.

4         A    All right.

5         Q    Excellent.

6              Exhibit 45 is an email chain dated July 11th,

7    2017 from Tim Howard to you and Jeffrey Kahn?

8         A    "Let's discuss monthly overhead."  Okay.

9         Q    All right.  Did you receive a copy of

10   Exhibit 45 on July 11th, 2017?

11        A    Yes, sir.  I do recall this one.

12        Q    All right.  Does -- this email purports to

13   show the monthly outgoing expenses for the Cambridge

14   entities, correct?

15        A    Correct.

16        Q    And part of those expenses is tobacco

17   overhead of $300,000 a month.

18              Is your understanding that Howard &

19   Associates was responsible for those costs or was it

20   the Cambridge Investment Fund?

21        A    No, I believe Howard & Associates was

22   responsible for that cost.

23        Q    Okay.  And on top of that, Mr. Howard lists

24   100,000 a month for OmniPad as overhead.  Do you see

25   that?



Page 118

1        A    Yes.

2        Q    Did you have an understanding whether that

3   was accurate or not?

4        A    No.  I didn't -- I wasn't privy to what he

5   was doing in California, I mean.

6        Q    So the next line item is half a million a

7   month in Cambridge Capital Group overhead, including

8   100,000 a month in staff and 400,000 a month in

9   advances to NFL players.  Do you see that?

10       A    (Nodding head affirmatively.)

11       Q    Do you have an understanding as to whether

12  that was an accurate statement as to the overhead at

13  that time?

14       A    I don't think this is accurate.

15       Q    How come?

16       A    It was so much money.  I mean, it was

17  ridiculous.

18       Q    And then the last item is 100,000 a month for

19  NFL overhead.  What is the NFL overhead, if you know?

20       A    The NFL overhead was paying these guys every

21  month a --

22       Q    Well, wouldn't that be included in line item

23  three for CCG overhead where it says, "Advance/loan

24  outlays"?

25       A    You would think, wouldn't you?  Okay.  I told



Page 119

1    you it was -- it was craziness going on.  It was

2    bringing people in.  It was doctors, it was hotels, it

3    was Uber, it was food, it was in some cases clothes, it

4    was apartments --

5         Q    So it --

6         A    -- that was being paid for.

7         Q    If you add up what's reflected in Exhibit 45,

8    in the email from Tim Howard, it looks like the

9    outgoing monthly expenses for Howard & Associates and

10   Cambridge funds is about a million dollars a month?

11        A    I can say that's probably about fair based on

12   what he told me.

13        Q    Do you know who Paul Sullivan is?

14        A    I believe he was one of the guys that Tim

15   ended up bringing in on the A&T Development Group, but

16   I'm not -- don't quote me on that.

17        Q    Do you know who Anita Twong is?

18        A    No.

19        Q    At some point in 2017, did Tim Howard and

20   Gail Milon make the decision to stop advancing money to

21   NFL players?

22        A    It wasn't really that they made a decision.

23   The decision was made for them.  There was nobody else

24   able to come up with anymore money to continue the

25   Ponzi scheme going because based on what -- as I



Page 120

1    explained to her, if they would have just put it into

2    receivership, we wouldn't be sitting here today.  But

3    she was afraid they would go to jail if they did that,

4    so she said I was stupid and Tim shouldn't listen to

5    me, he should listen to her.  Okay.  We'll see how that

6    goes.

7         Q    At that time, that conversation was around

8    the time that advances to NFL players stopped, correct?

9         A    Yes.

10        Q    Did Gail tell you specifically why she

11   thought she would be going to jail if you put the fund

12   in receivership at that time?

13        A    She said that the contract that she had given

14   Jasminka, being that it was fraud and involved she

15   could go to jail, that's what she said.  And I was

16   like, how is it fraud?  She said, we basically

17   overpromised something that we're not going to be able

18   to deliver and we wrote up something that's not right.

19        Q    Did Gail Milon or Tim Howard ever tell you

20   that they thought the contract they wrote up for

21   Jasminka was usurious?

22        A    No.  But in a sense, Gail was like, you know,

23   if this comes back, the only person it's going to come

24   back to bite is me, saying her, not really Tim, because

25   she knew better.  And even though Tim -- she figured



Page 121

1    Tim would just walk away from her anyway.

2            So she decided that the best thing she could

3    do when everybody else got up and left and walked away

4    was stick as close to Tim as she could and hope that

5    praying with him and staying by him would ingratiate

6    her to him so that he would pay this money back to this

7    lady so that she wouldn't end up in jail.

8        Q    Do you have any understanding as to whether

9    the Cambridge Capital email accounts are maintained on

10   Howard & Associates Law Firm email server?

11       A    My understanding that -- initially what he

12   did was he -- everybody had an email that was tied to

13   the law firm in a sense.

14       Q    Howard & Associates?

15       A    Howard & Associates, right.  And, therefore,

16   he would email everybody from that email.  And when he

17   shut it down, everybody's emails got shut down, so

18   nobody had any documents other than Linda and I because

19   he would email our stuff directly to our personal

20   emails instead of to the law firm emails.

21       Q    Do you have any understanding as to when

22   Mr. Howard shut down his email accounts with all of the

23   emails in them?

24       A    Ms. Bedell will be able to give you that.

25       Q    Okay.  Do you have any understanding as to



Page 122

1   why Mr. Howard shut down his email server with

2   everyone's email accounts in it?

3        A    Well, with all of the improper things that

4   was going on and being that he loves to put everything

5   in writing, he made sure that those emails got shut

6   down because there was a lot in them, trust me.

7   Everything he did, he would email people that he did

8   it.  It was almost unbelievable.

9             Such as he was doing dog food cases where he

10  was suing these companies for -- supposedly they would

11  advertise that it would be all natural dog food.  So

12  what he did is he took -- one of the gentlemen who

13  worked there told him go out, get me a group of people,

14  sign them up and say they're plaintiffs.  And then what

15  I'm going to do is I'm going to send letters to these

16  companies and say you need to pay us because what you

17  put out here is a lie and here is proof that they're

18  not all natural.

19            Well, these companies started literally

20  paying, you know, 2 million, a million, 700,000,

21  whatever.  He wasn't sharing any of that with these

22  clients.  And he just kept using the same names for the

23  next adventure of whatever he decided he was going to

24  sue.

25            And one guy caught it because what happened



Page 123

1    is one group hired the same attorney that the other

2    group that he had just sent the letter to to represent

3    them, and they called and said, oh, so you're telling

4    me the exact same people went out and bought this

5    product as bought the last group's product, so he

6    dropped that one.

7         Q    Is there anything about the Jasminka

8    situation that we haven't discussed today that you can

9    recall now?

10        A    No more than him and her both -- Tim Howard

11   and Gail both was worried that it was going to get out

12   of hand because she had just retired and this was her

13   retirement money.  At least that's what they explained

14   to me.

15        Q    Do you know who Melvin Mobley is?

16        A    Melvin Mobley, no.  I know the name, but I

17   don't know why.

18        Q    And I think you testified earlier that

19   Harrison Smith was a contact in connection with

20   something.  What was that?

21        A    He worked for Tim, and he would go out and

22   get like football players as well to come in.  They

23   called him coach.  He used to play ball, not on a

24   professional level, but he knew a lot of the

25   professional athletes, just like we did.  And he also



Page 124

1   recruited people.

2           He's the guy that recruited the guys in that

3   signed the documents for the fraudulent food -- dog

4   food stuff, the all natural stuff, he went out and got

5   them signed up and agreed to do this.  And then he was

6   complaining to me that, you know, Tim and Ankur was

7   taking all the money and not really cutting him in.

8       Q     Who is Ankur Mehta?

9       A     Ankur Mehta was -- he went to University of

10  Florida, I believe it was.  He graduated from the law

11  school.  He could never get into the Bar because when

12  he was younger, he sold drugs.

13          But Tim told him if he worked with him with

14  his connections he could get him in the Bar.  That's

15  how him and Tim initially started -- based on what he

16  said to me -- started becoming friends.

17          Ankur Mehta is a very, very smart guy, very

18  smart guy.  Tim noticed that he was smart.  And he

19  showed Tim how to do this deal with the dog food, and

20  so Tim decided he would let him -- he worked in Tim's

21  office in Tallahassee for a while.

22          And then Ankur Mehta wanted to move down

23  south to have a better life, so Tim opened up a law

24  office down there and let him run it, though he wasn't

25  an attorney.



```
 1              And once I heard about all of that, and Tim
 2    and I would go back and forth about it, I said to Tim,
 3    the quickest way to get your Bar card snatched is to
 4    have a non-attorney pretending to play lawyer.  I said,
 5    I'm telling you, I know for a fact knowing legal
 6    information and, you know, giving it to other people,
 7    the Florida Bar goes after you.  I said I've had that
 8    happen myself.  They don't want you disseminating
 9    information to people.  You're going to get your card
10    taken because you got no lawyer in there with him.  At
11    which point Tim finally listened and he hired an
12    attorney to work in the office with Ankur Mehta.
13              But if you had gone down there, Ankur Mehta
14    had a plaque on the wall from the University of Florida
15    that showed he went to the law school.  And he's not
16    telling you when you come in I'm not an attorney, so
17    you assume.  So if you look at some of the pleadings
18    and the things that they've done together, they list
19    him as an attorney.
20         Q    Right.  Even though he's not an attorney?
21         A    Right.
22         Q    Did Ankur have any involvement with the
23    Cambridge entities?
24         A    Well, Ankur ran his trust account.
25         Q    Ankur ran the Howard & Associates --
```



Page 126

```
 1        A     Tim Howard's --

 2        Q     -- trust account?

 3        A     -- trust account, right.

 4        Q     He was the signatory on that account?

 5        A     No, I'm not saying he was the signatory.  But

 6   he decided -- he moved money at his -- at however will

 7   he wanted to.  If he --

 8        Q     In and out of the trust account?

 9        A     Yes, he did.

10        Q     Between the trust account and the operating

11   account?

12        A     Yes.  And he --

13        Q     How do you know that?

14        A     I was sitting there when he was doing it.

15        Q     When Ankur Mehta was doing it?

16        A     Yes.

17        Q     In Fort Lauderdale?

18        A     Yes.  When I went down there, he was -- I

19   would have to quick and make a -- he would quick and

20   make a thing or a move of some funds from one entity to

21   the other one.

22              And there's emails to the effect that Tim

23   would have to actually ask Ankur, because Tim didn't

24   even have access to that account a lot of times.  He

25   would have to ask Ankur for it.
```



Page 127

```
 1        Q     Other than having access to Howard &
 2   Associates' trust account and --
 3        A     Playing lawyer.
 4        Q     -- as you've said, playing lawyer down in
 5   Fort Lauderdale, did Ankur Mehta have any other
 6   involvement with the Cambridge entities?
 7        A     Well, he also loaned Tim money that he earned
 8   from Tim.  And if you worked for Tim and he paid you
 9   any money, if you gave it back to him, it was to him
10   you gave him back his money, not your money, even
11   though you earned it.  So Ankur was -- Linda and I
12   never asked him for extra money back.  We just said,
13   just pay us back.
14        Q     What we're owed?
15        A     Yeah.  We didn't --
16        Q     Yeah.
17        A     -- put any interest on the money, even though
18   he was doing that to everyone else.
19        Q     Got it.
20        A     Ankur Mehta put interest on his money that he
21   loaned him.  So Ankur started threatening him with
22   things he was going to do.  He even filed a couple of
23   lawsuits against him, if you look it up.  And Tim paid
24   him his money because he didn't want all that to come
25   out.
```



Page 128

1          Q      Okay.  Do you know who Tracy Scroggins is?

2          A      Tracy Scroggins (as to pronunciation), he's

3     an ex-NFL player.

4          Q      Okay.  And was he part of the deal or group

5     of NFL players that invested in the Cambridge funds and

6     then was taking advances at a high interest rate on

7     that?

8          A      Linda is going to be better suited to tell

9     you that.

10         Q      Okay.  What about Nella Fatrina?

11         A      I don't remember.

12         Q      Okay.  Nathan Poole?

13         A      Yes, I remember him.

14         Q      Who is he?

15         A      He's an NFL player.

16         Q      Okay.  Christina Scott?

17         A      I don't know.  I think she was somebody who

18    worked for Tim.

19         Q      Okay.

20         A      But I'm not sure.

21         Q      Luke Newman?

22         A      No.

23         Q      Patrick Riley?

24         A      Is Patrick one of the football players?  If I

25    had to say, I would say he's one of the players too,



Page 129

1    the NFL players.

2         Q    Okay.  You're not sure?

3         A    I'm not sure.

4         Q    Warren Williams?

5         A    NFL player.

6         Q    Thomas C. Woods?  I believe he worked with

7    the Cambridge University for a while.

8         A    I'm trying to think.  Yeah.  Tom Woods, yes.

9    He worked for Tim.  He invested money also into

10   Cambridge.  He got his father-in-law to invest money

11   into Cambridge.  He also stayed pretty close to Tim so

12   that he could hopefully get some of his money back and

13   kind of sucked up all the oxygen around Tim.

14            When I got there, Tim talked about how lazy

15   he was and how unproductive he was, and he was paying

16   him a hundred and -- I want to say $120,000 a year.

17   But he hadn't managed to do anything helping.  He

18   worked for Dell computers, left there and came to work

19   for Tim.  And he was able to tell Tim all of these

20   great things he was going to do, but nothing showed up

21   for him.

22        Q    Do you know who Larry Webster is?

23        A    Yes.

24        Q    Who is that?

25        A    NFL player.



Page 130

1       Q       How about Conrado Cody?

2       A       Yeah, NFL player.

3       Q       Samantha Barker?

4       A       That's Harrison Smith's wife.

5       Q       Okay.  D'Juan Epps?

6       A       I believe that's an NFL player too.

7       Q       Shaun King?

8       A       NFL player.

9       Q       Leon Searcy?

10      A       NFL player.

11      Q       Lawrence Jones?

12      A       NFL player.

13      Q       Jacquez Green?

14      A       NFL player.

15      Q       Samantha Barker?

16      A       Is Sam -- what was the other Samantha's name?

17      Q       Samantha -- yeah, that was the same one,

18  actually.

19      A       Yes, I was about to say it's the same person

20  if I'm not mistaken.

21      Q       Edwardo Williams?

22      A       NFL player.  I'm sorry, no, that's the

23  doctor.

24      Q       That's the doctor?

25      A       Doctor, Dr. Edwardo Williams.



Page 131

```
 1        Q     Okay.

 2        A     Tim represented him on a case and he ended up

 3   getting his license taken for accusations with female

 4   patients.

 5        Q     Is there anyone that has claimed that Tim

 6   Howard defrauded him or her that we haven't discussed

 7   here today at this deposition that you're aware of?

 8        A     The names would be too vast.  It's just -- I

 9   told you -- as Linda told you, we've had many players

10   call us and talk about how Tim has done them wrong and

11   how hurt they are, and we haven't discussed them here

12   today, yes.

13        Q     Other than the NFL players, is there anybody

14   else that we have not discussed that you're aware of

15   that's claimed that Tim Howard has defrauded them?

16        A     Not that I can think of right now.

17              MR. COHN:  At this time, I have no more

18        questions.

19              MR. HOWARD:  Can we take about a --

20              MR. COHN:  I reserve.

21              MR. HOWARD:  Reserve, yeah, that's fine.

22              Can we take about a 20-minute break to make

23        copies of exhibits?

24              MR. COHN:  Yeah, that's fine with me.

25              MR. HOWARD:  My office is around the corner.
```



Page 132

1      I can just drive over and make some copies.

2           MR. COHN:  Yeah.  Perfect.  Okay.

3           MR. HOWARD:  If we can take a 20-minute break

4      and come back.

5           MR. COHN:  That's fine with me.

6           THE VIDEOGRAPHER:  The time is approximately

7      3:45 and we're going off the record.

8           (Whereupon, a recess was taken.)

9           THE VIDEOGRAPHER:  The time is approximately

10      4:30 and we are back on the record.

11                          EXAMINATION

12  BY MR. HOWARD:

13      Q    Mr. Walker, I'm going to hand you Exhibit 1

14  for the defendant.

15           MR. COHN:  Let's just keep them sequential so

16      that we don't designate --

17           MR. HOWARD:  Okay, that's fine.

18           MR. COHN:  -- plaintiff or defendant.

19           MR. HOWARD:  Okay.  So we're at 43?

20           THE COURT REPORTER:  Forty-six.

21           MR. HOWARD:  Forty-six, okay.

22           MR. COHN:  That way we're not at trial sort

23      of, you know, talking about whether it's

24      defendant's or plaintiff's.

25           MR. HOWARD:  Exhibit 46.



Page 133

1          (Deposition Exhibit No. 46 was marked for

2      identification.)

3   BY MR. HOWARD:

4      Q    Can you read that?

5      A    What about it?

6      Q    It describes New Edge Management, LLC.  It's

7   a Florida limited liability company; is that correct?

8      A    New Edge Management, yeah, LLC.  I see it.

9   Yes.  What about it?

10     Q    Okay.  Are you a registered agent -- were you

11  a registered agent for that company?

12     A    Uh-huh.

13     Q    And you were a manager for that company?

14     A    Yes.

15     Q    And was Linda Bedell a partner with you in

16  that company in any way?

17     A    Yes.

18     Q    Thank you.

19          Do you recall New Edge Management receiving

20  wires from Howard & Associates?

21     A    Can you be more specific?

22     Q    Do you recall them ever receiving wires from

23  Howard & Associates, New Edge Management?

24     A    You mean for the work we did for you?

25     Q    In any fashion.



Page 134

```
 1        A    I remember wires going back and forth, yes.
 2   But I need to -- I would rather be specific when it
 3   comes to things you ask, not just making a statement,
 4   because I never know where you're going with anything.
 5             (Deposition Exhibit No. 47 was marked for
 6        identification.)
 7   BY MR. HOWARD:
 8        Q    This is Exhibit 47.
 9        A    What is this in reference to?
10        Q    I'll explain it in just a second.
11             This a copy of the different portions of
12   Howard & Associates' bank accounts showing wires to New
13   Edge Management.  You'll see on the first page
14   August 8th of 2017 two wires for $10,000 apiece.
15   You'll see on January 26th, 2017 a wire for $100,000 to
16   New Edge Management.  You'll see a wire July 21st,
17   $15,000 to New Edge Management.  Another wire of
18   July 31st, 20,000 New Edge Management.  You'll see a
19   wire on February 23rd for 20,000 New Edge Management.
20   And a wire on November 30th, 2017 to New Edge
21   Management.
22             Do you -- do you agree that you received
23   these wires?
24        A    I would like for you to reference what they
25   are for because $10,000 you sent me to give to the lady
```



Page 135

1    over in -- what was it -- Quincy to try to bribe the

2    jury for that.  Is that what you want me to talk about

3    here?

4         Q    I'm only asking did you receive these wires?

5         A    No.  I'm just asking you what are the --

6    which ones are which?  I mean, I don't know which ones

7    are which.

8         Q    Well, these are --

9         A    I mean, if you sent them to us -- I don't

10   know if you sent them to Linda for something she did.

11   I don't know they are for.

12        Q    I am not asking --

13        A    I'm going to say that this was sent to New

14   Edge.  I don't know what it --

15        Q    New Edge received the funds?

16        A    Apparently they did.  I have no idea which

17   one of these deals you were doing it for.

18        Q    New Edge would have received these wires?

19        A    Okay.

20             (Deposition Exhibit No. 48 was marked for

21             identification.)

22   BY MR. HOWARD:

23        Q    Let's go to Plaintiff's Exhibit No. 48, a

24   cumulative exhibit.  There are one, two, three, four

25   checks here from Regions to Addys Walker and to Linda



Page 136

1    Bedell and to Mr. Walker, Exhibit 48.  The first check

2    is Check No. 7569 from Howard & Associated dated

3    November 21st, 2016 for $45,000 to Addys Walker for

4    marketing.

5           Do you agree you received these -- this

6    check?  It has a thumbprint of yours and it says,

7    "Verified."

8    A    I did the work, sir.  I believe if -- I don't

9    understand the point of this.  Proof that you paid me

10   for work that I did.  What do you want me to say?

11   Q    Do you receive -- do you agree you received

12   this money?

13   A    I agree I earned that money.

14   Q    The next check is a -- the one following

15   that, 7568, dated November 21st, 2016 for $310,000 to

16   Addys Walker --

17   A    Uh-huh.

18   Q    -- did you receive those funds?

19   A    I agree I earned that money.

20   Q    And by that, you agree you received these

21   funds?

22   A    I agree that I earned this money, so yes, I

23   agree I received these funds because I earned this

24   money.

25   Q    And the funds we refer -- the funds refer



Page 137

1    also to the wires.  You received those funds?

2         A    I don't know if these are intertwined in any

3    way, but, yes, I received funds and wires for money

4    that was owed.

5         Q    The next check is Check No. 5179 dated

6    March 29th, 2017 to Linda Bedell for $225,000.

7         A    Uh-huh.  I didn't receive that, but she did,

8    and I'm sure she earned her money.

9         Q    So as far as your partnership with her, you

10   don't have no dispute that this fund -- these funds

11   were received?

12        A    Huh-uh.

13        Q    Okay.  Check No. 8184 dated 3/30/2017 to

14   Addys Walker for $50,000, you don't have any dispute

15   you received those funds?

16        A    What 50,000?  This is $60,000.

17        Q    8184, that's correct.  You're correct, it's

18   60 -- I'm sorry -- 60,000.

19             MR. COHN:  Form.

20   BY MR. HOWARD:

21        Q    You received those funds?

22        A    Yes.

23             (Deposition Exhibit No. 49 was marked for

24        identification.)

25   BY MR. HOWARD:



Page 138

1      Q     The next exhibit is No. 49.  It's a

2   cumulative exhibit.  It's a series of checks -- it's

3   probably more relevant to Linda's deposition --

4   reimbursements for all the money she has outlaid.

5      A     You haven't reimbursed all the money we

6   outlaid.  But you mean some of the money we've outlaid?

7      Q     I'm asking the questions.  I'm asking.  You

8   can say what you want to say.

9      A     No, I'm just saying you're making a

10  statement.  These are not all the reimbursements.

11     Q     So if you look at Check No --

12     A     At least it proves we was doing what we said,

13  spending money for you.

14     Q     8403, 8401, 8278 -- goes through 8278,

15  reimbursement for various items.  If you look on that

16  Exhibit No. 49, loan number -- Check No. 8174, it's a

17  check to Linda Bedell for $120,000, if you look.

