# United States District Court
## CIVIL MINUTES - GENERAL

Date: March 4, 2021                          Case No.: 4:19cv420-RH
Time: 10:01 – 10:10 a.m.

SECURITIES AND EXCHANGE COMMISSION v.
CAMBRIDGE CAPITAL GROUP ADVISORS LLC et al.

DOCKET ENTRY: Telephonic Status Conference held. Parties provide update regarding settlement and issues remaining. Ruling by Court: An order will be entered upon receipt of plaintiff's motion.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| Cindy Markley | Lisa Snyder |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY APPEARING FOR PLAINTIFF:
Amie Berlin

APPEARING FOR DEFENDANT:
Don Warner Reinhard (pro se)

Initials of the Clerk: ckm