18            Can you open that up?

19     A     As a reimbursement?

20     Q     Correct.  It says, "Loan reimbursement."

21     A     Yeah.  So that means --

22     Q     Do you disagree that your partner received

23  those funds?

24     A     I have no idea.  But if you said that -- if

25  it says -- but we gave it right back to you.  Do you



Page 139

1    remember that?

2         Q    I'm asking the questions.

3         A    No, I'm just asking you, do you remember

4    that?

5         Q    Do you agree you received these funds?

6         A    Yeah.  Do you agree you received them right

7    back?

8         Q    I'm going to ask the questions.  You can have

9    your attorney ask questions if you would like.

10             8174, Linda Bedell received $120,000?

11        A    Okay.

12        Q    Any disagreement on that?

13             MR. COHN:  I'm going to object.

14             THE WITNESS:  I will agree to all --

15             MR. COHN:  Wait.  Hold on.  Hold on.

16             THE WITNESS:  -- of the foolishness you're

17        saying.

18             MR. COHN:  Let me just put an objection on

19        the record.

20             THE WITNESS:  Yes.

21             MR. COHN:  When you guys are talking about

22        checks that are not written to you, I'm objecting

23        that it's calling for speculation -- go ahead --

24        on all of these checks in Exhibit 49.

25             THE WITNESS:  I have no idea what he's



Page 140

1          talking about.  That's what I'm saying.  This is

2          kind of aggravating.

3               Linda controlled the funding and she made

4          sure all -- she can explain every check in here, I

5          assure you.  And she'll bring something to explain

6          what's where and how much you owe her right now.

7               (Deposition Exhibit No. 50 was marked for

8          identification.)

9     BY MR. HOWARD:

10         Q    Cumulative Exhibit No -- what number is this?

11    This will be No. 50 that lists the check either to New

12    Edge or to Addys Walker during 2016 and 2017, No. 50 of

13    the checks we just went through.

14         A    Sir, this doesn't go anywhere.  I don't even

15    know what he's giving me and what it's in reference to.

16         Q    I'm going to ask you questions.

17              MR. COHN:  Hang tight.  We got to get this

18         all on the record, so let the court reporter get

19         back to it.

20    BY MR. HOWARD:

21         Q    Okay.  So the checks we just went through and

22    that you agreed you received, these are summary totals

23    of all those?

24              MR. COHN:  Object to form.

25              MR. HOWARD:  Okay.



Page 141

1   BY MR. HOWARD:

2       Q    You'll see the subtotal Addys Walker from

3   2016 of $378,000.  Another check in March of 2017 of

4   60,000.  And then a combination of New Edge Management

5   payments 2017 through the end of -- to December 1st of

6   2017, including the $272,000 on the property for a

7   combined total of 792,000.  You add the two years

8   together, $1.2 million 30,562.

9       A    You gave me --

10          MR. COHN:  Object.  Wait.  Hold on.

11          MR. HOWARD:  No.

12          MR. COHN:  Object.  Let me get an objection

13      on.

14          MR. HOWARD:  I'm not done.  I'm reading what

15      the document says.

16          MR. COHN:  Let him ask the question, give me

17      a chance to object.

18          THE WITNESS:  He's not asking a question.

19          MR. COHN:  It's okay.

20          THE WITNESS:  He's making a statement that

21      don't make any sense.

22          MR. COHN:  Just -- let's just move forward

23      here.

24          THE COURT REPORTER:  And you guys are making

25      my job real difficult right now.



Page 142

```
 1              MR. HOWARD:  Sure.
 2   BY MR. HOWARD:
 3       Q    So this document, Exhibit 50, please, this is
 4   a summary of the checks you just agreed you received.
 5              MR. COHN:  Okay.  I object to form.
 6              You may now answer the question.
 7              THE WITNESS:  I don't know -- I don't agree
 8         to anything he's saying.  He makes up so much
 9         stuff.  I don't even know what this is, so as far
10         as I'm concerned, it could all be fraudulent.  He
11         could have made -- typed this up.  I don't know
12         what he's doing.  So I'm not agreeing to anything
13         you say is anything.  I don't know where this
14         stuff came from, what it's in reference to.
15         You're just throwing --
16   BY MR. HOWARD:
17       Q    The documents --
18       A    -- some papers around and saying, guess what,
19   this is something.
20       Q    The documents -- this is a summary of the
21   exact same checks you agree you received.
22              MR. COHN:  Object to form.
23              THE WITNESS:  I don't --
24              MR. COHN:  Hang on.  You guys have to slow
25         down so I can get my objections on the record.
```



Page 143

1          I'm objecting to the form of the question.

2               Now you can answer.

3               MR. HOWARD:  Correct.

4               THE WITNESS:  Again, I said, I don't know

5          what this stuff is.  I don't know where it came

6          from.  It's no proper format for what it means or

7          says.  I don't know what it is.  I didn't -- he

8          gave Linda -- I sent some checks through Linda.

9          Linda has sat and wrote plenty of checks to him.

10              I don't know how we counteract what he's

11         saying.  He's just giving me a bunch of stuff and

12         saying this is what I gave you, but he's not

13         saying but this is what you owe me.

14              MR. COHN:  You know, I -- sorry, I'm not

15         trying to interject here.

16              THE WITNESS:  Yeah, I'm done with that.

17              MR. COHN:  Some of the checks were to Linda

18         and some checks to a company and some checks to

19         Addys.

20              MR. HOWARD:  That's correct.  So I'm

21         referring to on Exhibit 50 the checks that only

22         went to Addys or to a company he was a manager of.

23              MR. COHN:  All right.

24    BY MR. HOWARD:

25         Q    And the total on Exhibit No. 50 amounts to



Page 144

1    $1.23 million 562,000.

2            MR. COHN:  Object to form.

3            MR. HOWARD:  Well, I'm just --

4            MR. COHN:  Oh, okay.  Sorry.

5            MR. HOWARD:  -- describing what this exhibit.

6            MR. COHN:  Sorry.

7    BY MR. HOWARD:

8       Q    And so the question is, in your prior

9    testimony you stated you agreed you received the funds

10   that we went through from the wires to the checks.

11   These total those same checks.

12           Do you disagree with the calculations?

13           MR. COHN:  Object to form.  Misstates his

14       testimony.

15           THE WITNESS:  I disagree with everything he

16       was saying in the sense that I don't know what

17       format this is all in.  And since we ran the

18       company, that in that company we gave you money --

19       well, actually, I'm sorry, we loaned you money.

20       We also paid for a lot of stuff that was going

21       into your office, so you were reimbursing us from

22       our pocket.  And now you're making it sound like

23       this is money you gave us instead of money you

24       gave us back.  So I don't understand what all this

25       is.



Page 145

```
 1              You've put in there some money that you

 2         returned and a bunch of money that we spent that

 3         you gave back because you were supposed to give

 4         back, and there's still money you haven't paid

 5         back.  So now I'm done with my answer.

 6    BY MR. HOWARD:

 7         Q    Okay.  Have you reported your income of 1.2

 8    million combined in 2016 and 2017 to the IRS?

 9              MR. COHN:  Object to form.

10              THE WITNESS:  Yes.

11    BY MR. HOWARD:

12         Q    And you filed taxes on 2016 and '17?

13         A    We filed extensions because you have stolen a

14    bunch of money that we need to account for.

15         Q    And so the -- if we go back and calculate

16    these amounts, you will have them in your tax returns

17    showing these amounts that you received either by wire

18    or by check will be allocated in your taxes?

19              MR. COHN:  Object to form.

20              THE WITNESS:  From money --

21              MR. COHN:  Object to form.

22              THE WITNESS:  -- that we loaned to you that

23         we wouldn't pay taxes on because it was our money

24         that we loaned to you that you paid back.

25              MR. HOWARD:  Okay.  So we'll be doing a third
```



Page 146

1          party --

2                    THE WITNESS:  So why would we be --

3                    MR. HOWARD:  Okay.

4                    THE WITNESS:  It doesn't make any sense.

5                    MR. HOWARD:  So we'll be doing a third-party

6          request for his tax returns to see if he recorded

7          all of these $1.2 million.

8                    THE WITNESS:  I think I just explained to him

9          we did extensions because he stole money that we

10         have yet to be able to be accounted for.

11                   MR. HOWARD:  Okay.

12                   MR. COHN:  Let's just get through the

13         questions.

14                   THE WITNESS:  That's the part that he doesn't

15         understand.

16     BY MR. HOWARD:

17         Q    Do you know what a Ponzi scheme means?

18         A    I know you ran one.

19         Q    What does it mean?  What does a Ponzi scheme

20     mean?

21         A    It means you was actually tricking people

22     into believing you were doing one thing when you was

23     doing something else.

24         Q    Is a Ponzi --

25         A    We'll make it that simple.



Page 147

```
 1      Q    Does a Ponzi scheme mean there's no assets in
 2  the investment?
 3      A    There was no assets in the investment other
 4  than the investors that put their money in that you was
 5  giving it back to, so there's not assets.  Those are
 6  actually monies that belonged to the people that you
 7  tricked into believing -- you tricked them into
 8  believing that they were getting monies from someone
 9  else when usually -- actually, you was using their
10  money to pay them.
11           Is that part of what you're asking?
12      Q    I asked you do you know what a Ponzi scheme
13  is?
14      A    That's what you were running.
15      Q    And what is a Ponzi scheme?
16      A    What you were running.
17      Q    Do you understand a Ponzi scheme means
18  there's no assets?
19      A    Again --
20           MR. COHN:  Object to form.
21           THE WITNESS:  -- there is no assets when the
22      money that you're giving these people are their
23      own money.  Did you run out of assets?  So there's
24      no assets in the -- written documentation don't
25      make assets.
```



Page 148

1   BY MR. HOWARD:

2       Q    Do you understand there's an audit showing

3   there's at least 7 to $8 million in NFL advances that

4   are being paid on today?

5       A    Well, do you realize there was an audit that

6   you left out our money that you owed us and the 50

7   grand that you took, and so he said the audit wasn't

8   proper.

9            And if you want to bring that up, bring that

10  audit in here and put it in front of you and use it.

11      Q    Do you understand that the OmniPad company is

12  worth at a minimum of $10 million?

13           MR. COHN:  Object to form.

14           THE WITNESS:  I have no idea what the OmniPad

15      is worth.  But I know that you forged his name to

16      give some of the proceeds to the NFL.  Since he's

17      sitting here, he knows that you improperly went

18      about putting his name on a document and actually

19      stealing some of that for the NFL without his

20      consent.

21           Did you tell him that or is that not true?

22  BY MR. HOWARD:

23      Q    I'm asking the questions.

24      A    Then don't answer them.

25      Q    So the -- if Tom Woods has 600,000 invested



Page 149

```
1    and I have $1.3 million, almost $1.4 million net

2    invested in the fund and the fund has somewhere around

3    10 to 12 million in assets, how can that be a Ponzi

4    scheme?

5               MR. COHN:  Object to form.  Object to form.

6         Calls for speculation.

7               THE WITNESS:  I'm going to say it again.  You

8         can say anything you want about how can it be a

9         Ponzi scheme.  It's a Ponzi scheme.  And even --

10        let's see what the SEC decides it is and when your

11        trial is done, and then we'll have another

12        conversation and see if you think it's a Ponzi

13        scheme.

14   BY MR. HOWARD:

15        Q    Well, you need to read -- you don't know the

16   terms that you're using.

17        A    Okay.

18        Q    Now, do you have a cell phone?

19        A    Do I have a cell phone?

20        Q    Yeah.

21        A    Absolutely.

22        Q    And have you ever texted me anything before?

23        A    Sure.

24             (Deposition Exhibit No. 51 was marked for

25        identification.)
```



Page 150

```
 1   BY MR. HOWARD:
 2        Q     This is Exhibit 51.  This is texts from Addys
 3   Walker to Tim Howard and my responses, okay.
 4              On February 8th --
 5        A     So is this my copy?
 6        Q     Yes.
 7              On February 8th --
 8        A     Why is this on here?
 9        Q     That's the exhibit number.
10        A     I said is it my copy to keep?
11        Q     I can give you copies.
12              MR. COHN:  We can give you a copy when we're
13        done.
14              THE WITNESS:  Go ahead.
15              MR. COHN:  This is a copy that needs to stay
16        with the court reporter.
17              THE WITNESS:  Go ahead.
18   BY MR. HOWARD:
19        Q     So on February 3rd, did you write to me "You
20   need to give me a call"?
21        A     I don't remember.  But if you say it's on
22   there, go ahead.
23        Q     Is this -- do you have your cell phone with
24   you?  Do you want to go back to your February 3rd text?
25        A     I don't have the cell phone that I had then.
```



Page 151

1        Q     Okay.  And February 5th, 2018, did you write

2    me "Let me know what's going on.  Sitting here with

3    Lance.  Tim Lance.  Set it up for us to take down

4    Jacksonville down"?

5              This is February 5th; is that correct?

6        A     Yeah, that's what Lance said sitting there.

7        Q     Okay.  And February 8th you wrote "There's no

8    need for me to hurt you in any way.  There's a way for

9    you to get your hands on $16 million.  If you never

10   speak to me again, that's fine.  But don't miss this

11   opportunity because you're angry.  I pray to God -- I

12   pray to and God led me to reach out to you.  And if you

13   don't reach back for your lifeline to help yourself,

14   Elise I try.  You don't have to but call Bob Fenet.

15   PS, he knows all about the liens.  Still wants to give

16   you $16 million."

17             Is that what you texted me?

18       A     That's what Bob Fenet said.

19       Q     Is that what you texted me?

20       A     Yeah.  And I was hoping you would take your

21   money and give those people back the money you stole.

22       Q     Okay.  So the next day --

23       A     That's what I did.

24       Q     The next day you wrote me.  It says,

25   "Mr. Howard, I have copies of the fraudulent doctor



Page 152

```
 1   reports that you changed."
 2        A    Uh-huh, I do.
 3        Q    "I also have information concerning the fraud
 4   that was committed by you and Harrison" --
 5             THE COURT REPORTER:  Can you slow down,
 6        please.
 7             MR. HOWARD:  Yeah.
 8   BY MR. HOWARD:
 9        Q    -- "and Ankur concerning the dog food cases.
10   I also have proof of the fact that you continued to
11   work with Cambridge after the Bar told you not to."
12        A    Uh-huh.
13        Q    "And trust me, that's just the beginning."
14        A    Right.
15        Q    "Will be setting up an opportunity to speak
16   to the Florida Bar says you will -- you want to say
17   people has stole something from you.  As well I will
18   show them where I wrote checks from my account to your
19   employees for working at your law office."
20        A    Uh-huh.  True.
21        Q    "Why you let Ankur close cases on your behalf
22   as a lawyer.  I have affidavits from staff."
23        A    Right.
24        Q    "Will be making an appointment with the
25   Florida Bar as well a has law enforcement."  I think
```



Page 153

```
 1   you meant as well as law enforcement.  "And you owe me
 2   money and you're telling me a lie that I owe you money.
 3   I thought you were a standup guy.  Did not know you
 4   were just a liar."
 5              Is that what you wrote me on February 9th?
 6              MR. COHN:  Let me get my objection on the
 7         record.
 8              MR. HOWARD:  Sure.
 9              MR. COHN:  I object to --
10              THE WITNESS:  So you're reading the truth.
11              MR. COHN:  Hang on.  Hang on.
12              I'm objecting to this line of questioning
13         because this document appears to be incomplete.
14              You can go ahead and answer.
15              THE WITNESS:  All right.
16   BY MR. HOWARD:
17         Q    Is that what you wrote me on February 9th?
18         A    Isn't that the truth about yourself?  Is that
19   the truth about yourself?
20         Q    I'm asking the questions.  Is that what you
21   wrote on February 9th?
22         A    Are you going to answer the question?
23         Q    You're not deposing me.
24         A    I'm not trying to depose you.  I'm just
25   telling you the truth.
```



Page 154

1        Q     So yes or no, is that what you wrote to me on

2    February 9th?

3        A     Yes.  Yes.  Yes.  Yes.  Yes.  Yes.

4        Q     On February 22nd, next page, if you look at

5    it, it says, "Gail has one more time to threaten me

6    with the police and I'm going -- and that's all I'm

7    going to say."

8              Did you write that -- me that on February

9    22nd?

10       A     Yes.

11       Q     March 2nd.  "David Jones calls anybody else

12   that I'm doing business like Simon, anybody, I will

13   start making phone calls myself.  And I assure you, you

14   won't appreciate it."

15             Did you write that on March 2nd?

16       A     I sure did.

17       Q     Okay.

18       A     What is this about?  I don't understand.

19   What is it about?

20       Q     March 6th you wrote me, "I want to bring you

21   up to speed on what I know.  You don't have to talk,

22   just listen.  Conversation will be attorney privilege."

23             Did you write that to me on March 6th?

24       A     Well, you -- attorney privilege about what?

25       Q     That's what you wrote to me.



Page 155

```
 1        A     Well, I'm just asking.

 2        Q     Did you write that on March 6th?

 3        A     Yes, I guess I did.  I don't know.

 4        Q     Okay.  So March 7th you wrote "Starting

 5   tomorrow, don't call me anymore.  I promise you it's

 6   own."  I think you meant on.  "I am going to show you

 7   what trouble is."

 8        A     I was -- I was just talking, text talking,

 9   and it writes it as you're speaking so it possibly used

10   the wrong diction, but go ahead.  You can't get under

11   my skin about something as simple as that.

12        Q     It says, "I am going to show you what trouble

13   is."

14              Is that what you said on March 7th?

15        A     Did you understand that?

16        Q     I'm asking is that what you wrote to me on

17   March 7th --

18        A     Do you understand what trouble is?

19        Q     -- "I'm going to show you" --

20              How do you define trouble?

21        A     You, you're trouble.

22        Q     Well, what does that mean?

23        A     It means you lie, you cheat, you trick

24   people.  That's what it means.  You asked them -- he

25   asked me what it means.
```



Page 156

1      Q     Okay.  So the next one on March 7th you
2  wrote -- you wrote me -- on March 7th you wrote "I told
3  you not to let Gail bother that vehicle until you got
4  that money back, so now I'm going to show everybody."
5            Did you write that on March 7th?
6      A     I sure did.  The 50,000 that you all stole, I
7  asked you not to let her take the Benz back until you
8  gave me my money back and you didn't.
9      Q     Okay.
10     A     So okay.
11     Q     Okay.  And on March 7th you wrote, "I told
12  you to tell her she was not getting that vehicle back
13  until I got my money back."
14     A     Right.
15     Q     "So now just keep it cause she's going to
16  need it.  The whole truth and nothing but the truth
17  comes out now."
18            Did you write that on March 7th?
19     A     And isn't it the truth that's coming out now,
20  the whole truth and nothing but the truth.  Isn't that
21  wonderful?
22     Q     Did you write that on March 7th?
23     A     Yes.
24     Q     Okay.  Are you being honest in this
25  deposition?



Page 157

```
 1        A     Yes.  You just read the truth out loud.  I
 2   like that.
 3        Q     Okay.  Well --
 4        A     That's funny.
 5        Q     And is your testimony honest and truthful?
 6        A     Yes.
 7        Q     So any question I ask you, it's going to be
 8   honest and truthful?
 9        A     Well, why wouldn't it be?
10        Q     I'm just asking you.
11        A     You're the master of lying so, you know, come
12   on.
13              (Deposition Exhibit No. 52 was marked for
14              identification.)
15   BY MR. HOWARD:
16        Q     Okay.  Let's see here.  Exhibit No. 52, this
17   is a copy of a title to a Mercedes Benz in the name of
18   Cambridge Capital.
19              Do you see your name anywhere on that title?
20        A     No.  But you had put my name over the
21   company.
22        Q     Do you see your name anywhere on that title?
23        A     No.  But you put my name over the company
24   name, and the company name is on there.
25              So what about it?
```



Page 158

1      Q    Okay.  I'll give you a copy of Exhibit No --

2           MR. HOWARD:  Do you have anymore exhibit

3      labels?

4           THE COURT REPORTER:  Here you go.

5           (Deposition Exhibit No. 53 was marked for

6      identification.)

7  BY MR. HOWARD:

8      Q    Okay.  Exhibit No. 53.  It's a copy of a

9  police report --

10     A    Uh-huh.

11     Q    -- dated February 20th -- the date of report

12 is February 21st documenting a theft that took place on

13 February 20th -- I mean July 20th at TGI Friday's.

14          Were you ever at TGI Friday's --

15     A    Yes.

16     Q    -- on July 20th?

17     A    Yes, I was.

18     Q    Did you -- did you walk in at around 11:05

19 and leave at around 11:19 and take that car?

20     A    I sure did.

21     Q    Did you have a title to take that car?

22     A    Yes, this title right here.  My name was over

23 the company.  And, actually, my attorney told me I

24 should have kept that vehicle until you paid me back my

25 $50,000, and I didn't.  I went on and returned it back



Page 159

```
 1    because I didn't want the old piece of crap and let you

 2    all have it but --

 3          Q     So you admit right now you took the car?

 4          A     I'm admitting right now that I was the owner

 5    of that car based on the company -- the company's name

 6    it was in.

 7          Q     In TGI Friday's you walked out and got keys

 8    to the car from Linda Bedell and took the car?

 9          A     I didn't get the keys from Linda Bedell.

10    Linda Bedell wasn't even there at TGI Friday's.

11          Q     Where did you get the keys from?

12          A     You.  You gave me the keys.

13          Q     How did you drive the car off?

14          A     You gave me the key to it.  What are you

15    saying?

16          Q     At TGI Friday's I gave you the key?

17          A     I already had the key to it.  You remember?

18          Q     So you were walking with the keys on that

19    night at 11:00?  You happened to have the keys in your

20    pocket?

21          A     I just happened to have the key in my pocket.

22    What?

23          Q     You walked out and took it, took the car?

24          A     I didn't take anything.

25          Q     You drove --
```



```
                                                        Page 160

   1        A     It was mine.

   2        Q     You drove it away?

   3        A     It's not -- this is mine.  If you recall, my

   4   name is over the company.  What are you talking about?

   5        Q     You drove -- you drove the car away; is that

   6   correct?

   7        A     Because it was my car.

   8        Q     You drove the car away; is that correct?

   9        A     Is it correct that you got $50,000 of mine?

  10        Q     You drove the car away; is that correct?

  11        A     Answered -- I've answered that ten times.

  12        Q     And that's a yes?

  13        A     How many times more do I have to answer it?

  14        Q     Is that a yes?

  15              MR. COHN:  Object to form.  Asked and

  16        answered.

  17              THE WITNESS:  Asked and answered.  Thank you.

  18   BY MR. HOWARD:

  19        Q     Okay.  Do you understand what grand theft

  20   means?

  21              MR. COHN:  Object to form.  Harassing.

  22              THE WITNESS:  You should know what grand

  23        theft means.

  24   BY MR. HOWARD:

  25        Q     Do you understand what grand theft means?
```



Page 161

```
1        A     Do you know what grand theft means?

2        Q     Grand theft auto.

3              MR. COHN:  Object to form.

4              THE WITNESS:  First of all, I didn't commit

5        grand theft auto.

6              (Deposition Exhibit No. 54 was marked for

7        identification.)

8   BY MR. HOWARD:

9        Q     Exhibit No. 54.

10       A     Okay.

11       Q     Copy of the warranty deed and closing

12  statement on the property at Nene Drive, the purchase

13  and the -- this copy also -- the HUD is here, as well

14  as the property records.  The amount of cash on page --

15  well, let's go --

16             Do you have a copy of this document?  If you

17  could look on page -- the HUD statement is on page 4 of

18  the document.  Can you turn to that page?

19       A     No.

20             MR. COHN:  Let's just continue with this

21       deposition.

22             THE WITNESS:  I'm not going to deal with

23       foolishness.

24  BY MR. HOWARD:

25       Q     You'll note on -- so you're not going to
```



MAGNA
LEGAL SERVICES

Page 162

1    answer the questions?

2        A    If you give me questions that make sense,

3    fine.  This has nothing to do with me.

4        Q    You're not going to look at the document?

5        A    It has nothing to do with me.  Why would I

6    look at a document that has nothing to do with me?

7        Q    You're not going to answer the questions?

8        A    There's no questions to answer for a document

9    I know nothing about.

10            MR. COHN:  Let's just see --

11            THE WITNESS:  I can't answer this question.

12       I know nothing about this document.

13            MR. COHN:  Let's just see what the question

14       is and see if we can get through these questions.

15            THE WITNESS:  Okay.  Go ahead.

16   BY MR. HOWARD:

17       Q    Can you turn to the first page of the HUD.

18   Page 1, that's the warranty deed.  Keep on rolling.

19   That's the property records.  Keep on going.

20            At the bottom of that left-hand column,

21   you'll see an amount of 272,358 -- 382.58.  Do you see

22   that amount?

23       A    Uh-huh.

24       Q    Okay.  Earlier in the deposition, they asked

25   questions about a Bank of America account about where



Page 163

1   these funds came from.  Do you know where the funds

2   came from?

3        A    I told you, I have no idea where the funds

4   came from.  It says "Regions" right there.

5        Q    Correct.  It came -- so you do not know that

6   it came from my account?

7        A    All I know is you owed me the money.  So what

8   about it?

9        Q    Do you not recall a conversation at Pepper's

10  where you said I'm going to pay you this money back in

11  two weeks and you can trust me because I'm Addys

12  Walker?  Do you recall saying that?

13       A    As I said to you earlier in this deposition,

14  you lied to me to get my money so I lied to you to get

15  it back.  What about it?

16       Q    So you're agreeing that's what you said?

17       A    Are you agreeing to what I just said?  Did

18  you hear what I just said to you?

19       Q    I asked you did you not tell me at Pepper's I

20  need $290,000 in order to get this house, I'll pay you

21  back in two weeks, you can look -- I'm Addys Walker,

22  you can trust me?  Did you not say that?

23       A    Okay.  What about it?  As I just said, I --

24       Q    Is that yes?

25       A    -- said what I had to say to get the money



1    back that you owed me.  What do you want me to do?

2         Q    Okay.

3              MR. HOWARD:  We'll be reporting to the state

4         attorney that we have grand theft and we have --

5              MR. COHN:  Object to the form.  Let's just

6         keep the questions and answers going.

7              MR. HOWARD:  That's all the evidence we

8         needed.

9              THE WITNESS:  Uh-huh.

10             MR. HOWARD:  We have a series of criminal

11        records.

12             Mr. Epstein, do you have a copy of those?

13             THE WITNESS:  This is hilarious.

14             MR. EPSTEIN:  This older stuff.

15             MR. HOWARD:  Right.

16             THE WITNESS:  You're trying to play lawyer.

17             MR. HOWARD:  Okay.  That's fine.  So are

18        these all felonies?

19             MR. EPSTEIN:  Well, I don't know if the

20        disposition is determined.

21             THE WITNESS:  First of all, I've never been

22        found guilty of a felony in my life.

23             MR. EPSTEIN:  Yeah, those are page numbers

24        where just the word "felony" came up.

25             MR. HOWARD:  Okay.



Page 165

```
 1              (Deposition Exhibit No. 55 was marked for
 2         identification.)
 3    BY MR. HOWARD:
 4         Q    I'm going to give you cumulative Exhibit No.
 5    55.  It's a background -- criminal record of
 6    Mr. Walker.
 7              Have you ever been charged with a
 8    misdemeanor?
 9         A    Sure.
10         Q    Do you recall how many times?
11         A    No.
12         Q    Would it be more than five?
13         A    Never been found guilty of any.
14         Q    Have you been charged with misdemeanors?
15         A    Never been found guilty of any.
16              MR. COHN:  Object to this line of
17         questioning.
18              THE WITNESS:  It's stupid.
19              MR. COHN:  It's irrelevant.
20              THE WITNESS:  As a matter of fact, my
21         understanding is you can't impeach a witness with
22         trying to threaten them with criminal acts and
23         foolishness.  That's a crime in itself.
24              MR. COHN:  Let's just keep it --
25              THE WITNESS:  So let's just stop.
```



Page 166

 1          MR. COHN:  -- a question and answer and let's

 2     get through this.

 3          MR. HOWARD:  Okay.

 4  BY MR. HOWARD:

 5     Q    Do you -- do you -- if the records here show

 6  that you have been charged criminally and convicted,

 7  would you object to them?

 8     A    Absolutely wouldn't.  Go ahead, knock

 9  yourself out.

10     Q    Okay.

11          MR. HOWARD:  Take a pause and I may not have

12     any further questions.

13          THE VIDEOGRAPHER:  The time is approximately

14     4:59 and we're going off the record.

15          (Whereupon, the record was paused.)

16          THE VIDEOGRAPHER:  The time is 5:02 and we

17     are back on the record.  And this concludes the

18     deposition of Mr. Addys Walker, and the time is

19     approximately 5:02.

20          (Whereupon, the video proceedings were

21     concluded.)

22          THE WITNESS:  Thank you.

23          THE COURT REPORTER:  Do you want to read or

24     waive?

25          THE WITNESS:  I'll read it.



Page 167

1          THE COURT REPORTER:  Okay.  Are you ordering

2     the transcript?

3          MR. COHN:  Yes.

4          MR. HOWARD:  Yes.

5          THE COURT REPORTER:  Would you like a copy?

6          MR. HOWARD:  Yes, please.

7          THE COURT REPORTER:  Thank you.

8          (Whereupon, proceedings were concluded at

9     5:10 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 168

1                        CERTIFICATE OF OATH

2

3   STATE OF FLORIDA  )

4   COUNTY OF LEON    )

5

6

7           I, the undersigned authority, certify that

8   the above-named witness personally appeared before me

9   and was duly sworn.

10

11          WITNESS my hand and official seal this

12  1st day of March, 2020.

13

14

15

16

17

18

19          _____

                MICHELLE SUBIA, CCR, RPR
20              NOTARY PUBLIC
                COMMISSION #GG224273
21              EXPIRES JUNE 7, 2022

22

23

24

25



Page 169

1                CERTIFICATE OF REPORTER

2    STATE OF FLORIDA    )

     COUNTY OF LEON      )

3            I, MICHELLE SUBIA, Registered Professional

4    Reporter, certify that the foregoing proceedings were

5    taken before me at the time and place therein

6    designated; that my shorthand notes were thereafter

7    translated under my supervision; and the foregoing

8    pages, numbered 1 through 167, are a true and correct

9    record of the aforesaid proceedings.

10           I further certify that I am not a relative,

11   employee, attorney or counsel of any of the parties,

12   nor am I a relative or employee of any of the parties'

13   attorney or counsel connected with the action, nor am I

14   financially interested in the action.

15           DATED this 1st day of March, 2020.

16

17

18

19

                     _____

20                   MICHELLE SUBIA, CCR, RPR

                     NOTARY PUBLIC

21                   COMMISSION #GG224273

                     EXPIRES JUNE 7, 2022

22

23

24

25



**A**

**Aaron** 2:3 4:21
**able** 48:11 52:13
  85:13 86:15 95:14
  108:22 119:24
  120:17 121:24
  129:19 146:10
**above-named**
  168:8
**absolutely** 29:16,20
  29:23 44:17 62:16
  65:24 70:10 77:1
  81:23 104:18
  109:16 112:14
  149:21 166:8
**abuse** 30:3
**access** 20:12,15
  126:24 127:1
**accomplished** 7:23
**account** 48:15 59:3
  59:4,19 69:3
  92:23 94:3 98:7
  113:11 116:8,10
  116:11,17 125:24
  126:2,3,4,8,10,11
  126:24 127:2
  145:14 152:18
  162:25 163:6
**accountant** 107:17
**accounted** 146:10
**accounts** 20:7,10
  20:13,16 33:5,6
  35:4 59:11,14,17
  69:17 93:1 99:24
  121:9,22 122:2
  134:12
**accurate** 118:3,12
  118:14
**accusations** 131:3
**acohn@wwhgd.c...**
  2:6
**acted** 63:23
**action** 169:13,14
**acts** 165:22
**actual** 12:8 16:5

32:12 37:22 52:7
  62:8 63:4 71:4,25
  95:6
**add** 119:7 141:7
**additional** 40:14
  47:12 89:23
**address** 5:14,16
  19:23
**addressed** 105:21
**Addys** 1:11 3:3 4:2
  4:13 5:4,11,12
  19:20 61:23 71:1
  87:23 103:20
  135:25 136:3,16
  137:14 140:12
  141:2 143:19,22
  150:2 163:11,21
  166:18
**admit** 159:3
**admitted** 45:20
  64:13 73:4
**admitting** 159:4
**admonitions** 29:3
**advance** 73:2
**advanced** 39:24
**advances** 12:17
  23:19 25:21 35:9
  118:9 120:8 128:6
  148:3
**Advance/loan**
  118:23
**advancing** 24:22
  27:11 119:20
**adventure** 122:23
**advertise** 122:11
**Advisors** 17:25
  18:14 19:15 20:3
  20:13,16 22:14
  29:14 113:6
**Advisor's** 113:10
**affidavit** 3:12 72:20
  103:1,3,11 104:2
**affidavits** 152:22
**affiliate** 23:2 75:24
**affiliated** 31:23
  32:1 76:6,9

102:19
**affiliates** 22:13
  29:12
**affirmatively** 96:18
  105:25 118:10
**aforesaid** 169:9
**afraid** 65:1 120:3
**Africa** 88:24 89:6
  90:7
**agent** 87:4 133:10
  133:11
**aggravating** 140:2
**ago** 11:9 20:18
**agree** 77:16,20 79:9
  81:10 92:11
  134:22 136:5,11
  136:13,19,20,22
  136:23 139:5,6,14
  142:7,21
**agreed** 10:17 25:9
  36:17 70:4 92:13
  95:7 124:5 140:22
  142:4 144:9
**agreeing** 142:12
  163:16,17
**agreement** 3:10,11
  3:12 9:25 10:25
  11:3 12:2,5,8 25:5
  68:2,18 70:13,20
  82:2 94:21 95:19
  96:2,11,15 97:7
  97:23 98:16
  104:13 114:5
**agreements** 44:23
  44:24 114:7,14
**ahead** 16:24 34:18
  53:21 81:8 97:19
  139:23 150:14,17
  150:22 153:14
  155:10 162:15
  166:8
**ain't** 42:5 65:14
**airport** 12:9
**allocated** 145:18
**Allocation** 3:10
**allow** 26:10 32:12

38:3 66:13 77:10
  84:23
**allowed** 66:21
**alongside** 8:15
**amazing** 8:4
**amendments** 70:16
**America** 92:20
  94:2,8 162:25
**American** 113:7
**amount** 10:1 50:12
  60:14 69:11 76:23
  89:21 92:9 112:21
  161:14 162:21,22
**amounts** 35:24
  143:25 145:16,17
**and/or** 29:13 35:11
  42:11 50:1 58:20
  68:23 91:20
**angry** 43:24 85:7
  103:25 151:11
**Anita** 119:17
**Ankur** 124:6,8,9,17
  124:22 125:12,13
  125:22,24,25
  126:15,23,25
  127:5,11,20,21
  152:9,21
**answer** 13:15 57:18
  65:14 73:20 76:2
  81:13 142:6 143:2
  145:5 148:24
  153:14,22 160:13
  162:1,7,8,11
  166:1
**answered** 160:11
  160:11,16,17
**answers** 164:6
**Antonio** 89:1
  104:14
**anybody** 6:19
  48:23 55:9 58:13
  66:16 67:5 74:25
  83:4,20 93:19
  131:13 154:11,12
**anybody's** 101:13
**anymore** 19:1

35:15 83:8 119:24
  155:5 158:2
**anyway** 62:3 63:19
  121:1
**apart** 90:15
**apartments** 119:4
**apiece** 134:14
**apologize** 44:1
  87:16
**apparently** 108:20
  135:16
**APPEARANCES**
  2:1
**appeared** 168:8
**APPEARING** 2:11
**appears** 100:13
  103:5 153:13
**applicable** 4:6
**application** 3:11
  52:18 88:22
  100:11 101:8,9,14
  101:22
**appointment**
  152:24
**appreciate** 19:21
  154:14
**approximately**
  4:11 43:20 51:3
  82:23 84:12 91:21
  93:14 132:6,9
  166:13,19
**April** 6:1,18 8:1
  107:11,21
**area** 83:17
**Arizona** 11:10
**arrested** 30:3
**asked** 12:19 29:17
  31:1 38:16,20
  58:15 60:7,7 77:4
  82:1 95:5 96:12
  99:18 101:10
  127:12 147:12
  155:24,25 156:7
  160:15,17 162:24
  163:19
**asking** 35:21 41:14



73:21 91:23 135:4
135:5,12 138:7,7
139:2,3 141:18
147:11 148:23
153:20 155:1,16
157:10
aspect 12:15 19:9
37:6
assets 147:1,3,5,18
147:21,23,24,25
149:3
assigned 71:10
Associated 136:2
associates 2:8
64:12 65:18 90:17
90:21 94:24 97:24
117:19,21 119:9
121:10,14,15
125:25 127:2
133:20,23 134:12
assume 125:17
assure 22:25 60:25
112:11 140:5
154:13
assured 60:19
assuring 46:4
athletes 123:25
attached 98:7
109:7 114:4
attempted 115:17
attempting 97:22
111:5
attorney 26:15 87:4
123:1 124:25
125:12,16,19,20
139:9 154:22,24
158:23 164:4
169:11,13
Attorneys 94:24
attributed 59:19
audit 148:2,5,7,10
August 94:22 112:6
113:19 116:6
134:14
authenticate
103:22

authority 168:7
authorized 94:1
auto 161:2,5
avoid 75:4 111:20
awards 26:17
aware 13:8 24:25
25:20 34:4 46:15
48:16,23 56:24
71:6 83:4 131:7
131:14
A&T 3:10 25:3,8
25:15 36:5 40:16
40:18 41:7,10
42:11 43:6 52:4
53:10 66:21 67:13
67:14 70:9 71:1
71:11,14 72:7,20
75:24 76:9,10
77:11 102:12,14
119:15
A-d-d-y-s 5:12

B

B 3:8
Bachli 105:22
back 15:9 18:22
22:11,23 23:8,19
24:11 26:20,21
28:13 30:10 33:10
33:14 37:25 38:15
39:13 40:23 41:24
43:12 45:17 47:7
47:10 48:9,11
50:13 51:4 52:19
53:22 55:13 57:4
57:5 58:13 59:7
60:11,21,23 61:1
61:2,3,4,24 62:4
62:14,16 63:3,25
67:1,2,8 72:25
73:19,23 75:22
78:9 82:24 83:22
85:8,9,13 86:15
91:4,10,13,15,24
92:8,9,12,18,24
94:5 95:8 96:7

97:24 120:23,24
121:6 125:2 127:9
127:10,12,13
129:12 132:4,10
134:1 138:25
139:7 140:19
144:24 145:3,4,5
145:15,24 147:5
150:24 151:13,21
156:4,7,8,12,13
158:24,25 163:10
163:15,21 164:1
166:17
background 6:8
165:5
back-and-forth
75:19
badges 63:20
ball 123:23
ballpark 34:1
Baltimore 11:10
bank 3:18 20:7,9
20:13,16 28:8,20
33:5 35:3 53:14
59:3,11,15,18,21
69:3,17 91:3
92:20 94:2,4,8,8,8
94:11 99:24
134:12 162:25
Bar 73:6,10,18,19
74:2,3 75:5 108:4
108:12 111:1,15
124:11,14 125:3,7
152:11,16,25
Barker 130:3,15
based 33:9 45:24
84:25 95:6 96:4
108:20 111:1
119:11,25 124:15
159:5
basically 6:10 8:5
14:11 21:8 25:12
25:23,24 27:15,18
30:18 42:14 47:16
50:12 58:11 64:8
66:21 67:4,7

72:10 74:6 83:10
84:20 90:1 111:16
120:16
basis 111:5
Bay 36:20,21
Bayshore 2:4
beaten 65:7
becoming 124:16
Bedell 6:6 7:20
10:17 11:25 16:15
50:5 121:24
133:15 136:1
137:6 138:17
139:10 159:8,9,10
BEENA 2:13
beginning 4:18
66:1,3 152:13
behalf 1:12 50:7
63:23 152:21
belief 78:21 106:7
believe 11:9 17:3
29:24 47:25 60:10
63:4 65:11 67:20
72:22 84:22 85:3
88:24 89:9,9 90:3
90:24 93:16 94:10
95:4,4 106:3
113:12 117:21
119:14 124:10
129:6 130:6 136:8
believing 82:1
146:22 147:7,8
bell 17:13
belonged 50:13
147:6
Benz 156:7 157:17
best 44:2 57:18
61:14 65:15 121:2
better 24:2 120:25
124:23 128:8
big 27:17 34:11
bigger 22:1 27:15
bills 84:15
bind 97:14 99:20
bio 110:16
birthdate 6:16

bit 6:7 50:13
bite 120:24
blank 43:24
blind 42:2,2 47:20
Board 110:12,24
Bob 151:14,18
body 63:11
bonus 9:25 10:3
book 41:2 47:17,21
96:4
borrower 96:20
borrowers 94:25
97:14,25 99:13
borrowing 28:9
62:23
bother 156:3
bottom 101:20,24
162:20
bought 27:19 91:17
123:4,5
Boulevard 1:15
4:12
boxes 12:25
brand 21:22
brand-new 102:15
break 9:14 23:13
53:24 90:15
131:22 132:3
Brenda 103:19
107:11,12
bribe 135:1
Bridge 94:21 98:15
bring 100:3 140:5
148:9,9 154:20
bringing 12:3
18:21 119:2,15
brother 21:14
brought 10:20
11:22 16:8 38:18
39:9 52:22 64:17
64:20 83:10 85:24
94:5 97:4 99:17
brushed 19:2
build 84:8
building 8:21 13:16
13:23 36:7,10,12



36:13,13,14,16,19
**bunch** 33:9 143:11
145:2,14
**business** 5:16 8:24
14:10 47:18,21
82:5 84:15 90:21
96:5 154:12
**buy** 85:11 91:24
92:12
**buying** 15:2 21:24
36:16
**BWCI** 77:24 80:23
88:10,12

**C**

**C** 129:6
**calculate** 145:15
**calculations** 144:12
**California** 27:3
118:5
**call** 19:23 40:24
91:7,8 131:10
150:20 151:14
155:5
**called** 5:5 26:5
47:18 58:23 64:14
123:3,23
**calling** 25:18 35:13
61:15 111:16
139:23
**calls** 149:6 154:11
154:13
**Cambridge** 8:7
13:11,16,19 14:4
14:5,21 17:1,6,9,9
17:11,12,19,25
18:4,6,8,11,14,17
19:6,7,13,14,14
20:1,2,3,7,10,13
20:16 22:12,13,13
23:2,15 24:23
27:12 28:2,20,24
29:8,10,12,13,13
29:18,22 30:2,12
30:15 31:7,12,24
32:1,8,24 33:4,24

34:21 36:1 37:7
38:23,24 39:3,23
40:14 41:21,24
42:11 44:12 45:22
48:6,17,25 50:3
53:3 54:23 56:5
57:1,23 58:20
59:5 61:17 62:19
63:2,5 64:5,12
68:1,23 70:12,19
70:21 71:6,11,15
71:21 73:1 74:1
74:11,19 75:4,7
75:11,12 83:3
84:19 85:17 89:8
89:10 90:17 91:20
93:6,22 94:22,23
95:19 98:6,7
105:17 106:4,9,24
107:20 108:7,13
110:23 111:11,23
111:24 113:5,10
115:16,20 116:20
117:13,20 118:7
119:10 121:9
125:23 127:6
128:5 129:7,10,11
152:11 157:18
**cancer** 65:7
**capital** 8:7 13:19
14:5 15:10,12,15
17:9,9,12,19,25
18:8,11,14,17
19:6,7,13,14,15
20:2,2,3,7,10,13
20:16 21:15 22:12
22:13,14 23:2,16
29:12,13,14 31:7
31:13,24 32:1,8
32:24 33:4 34:21
36:1,18 38:23,24
39:23 40:14 48:6
56:25 59:5 64:12
68:2 70:12,19,21
71:7,11,15 94:23
94:23 107:20

110:23 111:12
113:5,10 118:7
121:9 157:18
**car** 158:19,21 159:3
159:5,8,8,13,23
160:5,7,8,10
**card** 125:3,9
**cardboard** 12:24
**care** 78:16 82:5
84:15
**career** 6:9
**cars** 15:2
**case** 1:2 40:19
48:10 131:2
**cases** 9:20 16:17
39:5 55:24 57:8
119:3 122:9 152:9
152:21
**cash** 161:14
**cashier's** 92:21
93:10 94:2
**caught** 111:4
122:25
**cause** 156:15
**caused** 88:5
**caution** 12:23
**cc** 114:9
**CCG** 110:12
118:23
**CCR** 1:17 168:19
169:20
**cc'ing** 110:10
**cell** 5:20 49:20
149:18,19 150:23
150:25
**certain** 22:16 51:13
110:4
**Certificate** 3:21,23
3:24 168:1 169:1
**certify** 72:11 168:7
169:4,10
**chain** 109:3,4 110:5
112:5,19 113:17
114:1,4 115:6
116:5,12 117:6
**chains** 110:8

**chance** 85:15 92:8
141:17
**Chanell** 49:1,8,12
49:18,25 60:3
62:5,14,23
**change** 39:15
**changed** 14:8 39:17
70:7 152:1
**changing** 16:24
**charge** 18:8,9,11,13
29:21
**charged** 165:7,14
166:6
**cheaper** 27:6
**cheat** 155:23
**check** 3:20 57:7
60:12 86:25 92:21
93:10 94:2 112:22
113:1 116:10
136:1,2,6,14
137:5,5,13 138:11
138:16,17 140:4
140:11 141:3
145:18
**checks** 3:19,19
135:25 138:2
139:22,24 140:13
140:21 142:4,21
143:8,9,17,18,18
143:21 144:10,11
152:18
**child** 30:3
**Cho** 68:3 76:17
**Christina** 128:16
**Circle** 5:15
**circulating** 109:14
**circumstances** 6:2
60:6 103:16
**city** 49:15
**claim** 115:17
**claimed** 70:8 131:5
131:15
**claiming** 32:15
**claims** 83:5
**clarify** 10:16 51:10
95:16

**clear** 10:8 28:18
29:11 96:6 98:25
99:3
**client** 23:5,7,14
42:1,9 45:17
47:17,19 48:22
94:25
**clients** 11:22 16:18
22:15,18 33:6,9
46:12 47:16 54:4
73:13 74:4,4
108:8 122:22
**close** 69:10 70:7
76:17 121:4
129:11 152:21
**closed** 75:24
**closing** 70:17 87:4
88:13 89:12
104:17 161:11
**clothes** 119:3
**coach** 123:23
**Cody** 130:1
**Cohn** 2:3 3:4 4:21
4:21 5:8 13:14
31:18,22 50:22
51:5 79:18,23
80:1,5,11,16,20
81:1,3,9,12,14
82:18,25 94:15,19
98:13 100:8
102:23 104:11
105:7 106:18
107:8 109:1,19
112:3 113:15
115:4 116:3 117:1
131:17,20,24
132:2,5,15,18,22
137:19 139:13,15
139:18,21 140:17
140:24 141:10,12
141:16,19,22
142:5,22,24
143:14,17,23
144:2,4,6,13
145:9,19,21
146:12 147:20



148:13 149:5
150:12,15 153:6,9
153:11 160:15,21
161:3,20 162:10
162:13 164:5
165:16,19,24
166:1 167:3
**college** 6:12 8:4
**column** 162:20
**combination** 62:20
141:4
**combined** 141:7
145:8
**come** 7:12 8:18 9:7
14:16 30:9 34:15
35:23 36:3 38:15
41:23 44:6 54:22
60:12 63:9 68:12
69:6 73:4,25 78:9
81:19 110:10
114:22 118:15
119:24 120:23
123:22 125:16
127:24 132:4
157:11
**comes** 35:17 120:23
134:3 156:17
**comfortable** 42:6
77:21
**coming** 9:2 16:23
24:5,7 28:13
33:17 57:7 93:4
156:19
**Commenced** 1:14
**commingled** 113:8
**commingling** 93:2
93:3,6
**COMMISSION**
168:20 169:21
**commit** 161:4
**committed** 96:3
104:3 152:4
**common** 65:13
**communication**
80:9
**companies** 19:13

44:10 107:25
122:10,16,19
**company** 8:6 41:11
66:17,17 74:3
90:1 102:7,19
103:1,2 113:7
114:23 133:7,11
133:13,16 143:18
143:22 144:18,18
148:11 157:21,23
157:24 158:23
159:5 160:4
**company's** 159:5
**compensate** 10:17
47:24
**compensated** 9:18
**complain** 43:9
**complained** 41:5
**complaining** 35:14
124:6
**complete** 106:25
**completely** 75:8
90:10 95:15
108:19 111:11
**computers** 129:18
**concern** 45:24 54:3
55:8 97:13 99:19
**concerned** 13:23
14:15 46:24 47:13
84:16 88:9 142:10
**concerning** 14:17
25:5 58:9 59:3
68:20 87:14
114:23 152:3,9
**concerns** 46:16
54:7 90:6
**concluded** 1:14
166:21 167:8
**concludes** 166:17
**concussion** 7:6
15:24
**condominium**
27:19
**conducted** 87:11
**confide** 14:11
**conflict** 75:4

**connected** 169:13
**connection** 20:23
63:11 76:24
104:16 106:23
114:6 123:19
**connections** 124:14
**Conrado** 130:1
**conscience** 115:24
**consent** 148:20
**consider** 106:11
**consideration**
71:14,17
**consistent** 99:10
**consistently** 48:4
50:10
**constantly** 13:17,21
33:6
**construction** 68:3
84:4 89:14
**contact** 11:12,15
80:12 83:12
123:19
**contents** 81:22
**continue** 34:17
56:10 79:23
108:22 119:24
161:20
**continued** 14:10
78:12 90:5 152:10
**continuing** 116:20
**contract** 9:19,24
11:1,6,6 40:17
41:5,14,19 42:22
43:7,15,20 44:9
44:15 47:23 60:14
60:25 63:4 68:10
71:3,16 77:18
87:4 95:6,7,14
104:13 120:13,20
**contracts** 11:2
**contribute** 71:20
**contributed** 69:20
**contributor** 71:5
**control** 15:7 19:3
20:6,9,12,15 75:7
75:9,12,20 115:12

115:20
**controlled** 37:24
59:10 68:23,24
76:21 140:3
**controlling** 69:17
**convenient** 67:16
**conversation** 7:21
43:4 47:12 54:6
55:16 59:22 65:5
90:9 107:24 120:7
149:12 154:22
163:9
**conversations** 35:6
45:3 54:8 55:1,7
58:18
**convicted** 166:6
**copied** 105:10
110:16
**copies** 131:23 132:1
150:11 151:25
**copy** 39:17 42:22
43:1,14 52:25
72:22,23 94:16
96:13 98:20
103:12,14 109:22
110:5,7 112:9,11
112:22 113:21
117:9 134:11
150:5,10,12,15
157:17 158:1,8
161:11,13,16
164:12 167:5
**Cordero** 51:21,25
53:5 76:24 77:3,6
77:9 78:14,19,20
79:8 82:10
**Cordero's** 52:10
81:19
**Corey** 23:23 34:8
85:9
**corner** 35:19
131:25
**corporate** 111:6
**correct** 13:5 15:12
15:13 22:9 23:4
23:16 30:2 31:25

32:4 33:20 44:12
47:24 56:12 62:15
65:23 67:20,24
68:4,5,7,8,10,11
69:12,13 70:9,17
70:18 71:11 72:7
76:1 84:1,5,9
85:17,18,21 91:21
92:4 93:8,12
96:17 97:11,16,19
99:7 101:6,15,22
101:23 102:19,20
104:17 106:5
108:9,10,13 110:6
115:13 116:17,18
117:14,15 120:8
133:7 137:17,17
138:20 143:3,20
151:5 160:6,8,9
160:10 163:5
169:8
**cost** 21:23 117:22
**costs** 117:19
**counsel** 4:17
169:11,13
**count** 79:1
**counteract** 143:10
**COUNTY** 168:4
169:2
**couple** 127:22
**court** 1:1,17 4:15
4:19,25 31:19
80:5,8,9 94:18
132:20 140:18
141:24 150:16
152:5 158:4
166:23 167:1,5,7
**cow** 73:23
**crap** 159:1
**craziness** 23:11
119:1
**crazy** 19:23 35:23
88:10
**create** 70:25 97:22
**created** 25:16
54:20 71:25



102:16
**Credit** 100:11
**crime** 165:23
**criminal** 3:22
  164:10 165:5,22
**criminally** 166:6
**Crosscreek** 5:15
**cruise** 22:2
**crying** 66:24,25
**cumulative** 135:24
  138:2 140:10
  165:4
**cut** 90:10
**cutting** 124:7

**D**

**D** 3:1
**daily** 110:9
**dance** 80:24
**Darryl** 109:22
  110:16,17
**date** 1:13 22:16
  43:18 70:17 98:16
  113:7 158:11
**dated** 94:21 100:12
  105:9 106:21
  107:11 109:3
  112:6 113:19
  115:7 116:5 117:6
  136:2,15 137:5,13
  158:11 169:15
**dates** 51:11,14
  63:15
**daughter** 82:15
**David** 154:11
**day** 44:4 64:7,11
  65:18 90:18,19
  104:1 151:22,24
  168:12 169:15
**deal** 25:8 30:25
  46:12,25 58:18,19
  60:18 61:18 68:15
  75:23 78:13 86:4
  86:7,8 87:3,21
  88:6,9,24 89:6,7
  124:19 128:4

161:22
**dealing** 25:23 39:20
  64:5 71:21
**deals** 59:4,6,6
  135:17
**December** 55:3
  90:25 92:1 94:3
  98:16 100:12
  141:5
**decide** 66:20
**decided** 50:15
  52:11 70:25 76:12
  78:17 79:8 87:1
  87:14,16,17,23
  88:21 111:11
  114:21 121:2
  122:23 124:20
  126:6
**decides** 149:10
**decision** 76:6
  119:20,22,23
**deed** 3:22 161:11
  162:18
**defendant** 2:7 4:24
  132:14,18
**Defendants** 1:8
**defendant's** 132:24
**define** 155:20
**defrauded** 83:6
  88:15 131:6,15
**Delaware** 108:2
**deliver** 120:18
**Dell** 129:18
**denied** 72:6
**denier** 72:8
**denies** 72:8
**department** 104:2
  111:16
**depleted** 39:1
**depose** 153:24
**deposing** 153:23
**deposit** 68:9 69:7
  76:16
**deposition** 1:11 4:2
  4:7,13 37:3 80:4
  80:14 94:13 98:11

100:6 102:21
104:9 105:5
106:16 107:6
108:24 109:17
112:1 113:13
115:2 116:1,24
131:7 133:1 134:5
135:20 137:23
138:3 140:7
149:24 156:25
157:13 158:5
161:6,21 162:24
163:13 165:1
166:18
**depositions** 80:3,24
**deposits** 69:15
  70:15
**describes** 133:6
**describing** 144:5
**designate** 132:16
**designated** 169:6
**desperation** 91:16
**detail** 47:12
**details** 16:5 44:18
  55:14 59:23
**determined** 164:20
**developed** 14:9
**Development** 25:3
  25:8,15 36:5
  40:18 41:10 42:12
  43:6 53:11 66:22
  67:13,14 70:9
  71:1,11,14 72:7
  72:21 77:12
  102:12,14 119:15
**developments**
  35:12
**Dial** 2:4
**diction** 155:10
**died** 65:8
**different** 14:12
  19:6 26:11 51:22
  51:23 67:11 85:22
  96:20 111:14
  134:11
**difficult** 141:25

**diligence** 114:3
**dime** 59:20
**direct** 116:20
**directions** 26:11
**directly** 24:7 52:12
  108:16 121:19
**director** 75:3
**Directors** 110:13
  110:24
**disagree** 138:22
  144:12,15
**disagreement**
  139:12
**disbursal** 77:19
**disbursed** 78:3
**disbursement**
  114:7
**discovery** 4:4
**discuss** 81:6,7,21
  117:8
**discussed** 18:25
  37:8 40:7 42:18
  45:10 83:2 108:17
  123:8 131:6,11,14
**discussing** 101:15
**discussion** 53:24
  81:25 109:9
**discussions** 45:6
**disposition** 164:20
**dispute** 137:10,14
**disseminating**
  125:8
**distributing** 109:6
  113:25
**DISTRICT** 1:1,1
**divest** 75:8
**doctor** 7:14 16:23
  39:13 130:23,24
  130:25 151:25
**doctors** 16:23
  39:11 119:2
**doctor's** 39:16
**document** 25:10
  28:23 45:13,19
  62:9 63:5 69:19
  70:2 72:1,13,16

72:20 81:16,17,22
82:9 95:2,5 97:1
98:15,18 104:1,22
106:22 107:14
141:15 142:3
148:18 153:13
161:16,18 162:4,6
162:8,12
**documentation**
  147:24
**documenting**
  158:12
**documents** 44:21
  45:7,14 52:25
  54:1 70:7 77:23
  87:5,10,14 94:12
  95:3 99:11 100:22
  100:23 111:6
  121:18 124:3
  142:17,20
**dog** 27:22 122:9,11
  124:3,19 152:9
**doing** 6:3,21,24
  7:22 8:4,7,7,10,24
  9:10,11 10:2 11:5
  11:23 12:8,14
  14:23 16:18 18:19
  18:22 19:9,22
  27:9 28:13 42:8
  44:1,3 52:5 60:8
  62:25 63:1 66:9
  67:9 71:22 73:9
  73:24 76:18 81:8
  89:20 93:19 98:3
  108:18 118:5
  122:9 126:14,15
  127:18 135:17
  138:12 142:12
  145:25 146:5,22
  146:23 154:12
**dollar** 59:9 77:18
**dollars** 40:18 41:6
  41:15,19 42:12
  43:15 44:10 48:21
  60:14 61:20 82:7
  85:20 88:11 91:21



119:10
**Don** 8:9,15 13:20
  14:22,24,25 18:19
  19:10 22:20 28:5
  28:6,16,17,19,22
  29:3,6,7,17,25
  30:14,18,22 31:1
  31:1,6,6 32:15
  35:23 59:13,17
  74:22 84:23
  106:23 107:2,3,3
  111:13 116:6,15
**Doukas** 114:17,19
**Dr** 88:23 89:17,23
  130:25
**drafted** 44:20,22
  73:17 109:14
**drawing** 43:24
**drawn** 92:23 93:1
**drive** 2:4,9 5:17
  132:1 159:13
  161:12
**dropped** 123:6
**drove** 159:25 160:2
  160:5,5,8,10
**drugs** 124:12
**due** 7:1 57:5 114:2
**duly** 5:5 168:9
**Dunlap** 49:1,10,18
  49:25 60:4 62:5
  62:14,23
**D'Juan** 130:5
**D-o-u-k-a-s** 114:18
**D-u-n** 49:4
**D-u-n-l-a-p** 49:9

---
**E**

**E** 3:1,8
**earlier** 47:2 51:6
  53:1 67:20 86:4
  123:18 162:24
  163:13
**early** 31:25 32:4
  36:2 37:7 39:25
**earn** 42:12
**earned** 106:12

127:7,11 136:13
  136:19,22,23
  137:8
**earnest** 68:9 76:16
**earning** 23:24
  101:25 106:8
**easiest** 37:20
**Easily** 91:22
**East** 36:19
**Edge** 3:18 133:6,8
  133:19,23 134:13
  134:16,17,18,19
  134:20 135:14,15
  135:18 140:12
  141:4
**education** 6:8
**Edwardo** 7:15
  130:21,25
**effect** 126:22
**effectively** 10:18
  36:2 37:7 97:18
**effort** 41:17
**either** 15:17 28:24
  35:9 60:2 77:20
  83:2,5 87:7 88:5
  101:4 140:11
  145:17
**either/or** 11:10
**electing** 110:22,23
**Elise** 151:14
**else's** 24:19 72:10
  75:1 93:3
**email** 3:13,13,14,14
  3:15,15,16,16,17
  3:17 52:9,9,23
  105:9,13,16,21
  106:21 107:10
  109:3,4,13,21
  110:5,8,15,17
  111:9 112:5,9,19
  113:17,21 114:1,4
  115:6,11 116:5,12
  117:6,12 119:8
  121:9,10,12,16,16
  121:19,22 122:1,2
  122:7

**emails** 75:15,16,16
  110:9 112:10,15
  112:16 115:22
  121:17,20,20,23
  122:5 126:22
**employ** 21:6
**employed** 6:19
**employee** 169:11
  169:12
**employees** 54:24
  152:19
**ended** 11:5 24:19
  30:9 42:7 52:20
  68:21 70:19 86:14
  86:14 97:7 107:4
  119:15 131:2
**enforcement**
  152:25 153:1
**enjoyed** 110:10
**entered** 62:15
  70:19 96:14
**entering** 114:6
**enters** 68:2 70:12
  70:16
**entities** 13:9 14:3
  14:18,21 16:9
  17:1,3,6,11,11,15
  18:4 19:19 21:15
  22:19 31:25 32:8
  48:14,17 58:25
  71:21 74:2,8,11
  74:19 75:4,9,11
  75:13 83:5 85:17
  93:7,23 95:12
  97:16 98:5,8
  108:3,13 111:14
  115:8,11,13,16,18
  115:19,20 116:20
  117:14 125:23
  127:6
**entitled** 44:9 98:15
**entity** 15:17 17:21
  28:9 32:12 39:3
  40:16 59:18 71:1
  71:25 75:21 77:24
  79:13 93:17 99:20

99:25 102:15
  104:16 126:20
**entity's** 69:3
**Epps** 130:5
**Epstein** 2:13 21:9,9
  21:12 25:22 26:4
  26:14,16 27:2
  164:12,14,19,23
**equity** 37:21
**escrow** 78:1
**ESQUIRE** 2:3,8
**essentially** 48:1
**ethics** 73:6 74:3
**eventually** 8:14
**everybody** 21:6
  48:2 50:16 61:15
  63:25 93:3 110:10
  114:9 115:23
  121:3,12,16 156:4
**everybody's** 121:17
**everyone's** 122:2
**evidence** 4:4 164:7
**exact** 15:21 35:2
  47:1 74:6 123:4
  142:21
**exactly** 8:9 22:16
  24:1 30:20 61:7
  70:1,1 90:19
**examination** 3:4,5
  4:3 5:7 132:11
**examined** 5:6
**example** 116:19
**Excellent** 117:5
**exchange** 73:3
**exhibit** 3:10,10,11
  3:11,12,12,13,13
  3:14,14,15,15,16
  3:16,17,17,18,18
  3:19,19,20,20,21
  3:21,22,22 79:18
  79:22 80:14,22
  81:15,22 83:22,24
  84:11 85:19 88:5
  88:20 89:13,22
  94:13,21 96:12
  98:11,15,19 99:5

99:6,10,12,13,21
  100:6,10 101:2,6
  101:22 102:21,25
  103:2,8,11 104:6
  104:9,12,13 105:5
  105:9,9 106:8,15
  106:16,20 107:6
  107:10 108:24
  109:3,17,21,21
  112:1,5,5 113:2
  113:13,17,17
  114:1,5 115:2,6
  116:1,5,15,24
  117:3,6,10 119:7
  132:13,25 133:1
  134:5,8 135:20,23
  135:24 136:1
  137:23 138:1,2,16
  139:24 140:7,10
  142:3 143:21,25
  144:5 149:24
  150:2,9 157:13,16
  158:1,2,5,8 161:6
  161:9 165:1,4
**exhibits** 80:6
  131:23
**expenses** 117:13,16
  119:9
**expensive** 12:22
  27:4
**EXPIRES** 168:21
  169:21
**explain** 11:23 16:22
  28:12 104:3
  134:10 140:4,5
**explained** 9:22
  18:24 36:13 58:1
  58:10 59:13 60:23
  65:7,16 70:20
  71:19 73:19 85:2
  90:5 120:1 123:13
  146:8
**explaining** 14:22
  26:16 39:11 55:12
  81:18
**explains** 75:17



**express** 46:10,11
99:19
**expressed** 54:7
55:8 97:13
**extending** 70:16
**extensions** 145:13
146:9
**extra** 127:12
**ex-NFL** 10:22
128:3

**F**
**facet** 76:19
**facilitate** 16:12
**fact** 18:25 26:2
32:11 45:16,24
64:9 77:17 100:2
111:17 125:5
152:10 165:20
**failed** 104:17
**fair** 119:11
**false** 106:10,12,13
**family** 82:5
**far** 6:14,23 13:22
14:15 16:14,19
51:11 63:2 84:16
88:9 137:9 142:9
**fashion** 133:25
**father** 11:9
**father-in-law**
129:10
**Fatrina** 128:10
**favorite** 19:4
**February** 1:13 4:10
29:25 105:9
106:21 134:19
150:4,7,19,24
151:1,5,7 153:5
153:17,21 154:2,4
154:8 158:11,12
158:13
**federal** 19:2 32:13
**fee** 114:14
**feel** 58:12
**fees** 9:23 10:6,7,18
50:8,8 77:6

**Feinberg** 21:11,12
21:14 48:16,22
50:1 58:17,23
59:23 109:10,15
**felonies** 164:18
**felony** 164:22,24
**felt** 39:14
**female** 131:3
**Fenet** 151:14,18
**fiction** 33:7
**figure** 64:6
**figured** 120:25
**filed** 127:22 145:12
145:13
**fill** 52:18
**filled** 52:18 101:21
**final** 113:24,24
**finally** 125:11
**finance** 84:25
**Finances** 76:21
**financial** 59:8
**financially** 169:14
**financing** 8:8 9:11
11:21 12:15 16:7
76:24 86:9 87:11
88:18
**find** 9:8 38:23 52:7
64:2 75:17
**finding** 9:15
**fine** 19:24 37:5
65:10 72:2 131:21
131:24 132:5,17
151:10 162:3
164:17
**finger** 88:2
**finish** 6:13 10:9,11
**finished** 24:15
53:23
**firm** 9:7,9,16 10:20
11:23 13:8,9,13
13:17 15:17,19,20
16:3,7 18:5 20:24
28:1,2,25 29:19
31:24 48:13 50:3
56:5 57:23 58:20
59:5 62:19,21

64:12 68:24 74:8
77:25 78:3,13
83:4 91:20 93:7
93:23 121:10,13
121:20
**firms** 6:11,12 14:18
**first** 5:5,24 8:10
9:14 10:22 17:8
18:18 19:11 28:6
35:15 38:14 41:9
45:7 49:4 51:7
61:1,2 68:9,17
71:19 74:11 87:21
95:6 96:19,25
100:17 101:20
113:6 116:9
134:13 136:1
161:4 162:17
164:21
**fit** 57:16,18 67:23
**five** 61:20 165:12
**fix** 32:20 67:8
**flag** 35:15
**flags** 88:6,21
**floor** 13:23
**Florida** 1:1,16,18
2:5,10 4:13 5:19
27:5 33:4,5 36:23
74:2 75:5 98:7
108:4,12 111:1,15
124:10 125:7,14
133:7 152:16,25
168:3 169:2
**following** 4:2
136:14
**follows** 5:6
**follow-up** 111:3
**food** 12:12 119:3
122:9,11 124:3,4
124:19 152:9
**fool** 82:1
**foolish** 62:1
**foolishness** 51:18
53:19 70:22
139:16 161:23
165:23

**football** 14:15
61:15 85:5 123:22
128:24
**football-related** 7:2
**foregoing** 169:4,7
**forged** 103:17
104:5 148:15
**forging** 103:25
**forgot** 88:23
**form** 53:3 137:19
140:24 142:5,22
143:1 144:2,13
145:9,19,21
147:20 148:13
149:5,5 160:15,21
161:3 164:5
**format** 143:6
144:17
**formed** 17:2,3,4
**former** 46:12 54:4
**Fort** 126:17 127:5
**forth** 71:4 125:2
134:1
**fortune** 21:22
**Forty-six** 132:20,21
**forum** 36:8
**forward** 15:8 25:13
41:18 78:12 79:5
141:22
**found** 27:16 43:23
74:2 164:22
165:13,15
**four** 56:22 135:24
**Fourteen** 34:2
**fourth** 56:16
**Fox** 78:2
**franchise** 10:23
**fraud** 96:4 104:3
120:14,16 152:3
**fraudulent** 124:3
142:10 151:25
**Friday's** 158:13,14
159:7,10,16
**friend** 8:12 86:5,9
114:20
**friends** 7:10 90:20

124:16
**front** 28:7 60:15
148:10
**fucking** 50:17
**full** 5:10 69:11
**Fuller** 23:23 34:8
85:10
**fund** 15:23 21:4
23:6,16,18,21
24:17,23,23 25:20
28:2,20,24 29:8
29:10,18,22 30:2
30:12,15 32:25
33:19,24 34:5,21
35:8 36:2 37:7
39:23 40:13,15
41:21,24 42:11
44:12 45:22 48:6
48:25 50:3 52:4
56:6 57:1 58:20
73:1 75:12 83:11
84:19 117:20
120:11 137:10
149:2,2
**funded** 52:19 69:23
**funding** 6:4,14,24
12:20,21 14:14,17
21:16 53:23 55:22
56:9,10,23 69:24
69:25 140:3
**funds** 9:21 20:19,25
21:2,3,3,4,7,8,14
23:9 27:12 35:14
37:6 38:18,25
40:8,14,19,19
42:11 43:22 44:11
47:24 48:5,12
57:22,23,25 62:19
77:19 78:14 83:3
84:16,18 85:16
89:8,10,14 90:17
91:20 93:6 105:17
105:17 106:4,24
108:7,9,19 119:10
126:20 128:5
135:15 136:18,21



136:23,25,25
137:1,3,10,15,21
138:23 139:5
144:9 163:1,1,3
**funny** 110:8 157:4
**further** 16:21
105:20 111:21
166:12 169:10
**future** 12:17 56:23
114:6
**fuzzy** 58:12 61:13

**G**

**Gail** 28:4 30:11,17
30:17,19,22 31:2
31:4 32:7,11,17
32:24 35:7 36:3
38:16,20 40:16
41:18 42:10,23
43:14 44:8,14
45:4,19 46:10,15
46:20,23 47:11,22
47:23,24 49:24
53:24 54:7,12,13
55:2,7,12 57:13
57:21 58:6,10
59:10,14,17 60:17
60:18 61:18 63:5
63:9,21 64:7,12
65:5,6,18 66:6,24
75:14,15,17 77:17
95:5,18,24 96:11
97:4,9,10,13,18
97:22 99:24 100:2
106:24 107:11
109:5,6,22 110:15
112:7 113:18
114:10 115:6
119:20 120:10,19
120:22 123:11
154:5 156:3
**Gail's** 54:3 115:11
**gains** 18:22
**general** 57:16
**generally** 35:16
51:9 60:9 67:23

108:1
**gentleman** 7:18
58:22 85:11 86:1
86:3 89:25 114:20
**gentlemen** 122:12
**genus** 84:24
**Georgia** 86:1
**getting** 6:14 9:6,12
12:1 14:17 24:19
25:6 31:5 40:19
41:15 54:14 91:13
92:8,9 131:3
147:8 156:12
**GG224273** 168:20
169:21
**gifted** 61:25
**girlfriend's** 48:7
62:10
**give** 6:7 9:20,21
12:2,5,11 14:18
15:21 23:7,22
31:2 41:13 42:4
48:11 49:23 50:20
51:16 57:18 60:13
60:25 67:2 68:14
73:13,20 76:2
78:23 79:20 82:6
88:10 90:18 91:3
92:3,11,17 95:9
103:14,23 121:24
134:25 141:16
145:3 148:16
150:11,12,20
151:15,21 158:1
162:2 165:4
**given** 11:2 47:23
57:24 71:17 72:12
81:20 120:13
**giving** 24:16 35:24
41:14 58:14 92:16
95:6 98:9 125:6
140:15 143:11
147:5,22
**go** 7:15 8:19 12:1
12:11 13:17,20
16:24 21:6 23:18

26:14 27:8 34:18
38:9,18,22,25
39:15 40:14 41:23
41:23 46:24 47:2
50:22 51:11 53:7
53:21 54:14 58:3
59:7,16 62:4 67:3
71:2 81:8 82:4,18
83:22 92:20 94:12
95:9,22 96:7,14
97:19 100:5
108:18 114:15
120:3,15 122:13
123:21 125:2
135:23 139:23
140:14 145:15
150:14,17,22,24
153:14 155:10
158:4 161:15
162:15 166:8
**God** 151:11,12
**goes** 28:12 120:6
125:7 138:14
**going** 12:3 13:1,2
21:17 22:23 24:11
25:8 27:4,17
29:10 30:9,19,24
32:17,17 35:21
36:25 37:9,15,23
38:2,8,10 39:6,8
40:22 41:3,13,15
41:23,24 43:7,8
45:21 46:3,4,5
47:9 48:9,10 51:1
53:1 54:13,15
55:10,18 56:9
57:10 59:13,16
61:7 64:6 65:1,9
66:19 67:3,23
68:14,21 70:21,22
70:24 72:25 73:8
74:8,9 75:22
77:15,20 78:16
79:19,23 81:19,20
82:3,4,6,21 84:14
84:20 87:24 88:7

88:10 89:22 92:15
95:15 98:1,3
99:14 100:4
102:24 107:4
112:20 113:16
114:22 119:1,25
120:11,17,23
122:4,15,15,23
123:11 125:9
127:22 128:8
129:20 132:7,13
134:1,4 135:13
139:8,13 140:16
144:20 149:7
151:2 153:22
154:6,7 155:6,12
155:19 156:4,15
157:7 161:22,25
162:4,7,19 163:10
164:6 165:4
166:14
**gold** 88:24 89:6,19
90:7
**good** 26:19 36:16
36:18 88:2 108:22
115:24
**gotten** 7:1 18:25
24:17 52:22
**governing** 4:6
**government** 32:13
90:8
**graduated** 124:10
**grand** 148:7 160:19
160:22,25 161:1,2
161:5 164:4
**grave** 90:6
**great** 8:13 18:22
129:20
**Green** 130:13
**ground** 6:23
**group** 10:24 13:19
13:19 14:5 16:8
16:15 17:12 18:2
18:8,17 19:7,13
20:2,7,16 22:12
23:2 25:2 29:12

31:8,15 32:2 33:4
40:18 53:6 59:6
64:8,12 66:19
68:2 70:12,19,22
71:7,11,15 89:2
94:23 107:20
110:24 111:12
114:1 118:7
119:15 122:13
123:1,2 128:4
**grouped** 21:3,4
**groups** 6:14 12:19
21:15 59:5
**group's** 123:5
**guarantee** 47:9
**guess** 33:8 34:22
57:9 66:2 105:18
114:15 142:18
155:3
**guilty** 164:22
165:13,15
**Gunn** 2:4
**guy** 8:13 34:9,11
36:11 42:2 43:22
44:4 47:21 52:10
60:9 66:12 77:21
86:5,6,7,14,15,15
86:16,22,24,25
87:3,21,23 88:8
122:25 124:2,17
124:18 153:3
**guys** 22:21 35:24
89:2 118:20
119:14 124:2
139:21 141:24
142:24
**guy's** 52:6

**H**

**H** 3:8
**half** 38:5 118:6
**hall** 8:6 13:18,19,21
64:3
**hand** 4:25 85:1
94:15,20,24 98:14
100:9 102:24



104:12 105:8
107:9 113:16
116:4 117:2
123:12 132:13
168:11
**handed** 43:7,14
81:17
**handing** 25:13
80:21 109:2 112:4
115:5
**hands** 151:9
**Hang** 140:17
142:24 153:11,11
**happen** 48:20 55:8
65:19 85:14
105:15 125:8
**happened** 51:9
52:8 60:1 63:14
65:22 66:1 78:10
87:19 90:19
103:18 122:25
159:19,21
**happy** 100:4
**Harassing** 160:21
**Harrison** 38:22
83:7 123:19 130:4
152:4
**Harry** 21:11,12,14
48:16 49:25 58:17
58:23 109:10,15
**head** 7:2 11:18,19
63:15 88:19 90:13
96:18 105:25
118:10
**hear** 15:12 163:18
**heard** 26:13 58:23
67:5 81:4 125:1
**heck** 21:23 42:3
**help** 12:12 14:14,18
19:20 21:16 39:4
77:5 151:13
**helped** 16:20 90:2,3
110:1
**helping** 69:22
129:17
**Henderson** 86:6

**Henderson's** 86:9
**he'll** 60:11 67:4
**hi** 55:18,18
**hide** 26:1 108:3
115:12
**high** 8:11 24:1,9,11
73:3 128:6
**higher** 23:10
**hilarious** 164:13
**hired** 123:1 125:11
**history** 36:14
**hit** 48:15
**hold** 27:1 44:2
92:17 98:20
139:15,15 141:10
**holding** 78:1
**home** 5:14 21:25
85:13 93:12,13,13
**honest** 92:25 97:2
156:24 157:5,8
**honestly** 106:12
115:24
**hope** 121:4
**hopefully** 129:12
**hoping** 151:20
**Horn** 85:9
**horrific** 51:13
**hotel** 12:2,6,9 50:8
**hotels** 119:2
**house** 53:2 85:12
91:4,9,18,24
92:12,21 163:20
**household** 82:5
**Howard** 1:7 2:8,8
2:12 3:5 4:23,23
5:25 6:18 7:13,21
7:25 8:15,25 9:19
10:16 11:3 13:12
13:17 14:2,9,11
15:17 16:13,24
17:2,8 18:9,12,15
18:20 19:9 20:19
21:13,16,20 22:6
22:20,22 25:2,24
26:13,21,23 27:3
27:14,25 28:15,19

28:19,22,23 29:17
29:21 30:4,22
31:10,21,24 32:9
32:10,11,24 33:18
35:7 36:3,5 37:23
38:20 39:12 40:12
41:18 42:13,23
43:23 44:10,22
45:1,2,2,9 46:15
46:20 47:15,23
51:7 52:1 53:25
54:7 55:2,10 56:5
57:14,16,17,22
58:6,14,24 59:2,7
59:7,10,12 62:15
62:18,22 64:11
65:17 66:14 67:23
69:16,19 70:7
72:17 73:4,7,25
75:3,10,11 76:7,8
77:4 78:4,11,24
79:16,22,25 80:2
80:7,13,18,23
81:4,7,17,21,25
82:13 83:6,7,24
83:25 84:22 85:15
86:21 87:11,15,16
87:17 88:15 89:4
89:5,5,7 90:15,17
91:20 92:3,11,19
93:5 94:1,23 95:8
97:24 99:21
100:13,17 101:7
101:21,25 102:6
102:18 103:12,17
103:21 104:4,5,20
104:25 105:10,15
106:8,24 107:10
107:20 108:6
109:5,5,13,21
110:12,21 111:10
112:6,20 113:18
113:23,25 114:5
115:7,17 116:5,19
117:7,18,21,23
119:8,9,19 120:19

121:10,14,15,22
122:1 123:10
125:25 127:1
131:6,15,19,21,25
132:3,12,17,19,21
132:25 133:3,20
133:23 134:7,12
135:22 136:2
137:20,25 140:9
140:20,25 141:1
141:11,14 142:1,2
142:16 143:3,20
143:24 144:3,5,7
145:6,11,25 146:3
146:5,11,16 148:1
148:22 149:14
150:1,3,18 151:25
152:7,8 153:8,16
157:15 158:2,7
160:18,24 161:8
161:24 162:16
164:3,7,10,15,17
164:25 165:3
166:3,4,11 167:4
167:6
**Howard's** 7:15 9:9
9:15 11:23 13:3,7
16:3,7 18:5 22:15
23:14 29:2,18
46:21 50:3 58:20
83:3 84:12,17
85:19 89:13
100:18,25 113:1,6
114:19 115:12
126:1
**HUD** 161:13,17
162:17
**Hudgins** 2:3
**huge** 22:1 46:3
**Huh-uh** 62:8 76:4
137:12
**hundred** 61:20
129:16
**hurt** 131:11 151:8

_____ **I** _____

**idea** 26:18,19,21
34:1,20 36:17
38:24 63:19 92:25
103:18 104:7
106:2 135:16
138:24 139:25
148:14 163:3
**ideas** 37:8
**identification** 80:15
94:14 98:12 100:7
102:22 104:10
105:6 106:17
107:7 108:25
109:18 112:2
113:14 115:3
116:2,25 133:2
134:6 135:21
137:24 140:8
149:25 157:14
158:6 161:7 165:2
**identity** 34:4
**Ilich** 94:25
**Ilich-Ernst** 1:4
4:22 43:16 44:16
44:21 45:4 46:25
54:9 58:6 63:12
66:7
**Ilich-Ernst's** 42:24
**illegal** 73:14
**illegally** 46:13
**imagine** 114:13
**immediate** 92:9
**immediately** 59:12
59:13,15
**impeach** 165:21
**imported** 27:22
**impossible** 59:20
**improper** 9:23 11:5
98:9 122:3
**improperly** 148:17
**incentive** 40:12
**Incident** 3:21
**include** 14:4 87:1
89:14
**included** 15:25
55:23 87:10,13



118:22
**including** 19:14
  29:13 44:23 55:9
  118:7 141:6
**income** 56:5 102:8
  145:7
**incoming** 56:24
**incomplete** 153:13
**incorporated** 111:5
  115:11,16
**incorporating**
  107:20 111:9
**incorporation**
  115:8
**incredible** 50:12
**indicate** 55:10
**indicating** 112:20
**individuals** 51:22
  51:23 83:1
**induce** 57:21
**induced** 23:15
  45:21
**industry** 19:1
**information** 11:15
  12:6 31:2,5 52:10
  52:16 60:3 75:20
  80:12 83:13
  111:14 125:6,9
  152:3
**ingratiate** 121:5
**initial** 7:25 45:19
  95:5
**initialed** 99:12
**initially** 9:19 12:14
  18:18 19:11 26:13
  28:5 40:20 45:7
  45:15 84:22
  121:11 124:15
**initials** 96:20,21,24
  99:9,10
**injured** 7:1
**injuries** 7:2
**instance** 23:22
**insurance** 77:7,10
  78:3 90:1
**intended** 57:14

83:25 84:4 89:12
  89:14 114:11
**intent** 84:12,17
  85:20
**intentions** 81:18
  98:2,2
**interest** 23:10 24:1
  24:2,12 61:5 70:8
  72:7 73:3 75:4
  115:18 127:17,20
  128:6
**interested** 169:14
**interests** 115:13
**interject** 143:15
**intertwined** 137:2
**interworkings**
  68:25
**introduce** 4:18
**introduced** 8:11
  86:6
**introducing** 33:17
**inventory** 16:1
**invest** 23:8,15 26:2
  38:23 40:4 58:22
  89:3,6,7 114:25
  129:10
**invested** 23:20 25:3
  33:24 34:5,21
  39:3 83:2 89:9
  108:8 128:5 129:9
  148:25 149:2
**investigative** 6:10
  6:21,22
**investing** 20:4 23:6
  89:18
**investment** 6:13
  18:20 23:3 54:9
  55:3,6 63:1 89:23
  106:9 117:20
  147:2,3
**investments** 22:7
  22:15 25:1,19
  33:19 35:11 73:1
  115:19
**investors** 147:4
**invited** 14:16 36:8

**involved** 16:6 19:8
  20:3 26:11 52:2
  88:17 90:16
  120:14
**involvement** 74:18
  87:12 125:22
  127:6
**irrelevant** 165:19
**IRS** 145:8
**issue** 54:15 67:8
**issues** 75:5
**item** 118:6,18,22
**items** 12:13 138:15

—————————
**J**
**Jacksonville** 25:19
  27:10,16,19,20
  36:7,23 37:1 40:4
  41:17,20,24 44:11
  52:5,14,15 53:23
  56:1,15,17 57:15
  57:23 66:12 67:19
  68:3,18 69:8 70:2
  70:9 71:8,16
  75:22,25 84:1,4,8
  84:13 88:13,22
  104:17 113:11
  116:7,16 151:4
**Jacksonville's** 69:4
**Jacquez** 130:13
**jail** 15:4 30:9 31:6
  45:15,21 46:24
  47:3 59:14 67:3
  95:9,15,22 96:14
  98:3 107:4 120:3
  120:11,15 121:7
**Jakon** 26:15
**January** 65:23
  90:14,22 91:2
  134:15
**Jasminka** 1:4 4:22
  40:19 42:18,23
  43:16 44:16,21
  45:4,8,9,14,21
  46:12,24 47:14,22
  47:25 48:23 50:2

53:25 54:8,22
  55:3,9,10,16 57:4
  57:22 58:6 63:12
  64:10,14,17,20,20
  64:21 66:7 67:1,2
  67:8 94:25 95:7
  95:19 97:3,5,18
  97:24 98:3 99:22
  120:14,21 123:7
**Jasminka's** 42:15
  57:14 67:21
**Jeff** 21:7 36:6,17
  38:22 52:2,17
  53:8 58:21 59:25
  67:14 77:4 78:4
  78:12 109:5,23
  112:6 113:18
  115:7
**Jeffrey** 117:7
**Jesus** 34:12
**Jim** 51:20,25,25
  52:6,6,8,23 53:5
  88:7
**job** 54:18,23 141:25
**Joe** 85:9
**joined** 17:8 20:4
**Jones** 130:11
  154:11
**Jose** 51:21,25 52:10
  53:5,8 76:23 77:3
  77:6 78:14,19,20
  81:19 88:8 104:13
**judge** 19:2
**July** 117:6,10
  134:16,18 158:13
  158:16
**June** 109:3 115:7
  168:21 169:21
**jury** 135:2

—————————
**K**
**Kahn** 21:7 36:6
  38:22 52:2 58:21
  59:25 67:14 77:4
  78:4,12 79:11
  109:5,23 112:6

113:19 115:7
  117:7
**Katelyn** 105:21
**kbach** 105:10
**kbachli** 105:12
**kbachli@promet...**
  105:11
**Keefer** 51:21,25,25
  52:6,7,8,23 88:8
**keep** 10:8 19:21
  25:7,12 27:5 31:4
  48:13 61:5 73:11
  81:12 95:15 98:2
  132:15 150:10
  156:15 162:18,19
  164:6 165:24
**keeping** 10:14
**kept** 11:6 25:11
  54:10 55:18 68:14
  69:21,23 70:4
  122:22 158:24
**key** 159:14,16,17
  159:21
**keys** 159:7,9,11,12
  159:18,19
**kill** 34:9
**kind** 6:23 8:10 19:2
  19:24 21:2,5 40:9
  59:5 65:9 67:11
  73:22 75:7 90:2
  114:13 129:13
  140:2
**King** 130:7
**knew** 7:10,11 49:2
  52:4,21 114:20
  120:25 123:24
**knock** 166:8
**know** 7:8 8:9 10:11
  11:18 12:12 14:1
  14:24,25 16:2,4
  16:17 19:18,23
  22:17 23:9 24:1
  26:8 27:18 28:9
  31:3,17 33:24
  34:2,7,25 35:17
  40:20 42:5,17



43:11,23 44:20
45:10,13 46:6,16
48:20 49:13,16
54:14 55:5 57:21
58:1,14,18,21
59:1 60:8 61:23
62:19 63:14,25
64:4 65:9,13
66:10 68:20 69:17
69:21,21,25 71:13
73:20,22 75:19
76:3 77:2,15
79:18 83:8,12,19
88:14 89:11 90:20
92:23 93:17,22,25
95:12 97:2,5,19
98:8 99:12,15,17
100:2,19 102:5
103:10,16 104:5
104:24 105:12,15
105:19 106:1
108:21 110:3
113:25 114:7,8,11
114:16,17 115:15
115:23,25 118:19
119:13,17 120:22
122:20 123:15,16
123:17 124:6
125:5,6 126:13
128:1,17 129:22
132:23 134:4
135:6,10,11,14
137:2 140:15
142:7,9,11,13
143:4,5,7,10,14
144:16 146:17,18
147:12 148:15
149:15 151:2
153:3 154:21
155:3 157:11
160:22 161:1
162:9,12 163:1,5
163:7 164:19
**knowing** 32:2
125:5
**knowledge** 74:20

**known** 8:12 14:24
14:25,25 42:3
87:24
**knows** 148:17
151:15
**Koons** 74:14,15,16
74:17,18 75:3
**Kyle** 109:22

**L**

**labels** 158:3
**lady** 52:3 103:19
107:13 121:7
134:25
**Lance** 151:3,3,6
**Landing** 104:14
**Large** 1:18
**Larry** 129:22
**Lauderdale** 126:17
127:5
**law** 6:11,11 9:7,9
9:15 10:20 11:23
13:7,17,24 14:18
15:17,19,20 16:3
16:7 18:5 27:25
28:2,24 29:19
31:24 41:1 48:13
50:3 56:5 57:22
58:20 59:5 62:19
62:21 64:12 68:23
73:12 74:8 78:2
78:13 83:3 91:20
93:7,23 94:24
108:8 121:10,13
121:20 124:10,23
125:15 152:19,25
153:1
**Lawrence** 130:11
**lawsuit** 79:7 87:1
**lawsuits** 127:23
**lawyer** 41:16 66:16
101:12 104:7
125:4,10 127:3,4
152:22 164:16
**lazy** 129:14
**learn** 54:17,22

**leased** 21:23
**leasing** 27:20
**leave** 158:19
**led** 67:13,14 151:12
**left** 19:25 25:22
30:8 79:2 102:8
121:3 129:18
148:6
**left-hand** 162:20
**legal** 54:4 107:17
125:5
**legally** 40:21
**lend** 12:16 77:10
**lender** 12:16 52:7
52:11,12 78:3
95:1
**lending** 74:3
**Leon** 130:9 168:4
169:2
**letter** 73:10,16,17
73:19 123:2
**letters** 122:15
**let's** 6:13 9:14 15:9
22:11 23:13 34:8
38:7,9 44:18 49:2
50:22 62:4,4
67:19 81:12 82:18
83:22 88:23 94:12
110:16 117:8
132:15 135:23
141:22 146:12
149:10 157:16
161:15,20 162:10
162:13 164:5
165:24,25 166:1
**level** 123:24
**liability** 103:1,2
133:7
**liar** 50:17 72:9
153:4
**license** 41:2 46:6,7
46:9,11 65:2
131:3
**licensed** 30:17
**lie** 25:4 50:10 86:16
86:21 122:17

153:2 155:23
**lied** 59:2 66:14 67:9
111:18 163:14,14
**liens** 151:15
**lies** 72:9,9 79:14
**life** 27:15 124:23
164:22
**lifeline** 151:13
**liked** 114:9
**likes** 108:22
**limited** 103:1,2
133:7
**Linda** 6:6,6 7:20
9:11 10:17 11:25
12:1 16:15 50:5
61:24 91:4 92:12
121:18 127:11
128:8 131:9
133:15 135:10,25
137:6 138:17
139:10 140:3
143:8,8,9,17
159:8,9,10
**Linda's** 91:9 93:13
138:3
**line** 110:11 118:6
118:22 153:12
165:16
**list** 40:24 125:18
**listen** 22:21 32:19
60:8 63:25 120:4
120:5 154:22
**listened** 125:11
**lists** 117:23 140:11
**literally** 66:25
122:19
**litigation** 15:24
57:9
**little** 6:7 24:17
49:15 50:12 56:8
**live** 11:7 24:4 35:25
49:12 83:16
**lived** 36:12
**lives** 11:10 49:14
**living** 12:24,25
35:22

**LLC** 2:4 3:12
107:20 133:6,8
**loan** 3:10,11,11,12
15:20,23 16:12
20:24 24:12,14,15
44:20,23,24 45:19
45:21 52:13,25
53:25 54:9 55:2
56:1 57:22 58:19
59:24 60:4,6
62:15 63:12 64:15
64:18,20 66:8
81:19 82:10 84:1
84:3,5,13 86:22
88:11,12,22 89:14
91:7 94:21 98:16
100:11 101:15
104:13 109:10
138:16,20
**loaned** 16:2,4 48:17
48:20,23 50:2,5
50:15 61:24 83:2
83:5 89:15 91:8
91:19 127:7,21
144:19 145:22,24
**loaning** 15:16
89:17 91:5
**loans** 8:7 9:12 62:5
115:18
**located** 4:11
**LOCATION** 1:15
**Lois** 74:15,16,17,18
75:3
**long** 11:9 14:24
42:3 52:8,24 53:9
78:4
**longer** 14:25 76:6,9
76:12 90:16
116:21
**look** 36:15 80:16
99:9,10 100:12
101:17,17 102:11
106:19 109:9
112:21 115:21
125:17 127:23
138:11,15,17



154:4 161:17
162:4,6 163:21
**looking** 7:3 12:20
14:12 20:25 47:7
64:1 105:16
114:24
**looks** 36:10 100:19
100:23 101:1
119:8
**lose** 46:11 61:14
67:13,15
**losing** 77:2
**loss** 78:18
**lost** 76:17,23 79:3,6
**lot** 7:11 12:10 16:14
21:23 39:10 42:3
47:13 61:13 67:14
67:15 85:3 89:19
111:14 122:6
123:24 126:24
144:20
**loud** 67:5 157:1
**Louis** 74:14
**Louisiana** 52:3
**love** 7:19
**loves** 42:6 122:4
**Luke** 128:21
**lying** 157:11
**L's** 49:7

_____
**M**
**M** 2:3
**maintained** 121:9
**making** 26:25
134:3 138:9
141:20,24 144:22
152:24 154:13
**man** 110:1
**manage** 108:7
116:20
**managed** 19:13
78:13 129:17
**management** 32:8
106:25 115:19
133:6,8,19,23
134:13,16,17,18

134:19,21 141:4
**manager** 97:15
116:21 133:13
143:22
**managing** 13:20
**March** 32:23 33:18
34:19 35:7 137:6
141:3 154:11,15
154:20,23 155:2,4
155:14,17 156:1,2
156:5,11,18,22
168:12 169:15
**mark** 79:19 104:12
106:14
**marked** 80:14,22
81:22 94:13,16,20
96:11 98:11,14
100:6 102:21,24
104:9 105:5,8
106:16,19 107:6,9
108:24 109:2,17
109:20 111:9
112:1,4 113:13,16
114:1 115:2,5
116:1,4,24 117:2
133:1 134:5
135:20 137:23
140:7 149:24
157:13 158:5
161:6 165:1
**marketing** 136:4
**marking** 100:9
**Masser** 75:23
**master** 157:11
**matter** 32:11
165:20
**McHardy** 113:18
**MDL** 7:5
**mean** 6:5,25 13:13
19:12,17 21:19
29:8 39:21 40:9
45:1,2 48:3 49:4
53:5 58:5 74:21
98:6 118:5,16
133:24 135:6,9
138:6 146:19,20

147:1 155:22
158:13
**meaning** 10:4
**means** 138:21
143:6 146:17,21
147:17 155:23,24
155:25 160:20,23
160:25 161:1
**meant** 153:1 155:6
**Mears** 89:25
**mediation** 66:13,23
**meet** 7:12,16,19,21
13:21 14:16 16:9
87:20 89:1 114:22
**meeting** 6:2 7:25
16:11 19:17 42:21
51:8 58:2,8,9,11
65:17
**Mehta** 124:8,9,17
124:22 125:12,13
126:15 127:5,20
**Melvin** 123:15,16
**member** 75:3 97:15
116:22
**mention** 53:4
**mentioned** 17:19
20:18
**Mercedes** 21:21,22
27:21,22 157:17
**Messages** 3:20
**met** 5:24 6:18 34:12
45:8,9 51:7 52:3
55:17 65:18 86:3
86:24 87:19 89:2
91:2 114:19
**MetLife** 40:24
**Metropolitan** 1:15
4:12
**Mgt** 3:18
**Miami** 2:5
**Michelle** 1:17 4:15
168:19 169:3,20
**mid** 25:16
**middle** 55:23 56:25
66:5 106:20
111:24

**milk** 73:23
**million** 15:22 34:23
37:21 38:4,4
40:18 41:6,15,19
42:12 43:15 44:9
48:10,21 68:6
77:11,17 81:20
82:7,7 84:13
85:20 88:10,12
101:14 106:9
118:6 119:10
122:20,20 141:8
144:1 145:8 146:7
148:3,12 149:1,1
149:3 151:9,16
**Milon** 28:4,4 30:11
32:11,24 35:7
36:3 38:16,20
40:16 41:18 42:10
42:23 43:14 44:8
44:14 45:4,19,20
46:10,20,23 47:11
47:22 49:24 53:24
54:12,13 55:2,7
57:13,21 58:6
59:10 60:17 63:5
63:9,22 64:13
65:5 66:6 75:14
95:18 97:22 99:14
106:24 107:11
109:5,22 112:7
113:18 115:6
119:20 120:19
**Milon's** 45:24
46:15 59:15
**mind** 51:12
**mine** 7:10 61:19,21
68:13 86:5 98:23
98:24 99:2,2
160:1,3,9
**minimum** 148:12
**minute** 53:23
**minutes** 50:19
**misappropriated**
87:2
**misdemeanor**

165:8
**misdemeanors**
165:14
**missed** 107:16
**missing** 33:1 40:8
48:5,24 55:22
79:9 85:16
**misstatements**
51:16
**Misstates** 144:13
**mistake** 51:8
**mistaken** 114:2
130:20
**Mobley** 123:15,16
**moment** 20:18
**money** 9:25 10:1,3
10:4 12:12,16,22
14:18 15:3,6,16
16:2 19:18 20:4,7
20:10,24 21:20,24
22:6,8,14,17,18
22:22,23,24 23:15
23:18 24:3,5,5,6,7
24:8,13,16,17,19
24:22,25 25:3,7
25:12 26:2,24,25
27:8,11,12,18,24
27:25 28:1,9,11
28:23 29:5,11,18
33:1,5,7,15,16
34:20 35:8,18,20
35:22 36:2,4 37:8
37:10,12,25,25
38:5,25 39:1,5,6,7
39:10,24,25 40:3
40:4,5,8,13 41:4
41:15,20,23,25
42:4,5,15,16,24
43:15,17 44:15
45:8,16,22,25
47:7,14 48:5,8,9
48:15,17,24,25
49:1 50:3,5,12,13
50:14,14 52:13
53:1,2,7,13,13,17
55:12,22 57:5,11



57:12,14,16,17
58:9,25 59:4,9
60:10,11 61:3,5,6
61:22,24,25 62:18
62:23 64:9 66:7
66:20 67:1,2,8,14
67:15,18,21 68:9
68:13,20,22,25
69:7,11,15,21
70:1 71:20,22
72:3,4 73:2,2,13
75:12 76:16,23
77:3,5,9,24 78:2,9
78:10,18,20,24
79:3,6,8,13 83:3,5
83:10 84:7,21
85:2,3,8,9,12,16
86:15 87:2 88:7
89:15,17,19 91:4
91:6,6,7,8,9,13,17
91:18,18,23 92:4
92:7,10,12,16,18
92:23,24 93:2,4
93:22,23 97:23
98:6 104:16 106:5
106:11 111:19
112:21 116:6,15
118:16 119:20,24
121:6 123:13
124:7 126:6 127:7
127:9,10,10,12,17
127:20,24 129:9
129:10,12 136:12
136:13,19,22,24
137:3,8 138:4,5,6
138:13 144:18,19
144:23,23 145:1,2
145:4,14,20,23
146:9 147:4,10,22
147:23 148:6
151:21,21 153:2,2
156:4,8,13 163:7
163:10,14,25
**monies** 7:3 21:17
24:14 25:6 27:8
35:4 45:10 62:12

68:21 70:4 75:8
81:18 82:2 91:15
93:20 147:6,8
**month** 24:4 35:24
102:1 107:4
117:17,24 118:7,8
118:8,18,21
119:10
**monthly** 117:8,13
119:9
**mortgage** 85:21,22
85:25 86:2,4
**mother's** 74:10
**mother-in-law**
19:10,18 27:22
75:9,11
**mother-in-law's**
74:10
**move** 25:13 41:17
59:9 74:9 90:7
124:22 126:20
141:22
**moved** 15:7 53:7
77:24 79:5 126:6
**moving** 38:12
79:12
**Murphy** 107:11,12

---

**N**

**N** 3:1
**name** 4:14 5:10
7:14 21:10 34:11
34:14 41:10,10
43:22 49:4,5,9
52:6,10,23 53:10
53:11 59:9,14,15
59:18 66:14,18
71:19 72:10,11,13
74:1,9,10,13,24
78:11 79:5 87:8,9
87:13 88:15 95:10
98:23 100:2 101:5
101:8,13 103:10
103:17,22 104:5
111:6 123:16
130:16 148:15,18

157:17,19,20,22
157:23,24,24
158:22 159:5
160:4
**named** 86:5
**names** 75:1 122:22
131:8
**Nathan** 128:12
**natural** 10:11
31:17 122:11,18
124:4
**nature** 8:24 81:24
**necessary** 104:3
**need** 22:23 29:4
39:18 45:13 63:21
73:9 74:1 75:18
91:3,9 92:5,6
122:16 134:2
145:14 149:15
150:20 151:8
156:16 163:20
**needed** 12:11,13,24
14:13 20:19 27:15
27:25 28:23 30:18
32:12 57:25 62:24
71:22 77:9 108:21
164:8
**needing** 20:24
**needs** 82:4 150:15
**negatively** 88:19
90:13
**neighborhood**
15:22 23:25 34:23
**Neil** 2:13 25:22
26:4
**Neil's** 56:7
**Nella** 128:10
**Nene** 161:12
**net** 149:1
**Nevada** 17:4 59:18
98:5 107:21 108:2
108:11 111:5,9
115:9,12,17
**never** 19:8 43:10
55:17 59:3,18
61:23 71:17,18

74:22 75:24,24
79:1,3 86:3,24,25
97:2 124:11
127:12 134:4
151:9 164:21
165:13,15
**new** 3:18 17:4
21:22,24 27:21,22
133:6,8,19,23
134:12,16,17,18
134:19,20 135:13
135:15,18 140:11
141:4
**Newman** 128:21
**NFL** 6:4,24 7:4,5,8
7:22 10:18,23
11:22 12:17 15:23
21:17 22:15 23:3
23:14 24:22 25:21
26:1 27:11 33:11
33:20,22,23 35:9
35:25 39:8,25
56:19,20 73:1
83:1 90:16 114:7
118:9,19,19,20
119:21 120:8
128:5,15 129:1,5
129:25 130:2,6,8
130:10,12,14,22
131:13 148:3,16
148:19
**night** 159:19
**Nodding** 96:18
105:25 118:10
**nonbinding** 97:22
**non-attorney** 125:4
**NORTHERN** 1:1
**notarized** 72:16,18
103:8,11,17
**Notary** 1:17 168:20
169:20
**note** 109:6,10,14
161:25
**notes** 169:6
**notice** 4:3
**noticed** 124:18

**noticing** 14:22
**November** 134:20
136:3,15
**number** 3:9 5:22
11:17 15:21 35:2
138:16 140:10
150:9
**numbered** 169:8
**numbers** 35:4
60:24 164:23
**numerous** 42:7
**nut** 88:9

---

**O**

**OATH** 3:23 168:1
**object** 13:12 139:13
140:24 141:10,12
141:17 142:5,22
144:2,13 145:9,19
145:21 147:20
148:13 149:5,5
153:9 160:15,21
161:3 164:5
165:16 166:7
**objecting** 139:22
143:1 153:12
**objection** 139:18
141:12 153:6
**objections** 142:25
**obligations** 84:15
**obtain** 24:8
**obtained** 69:12
**obtaining** 16:6
**offer** 40:12
**offered** 42:23 54:23
89:3,5
**offering** 41:19
43:15
**offhand** 83:21
**office** 5:17 7:16
8:17,19,19,22 9:2
12:9 13:24,24
14:1,3 16:9,16
27:17 38:17,18,21
44:22 46:18,21
55:17 63:2,13,24



64:13 68:22 73:7
85:7 114:19
124:21,24 125:12
131:25 144:21
152:19
**offices** 8:15 13:3
65:20 73:12
**official** 168:11
**oh** 18:23 47:8 62:16
92:16 96:23 123:3
144:4
**okay** 6:7,10,21,25
7:12,17 9:5,14
10:10,16 11:2,25
14:7 15:1,7,16
16:11,25 17:6,12
17:15 18:7,10,23
19:12,24 20:6,18
20:23 22:3 23:1
23:13,18 24:20
25:15 26:4 27:25
28:10,14,17,18
29:4,25 30:7,14
31:9,23 32:3,23
33:13,14 34:1,18
34:19,25 35:6
36:25 37:10,16,19
38:11 39:23 40:12
42:10,20 43:13,19
43:25 44:6,6,18
44:23 45:3,18
47:4,11 48:22
49:8,22,25 50:18
51:22 52:13,23
53:15,20 54:6
55:1,21 56:12,14
56:22 57:13,20
59:17,21,22 60:21
60:23 61:10 62:2
62:7,11 63:9,16
64:25 66:4 68:1
69:6 70:6 72:2,5
75:2 76:5,20,22
77:4 78:15,22
79:25 80:11,16
81:1,3,9,12,21,24

82:12 83:16,22,23
84:3,7,11 86:13
86:23 88:1,17
91:1,16 92:19
93:14,21,24 94:7
94:12 96:6,8,10
96:24 97:13 98:10
98:18,25 99:3,4
99:19 100:16,21
100:25 101:5,19
103:15 104:19
105:20 106:3
107:18 108:15
110:11 111:2,8
112:12,18 113:4
114:17 115:1
116:10,11,14,19
117:8,23 118:25
120:5 121:25
128:1,4,10,12,16
128:19 129:2
130:5 131:1 132:2
132:17,19,21
133:10 135:19
137:13 139:11
140:21,25 141:19
142:5 144:4 145:7
145:25 146:3,11
149:17 150:3
151:1,7,22 154:17
155:4 156:1,9,10
156:11,24 157:3
157:16 158:1,8
160:19 161:10
162:15,24 163:23
164:2,17,25 166:3
166:10 167:1
**old** 40:24 159:1
**older** 47:20 164:14
**OmniPad** 26:5,6,7
27:1,11 56:12,13
56:16,17 117:24
148:11,14
**once** 52:16 71:24
85:5 125:1
**ones** 17:4 27:20

103:6 135:6,6
**onward** 14:7
**open** 138:18
**opened** 124:23
**operating** 13:9,13
15:18 17:7,17,21
18:4 126:10
**opinion** 41:14
73:10
**opportunity** 89:3,6
89:18 151:11
152:15
**oral** 4:3
**order** 163:20
**ordering** 167:1
**organizations** 13:8
**original** 53:25
68:12 69:3 72:25
95:14
**originally** 71:6
**Orlando** 49:14
**ought** 36:15
**outgoing** 117:13
119:9
**outlaid** 138:4,6,6
**outlays** 118:24
**outside** 33:21 49:14
**overhead** 14:1,2
117:8,17,24 118:7
118:12,19,19,20
118:23
**overpromised**
120:17
**owe** 140:6 143:13
153:1,2
**owed** 25:7 50:11
68:9 91:18 127:14
137:4 148:6 163:7
164:1
**owned** 25:25
108:12
**owner** 159:4
**ownership** 115:12
**oxygen** 129:13

---
**P**
---

**pad** 26:9
**page** 3:2,9 96:19,21
97:1 99:10 100:12
101:5,17,17,24
102:12 104:19
106:20,20 109:9
109:11 112:21
113:2 116:9
134:13 154:4
161:14,17,17,18
162:17,18 164:23
**pages** 169:8
**paid** 7:4,5 25:11
47:10 50:6,8 57:4
61:5,23 62:14,16
68:17 71:14 86:16
87:21 89:22 97:23
113:5 119:6 127:8
127:23 136:9
144:20 145:4,24
148:4 158:24
**pan** 77:13
**paper** 28:12 72:9
100:5 103:22
**papers** 142:18
**paperwork** 51:15
53:6 66:15 67:11
77:18,22
**paralegal** 6:11
**parked** 46:7 65:2
**part** 9:10 10:24
15:15 16:8 24:13
38:14 39:18 41:7
47:21 56:20 67:13
71:22 74:7 76:12
79:8 82:3,9,11
87:24 88:8 117:16
128:4 146:14
147:11
**participate** 66:14
72:2
**participating** 67:16
**particular** 58:19
59:24 62:24 89:23
**parties** 4:17 22:7
39:1 114:15

169:11,12
**partner** 133:15
138:22
**partners** 17:10,19
18:11 19:6,14
20:2,10 22:13
29:13 41:8 94:23
**partnership** 137:9
**party** 9:13 25:11
30:16 70:23,24
72:14 79:10 87:6
87:11,18 146:1
**passed** 11:9
**Patacxil** 1:19 4:14
**patent** 26:18
**patients** 131:4
**Patrick** 128:23,24
**Paul** 119:13
**pause** 82:14 166:11
**paused** 166:15
**pay** 41:24 42:19
43:7,22 45:17
47:6 55:12,22
60:10,11,20 61:2
69:3,22 72:4,4
77:6,6 85:20,20
86:15 92:21,24
112:20 121:6
122:16 127:13
145:23 147:10
163:10,20
**paying** 14:1,2 24:11
33:10 53:2 118:20
122:20 129:15
**payment** 89:15
113:10
**payments** 14:19
87:23 141:5
**people** 14:16 20:4
33:21 34:5 38:17
38:21,23 40:5
41:2 48:11 50:2
52:1 58:14 60:10
73:11 77:5 83:10
85:22 108:1 119:2
122:7,13 123:4



124:1 125:6,9
146:21 147:6,22
151:21 152:17
155:24
**people's** 15:6 24:14
**Pepper's** 163:9,19
**percent** 9:21 10:4,5
10:18 22:24 24:2
**Perfect** 132:2
**perform** 48:2,3
**performed** 44:15
**period** 33:23 34:5
48:24 71:21 77:22
92:17 111:10
**permission** 72:12
90:8 103:23 105:3
**permitted** 4:5
**person** 39:14 40:23
41:9 63:7 64:2
72:9 87:20 120:23
130:19
**personal** 22:8 28:8
28:20,25 84:15
121:19
**personally** 18:21
24:10 28:3 38:16
55:16 58:24 62:18
93:7 168:8
**persuasive** 58:16
**petitioner** 4:19
**PHILLIP** 1:7 2:8
**phone** 5:20 11:17
49:20 60:19 61:3
149:18,19 150:23
150:25 154:13
**physical** 42:22
**piece** 159:1
**Piedmont** 2:9
**piggy** 28:8,20
**pinned** 51:14
**pitch** 22:21
**place** 11:3 71:19
84:23 94:9 98:5
158:12 169:5
**placed** 69:7
**plaintiff** 1:12 2:2

4:19,21 132:18
**plaintiffs** 1:5
122:14
**plaintiff's** 132:24
135:23
**plan** 36:3 40:3
**planned** 55:12
**plaque** 125:14
**play** 123:23 125:4
164:16
**player** 10:22,22
23:14,20 128:3,15
129:5,25 130:2,6
130:8,10,12,14,22
**players** 6:4,24 7:1,8
7:11,11,22 9:6,8
9:12,12,15 10:2
10:18,25 11:22
12:1,4,8,10,17,20
12:21 14:15 23:8
23:20 24:22 25:21
26:1 33:20,22,23
35:9,13 38:1 39:2
39:8,12,25 61:15
61:18 73:1,3 83:1
85:5,6,7 90:16
114:7 118:9
119:21 120:8
123:22 128:5,24
128:25 129:1
131:9,13
**player/client** 23:3
**player/clients**
27:11
**playing** 127:3,4
**Plaza** 5:17
**pleadings** 125:17
**please** 4:17 80:13
142:3 152:6 167:6
**plenty** 75:17 143:9
**plus** 91:21 93:15
**pocket** 12:12 50:9
144:22 159:20,21
**point** 16:21 22:12
24:18 31:7 34:10
35:17 37:17 40:9

45:10 61:13 65:6
78:15 83:9 85:6
90:14 91:12 92:20
95:4 110:3 119:19
125:11 136:9
**pointing** 88:2
**points** 71:10
**police** 104:2 111:15
154:6 158:9
**policy** 77:10
**Ponzi** 23:12 26:3
35:16 40:2 85:4
119:25 146:17,19
146:24 147:1,12
147:15,17 149:3,9
149:9,12
**Poole** 128:12
**portion** 25:7,24
37:24 69:23 72:4
114:3
**portions** 134:11
**positive** 54:18
**possession** 43:1
**possibly** 114:23
155:9
**potential** 12:17
55:22,23 56:1,4
56:14,22 76:24
**Prabhu** 109:22,25
**practice** 14:14
**practicing** 108:7
**pray** 65:10 151:11
151:12
**prayer** 65:9,11,11
**praying** 65:14
121:5
**presence** 28:18
**present** 94:1
**president** 29:23
**pressure** 48:2,4
**prestigious** 90:1
**pretend** 35:19
**pretending** 125:4
**pretty** 65:12 114:14
19:10 27:23 40:11
44:24 58:15

129:11
**previous** 102:11
**previously** 115:10
**price** 68:6 69:11
**prior** 6:12 26:17
144:8
**prison** 18:24 32:18
107:5
**private** 6:10,21,22
104:14
**privilege** 154:22,24
**privy** 35:3 60:1
76:18 118:4
**pro** 2:7 4:24
**probably** 64:10
112:15 119:11
138:3
**probation** 30:5
**problem** 9:22 40:23
46:3,5 47:9,10,19
58:14 65:11 73:5
86:24 92:6
**problems** 22:24
**proceedings** 4:1
166:20 167:8
169:4,9
**proceeds** 12:18
83:25 148:16
**product** 123:5,5
**professional** 123:24
123:25 169:3
**project** 25:19,22,25
27:10 37:1 40:4
41:18,20 44:11
52:5,14,15,19
56:2,8 57:15,24
67:19,22 68:18
69:4 70:3,7 75:25
76:25 84:1,4,8
88:22 89:24
104:17 116:16
**projects** 56:15,16
68:4 69:8 70:9
71:8,16 75:22
84:13 88:13
113:11 116:7

**promise** 155:5
**promissory** 109:6
109:10,14
**pronunciation**
128:2
**proof** 61:17,19
122:17 136:9
152:10
**proper** 143:6 148:8
**properties** 86:10,12
**property** 27:16
71:2 75:25 76:1
76:17 86:1,2,11
86:16 87:18 141:6
161:12,14 162:19
**prospectus** 109:7
**proves** 67:11
138:12
**provide** 12:21
23:19 39:18 47:12
51:15
**PS** 151:15
**Public** 1:18 168:20
169:20
**pull** 37:22 59:8
**purchase** 68:2,3,6
68:18 69:4,8,10
69:11 70:12 71:7
71:16 76:16 93:12
161:12
**purchased** 75:25
**purifies** 65:9
**purported** 44:20
**purportedly** 72:17
73:14 110:22
116:21
**purporting** 110:22
**purports** 94:22
117:12
**purpose** 15:23
18:17 19:6
**purposes** 4:4,5
10:14 77:7 78:4
**pursuant** 4:3
**put** 10:22 19:18
23:23 24:5,18,21



26:24 27:17,18
32:25 35:5 37:25
38:1 45:15 48:1,4
48:8 49:1 51:12
59:4,14 60:11,20
61:4,17 72:3
74:10,25 75:3,9
75:10 76:16 77:9
83:10 84:22 85:9
98:22 108:22
110:2 120:1,11
122:4,17 127:17
127:20 139:18
145:1 147:4
148:10 157:20,23
**putting** 58:9 73:22
98:6 103:21
148:18
**P.A** 2:8
**p.m** 1:14,14 167:9

**Q**

**question** 13:12
81:13,15 96:7
112:15 141:16,18
142:6 143:1 144:8
153:22 157:7
162:11,13 166:1
**questioning** 153:12
165:17
**questions** 34:17
100:14 131:18
138:7 139:2,8,9
140:16 146:13
148:23 153:20
162:1,2,7,8,14,25
164:6 166:12
**quick** 126:19,19
**quickest** 125:3
**quickly** 57:6
**Quincy** 135:1
**quite** 9:2 114:21
**quote** 23:25 41:8
66:15 67:4 77:6
90:20 119:16

**R**

**raise** 4:25 21:7 23:9
36:18 37:10 38:25
40:4,8,14 41:20
42:11,23 43:15,17
43:22 48:5 77:5
105:16
**raised** 39:7 44:15
47:24 75:5 88:6
88:20
**raises** 44:11
**raising** 21:15 22:6
22:14 37:6
**ran** 19:13,16 21:2
36:2 68:20 125:24
125:25 144:17
146:18
**rapport** 55:20
**rate** 12:3 23:10
24:12 128:6
**rates** 24:9 73:3
**rave** 7:20
**reach** 35:18 38:19
41:1 49:18 52:11
110:16 151:12,13
**reached** 10:24 42:1
42:8 52:6 58:21
64:8
**read** 87:5 110:8
112:10 133:4
149:15 157:1
166:23,25
**reading** 4:6 141:14
153:10
**real** 35:15 46:8
47:6,18 65:2 73:8
103:23 141:25
**realize** 148:5
**realized** 39:20
91:12 111:4
**really** 19:8 21:2
23:11 26:11,19
30:8 34:11 42:5
43:24 53:5 54:10
73:20 119:22

120:24 124:7
**reason** 46:1 48:1
52:21 53:17 57:24
62:22,24 82:9,11
**reasonable** 12:3
**reasons** 77:16
**recall** 17:6 18:3
42:10 43:13 45:6
55:14 59:23 61:7
62:4,7 63:17 65:4
83:20 90:23 94:7
117:11 123:9
133:19,22 160:3
163:9,12 165:10
**receipt** 71:4
**receive** 112:9
113:21 116:12
117:9 135:4
136:11,18 137:7
**received** 110:5,7
112:12 134:22
135:15,18 136:5
136:11,20,23
137:1,3,11,15,21
138:22 139:5,6,10
140:22 142:4,21
144:9 145:17
**receivership** 32:13
32:20,25 120:2,12
**receiving** 35:14
133:19,22
**recess** 51:2 82:22
132:8
**recipient** 105:12
**recollection** 43:19
57:3 65:25 106:22
**record** 4:9 5:10
10:8,14 50:22
51:1,4,10 81:5
82:18,19,21,24
86:17 96:6 98:25
99:3 132:7,10
139:19 140:18
142:25 153:7
165:5 166:14,15
166:17 169:9

**recorded** 146:6
**records** 3:22 59:8
161:14 162:19
164:11 166:5
**recruited** 124:1,2
**red** 35:15 88:6,21
**refer** 29:10 36:25
136:25,25
**reference** 34:10
37:18 134:9,24
140:15 142:14
**referring** 29:11
72:16 79:15
143:21
**reflect** 84:11 85:23
96:21
**reflected** 89:22
96:25 101:22
102:9 115:11
119:7
**reflection** 109:13
**reflects** 83:24 84:14
85:19 102:6
**refresh** 106:22
**refused** 38:5 52:24
78:7,23
**regarding** 53:25
115:8
**Regina** 113:18
**Regions** 3:19,19
94:8,10 135:25
163:4
**registered** 133:10
133:11 169:3
**regretted** 66:9
**regularly** 13:2
**regulatory** 63:11
**reimbursed** 138:5
**reimbursement**
138:15,19,20
**reimbursements**
138:4,10
**reimbursing**
144:21
**reincorporate**
108:11

**reined** 19:21
**Reinhard** 8:10,15
13:20 14:23 18:19
19:10 28:5,16,17
28:19,22 29:3,17
29:19,25 59:17
84:23 106:23
**Reinhard's** 30:14
**related** 72:20
**relationship** 7:24
8:2 14:9 90:15,20
**relative** 169:10,12
**relatively** 57:6
**release** 78:14
**relevant** 138:3
**remember** 34:11
34:13 41:22 51:17
107:1 128:11,13
134:1 139:1,3
150:21 159:17
**remodel** 27:17
**remove** 66:16
110:12,23 111:6
111:11
**removed** 79:4
**repaid** 45:25 46:2
46:25 47:14 49:16
49:17 55:9,10
**repeat** 80:23
**replace** 36:4 37:12
39:1,5 40:3,5,8
48:5,24 84:18,21
85:16
**replacing** 84:16,21
**report** 3:21 39:13
39:16 64:14 158:9
158:11
**reported** 1:17
63:10 64:17 145:7
**reportedly** 66:19
**reporter** 1:17 3:24
4:15,20,25 31:19
80:5,9 94:18
132:20 140:18
141:24 150:16
152:5 158:4



166:23 167:1,5,7
169:1,4
**reporter's** 80:8
**reporting** 31:9,20
32:9,10 164:3
**reports** 16:23 39:17
152:1
**represent** 112:12
123:2
**represented** 131:2
**representing** 15:5
30:5 50:1 74:4
108:8 114:23
**represents** 101:25
**request** 97:11
146:6
**reserve** 131:20,21
**resided** 8:18
**resign** 30:8
**resigned** 30:1
**respect** 9:15 11:24
**response** 29:2
**responses** 150:3
**responsible** 38:5
82:3 117:19,22
**rest** 16:15
**result** 98:4
**retired** 123:12
**retirement** 123:13
**return** 24:9 93:15
**returned** 145:2
158:25
**returns** 145:16
146:6
**reviews** 7:20
**Rex** 100:11
**Rhinehart** 22:20
**rich** 22:22
**ridiculous** 118:17
**riding** 26:14
**right** 4:25 10:7,13
10:21 11:8,10,21
13:18 15:2,9
20:20,21 22:11
26:25 28:22 29:17
32:6 33:12,21

37:2 40:3,6 43:24
46:7 47:19 50:21
53:22 54:2,4,5
57:12 58:7 60:11
60:15,24 62:13
64:5 67:25 70:14
71:15 73:17 76:11
76:14 78:6,8 79:7
80:21 83:21 85:18
91:2,15,19,22,25
92:2,6,8 93:10,17
95:16 97:8 99:8
100:1 101:24
102:7,11,13,16
103:7 104:22
108:14 111:25
113:23 117:4,9,12
120:18 121:15
125:20,21 126:3
131:16 138:25
139:6 140:6
141:25 143:23
152:14,23 153:15
156:14 158:22
159:3,4 163:4
164:15
**rights** 71:7
**Riley** 128:23
**ring** 17:12
**risk** 82:7
**rob** 78:16
**robbed** 59:21
**role** 9:8 14:8 19:7
30:1,14
**rolling** 162:18
**roof** 36:9
**room** 63:18
**rooms** 67:6
**Rothschild** 78:2
**Rothschild's** 77:25
**RPR** 1:17 168:19
169:20
**rules** 4:6 73:6 74:3
**run** 21:5 52:8,24
53:9 67:18 68:19
74:8 84:23 92:7

108:6 110:1
124:24 147:23
**running** 13:20
26:10 27:14 30:21
31:7,12 48:14,15
74:3,19,24 77:12
106:4 147:14,16
**ruse** 91:13
**Russia** 27:23

---

**S**

**S** 2:4 3:8
**safe** 79:19
**sale** 68:2,18 70:12
76:17
**Sam** 130:16
**Samantha** 130:3,15
130:17
**Samantha's** 130:16
**sanity** 61:14
**sat** 63:18 66:24
73:17 97:3 143:9
**saw** 36:10 43:20
55:17 57:16,18
58:2 67:23 74:21
**saying** 15:3 22:10
25:10 27:14 43:6
53:12 60:13 61:16
61:16,23 66:23,25
67:5 69:20 72:1
78:24 86:8 88:3
92:16 93:5 99:1,5
106:12 112:14
113:23 120:24
126:5 138:9
139:17 140:1
142:8,18 143:11
143:12,13 144:16
159:15 163:12
**says** 41:1 46:23
53:16 64:3 73:14
91:5 104:8 110:12
110:15 118:23
136:6 138:20,25
141:15 143:7
151:24 152:16

154:5 155:12
163:4
**scammer** 52:20
**scheme** 23:12 26:3
40:2 72:25 85:4
119:25 146:17,19
147:1,12,15,17
149:4,9,9,13
**schemes** 35:17
**school** 7:9 8:11
124:11 125:15
**Scott** 128:16
**screwed** 87:17
**Scroggins** 128:1,2
**scruples** 39:21
**se** 2:7 4:24
**seal** 168:11
**Searcy** 130:9
**SEC** 46:6 63:10,13
63:18 64:6,11,14
64:22 65:17
111:15 149:10
**second** 50:20,23
55:2 82:14 87:22
96:21 134:10
**secretary** 103:20
107:15,17
**see** 6:3,13 7:14
16:18 19:22 21:6
30:24 32:20 34:8
40:10 42:22 43:2
49:2 52:12 64:1
72:3 79:12 88:23
96:19,22,23 97:3
98:21 101:24
102:7 104:19,21
105:20,24 108:1
108:12,14 109:11
110:11,19 112:19
112:24,25 116:8
116:14 117:24
118:9 120:5 133:8
134:13,15,16,18
141:2 146:6
149:10,12 157:16
157:19,22 162:10

162:13,14,21,21
**seemingly** 14:23
**seen** 43:10 44:25
74:23 80:2,18,19
95:2,3 100:23
101:10
**self** 64:16
**self-employed** 6:20
**send** 28:4 29:5,18
32:18 39:13 70:2
73:15 75:18,19
88:7 122:15
**sending** 28:5 52:16
111:13
**sense** 21:1 65:13
120:22 121:13
141:21 144:16
146:4 162:2
**sent** 18:24 33:9
52:9,17,19 53:13
53:14 61:18,20
73:18 77:23 79:1
80:7 88:25 93:2
99:23,23 105:16
116:11 123:2
134:25 135:9,10
135:13 143:8
**sentence** 10:12
**separate** 21:2 67:6
70:25
**sequential** 132:15
**series** 33:19 62:5
70:15,16 138:2
164:10
**server** 121:10
122:1
**set** 12:2 151:3
**setting** 12:7 16:11
152:15
**settled** 57:8 67:2
**settlement** 7:6
12:18 33:11,13
55:23 56:15
**settlements** 15:24
56:19,20
**settling** 9:20



shadiness 70:21
Shaking 88:19
  90:13
sharing 122:21
Shaun 130:7
sheet 28:12
she'll 60:25 140:5
ship 85:18
short 57:4,4 92:17
shorthand 169:6
show 30:23 50:6
  59:8 108:14
  109:20 117:13
  152:18 155:6,12
  155:19 156:4
  166:5
showed 8:3 21:25
  63:13,20 124:19
  125:15 129:20
showing 63:19
  77:19 134:12
  145:17 148:2
shows 44:8
shut 121:17,17,22
  122:1,5
sick 65:6 82:17
sieve 92:7
sign 9:7 45:13
  52:24 53:9,18
  77:15 78:5,7,23
  78:25 79:2 82:2
  82:10 88:5 95:5,9
  95:13 96:12 97:3
  97:19 98:18 99:18
  100:4,21,23
  101:12 103:8
  104:22 122:14
signatory 126:4,5
signature 38:3 78:1
  78:15 95:21 96:24
  99:5,6,6,7,9
  100:13,17,18,20
  100:24,25 101:1,1
  101:3 103:5
  107:14 113:1,6
signatures 98:21

104:20
signed 25:10 45:7
  45:14,19 53:8
  59:9 63:5,6 69:19
  72:10,11,11,17
  73:11 79:9 95:7
  95:17 96:1,4,11
  99:21 101:5,8
  103:10 105:1
  107:14 124:3,5
significant 76:23
  88:4
signing 4:6 53:4
  77:22 79:1 95:18
  97:7 99:20
similar 103:5
Simon 89:25
  154:12
simple 146:25
  155:11
sir 5:1 7:7 26:6
  84:2 93:9 101:3
  102:17 104:23
  105:2,4 106:6
  117:11 136:8
  140:14
sister 48:7 62:10
sit 22:20 66:20
sitting 46:18 47:5,7
  58:2 63:17 73:7
  73:11,18 120:2
  126:14 148:17
  151:2,6
situation 25:4
  123:8
skin 155:11
slated 67:21
slow 142:24 152:5
small 6:14 92:9
smart 124:17,18,18
Smith 38:22 83:7
  83:16 123:19
Smith's 83:12
  130:4
snatched 125:3
sold 124:12

sole 115:18
solicit 47:16,20
solicited 47:17,22
  47:25
soliciting 46:12
  54:3
somebody 49:2
  52:4 61:12,19
  72:18 89:15 98:20
  98:22 101:5
  128:17
soon 60:22
sorry 10:10 21:9,12
  31:16 103:21
  107:16 116:10
  130:22 137:18
  143:14 144:4,6,19
sort 10:11 32:16
  54:20 55:2 76:5
  90:15 102:8
  132:22
sound 144:22
sounded 26:19
source 68:17 69:18
sources 55:21 56:4
  56:23
south 124:23
space 14:1,3 15:18
  17:7,11,17,23
  18:5 32:3
speak 13:18 84:24
  85:18 151:10
  152:15
speaking 155:9
specific 61:9 90:18
  133:21 134:2
specifically 67:22
  120:10
specs 21:25
speculation 139:23
  149:6
speed 154:21
spell 5:9 49:3
spend 53:1
spending 21:20
  91:14 138:13

spent 61:19 145:2
splitting 9:23
spoke 49:23 60:18
  66:21 83:18
SR 2:12
staff 50:7 118:8
  152:22
stamp 72:10,15
  103:22 113:3
standing 36:6,8
  60:19 64:24
stands 71:1
standup 153:3
start 8:25 22:14
  26:25 30:18 43:9
  52:12 154:13
started 8:2,5 9:2,6
  13:2,25 14:11
  22:17 26:16 41:11
  52:16 56:11 66:17
  90:6 94:17 111:13
  122:19 124:15,16
  127:21
starting 85:4 155:4
startup 6:23
startups 35:11
state 1:18 5:9 164:3
  168:3 169:2
stated 144:9
statement 3:18
  72:12 84:25 95:15
  102:4,5 106:7
  118:12 134:3
  138:10 141:20
  161:12,17
states 1:1 108:2
stay 150:15
stayed 129:11
staying 121:5
stealing 15:4 30:5
  61:21 148:19
step 15:9 22:11
stick 121:4
sticks 40:11
stole 50:10 61:16
  78:20 104:16

111:18 146:9
  151:21 152:17
  156:6
stolen 39:6 41:25
  53:2 78:18 84:16
  84:18 106:11
  145:13
stop 90:10 119:20
  165:25
stopped 24:16
  106:23 120:8
straight 10:15
street 12:25 36:21
strike 29:9 57:20
  87:8 89:12
structurally 14:13
  84:22 110:2
structure 13:22
  16:16 37:22
  114:14
stuff 6:13,24 18:20
  21:17 32:14 51:12
  60:9 61:13 69:5
  78:12 98:23
  121:19 124:4,4
  142:9,14 143:5,11
  144:20 164:14
stupid 32:19 120:4
  165:18
Subia 1:17 4:16
  168:19 169:3,20
subsequent 9:24
  86:4
subsequently 67:12
subtotal 141:2
sucked 129:13
sudden 50:14
sue 79:11 122:24
suggest 26:24
suggested 7:15
  32:23 90:9
suing 79:10 122:10
Suite 2:5,9 5:17
suited 128:8
Sullivan 119:13
summary 3:20



140:22 142:4,20
**summer** 48:4,18
**Sunbiz** 3:18
**supervision** 169:7
**supposed** 27:8
 30:20 40:21 41:1
 41:7,7 47:16 57:7
 69:22 110:25
 145:3
**supposedly** 21:16
 23:8 31:7 33:3
 37:23 41:11 54:18
 57:8 61:21 68:13
 68:14 89:16,18
 111:18 122:10
**sure** 11:5,11 15:14
 19:19 30:20 33:25
 43:8 53:5 55:19
 59:16,25 60:24
 63:2,6 76:8 80:5
 82:16 90:11,12
 94:11 97:6 103:14
 110:7 114:13
 122:5 128:20
 129:2,3 137:8
 140:4 142:1
 149:23 153:8
 154:16 156:6
 158:20 165:9
**sustain** 7:3
**swear** 4:20
**sworn** 5:5 72:13
 86:19 168:9
**SYED** 2:13

———————
**T**
**T** 1:11 3:3,8 4:2 5:4
**tag** 10:23
**take** 9:24 15:9
 22:11,18 23:2
 27:2 30:14 37:23
 50:18 59:20 71:15
 74:1,9 80:16 82:5
 84:14 89:18,19
 131:19,22 132:3
 151:3,20 156:7

158:19,21 159:24
 166:11
**taken** 1:12 4:3
 32:12 37:25 46:9
 51:2 53:17 82:22
 85:25 88:15
 125:10 131:3
 132:8 169:5
**talk** 14:13,20 15:9
 23:5 43:12 44:4
 51:20 60:16,17
 63:21 67:19
 114:21 131:10
 135:2 154:21
**talked** 30:25 42:7
 60:17 85:3,4
 129:14
**talking** 21:24 34:13
 43:5 51:6 74:22
 101:11 116:14
 132:23 139:21
 140:1 155:8,8
 160:4
**Tallahassee** 1:16
 2:10 4:12 5:18,19
 11:7 12:4 49:12
 83:16 114:22
 124:21
**tax** 145:16 146:6
**taxes** 145:12,18,23
**team** 114:5
**Ted** 114:17,19
**telephone** 114:21
**tell** 5:24 6:25 7:24
 14:7 16:5 26:21
 28:21 30:23 43:18
 47:15 50:15 59:8
 59:25 61:4 64:1
 66:6 69:5 75:15
 75:22 77:2 90:19
 93:19 107:22
 120:10,19 128:8
 129:19 148:21
 156:12 163:19
**telling** 15:1 18:21
 33:6 47:8 57:11

73:11 75:20 91:3
 115:23 116:6,15
 123:3 125:5,16
 153:2,25
**tells** 50:10 65:13
**ten** 160:11
**term** 65:3 74:6
**terms** 11:21 12:15
 149:16
**terrible** 13:1
**testified** 5:6 67:21
 115:10 123:18
**testimony** 22:5
 101:21 106:4
 144:9,14 157:5
**text** 3:20 150:24
 155:8
**texted** 149:22
 151:17,19
**texts** 150:2
**TGI** 158:13,14
 159:7,10,16
**Thamer** 36:11
 66:11,24 75:23
 79:24 80:3
**Thank** 94:18
 103:15 133:18
 160:17 166:22
 167:7
**Thanks** 110:17
**Thedrick** 5:11,12
**theft** 158:12 160:19
 160:23,25 161:1,2
 161:5 164:4
**thief** 79:13,15
**thieves** 50:16
**thing** 16:20 53:11
 54:17 56:7 62:1
 65:8 69:16 91:15
 110:9 121:2
 126:20 146:22
**things** 7:23 8:4
 14:12 19:4,22
 26:10,17 27:9
 32:21 56:10 58:16
 63:1 77:13 82:6

85:1,17 90:5
 107:25 110:9
 111:1 122:3
 125:18 127:22
 129:20 134:3
**think** 19:22 36:16
 39:17 45:25 56:7
 73:14,15 74:23
 98:2 115:10
 118:14,25 123:18
 128:17 129:8
 131:16 146:8
 149:12 152:25
 155:6
**third** 9:13 22:7
 87:11 145:25
**third-party** 12:16
 146:5
**Thirty-two** 99:2
**Thomas** 129:6
**thought** 8:3 37:22
 37:24 48:8 120:11
 120:20 153:3
**thousand** 61:20
 91:21
**thousands** 75:16
**threaten** 154:5
 165:22
**threatening** 85:8
 127:21
**three** 17:4,10 18:3
 46:18 50:11 51:22
 53:8 58:2,5 77:21
 79:20 118:23
 135:24
**throw** 40:10
**throwing** 142:15
**thumbprint** 136:6
**tied** 121:12
**tight** 140:17
**Tim** 4:23 28:19,19
 28:22,23 29:2,17
 29:21 30:16,24
 31:1,3,9 32:9,10
 32:11,17,24 33:18
 34:13 35:7 36:3,5

36:15 38:20 40:12
 40:20,21 41:18
 42:12,23 43:7
 44:10 45:1,2,2,17
 46:4,15,20 47:6
 47:23 48:1,3,9
 52:6,9,10,17,18
 52:21 53:8,25
 54:7,11,12,13
 55:2,9 57:14,16
 57:17,22 58:5,12
 58:14 59:6,10,12
 60:18,18 61:16,21
 62:15,18,22 64:3
 66:25 67:7,23
 68:19,20,23 69:16
 69:19 70:7,20
 71:2 72:17 73:4,7
 73:8,25 75:2,10
 75:11 76:7,8,18
 77:4,11,14 78:4
 78:11,24 79:15
 81:17,21 82:13
 83:24,25 84:12,17
 84:22 85:2,4,19
 86:8,21 87:10,15
 87:16,16 88:24
 89:4,5,5,7 90:5,15
 91:20 99:21
 100:13,17,18,25
 101:21,25 103:12
 104:20,25 105:10
 105:15 106:24
 107:10,19 108:5
 108:15 109:4,5,13
 109:21 110:12,21
 111:10,17,17,18
 111:20 112:5,20
 113:1,6,17,23,25
 114:5,19,22,23,24
 115:7,12,17 116:5
 116:6,15,19 117:7
 119:8,14,19 120:4
 120:19,24,25
 121:1,4 123:10,21
 124:6,13,15,18,19



124:20,23 125:1,2
125:11 126:1,22
126:23 127:7,8,8
127:23 128:18
129:9,11,13,14,19
129:19 131:2,5,10
131:15 150:3
151:3
**time** 1:14 4:10 6:19
12:23 13:7 14:24
20:19 22:6 24:3
24:15,16 25:14
26:23 27:7 28:11
28:14 29:4,24
30:11,15 33:24
34:6 35:17 36:1
40:8,13 42:3,17
43:13,21 45:18
48:11,24 50:4,25
51:3,17 56:6 57:5
58:23 61:1,2 63:8
63:9,23 66:6 73:4
73:25 74:5 76:5
82:13,20,23 83:18
87:21,22 88:21
91:10,19 97:14,21
103:20 105:16
106:3 108:5,18
110:24 111:10,13
111:20 115:15
118:13 120:7,8,12
131:17 132:6,9
154:5 166:13,16
166:18 169:5
**timeline** 51:16
70:11
**timely** 69:12
**times** 12:10 42:7
51:14 126:24
160:11,13 165:10
**timing** 51:8
**TIMOTHY** 1:7 2:8
2:12
**Tim's** 63:13 84:25
110:15 124:20
tim@howardjust...

2:10
**title** 3:21 113:7
157:17,19,22
158:21,22
**titled** 94:21
**tobacco** 15:25
21:16 36:7 39:4,7
48:10 55:24 56:14
56:15 57:8 60:12
117:16
**today** 4:10 83:2
120:2 123:8 131:7
131:12 148:4
**told** 11:4,4 19:1
23:24 24:4 25:2
26:22,23 28:14,15
28:19,22 29:4
30:18 32:11 34:7
35:16 38:3 42:2
46:18 49:1 58:24
60:8 61:12 63:10
64:7 66:19 67:10
74:7,21 77:8,8
85:12 93:2 98:4
99:17 101:7 108:6
108:6,15 112:10
118:25 119:12
122:13 124:13
131:9,9 152:11
156:2,11 158:23
163:3
**Tom** 129:8 148:25
**tomorrow** 155:5
**tons** 115:22
**Tony** 86:5,6,8
**top** 11:18,19 109:4
116:8 117:23
**total** 82:1 141:7
143:25 144:11
**totals** 140:22
**town** 8:22
**Tracy** 128:1,2
**trade** 89:19
**traded** 21:21
**trading** 18:20
**train** 30:18

**transaction** 44:19
45:4 59:24 87:10
**transcript** 4:7
167:2
**transfer** 28:1
**translated** 169:7
**trauma** 7:2
**treated** 16:19
**treatment** 39:12
**trial** 132:22 149:11
**trials** 39:7
**trick** 155:23
**tricked** 92:15 147:7
147:7
**tricking** 146:21
**tried** 47:20 51:11
51:17 61:14 98:22
115:21
**trouble** 28:8 30:4
46:8 47:2,6,13
65:2 73:9 155:7
155:12,18,20,21
**true** 90:4 102:4,5
108:21 148:21
152:20 169:8
**Trump** 54:21
**trust** 50:1 65:11
122:6 125:24
126:2,3,8,10
127:2 152:13
163:11,22
**trusted** 25:14 63:8
**trusting** 15:5
**truth** 24:6 153:10
153:18,19,25
156:16,16,19,20
156:20 157:1
**truthful** 157:5,8
**try** 34:13 36:15
42:4 52:12,19
65:15 79:23 135:1
151:14
**trying** 6:23 7:23
26:1 34:10 43:21
48:13 54:15 56:8
67:7 108:3 111:20

129:8 143:15
153:24 164:16
165:22
**turn** 32:14,16,19
57:10 79:5 161:18
162:17
**turnaround** 57:5
**turned** 25:24,25
45:12
**turning** 111:17
**two** 27:20 46:23
49:7 51:23 52:1
77:18 99:11 108:1
114:15 134:14
135:24 141:7
163:11,21
**Twong** 119:17
**type** 8:8 16:20
55:20 57:9 96:3
**typed** 142:11
**T-h-e-d-r-i-c-k**
5:12

---

**U**

**Uber** 12:7,8 50:8
119:3
**Uh-huh** 9:17 10:19
13:4 15:11 17:20
22:10 24:24 25:17
35:10 49:11,19
62:6 84:2 92:14
103:4 105:23
109:24 112:8
113:20 133:12
136:17 137:7
152:2,12,20
158:10 162:23
164:9
**ultimately** 69:10
70:6 72:6
**Umeh** 88:23 89:17
89:23
**unbelievable** 122:8
**undersigned** 168:7
**understand** 18:10
22:5 25:16 28:14

29:15 37:4 38:13
51:6 57:13 69:6
75:23 93:11 95:11
98:8 136:9 144:24
146:15 147:17
148:2,11 154:18
155:15,18 160:19
160:25
**understanding**
17:1 18:16,19
19:5 20:1 26:9
29:7 32:7 44:14
48:21 62:13,17,21
64:19,23 68:16
69:2,14 75:2
76:15,22 82:12
87:5,7,9 90:11
97:21 102:3
104:15 107:19
109:8 110:3,21
111:2,8 113:4,9
117:18 118:2,11
121:8,11,21,25
165:21
**understood** 18:7,13
35:6 55:21 84:17
**undo** 65:15
**unfolded** 7:25
**UNITED** 1:1
**university** 8:5
13:11,16 14:4
18:6 54:20,21,23
54:25 110:2 124:9
125:14 129:7
**unproductive**
129:15
**unquote** 41:8 66:15
77:7 90:21
**upset** 54:15
**upward** 50:7
**use** 4:4 22:8 23:8
28:7,20,25 34:10
39:6,8 56:9 74:6
83:25 84:12 89:14
114:6 148:10
**uses** 4:5



usual 59:2
usually 79:4 147:9
usurious 120:21

**V**
Vann 1:19 4:14
various 115:8
 138:15
vast 131:8
vehicle 156:3,12
 158:24
venture 26:4
 105:18
Verified 136:7
versatile 26:10
versus 25:13 66:1
viable 114:25
video 166:20
videographer 1:19
 2:13 4:9,15 50:25
 51:3 82:20,23
 132:6,9 166:13,16
VIDEOTAPED
 1:10
violated 73:5
violating 74:3
Virage 14:17 15:10
 15:12,14,16,20
 16:13 20:24 25:6
 69:24,25
visit 13:18
vs 1:6

**W**
wait 10:9 27:7 92:6
 107:16 139:15
 141:10
waited 31:16
waiting 60:12
waive 166:24
waived 4:7
waivers 73:11
walk 70:11 121:1
 158:18
walked 55:18 121:3
 159:7,23

Walker 1:11 3:3
 4:2,13 5:4,9,11,12
 78:25 79:12
 132:13 135:25
 136:1,3,16 137:14
 140:12 141:2
 150:3 163:12,21
 165:6 166:18
walking 159:18
wall 40:10 125:14
Wally 10:21,24
 11:6,7,12 34:7
Walmart 15:4 30:6
want 9:1 28:9 50:10
 51:10,13 58:17,25
 60:21 61:8,11,11
 67:3 70:23 75:6
 80:16 81:6,7
 83:11 90:25 91:7
 92:3,5,18 94:15
 95:14 125:8
 127:24 129:16
 135:2 136:10
 138:8 148:9 149:8
 150:24 152:16
 154:20 159:1
 164:1 166:23
wanted 27:2 34:9
 38:12 39:22 43:8
 68:19,25 85:8,9
 85:11 95:21
 108:11 114:14
 124:22 126:7
wants 41:12 60:10
 61:25 114:5
 151:15
warm 58:12
warranty 3:22
 161:11 162:18
Warren 129:4
wasn't 25:4 30:20
 35:3 42:21 43:8
 47:16 49:17 54:19
 59:16 60:1 63:24
 66:20 71:20 76:18
 89:17 91:13 94:4

99:22 108:20
 110:8,25 118:4
 119:22 122:21
 124:24 148:7
 159:10
watching 92:7
water 61:17
way 11:12 14:8
 16:6,12,17 36:18
 37:20 49:3,18
 52:2 53:7 58:16
 63:25 65:15 76:7
 89:16 91:14
 102:18 125:3
 132:22 133:16
 137:3 151:8,8
ways 40:7
Webster 129:22
Wednesday 1:13
 4:10
weeks 107:3 163:11
 163:21
Weinberg 2:3
went 6:12 7:9,20
 12:1,7 14:21 21:8
 21:21 22:2 24:21
 27:15 29:12 30:10
 30:16,25 31:6
 40:16 43:12 45:8
 45:16 52:2 53:13
 57:9 58:25 59:15
 62:21 64:3,9 65:8
 66:12 67:6 68:22
 78:2,18 91:17
 94:5 95:8 123:4
 124:4,9 125:15
 126:18 140:13,21
 143:22 144:10
 148:17 158:25
weren't 21:17
we'll 38:15 47:9
 91:16 120:5
 145:25 146:5,25
 149:11 164:3
we're 29:11 40:22
 41:7 51:4 64:5

79:18 116:14
 120:17 127:14
 132:7,19,22
 150:12 166:14
we've 32:21 80:19
 80:24 81:2,4 83:2
 101:15 131:9
 138:6
Wheeler 2:3
wife 19:9,20 21:24
 27:21 34:12 74:22
 85:11 130:4
Williams 7:15
 10:21 11:6,7,13
 34:7 129:4 130:21
 130:25
willing 42:6,18
 43:11 60:13 71:20
 104:1
wire 93:11,18 94:2
 134:15,16,17,19
 134:20 145:17
wired 93:22,23
wires 50:6 61:19
 133:20,22 134:1
 134:12,14,23
 135:4,18 137:1,3
 144:10
wished 66:10
witness 3:2 4:7,20
 5:5 31:20 50:23
 80:19 81:2,5,10
 139:14,16,20,25
 141:18,20 142:7
 142:23 143:4,16
 144:15 145:10,20
 145:22 146:2,4,8
 146:14 147:21
 148:14 149:7
 150:14,17 153:10
 153:15 160:17,22
 161:4,22 162:11
 162:15 164:9,13
 164:16,21 165:18
 165:20,21,25
 166:22,25 168:8

168:11
witnessed 100:21
won 26:18
wonderful 8:2 81:8
 156:21
wonderfully 44:3
Woods 129:6,8
 148:25
word 164:24
words 47:1
work 6:11,11,21,22
 8:16,18 9:18 10:2
 16:14 23:1 30:20
 35:17 108:22
 125:12 129:18
 133:24 136:8,10
 152:11
worked 8:17 26:15
 31:5 36:11 73:12
 89:16 90:1 122:13
 123:21 124:13,20
 127:8 128:18
 129:6,9,18
working 8:14 19:1
 21:7 24:6 29:8
 30:11 31:4 32:3
 54:19,25 56:8
 60:8 65:19 83:9
 89:1 106:23 107:2
 152:19
works 21:13 83:7,8
worried 45:20
 96:13 123:11
worry 15:6 19:3
 22:21 31:3 40:22
 41:3 47:8 57:11
 95:13 101:12
worth 21:22 100:5
 148:12,15
wouldn't 26:24
 27:6 28:3 31:1
 53:9,18 55:19
 69:5 78:25 79:2,6
 79:11 92:13
 118:22,25 120:2
 121:7 145:23



157:9 166:8
**wrapped** 111:21
**write** 73:10 79:20
150:19 151:1
154:8,15,23 155:2
156:5,18,22
**writes** 155:9
**writing** 10:17 38:1
55:11,14 122:5
**written** 11:2 41:18
44:9 63:4 100:5
116:7,16 139:22
147:24
**wrong** 32:15 67:20
116:7,10,11,16
131:10 155:10
**wrongfully** 18:24
**wrote** 86:25 120:18
120:20 143:9
151:7,24 152:18
153:5,17,21 154:1
154:20,25 155:4
155:16 156:2,2,2
156:11
**W-a-l-k-e-r** 5:13

**X**

**X** 3:1,8 60:13

**Y**

**yeah** 8:20 18:6 22:4
24:10 28:21 34:8
34:16 37:11 38:11
40:23 47:15 49:1
50:20 51:19 61:11
74:15 91:2 98:17
111:22 112:17
127:15,16 129:8
130:2,17 131:21
131:24 132:2
133:8 138:21
139:6 143:16
149:20 151:6,20
152:7 164:23
**year** 129:16
**years** 8:12 102:7,19

141:7
**young** 52:3 103:19
107:13 110:1
**younger** 124:12

**Z**

**zero** 59:19 79:21

**$**

**$1** 38:4
**$1.1** 106:9
**$1.2** 141:8 146:7
**$1.23** 144:1
**$1.3** 149:1
**$1.4** 149:1
**$10** 148:12
**$10,000** 93:11,18
134:14,25
**$100,000** 88:10,12
68:17 69:4 113:5
134:15
**$12** 82:7
**$120,000** 88:25
129:16 138:17
139:10
**$15,000** 134:17
**$16** 151:9,16
**$2** 88:12
**$20,000** 55:4,5
**$225,000** 137:6
**$24** 37:21 38:4
77:11 81:20 84:13
101:14
**$272,000** 141:6
**$290,000** 50:11
163:20
**$293,000** 93:16
**$300,000** 117:17
**$310,000** 136:15
**$378,000** 141:3
**$45,000** 136:3
**$5** 48:10
**$5.5** 68:6
**$50,000** 61:17
86:17,22 137:14
158:25 160:9

**$500** 91:21
**$500,000** 25:11
69:20 70:3 71:5
72:1
**$60,000** 137:16
**$62,500** 102:1
**$70,000** 48:8 60:20
**$700,000** 69:7
**$78,000** 50:7
**$8** 148:3

**1**

**1** 132:13 162:18
169:8
**1st** 141:5 168:12
169:15
**1.2** 145:7
**1.5** 39:15
**1/1/62** 6:17
**1/2/18** 3:12
**1:30** 50:25
**1:45** 51:4
**10** 9:21 10:4,5,18
34:23 149:3
**10,000** 112:15
**100** 3:11 22:24
**100,000** 117:24
118:8,18
**102** 3:12
**104** 3:12 5:17
**105** 3:13
**106** 3:13
**107** 3:14
**108** 3:14
**109** 3:15
**11** 107:11
**11th** 117:6,10
**11:00** 159:19
**11:05** 158:18
**11:19** 158:19
**112** 3:15
**113** 3:16
**115** 3:16
**116** 3:17,17
**12** 149:3
**12th** 98:16

**12/12/17** 3:11
**12/18/17** 3:11
**12/28/17** 3:12
**12/4/17** 3:22
**12:30** 1:14 4:11
**125** 60:21
**1290** 5:15
**132** 3:5
**133** 3:18
**134** 3:18
**135** 3:19
**137** 3:19
**14** 15:22
**140** 3:20
**1415** 2:9
**149** 3:20
**15** 34:2
**15th** 112:6
**1500** 2:5
**1530** 1:15 4:12
**157** 3:21
**158** 3:21
**16th** 113:19
**161** 3:22
**165** 3:22
**167** 169:8
**168** 3:23
**169** 3:24
**17** 145:12
**18th** 100:12
**19** 1:13 4:10

**2**

**2** 104:19 106:20
122:20
**2nd** 154:11,15
**2.0** 39:14
**2/27/17** 3:13
**2/7/17** 3:13
**2:30** 82:20
**2:34** 82:24
**20th** 158:11,13,13
158:16
**20,000** 134:18,19
**20-minute** 131:22
132:3

**2015** 6:1,18 8:1 9:3
13:3,10,25 14:7
17:7 18:16 20:4
20:19 22:12 27:12
33:18 34:19 39:25
**2016** 136:3,15
140:12 141:3
145:8,12
**2017** 25:16 27:13
29:25 32:23 33:19
34:20 35:8 36:2
37:7 38:25 40:1
40:13 43:20 44:8
48:5,18 55:3,23
56:25 62:5,7 66:1
68:1 70:13 92:1
94:3,22 98:16
100:12 102:16
105:10 106:21
107:11,21 109:4
112:6 113:19
115:7 116:6 117:7
117:10 119:19
134:14,15,20
137:6 140:12
141:3,5,6 145:8
**2018** 31:25 32:4
65:23 66:1,3,5
90:14,22 151:1
**2020** 1:13 4:10
168:12 169:15
**2022** 168:21 169:21
**21st** 116:6 134:16
136:3,15 158:12
**22nd** 154:4,9
**23** 102:7,19
**23rd** 134:19
**24th** 94:22
**26th** 134:15
**2601** 2:4
**27th** 106:21 109:3
**272,358** 162:21
**29th** 137:6

**3**

**3** 100:12 101:5



109:9,11 112:21
113:2
**3rd** 150:19,24
**3/30/2017** 137:13
**3:45** 132:7
**30** 3:10 79:19 80:14
80:22 81:15,22
83:22 84:11 85:19
88:5,20 89:13,22
**30th** 115:7 134:20
**30,562** 141:8
**300,000** 93:14
**31** 3:10 94:13,21
96:12 99:2,5,12
99:21
**31st** 134:18
**32** 3:11 98:11,15,19
99:6,10,13 101:2
**32308** 2:10
**327** 5:17
**33** 3:11 100:6,10
101:6,22
**33133** 2:5
**34** 3:12 102:21,25
103:2,8,11 104:6
**35** 3:12 104:9,12,13
**36** 3:13 105:5,9,9
106:8
**37** 3:13 106:15,16
106:20
**38** 3:14 107:6,10
**382.58** 162:21
**39** 3:14 108:24
109:3

**4**

**4** 101:17 161:17
**4/11/17** 3:14
**4:19cv554-MW/...**
1:2
**4:30** 132:10
**4:59** 166:14
**40** 3:15 109:17,21
109:21 111:10
**400,000** 118:8
**401-K** 23:7,23,24

**401-K's** 39:2
**41** 3:15 112:1,5,5
113:2
**42** 3:16 113:13,17
113:17 114:1,5
**43** 3:16 115:2,6
132:19
**44** 3:17 116:1,5,15
**45** 3:17 116:24
117:3,6,10 119:7
**46** 3:18 132:25
133:1
**47** 3:18 134:5,8
**48** 3:19 135:20,23
136:1
**49** 3:19 137:23
138:1,16 139:24

**5**

**5** 2:9 3:4 101:18,25
**5th** 151:1,5
**5:02** 166:16,19
**5:10** 1:14 167:9
**50** 3:20 140:7,11,12
142:3 143:21,25
148:6
**50,000** 137:16
156:6
**500** 36:19
**500,000** 93:15
**51** 3:20 149:24
150:2
**5179** 137:5
**52** 3:21 157:13,16
**53** 3:21 158:5,8
**54** 3:22 161:6,9
**55** 3:22 165:1,5
**562,000** 144:1

**6**

**6th** 154:20,23 155:2
**6/27/17** 3:14
**6/30/17** 3:16
**60** 24:1 137:18
**60,000** 137:18
141:4

**600,000** 69:15
148:25

**7**

**7** 34:23 148:3
168:21 169:21
**7th** 105:9 155:4,14
155:17 156:1,2,5
156:11,18,22
**7/11/17** 3:17
**7/21/18** 3:21
**70** 24:2
**700,000** 122:20
**7568** 136:15
**7569** 136:2
**792,000** 141:7

**8**

**8th** 134:14 150:4,7
151:7
**8/15/17** 3:15
**8/16/17** 3:16
**8/2017** 3:18
**8/21/17** 3:17
**8/24/17** 3:10
**8/3/17** 3:15
**80** 3:10
**8174** 138:16 139:10
**8184** 137:13,17
**8278** 138:14,14
**8401** 138:14
**8403** 138:14
**850-545-9944** 5:23

**9**

**9th** 153:5,17,21
154:2
**94** 3:10
**98** 3:11

